# Exhibit A

US010364036B2

(12) **United States Patent**
Tighe et al.

(10) Patent No.: **US 10,364,036 B2**
(45) Date of Patent: *****Jul. 30, 2019**

(54) **MULTICOPTER WITH BOOM-MOUNTED ROTORS**

(71) Applicant: **Kitty Hawk Corporation**, Mountain View, CA (US)

(72) Inventors: **James Joseph Tighe**, San Jose, CA (US); **Eric Allison**, Mountain View, CA (US)

(73) Assignee: **Kitty Hawk Corporation**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 272 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/297,035**

(22) Filed: **Oct. 18, 2016**

(65) **Prior Publication Data**

US 2018/0105279 A1      Apr. 19, 2018

(51) **Int. Cl.**
| *B64C 29/00* | (2006.01) |
| *B64D 27/24* | (2006.01) |
| *B64D 29/02* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *B64D 29/02* (2013.01); *B64C 29/0025* (2013.01); *B64D 27/24* (2013.01); *Y02T 50/62* (2013.01)

(58) **Field of Classification Search**
CPC ..... B64C 27/08; B64C 27/26; B64C 29/0025; B64C 29/0033; B64C 39/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,627,856 A * | 5/1927 | MacVicar | B64C 29/0025 244/17.17 |
| 2,987,272 A * | 6/1961 | Vogt | B64C 29/0033 244/17.23 |
| 3,089,666 A | 5/1963 | Quenzler | |
| 3,149,800 A * | 9/1964 | Sintes | B64C 3/42 244/7 R |
| 3,409,248 A * | 11/1968 | Bryan | B64C 29/0025 244/17.25 |
| 3,627,234 A | 12/1971 | Dziallas | |
| 4,979,698 A | 12/1990 | Lederman | |
| 6,719,244 B1 * | 4/2004 | Gress | B64C 29/0033 244/17.25 |
| 8,393,564 B2 | 3/2013 | Kroo | |

(Continued)

*Primary Examiner* — Joseph W Sanderson
(74) *Attorney, Agent, or Firm* — Van Pelt, Yi & James LLP

(57) **ABSTRACT**

A multicopter aircraft with boom-mounted rotors is disclosed. The multicopter includes a fuselage; a port side wing coupled to the fuselage; and a starboard side wing coupled to the fuselage. Each of the wings has mounted thereto one or more booms, each boom having a forward end extending forward of a corresponding wing to which the boom is mounted and an after end extending aft of said corresponding wing to which the boom is mounted. The aircraft further includes a first plurality of lift rotors, each rotor in said first plurality being mounted on a forward end of a corresponding one or said booms; and a second plurality of lift rotors, each rotor in said second plurality being mounted on an after end of a corresponding one or said booms. Each rotor produces vertical thrust independent of the thrust produced by the other rotors.

**6 Claims, 5 Drawing Sheets**





US 10,364,036 B2

Page 2

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| 8,485,464 | B2 * | 7/2013 | Kroo | ........................ | B64C 3/16 |
| | | | | | 244/17.23 |
| 8,690,096 | B2 * | 4/2014 | Alvarez | ..................... | B64C 3/10 |
| | | | | | 244/17.11 |
| 9,120,560 | B1 * | 9/2015 | Armer | ................. | B64C 29/0008 |
| 9,764,833 | B1 * | 9/2017 | Tighe | ................. | B64C 29/0025 |
| 9,944,386 | B1 * | 4/2018 | Reichert | ................. | B64C 27/08 |
| 10,029,785 | B2 * | 7/2018 | Niedzballa | ............. | B64C 27/30 |
| 10,053,213 | B1 * | 8/2018 | Tu | ..................... | B64C 29/0025 |
| 10,086,931 | B2 * | 10/2018 | Reichert | ................. | B64C 27/08 |
| 2009/0084890 | A1 | 4/2009 | Reinhardt | | |
| 2011/0031355 | A1 * | 2/2011 | Alvarez | .................... | B64C 3/10 |
| | | | | | 244/7 R |
| 2012/0012692 | A1 * | 1/2012 | Kroo | ........................ | B64C 3/56 |
| | | | | | 244/6 |
| 2013/0020429 | A1 * | 1/2013 | Kroo | ........................ | B64C 3/16 |
| | | | | | 244/6 |
| 2013/0092799 | A1 | 4/2013 | Tian | | |
| 2016/0236774 | A1 | 8/2016 | Niedzballa | | |
| 2016/0236775 | A1 * | 8/2016 | Eshkenazy | ........... | B64C 29/0025 |
| 2016/0297520 | A1 | 10/2016 | Sada-Salinas | | |
| 2016/0347447 | A1 * | 12/2016 | Judas | ................. | B64C 29/0033 |
| 2017/0225779 | A1 * | 8/2017 | Gamble | ............. | B64C 29/0025 |
| 2017/0300065 | A1 * | 10/2017 | Douglas | ............... | G05D 1/0676 |
| 2018/0105267 | A1 * | 4/2018 | Tighe | ................. | B64C 29/0025 |
| 2018/0105268 | A1 * | 4/2018 | Tighe | ................. | B64C 29/0025 |
| 2018/0105279 | A1 | 4/2018 | Tighe | | |

* cited by examiner



FIG. 1



**FIG. 2A**



**FIG. 2B**



**FIG. 2C**



FIG. 2D

FIG. 2E



FIG. 2F



FIG. 2G

US 10,364,036 B2

1

# MULTICOPTER WITH BOOM-MOUNTED ROTORS

## BACKGROUND OF THE INVENTION

Multicopter aircraft typically include a plurality of horizontally oriented rotors, sometimes referred to as "lift fans," to provide lift, stability, and control. A flight control system, sometimes referred to as a "flight controller" or "flight computer", may be provided to translate pilot or other operator input, and/or corrections computed by an onboard computer, e.g., based on sensor data, into forces and moments and/or to further translate such forces and moments into a set of actuator (e.g., lift rotors; propellers; control surfaces, such as ailerons; etc.) and/or associated parameters (e.g., lift fan power, speed, or torque) to provide the required forces and moments.

For example, pilot or other operator inputs may indicate a desired change in the aircraft's speed, direction, and/or orientation, and/or wind or other forces may act on the aircraft, requiring the lift fans and/or other actuators to be used to maintain a desired aircraft attitude (roll/pitch/yaw), speed, and/or altitude.

An aircraft typically is considered to have six degrees of freedom of movement, including forces in the forward/back, side/side, and up/down directions (e.g., Fx, Fy, and Fz) and moments about the longitudinal (roll) axis, the transverse (pitch) axis, and the vertical (yaw) axis (e.g., Mx, My, and Mz). If an aircraft has more actuators than degrees of freedom, it must be determined how the various actuators will be used to act on the aircraft in response to commands received via manual and/or automated controls. For a given set of one or more pilot commands under given circumstances, some combinations of actuators capable of acting on the aircraft to achieve the result indicated by the pilot command(s) may be more effective and/or efficient than others. For example, some may consume more or less power and/or fuel than others, provide a more smooth transition from a current state than others, etc.

Rotors may spin at a high rate and could pose a risk to an occupant of a manned multicopter and/or to equipment housed in a fuselage or other structure comprising the multicopter.

## BRIEF DESCRIPTION OF THE DRAWINGS

Various embodiments of the invention are disclosed in the following detailed description and the accompanying drawings.

FIG. **1** is a block diagram illustrating an embodiment of a flight control system.

FIG. **2A** is a block diagram illustrating an embodiment of a multicopter aircraft with angled rotors.

FIG. **2B** is a block diagram showing a front view of the multicopter aircraft **200** of FIG. **2A**.

FIG. **2C** is a block diagram illustrating an example of angled rotors as implemented in an embodiment of a multicopter aircraft with angled rotors.

FIG. **2D** is a block diagram illustrating a top view of an embodiment of a multicopter aircraft with angled rotors.

FIG. **2E** is a block diagram illustrating an example of forces and moments capable of being generated by angled rotors in an embodiment of a multicopter aircraft with angled rotors.

FIG. **2F** is a block diagram showing a side view of the multicopter aircraft **200** of FIG. **2A**.

2

FIG. **2G** is a block diagram showing a side view of the multicopter aircraft **200** of FIG. **2A**.

## DETAILED DESCRIPTION

The invention can be implemented in numerous ways, including as a process; an apparatus; a system; a composition of matter; a computer program product embodied on a computer readable storage medium; and/or a processor, such as a processor configured to execute instructions stored on and/or provided by a memory coupled to the processor. In this specification, these implementations, or any other form that the invention may take, may be referred to as techniques. In general, the order of the steps of disclosed processes may be altered within the scope of the invention. Unless stated otherwise, a component such as a processor or a memory described as being configured to perform a task may be implemented as a general component that is temporarily configured to perform the task at a given time or a specific component that is manufactured to perform the task. As used herein, the term 'processor' refers to one or more devices, circuits, and/or processing cores configured to process data, such as computer program instructions.

A detailed description of one or more embodiments of the invention is provided below along with accompanying figures that illustrate the principles of the invention. The invention is described in connection with such embodiments, but the invention is not limited to any embodiment. The scope of the invention is limited only by the claims and the invention encompasses numerous alternatives, modifications and equivalents. Numerous specific details are set forth in the following description in order to provide a thorough understanding of the invention. These details are provided for the purpose of example and the invention may be practiced according to the claims without some or all of these specific details. For the purpose of clarity, technical material that is known in the technical fields related to the invention has not been described in detail so that the invention is not unnecessarily obscured.

A multicopter aircraft with angled rotors is disclosed. In various embodiments, a multicopter aircraft as disclosed herein includes a plurality of lift fans or other rotors disposed in a configuration around a fuselage and/or other centrally-located structure of the aircraft. In some embodiments, a first subset of the rotors may be disposed on a one side of the aircraft and a second subset of the rotors may be disposed on an opposite side of the aircraft. In various embodiments, each of at least a subset of the rotors is mounted at a corresponding non-zero angle off of a horizontal plane of the aircraft. In some embodiments, the angle at which each rotor is mounted is determined at least in part by a location of the rotor relative to the fuselage and/or a human or other occupied portion thereof, the angle being determined at least in part to ensure that a plane in which the rotor primarily rotates does not intersect the fuselage and/or a human or other occupied portion thereof. In various embodiments, the respective angles at which at least a subset of the rotors are mounted may be determined at least in part to provide the ability to generate lateral force components in the horizontal plane of the aircraft at rotor mount locations that are offset in the horizontal plane from a center of gravity of the aircraft, so as to provide an ability to use the rotors to control yaw of the aircraft (i.e., rotation about a vertical axis of the aircraft) by applying moments about the vertical axis.

FIG. **1** is a block diagram illustrating an embodiment of a flight control system. In the example shown, flight control system **100** includes a source of flight control inputs **102**

US 10,364,036 B2

3

configured to provide flight control inputs **104** to a controller **106**, e.g., a flight control computer. In some embodiments, source of inputs **102** may comprises one or both of pilot input, e.g., via manual flight controls, and auto-pilot or other self-piloting technologies. For example, in a self-piloting aircraft inputs **104** may be generated by a self-piloting program/computer **102**. In various embodiments, source of inputs **102** may include manual input devices (sometimes referred to as "inceptors"), such as stick, throttle, rudder, collective, joystick, thumb stick, and/or other manual control/input devices configured to be manipulated by a pilot or other operator to control the flight of an aircraft. Such inceptor devices and/or associated electronics, and/or a self-piloting program, computer, or module, may be configured to provide as input signals **104** one or more of a roll direction, roll rate, yaw direction, yaw rate, pitch angle, pitch rate, altitude, altitude rate and/or forward or other thrust input signal. In the example shown, controller **106** also receives sensor data **118**, e.g., wind speed, air temperature, etc., from sensors **116**. Flight controller **106** translates, aggregates, and/or otherwise processes and/or interprets the received flight control inputs **104** and/or sensor data **118** to generate and provide as output associated forces and/or moments **108** to be applied to the aircraft via its control assets (e.g., propellers, rotors, lift fans, aerodynamic control surfaces, etc.; sometimes referred to herein as "actuators") to maneuver the aircraft in a manner determined based at least in part on the flight control inputs **104** and/or sensor data **118**. In various embodiments, forces/moments **108** may include forces and/or moments along and/or about one or more axes of the aircraft, such as x, y, and z axes, corresponding to longitudinal, transverse, and vertical axes of the aircraft, respectively, in various embodiments.

Referring further to FIG. **1**, the flight control system **100** includes an online optimizer/mixer **110** configured to receive forces/moments **108**. Online optimizer/mixer **110** receives as input forces/moments **108** and computes dynamically (online) a set of actuators and associated commands/parameters **112** to achieve the requested forces/moments **108**. In some embodiments, the optimizer minimizes total power given a desired combination of forces and moments. Actuators **114** are configured to operate in response to actuator commands/parameters **112** provided by online optimizer/ mixer **110**.

In the example shown, sensors **116** provide sensor data **118** to online optimizer/mixer **110**. Examples of sensors **116** and/or sensor data **118** may include one or more of airspeed, temperature, or other environmental conditions; actuator availability, failure, and/or health information; aircraft attitude, altitude, and/or other position information; presence/ absence of other aircraft, debris, or other obstacles in the vicinity of the aircraft; actuator position information; etc. In various embodiments, online optimizer/mixer **110** may be configured to take sensor data **118** into account in determining an optimal mix of actuators and associated parameters to achieve a requested set of forces and moments. For example, in some embodiments, six or more lift fans may be provided to lift an aircraft into the air, enable the aircraft to hover, control aircraft attitude relative to the horizontal, etc. In some embodiments, failure of a lift fan may be reflected in sensor data **118**, resulting in a seamless response by online optimizer/mixer **110**, which provides an optimal set of actuators and parameters **112** that omits (does not rely on) the failed lift fan. Likewise, in some embodiments, sensor data reflecting diminished power/performance, overheating, etc., may be taken into consideration, such as by adjusting

4

a mapping of actuator parameter to expected effect on the aircraft for affected actuators.

FIG. **2**A is a block diagram illustrating an embodiment of a multicopter aircraft with angled rotors. In various embodiments, a flight control system such as flight control system **100** of FIG. **1** may be embodied in an aircraft such as aircraft **200** of FIG. **2**A. In the example shown, aircraft **200** includes a fuselage (body) **202** and wings **204**. A set of three underwing booms **206** is provided under each wing. Each boom **206** has two lift fans **208** mounted thereon, one forward of the wing and one aft. Each lift fan **208** may be driven by an associated drive mechanism, such as a dedicated electric motor. Each lift fan **208** produces vertical thrust independent of the thrust produced by the other lift fans **208**. One or more batteries (not shown) and/or onboard power generators (e.g., small gas turbine) may be used to drive the lift fans **208** and/or charge/recharge onboard batteries.

In various embodiments, each boom **206** is positioned at an angle relative to a vertical axis of the aircraft such that the lift fans **208** are mounted thereon at an associated angle, as described more fully in connection with FIGS. **2**B-**2**E.

In the example shown in FIG. **2**A, a propeller **210** is mounted on the fuselage **202** and configured to push the aircraft through the air in the forward (e.g., x axis) direction. The propeller **210** is positioned between a pair of tail booms **212** that extend aft and are joined at their aft end by a tail structure on which aerodynamic control surfaces including elevators **216** and rudder **218** are mounted. In various embodiments, each of the inboard booms **206** forms at least in part an integral part of the corresponding port/starboard side tail boom **212**. In some embodiments, the tail booms **212** comprise extensions aft from the respective inboard booms **206**. For example, the tail booms **212** may be formed as part of or fastened (e.g., bolted) to an aft end of the corresponding inboard boom **206**. Additional control surfaces include ailerons **214** mounted on the trailing edge of wings **204**.

In the example shown, four ailerons **214** are included, e.g., to provide redundancy. In some embodiments, if a single aileron **214** is lost or fails the remaining three ailerons **214** are sufficient to control the aircraft. Likewise, in some embodiments, loss of one rudder **218** results in one remaining rudder to provide a degree of yaw control, along with the lift fans. Finally, in some embodiments four elevators **216** are provided for loss/failure tolerance.

In some embodiments, an aircraft **200** as shown in FIG. **2**A may have the following approximate dimensions:

| | |
|---|---|
| Wingspan | 36.0 feet |
| Nose to tail | 21.4 feet |
| Centerline to first boom | 6.1 feet |
| Distance between inner booms | 12.2 feet |
| Spacing between booms (same wing) | 4.0 feet |
| Push propeller sweep | 6.5 feet |
| Lift fan sweep | 4.2 feet |
| Distance between fan centers (same boom) | 8.7 feet |

FIG. **2**B is a block diagram showing a front view of the multicopter aircraft **200** of FIG. **2**A. Coordinate axes in the z (vertical) and y (side) direction are indicated. The front view shown in FIG. **2**B illustrates the respective angles off the vertical axis (z axis as labeled), sometimes referred to herein as "cant angles", at which the outboard, middle, and inboard pairs of lift fans **206** are oriented. In various embodiments, angling the lift fans, as indicated, may provide additional options to control the aircraft, especially at

US 10,364,036 B2

5

or near hover. For example, different combinations of fans may be used to exercise yaw control (e.g., rotate around z axis), to slip sideways or counteract the force of wind while in a hover (y axis), etc.

In various embodiments, the respective angles at which lift fans **208** may be oriented may be determined based at least in part on safety considerations, such as to increase the likelihood that debris thrown centrifugally from a lift fan, e.g., should the lift fan break apart, would be propelled on a trajectory and/or in a plane that does not intersect a human-occupied portion of fuselage **202**. In some embodiments, two side by side seats are provided for passengers in a forward part of fuselage **202**. Batteries to power the lift fans **208** and/or push propeller **210** may be located in a central/over wing part of the fuselage **202**, and in some embodiments both the human-occupied and battery occupied parts of the fuselage are protected at least in part by canting the booms/lift fans as disclosed herein.

In some embodiments, lift fan cant angles may be determined at least in part via a constrained optimization design process. The fan cants (e.g., roll and pitch fan angles) may be determined by an optimization process in which an object is to minimize the amount of torque required by any individual motor for a variety of trimmed or equilibrium conditions including: angular accelerations, any individual fan failure, crosswinds, and center of gravity variations. In some embodiments, the optimization is subject to constraints of preventing the plane of the fan blade from intersecting the crew in the event of catastrophic failure of a fan. Another example of a constraint that may be applied is ensuring that the fans are aligned to the local flow angle for forward flight with the fans stopped and aligned with the boom.

In various embodiments, the effective forces and moments capable of being provided by each respective lift fan may be stored onboard the aircraft **200** in a memory or other data storage device associated with the onboard flight control system. In various embodiments, a matrix, table, database, or other data structure may be used.

In some embodiments, effectiveness under different operating conditions may be stored. For example, effectiveness of a lift fan or control surface may be different depending on conditions such as airspeed, temperature, etc. In some embodiments, forces and moments expected to be generated by a lift fan or other actuator under given conditions may be discounted or otherwise reduced, e.g., by a factor determined based at least in part on an environmental or other variable, such as a measure of lift fan motor health.

In an aircraft having angled lift fans as in the example shown in FIG. **2**B, the forces and moments capable of being generated by a given lift fan may reflect the angle at which each lift fan is mounted. For example, lift fans mounted at an angle relative to the horizontal plane of the aircraft would generate a horizontal force component and a vertical force component, and each force may generate a corresponding moment about one or more axes of the aircraft, depending on the location at which the fan is mounted relative to the center of gravity of the aircraft.

FIG. **2**C is a block diagram illustrating an example of angled rotors as implemented in an embodiment of a multicopter aircraft with angled rotors. In the example shown, the approximate angles at which the left side (as viewed from the front) rotors of the aircraft **200** as shown in FIGS. **2**A and **2**B are mounted are shown. In particular, the left most (outboard) lift fan is shown to be mounted at an angle θ1 to the vertical (and, therefore, horizontal/lateral) axis of the aircraft, tilting away from fuselage **202**, resulting in a plane of rotation of the lift fan, indicated by the dashed

6

arrow extending away from the lift fan, not intersecting the fuselage **202**. In some embodiments, the plane of rotation may intersect the fuselage but not a human-occupied or otherwise critical portion thereof.

Similarly, in the example shown the middle lift fan and the inboard lift fan have been angled in towards the fuselage **202**, resulting in their respective planes of rotation being rotated downward by corresponding angles, such that they do not intersect the fuselage **202**.

In various embodiments, angling lift fans or other rotors towards or away from a fuselage or critical portion thereof, and/or other critical structures, may decrease the risk that debris thrown centrifugally from the rotor would hit the fuselage or other structure.

FIG. **2**D is a block diagram illustrating a top view of an embodiment of a multicopter aircraft with angled rotors. Specifically, in FIG. **2**D a top view off aircraft **200** of FIG. **2**A is shown. Coordinate axes in the x (forward) and y (side) direction are indicated. In the example shown, the aircraft **200** includes twelve lift fans **208**, six on either side of the fuselage **202**. On each side of the fuselage **202**, three lift fans are mounted forward of the wing **204** and three aft. The lift fans **208** are mounted in pairs on corresponding booms **206** mounted under the wings **204**. The outermost booms are tilted away from the fuselage **202** and the middle and inner booms are tilted towards the fuselage, as shown in FIGS. **2**B and **2**C.

FIG. **2**E is a block diagram illustrating an example of forces and moments capable of being generated by angled rotors in an embodiment of a multicopter aircraft with angled rotors. In FIG. **2**E, the fuselage **202** of the aircraft **200** of FIG. **2**D is shown to have a center of gravity **220**. The circles in FIG. **2**E each represent a corresponding one of the lift fans **208**. The arrows labeled $F_{y1}$, $F_{y2}$, etc. represent the respective lateral (y-axis) components of the force generated by the angled lift fans **208** by virtue of their being mounted at angles, and shown in FIGS. **2**A-**2**D. The rear (aft) fans are shown to be mounted at an x-axis distance $x_1$ from center of gravity **220**. As a result, the y-axis components of the rear lift fans, as shown, would result in corresponding moments of magnitudes proportional to the distance x**1** being applied to the aircraft about the vertical axis (z-axis, using the convention shown in FIGS. **2**A-**2**E). The moment contributed by any given one of the rear lift fans would be determined by the lift force generated by the lift fan as actuated by the flight control system, with the direction (counter-clockwise or clockwise) depending on the position of the lift fan and whether it was tilted away from or towards the fuselage **202**. For example, the rear leftmost lift fan would contribute a lateral force $F_{y1}$ resulting in contributing a counter-clockwise moment component about the center of gravity **220**. The right side (as shown in FIG. **2**E) rear inner and middle lift fans ($F_{y4}$, $F_{y5}$) similarly would contribute a counter-clockwise moment component. By contrast, the lift fans associated with lateral force components $F_{y2}$, $F_{y3}$, and $F_{y6}$ would contribute clockwise moment components.

Similar to the rear lift fans, the forward lift fans (associated with lateral force components $F_{y7}$-$F_{y12}$, in this example) would contribute moment components proportional to the x-axis distance $x_2$ at which they are mounted relative to the center of gravity **220**.

In various embodiments, the respective lift fans **208** may be rotated in alternating clockwise or counterclockwise rotations, e.g., to balance side forces associated with rotation direction. In the example shown in FIGS. **2**A-**2**E, a total of twelve lift fans **208** are included. In various embodiments, an even number of lift fans including at least four lift fans

US 10,364,036 B2

7

may be included and distributed evenly on each side of the fuselage. Upon loss or failure of a lift fan, a corresponding lift fan on an opposite side of the aircraft may be deactivated, to maintain balance. For example, loss of a clockwise rotating lift fan on a forward end of an innermost boom on a port side of the aircraft may result in a counterclockwise rotating lift fan in a complementary location on the opposite side, such as the aft end of the innermost boom on the opposite side, may be shut down and omitted from use (e.g., zero RPM/torque added as a constraint for that lift fan) in subsequent optimization computations to determine mixes of actuators and associated parameters to achieve desired forces and moments.

FIG. 2F is a block diagram showing a side view of the multicopter aircraft 200 of FIG. 2A. In the example shown, the lift fans 208 are mounted at a prescribed forward tilt relative to a horizontal plane of the aircraft 200. The booms 206 are shown to be mounted substantially aligned with the horizontal plane of the aircraft 200 when in level flight. The wings 204 sweep up slightly as they extend away from the fuselage 202. In various embodiments, the angle at which the lift fans 208 are tilted forward may be determined at least in part on the same considerations as the angles illustrated in FIGS. 2B and 2C, i.e., to ensure that debris thrown centrifugally from a lift fan if it were to break apart would not intersect at least a human-occupied or otherwise critical portion of a cockpit or cabin portion of fuselage 202. In some embodiments, the angle at which the lift fans 208 are tilted forward may be selected at least in part to minimize drag, turbulence, or other undesirable aerodynamic effects of the lift fans when the aircraft 200 is in forward flight, e.g., being propelled by push propeller 210.

FIG. 2G is a block diagram showing a side view of the multicopter aircraft 200 of FIG. 2A. In the example shown, approximate airflow patterns are illustrated by arrows 242 and 244. Arrow 242 shows air flowing with minimal resistance over the forward lift fans 208 and, due in part to the forward tilt of the forward lift fans 242, continuing relatively unimpeded over wing 204, and clearing the aft lift fans 208 (or, in some embodiments, flowing over them in a relatively low drag path, due in part to their forward tilt). Arrow 244 shows air flowing under/through the forward lift fans 208, under the wing 204, and flowing over the aft lift fans 208 in a relatively low drag manner, due at least in part to the forward tilt of the aft lift fans 208.

In some embodiments, the wing 204 may not sweep upward to the same extent as shown in FIGS. 2F and 2G, and in some such embodiments the aft lift fans may be more within a same horizontal plane as the forward lift fans 208 and wing 204. In some such embodiments, the aft lift fans 208 may be tilted back slightly, instead of forward, to provide a continuous, relatively low drag pathway for air to flow over the forward lift fans 208, the wing 204, and the after lift fans 208, e.g., when the aircraft 200 is in forward flight mode.

In various embodiments, a flight control system, such as flight control system 100 of FIG. 1, is configured to determine a mix of actuators and corresponding actuator parameters, including of lift fans 208, to achieve required forces and moments, including by taking into consideration the moments about the z-axis that would be generated and applied to the aircraft 200 by virtue of the lift fans being mounted at angles, as disclosed herein.

In various embodiments, techniques disclosed herein may be used to provide a multicopter aircraft having angled lift fans and/or rotors. Each rotor may be mounted at an angle such that debris thrown centrifugally from the lift fan, in a

8

plane of rotation of the lift fan, would not intersect the fuselage or other critical structure of the aircraft. In various embodiments, angling rotors as disclosed herein may provide a degree of authority over (ability to control or influence) yaw of the aircraft, e.g., during hover or vertical takeoff (lift) or landing operations.

Although the foregoing embodiments have been described in some detail for purposes of clarity of understanding, the invention is not limited to the details provided. There are many alternative ways of implementing the invention. The disclosed embodiments are illustrative and not restrictive.

What is claimed is:
1. An aircraft, comprising:
a fuselage;
a port side wing coupled to the fuselage;
a starboard side wing coupled to the fuselage;
wherein each of said wings has mounted thereto two or more booms, each boom having a forward end extending forward of a corresponding wing to which the boom is mounted and an after end extending aft of said corresponding wing to which the boom is mounted;
a first plurality of lift rotors, each rotor in said first plurality being mounted on the forward end of a corresponding one of said booms; and
a second plurality of lift rotors, each rotor in said second plurality being mounted on the after end of the corresponding one of said booms;
wherein each rotor in said first plurality and each rotor in said second plurality produces an amount of vertical thrust independent of levels of vertical thrust produced by the other rotors;
wherein a first subset of said booms each is mounted to said port side wing or said starboard side wing at a non-zero angle relative to a substantially vertical axis of the aircraft such that the boom is tilted inboard towards the fuselage; and
wherein a second subset of said booms each is mounted to said port side wing or said starboard side wing at a non-zero angle relative to the substantially vertical axis of the aircraft such that the boom is tilted outboard away from the fuselage.

2. The aircraft of claim 1, wherein the port side wing and the starboard side wing each has three booms mounted thereto and wherein the first plurality of lift rotors is 6 and the second plurality of lift rotors is 6.

3. The aircraft of claim 1, wherein the lift rotors in the first and second plurality of lift rotors are driven by electric motors.

4. The aircraft of claim 1, wherein the port side wing and the starboard side wing comprise a single wing structure mounted to the fuselage such that said port side wing comprises a port side portion of said single wing structure extending to the port side of the fuselage and said starboard said wing comprises a starboard side portion of said single wing structure extending to the starboard side of the fuselage.

5. The aircraft of claim 1, further comprising a split boom structure extending aft from each of an inboard pair of said booms, the split boom structure comprising a port side boom and a starboard side boom extending aft of the fuselage and being joined at an after end of the split boom structure by a tail structure.

6. The aircraft of claim 5, wherein each of said booms comprising the inboard pair of booms forms at least in part

US 10,364,036 B2

9        10

an integral part of a corresponding one of said port side boom and said starboard side boom.

* * * * *