# Exhibit C

US010110033B1

(12) **United States Patent**
Hom et al.

(10) Patent No.: **US 10,110,033 B1**
(45) Date of Patent: **Oct. 23, 2018**

(54) **MULTI-BATTERY CHARGING STATION WHICH SELECTIVELY CONNECTS BATTERY SUB-MODULES TO A COMMON POWER BUS FOR CHARGING**

(71) Applicant: **Kitty Hawk Corporation**, Mountain View, CA (US)

(72) Inventors: **Lewis Romeo Hom**, Mountain View, CA (US); **Brian Robert Viele**, Crozet, VA (US); **Scott Furman**, Menlo Park, CA (US)

(73) Assignee: **Kitty Hawk Corporation**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **15/885,303**

(22) Filed: **Jan. 31, 2018**

(51) **Int. Cl.**
| | |
|---|---|
| *H01M 10/44* | (2006.01) |
| *H01M 10/46* | (2006.01) |
| *H02J 7/00* | (2006.01) |
| *H05K 7/20* | (2006.01) |

(52) **U.S. Cl.**
CPC ........ *H02J 7/0052* (2013.01); *H05K 7/20136* (2013.01)

(58) **Field of Classification Search**
CPC ...... H02J 7/0014; H02J 7/0016; H02J 7/0019; H02J 7/0021; H02J 7/0026; H02J 7/0091
USPC ........................ 320/107, 116, 118, 132, 150
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2013/0015819 A1 * 1/2013 Nakashima ........... H02J 7/0019
320/126
2017/0353042 A1 * 12/2017 Liu ...................... H02J 7/0026

* cited by examiner

*Primary Examiner* — Edward Tso
(74) *Attorney, Agent, or Firm* — Van Pelt, Yi & James LLP

(57) **ABSTRACT**

A metric is received for each battery sub-module in a plurality of battery sub-modules in order to obtain a plurality of metrics associated with the plurality of battery sub-modules. One or more battery sub-modules are selected from the plurality of battery sub-modules to electrically connect to a common power bus. The selected battery sub-modules are configured so that the selected battery sub-modules are electrically connected to the common power bus. The selected battery sub-modules that are electrically connected to the common power bus are charged.

**22 Claims, 12 Drawing Sheets**





Start
Receive, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules
100
Select, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus using the plurality of metrics
102
Configure the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus
104
Charge the selected battery sub-modules that are electrically connected to the common power bus
106
End

FIG. 1



**FIG. 2**

| | 300 | 302 | 304 | 312 | 316 |
|---|---|---|---|---|---|
| Battery Sub-Module 1 | $T_1$ | $SOC_1$ | $V_{cell,max,1}$ | $I_{SM,min,1}$ | $V_{cell,min,1}$ |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |
| Battery Sub-Module N | $T_N$ | $SOC_N$ | $V_{cell,max,N}$ | $I_{SM,min,N}$ | $V_{cell,min,N}$ |

306

308

| 310 | 314 | 318 |
|---|---|---|
| $V_{cell,max}$ | $I_{SM,min}$ | $V_{cell,min}$ |

**FIG. 3**



102
Start
401
BSM being evaluated in fault condition?
Yes
No
400
Temperature, associated with BSM being evaluated, within temperature range?
No
Yes
402
SOC, associated with BSM being evaluated, exceeds SOC threshold?
No
Yes
404
Exclude battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus
406
Include battery sub-module being evaluated in the selected battery sub-modules to be electrically connected to the common power bus
End

FIG. 4



FIG. 5



106
Start
Obtain a minimum sub-module current, wherein the minimum sub-module current is determined by selecting a minimum from a plurality of sub-module currents in the plurality of metrics
600
602
Set a charging current based at least in part on the minimum sub-module current, wherein the charging current is used to charge the selected battery sub-modules
604
Obtain a global maximum cell voltage, wherein the global maximum cell voltage is determined by selecting a maximum from a plurality of maximum cell voltages in the plurality of metrics
606
$V_{cell,max}$ exceeds $V_{CC\text{-}CV}$?
No
Yes
Set the charging current based at least in part on the global maximum cell voltage
608
End

FIG. 6



**FIG. 7**



**FIG. 8**



102
Start
400
T, associated with BSM being evaluated, within T range?
No
900
T below T range?
No
Yes
902
Turn on an internal heating element that corresponds to the battery sub-module being evaluated
Yes
402
SOC, associated with BSM being evaluated, exceeds SOC threshold?
No
Yes
404
Exclude battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus
406
Include battery sub-module being evaluated in the selected battery sub-modules to be electrically connected to the common power bus
End

FIG. 9



Start
102
400
T, associated with BSM being evaluated, within T range?
No
1000
Yes
Blow air over the battery sub-module being evaluated, wherein the blown air is heated or cooled depending upon the temperature and is heated or cooled using an external heating or cooling source
402
No
SOC, associated with BSM being evaluated, exceeds SOC threshold?
Yes
404
Exclude battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus
406
Include battery sub-module being evaluated in the selected battery sub-modules to be electrically connected to the common power bus
End

FIG. 10



**FIG. 11A**



**FIG. 11B**



FIG. 12

US 10,110,033 B1

1

# MULTI-BATTERY CHARGING STATION WHICH SELECTIVELY CONNECTS BATTERY SUB-MODULES TO A COMMON POWER BUS FOR CHARGING

## BACKGROUND OF THE INVENTION

New types of aircrafts are being developed which rely solely upon battery power. In some cases, new types of support and/or maintenance systems must also be developed since existing support and/or maintenance systems (e.g., designed for other products) will not work with these new all-electric aircraft.

## BRIEF DESCRIPTION OF THE DRAWINGS

Various embodiments of the invention are disclosed in the following detailed description and the accompanying drawings.

FIG. 1 is a flowchart illustrating an embodiment of a process to charge a battery system with battery sub-modules on a common power bus.

FIG. 2 is a diagram illustrating an embodiment of a charger and a battery system that is being charged.

FIG. 3 is a table illustrating an embodiment of metrics associated with a plurality of battery sub-modules.

FIG. 4 is flowchart illustrating an embodiment of a process to select battery sub-modules to electrically connect to a common power bus for charging.

FIG. 5 is a diagram illustrating an embodiment of a state machine associated with charging.

FIG. 6 is a flowchart illustrating an embodiment of a process to set a charge-related setting using the plurality of metrics.

FIG. 7 is a diagram illustrating an embodiment of heating coils in a battery system.

FIG. 8 is a diagram illustrating an embodiment of a charger with a heating and cooling system, including fans.

FIG. 9 is a flowchart illustrating an embodiment of a process to turn on an internal heating element as needed.

FIG. 10 is a flowchart illustrating an embodiment of a process to blow hot or cold air as needed.

FIG. 11A is a diagram illustrating an embodiment where health metrics are updated on a periodic basis.

FIG. 11B is a diagram illustrating an embodiment of a charge-and-update process.

FIG. 12 is a flowchart illustrating an embodiment of a process to charge a battery system using either a charge-only process or a charge-and-update process.

## DETAILED DESCRIPTION

The invention can be implemented in numerous ways, including as a process; an apparatus; a system; a composition of matter; a computer program product embodied on a computer readable storage medium; and/or a processor, such as a processor configured to execute instructions stored on and/or provided by a memory coupled to the processor. In this specification, these implementations, or any other form that the invention may take, may be referred to as techniques. In general, the order of the steps of disclosed processes may be altered within the scope of the invention. Unless stated otherwise, a component such as a processor or a memory described as being configured to perform a task may be implemented as a general component that is temporarily configured to perform the task at a given time or a specific component that is manufactured to perform the task.

2

As used herein, the term 'processor' refers to one or more devices, circuits, and/or processing cores configured to process data, such as computer program instructions.

A detailed description of one or more embodiments of the invention is provided below along with accompanying figures that illustrate the principles of the invention. The invention is described in connection with such embodiments, but the invention is not limited to any embodiment. The scope of the invention is limited only by the claims and the invention encompasses numerous alternatives, modifications and equivalents. Numerous specific details are set forth in the following description in order to provide a thorough understanding of the invention. These details are provided for the purpose of example and the invention may be practiced according to the claims without some or all of these specific details. For the purpose of clarity, technical material that is known in the technical fields related to the invention has not been described in detail so that the invention is not unnecessarily obscured.

Various embodiments of a charger which charges a battery system with a plurality of battery sub-modules on a common power bus are described herein. In some embodiments, the charger works by receiving, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules. One or more battery sub-modules to electrically connect to a common power bus using the plurality of metrics are selected from the plurality of battery sub-modules. The selected battery sub-modules are configured so that the selected battery sub-modules are electrically connected to the common power bus and then the selected battery sub-modules that are electrically connected to the common power bus are charged.

FIG. 1 is a flowchart illustrating an embodiment of a process to charge a battery system with battery sub-modules on a common power bus. In some embodiments, the process is performed by a charger which is external to the battery system. For example, the battery system may be used in an all-electric aircraft and the aircraft is charged at charging stations (e.g., at home, at a workplace, at a hanger/airport, etc.).

At 100, a metric is received for each battery sub-module in a plurality of battery sub-modules in order to obtain a plurality of metrics associated with the plurality of battery sub-modules. For example, the metrics may include metrics associated with battery health (e.g., instantaneous internal resistance, charge capacity, temperature, etc.) and/or metrics associated with a battery's state of charge (e.g., a percentage associated with the degree to which the battery is charged, given that battery's storage capacity).

At 102, one or more battery sub-modules to electrically connect to a common power bus are selected from the plurality of battery sub-modules using the plurality of metrics. Some types of batteries may be damaged if they are charged under certain conditions and in some embodiments the metrics are used to exclude such batteries from charging so as not to damage them. Some examples of this are described in more detail below. In some embodiments, the battery sub-modules are selected to minimize a charging time (e.g., the amount of time required to charge a particular set of selected battery sub-modules) and the metrics are examined to select a set of battery sub-modules which will collectively charge quickly.

At 104, the selected battery sub-modules are configured so that the selected battery sub-modules are electrically connected to the common power bus. For example, a diode (or, more generally, any electrical switch) may be used to

US 10,110,033 B1

3

selectively connect or disconnect each battery sub-module individually (e.g., independently of the other battery sub-modules) to a shared or common power bus.

In some embodiments, the battery system is used in an all-electric aircraft. To have redundancy in the system (e.g., so the aircraft will not crash), in some embodiments, the battery system includes multiple battery sub-modules which are connected in parallel to a shared or common power bus which supplies power to the electronics (e.g., at a relatively low voltage, such as on the order of 5V) and lift fans (e.g., at a relatively high voltage, such as on the order of 700V). The diodes or switches which are configured at step 104 (e.g., during charging) are the step diodes or switches which may be changed (e.g., when the aircraft is flying) to electrically disconnect a failing battery sub-module from the common power bus in order to keep the aircraft airborne and/or prevent further damage to the power system.

At 106, the selected battery sub-modules that are electrically connected to the common power bus are charged. As will be described in more detail below, in some embodiments, charging settings associated with step 106 are selected and/or configured based on the metrics received at step 100. For example, the charging current and/or charging voltage output by the charger onto the common power bus may be set to values which are selected to prevent damage to the battery sub-modules being charged.

In some embodiments, charging at step 106 includes using a constant current, constant cell voltage (CC, CCV) charging technique or process. CC, CCV charging is attractive because it maximizes capacity while minimizing cell degradation (e.g., where a battery system includes multiple battery sub-modules and each battery sub-module includes multiple cells). An example CC, CCV charging process is described in more detail below.

In some embodiments, charging at step 106 includes balancing. Due to differences in rates at which battery sub-modules are charged up (e.g., two battery sub-modules have slightly different instantaneous internal resistances which cause them to charge at difference rates) and different beginning states of charge levels at the start of charging (e.g., one of the battery sub-modules was decoupled from the common power bus during flight and therefore has a higher state of charge level than another battery sub-module which did remain coupled to the common power bus and did supply power during flight), one battery sub-module may have cell(s) which are approaching a target maximum cell voltage ($V_{cell,target}$) while the cells in another battery sub-module still need to be charged. During balancing, a selected battery sub-module (e.g., the battery sub-module with the highest state of charge which is approaching the target maximum cell voltage) is discharged (e.g., either by dissipating charge across a resistor or by passing it to another battery sub-module (i.e., charge shuttling) while the rest of the battery sub-modules continue to charge).

The process of FIG. 1 may be repeatedly and/or continuously performed if desired so that the battery sub-modules which are being charged change over time. For example, the process of FIG. 1 may be performed a first time when the battery system and charger are first coupled together in order to select and charge an initial set of battery sub-modules. As charging occurs, the process is continuously and/or repeatedly performed to update the selected set of battery sub-modules being charged (e.g., if/as needed) based on real-time and/or updated metrics.

It may be helpful to illustrate the process of FIG. 1 using an exemplary charger and exemplary battery system. The following figure shows one such example.

4

FIG. 2 is a diagram illustrating an embodiment of a charger and a battery system that is being charged. In the example shown, the charger (200) is physically and electrically connected to the battery system (210) in a removably coupled manner. Generally speaking, there are two types of connections between the charger (200) and the battery system (210): a control connection (202) and connections for power (i.e., positive connection 204 and negative connection 206).

In some embodiments, the battery system is used in an aircraft. Redundancy is an important design consideration in an aircraft and to that end the battery system includes multiple, independent battery sub-modules (212a and 212b). In some embodiments, each battery sub-module is defined by a container or "can". For safety, if one of the battery sub-modules were to fail while the aircraft was in flight, that sub-module could be electrically disconnected from the common power bus (i.e., common positive bus 214 and common negative bus 216) which would permit the working battery sub-modules to power the aircraft while (electrically) isolating the failing battery sub-modules (e.g., to prevent further damage).

To electrically connect or disconnect each battery sub-module from the common power bus, each battery sub-module includes a diode (218a and 218b) which may be turned on or off as desired. Although a diode is shown here, any (e.g., electrical) switch may be used to connect or disconnect a battery sub-module from the common power bus.

Each battery sub-module also includes a battery management system (220a and 220b) which estimates and/or collects a variety of metrics about the corresponding battery sub-module. The metrics are sent from the battery sub-modules (212a and 212b) to the charger interface (222) via a control bus (224) that is separate from the common power bus (made up of common positive bus 214 and common negative bus 216). Some examples of the collected metrics are described in more detail below. In various embodiments, the battery management systems (220a and 220b) continuously or periodically push metrics up to the charger interface (222).

Within the battery system, the charger interface (222) is the module that the charger (e.g., directly) connects to and communicates with. In turn, the charger interface uploads information from the rest of the battery system to the charger (e.g., metrics from battery management system (BMS) 220a and 220b) and configures the diodes (218a and 218b) in response to the instructions from the charger 200. To put it another way, in this example, the charger (200) is the master and the charger interface (222) is the slave. Naturally, some other embodiments may be configured differently (e.g., the charger offloads some control and/or decision making about charging to the charger interface).

Referring back to FIG. 1, charger 200 is one example of a device or component which performs the process of FIG. 1. For example, at step 100 in FIG. 1, charger 200 receives metrics which are estimated and/or collected by the battery management systems (220a and 220b) and which are related to the corresponding battery sub-modules. These metrics are uploaded to the charger via the charger interface (222). Using these metrics, the charger at step 102 then selects which battery sub-modules (e.g., 212a and/or 212b) to connect to the common power bus (e.g., common positive bus 214 and common negative bus 216) and configures the diodes (218a and 218b) accordingly. The charger then charges the connected battery sub-modules by sending

US 10,110,033 B1

5

charge down positive connection **204** and negative connection **206** which in turn drives common positive bus **214** and common negative bus **216**.

The following figure describes some examples of metrics and how the exemplary metrics may be used to select which battery sub-modules to connect to the common power bus.

FIG. **3** is a table illustrating an embodiment of metrics associated with a plurality of battery sub-modules. These metrics are some examples of metrics which are received at step **100** in FIG. **1** and are used to select which battery sub-modules to connect to the common power bus at step **102** in FIG. **1**.

Each row in the table contains metrics for a particular battery sub-module. For example, in FIG. **2**, battery management system **220a** may estimate and/or collect metrics for the first battery sub-module (**212a**), battery management system **220b** may estimate and/or collect metrics for the n$^{th}$ battery sub-module (**212b**), etc. The metrics in the table include temperature ($T_i$) in column **300**, state of charge ($SOC_i$) in column **302** (e.g., a percentage), maximum cell voltage ($V_{cell,max,i}$) in column **304**, and minimum (battery) sub-module current ($I_{SM,min,i}$) in column **312** for each battery sub-module in the system. These metrics are dynamic values and are updated continuously and/or periodically to reflect current values (e.g., a battery management system may be configured to continuously and/or periodically output updated metrics for its battery sub-module).

The maximum cell voltages ($V_{cell,max,i}$) in column **304** relate to voltages at the cell level for each of the respective battery sub-modules. In this example, each battery sub-module (e.g., **212a** and **212b** in FIG. **2**) contains multiple cells (not shown in FIG. **2**) where each cell can have a different voltage. The maximum cell voltage for a given battery sub-module ($V_{cell,max,i}$) is the (e.g., measured) voltage of the cell with the maximum voltage in that battery sub-module. For example, $V_{cell,max,1}$ is the maximum cell voltage in the first battery sub-module (see row **306**), $V_{cell,max,N}$ is the maximum cell voltage in the N$^{th}$ battery sub-module (see row **308**), etc.

From all of the maximum cell voltages in column **304**, a (e.g., global) maximum cell voltage ($V_{cell,max}$) is obtained (**310**) by selecting the maximum value from that column (i.e., $V_{cell,max}=\max(V_{cell,max,i})$ across all i). As will be described in more detail below, the maximum cell voltage is used to configure a setting and/or parameter associated with charging the battery system.

The sub-module currents ($I_{SM,i}$) in column **312** relate to the currents which pass through the battery sub-module. Since these metrics relate to when are measured doing charging, the values in this column are all negative. (In contrast, during flight, these currents would have positive values since the battery sub-modules would be supplying power to the lift fans.) The values in this column are the (e.g., measured) currents being input by a particular battery sub-module. For example, as FIG. **2** shows, since the battery sub-modules are connected in parallel, the charger outputs some total charge, of which the first battery sub-module inputs $I_{SM,i}$ (see row **306**), the Nth battery sub-module inputs $I_{SM,N}$ (see row **308**), etc.

From these (e.g., measured) sub-module currents in column **312**, a minimum sub-module current (i.e., $I_{SM,min}$ (**314**)) is obtained by selecting the minimum value (i.e., $I_{SM,min}=\min(I_{SM,i})$ across all i). Note that since the values in column **312** are all negative (since they are measured during charging), this corresponds to selecting the current with the largest magnitude. As will be described in more detail below,

6

the minimum sub-module current is used to configure a setting and/or parameter associated with charging the battery system.

The metrics in column **316** are the minimum cell voltages for each of the battery sub-modules. As with the maximum cell voltages, these voltage are at the cell level and represent the minimum voltage of a cell within a particular battery sub-module. From these minimum cell voltages for each of the battery sub-modules (**316**), a global minimum cell voltage (**318**) is obtained by selecting the minimum. As will be described in more detail below, in some embodiments, the global minimum cell voltage (**318**) is used during a charge-and-update process.

In this example, the battery sub-modules can be damaged if they are charged under certain conditions. For example, with regard to temperature, a battery sub-module can be damaged if it is charged while that battery sub-module is too hot or too cold. As such, the temperature of each battery sub-module (e.g., in column **300**) is compared against a range of (e.g., acceptable charging) temperatures and a given battery sub-module is not connected to the common power bus (e.g., for charging) unless its temperature is within the range (e.g., between 0° C. and 60° C.). It is noted that this temperature check is a necessary but not sufficient condition to be selected for charging. For example, a given battery sub-module may pass the temperature check but may not be selected for charging because some other metric associated with that battery sub-module failed an associated test.

A battery sub-module can also be damaged if it is overcharged. To prevent this, the state of charge (e.g., which is a percentage between 0% and 100% associated with the degree to which the battery sub-module is charged) for each battery sub-module is compared against a threshold. For example, if a particular battery sub-module exceeds some charge threshold (e.g., 100%), that battery sub-module will not be connected to the common power bus for charging.

These examples are described below more formally and/or generally in a flowchart.

FIG. **4** is flowchart illustrating an embodiment of a process to select battery sub-modules to electrically connect to a common power bus for charging. In some embodiments, the process of FIG. **4** is used at step **102** in FIG. **1**. In this example, the plurality of metrics include a temperature and a state of charge (e.g., for each battery sub-module in the plurality of battery sub-modules). For simplicity, the process of FIG. **4** describes exemplary checks performed on a single battery sub-module to prevent damage during charging; this process may be repeated on each battery sub-module.

At **401**, it is determined whether the battery sub-module (BSM) being evaluated is in a fault condition. Generally speaking, a fault condition is a safety check to ensure none of the battery sub-modules will be damaged and/or cause damage if charged. For example, if a battery sub-module was completely discharged to 0V and remained discharged for a relatively long period of time (e.g., a week) it would be dangerous to charge (e.g., even though temperature and/or voltage checks may be satisfied) because the battery sub-module could have degraded during that time. In some embodiments, a built-in battery management system checks for fault conditions and reports if the battery sub-module was in such a state.

If the battery sub-module is determined to be in a fault condition at **401**, then battery sub-module being evaluated is excluded from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus at **404**.

7

8

If the battery sub-module is determined to not be in a fault condition at **401**, then at **400**, it is determined whether a temperature, associated with a battery sub-module (BSM) being evaluated, is within a temperature range. As described above, the temperature range may describe temperatures at which it is acceptable to charge a corresponding battery sub-module; some example ranges and/or values are described above.

If it is determined that the temperature is within the temperature range at step **400**, then at **402** it is determined whether a state of charge (SOC), associated with the battery sub-module (BSM) being evaluated, exceeds a state of charge threshold.

If it is determined that the temperature is outside of the temperature range at **400** or if it is determined that the state of charge exceeds the state of charge threshold at **402**, the battery sub-module being evaluated is excluded from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus at **404**. For example, if $T_1$ in column **300** of FIG. **3** was outside of some acceptable temperature range, or if $SOC_1$ in column **302** of FIG. **3** exceeded some state of charge threshold, then the first battery sub-module (e.g., **212a** in FIG. **2**) would not be electrically connected to the common power bus (e.g., diode **218a** would be configured so that battery sub-module **212a** is not connected to common positive bus **214**).

If it is determined that the state of charge does not exceed the state of charge threshold at **402**, the battery sub-module being evaluated is included in the selected battery sub-modules to be electrically connected to the common power bus at **406**. In this example, only a temperature check and a state of charge check are performed. In some other embodiments, there are additional checks which the battery sub-module being evaluated would need to pass before being included at step **406**. Note, for example, that step **406** has a dashed outline to indicate that step **406** might not be performed in other embodiments and/or under some conditions.

The process of FIG. **4** may be performed continuously and/or periodically during charging. For example, the process may be used to select an initial set of battery sub-modules to connect at the beginning of charging. Then, during charging, the process is performed again in case the temperature and/or state of charge of a battery sub-module reaches a dangerous level where charging could damage that battery sub-module.

As described above, in some embodiments, metrics are used to configure a setting or parameter associated with charging. The following figures describe one example of this.

FIG. **5** is a diagram illustrating an embodiment of a state machine associated with charging. In this example, the charging process begins in constant current state **500** where the charger (e.g., **200** in FIG. **2**) attempts to maintain a constant charging current of $I_{CC}$ (e.g., sometimes referred to as the maximum charging current) to each of the battery sub-modules (e.g., **212a** and **212b** in FIG. **2**). More specifically, the charging current (I) at index k is set in this example using the equations:

$$I_{error} = I_{CC} - I_{SM,min} \tag{1}$$

$$I_k = I_{k-1} - k_f I_{error} \tag{2}$$

where $I_{error}$ is the current error, $I_{CC}$ is the value of the constant charging current which the charger attempts to provide to each battery sub-module, $I_{SM,min}$ is the minimum sub-module current (see $I_{SM,min}$ **314** in FIG. **3**), $I_k$ is the (e.g.,

total) charging current output by the charger at index k, $I_{k-1}$ is the (e.g., total) charging current output by the charger at index k-1, and $k_f$ is a control constant (e.g., $k_f$=1). Note that there is no error (i.e., the system is operating perfectly) when $I_{CC} = I_{SM,min}$ (that is, when all of the battery sub-modules are receiving a charging current of at least $I_{CC}$). In some embodiments, the value of $I_{CC}$ is a configurable setting in charger **200**. In some embodiments, the value of $I_{CC}$ is user specified (e.g., a user can override a default setting if there is a queue for the charger).

Since $I_{CC}$ and $k_f$ are constant or fixed values, a more general way of expressing Equation (1) and (2) is to say that the charging current output by the charger (e.g., **200** in FIG. **2**) is a function of the metric $I_{SM,min}$ during this mode (**500**).

Once the maximum cell voltage (i.e., $V_{cell,max}$) reaches a threshold for switching from the constant current state to the constant cell voltage state (i.e., $V_{CV-CC}$), the charger switches from state **500** to constant cell voltage state **502**. In one example, $V_{CV-CC}$=4.25V. As described above, a battery sub-module may become damaged if it is charged too much. To prevent this, when the maximum cell voltage (i.e., $V_{cell,max}$) gets to $V_{CV-CC}$, the charger will switch to charging in this mode to prevent damage. In this state **502**, the charger sets its charging current to a value that maintains $V_{cell,max}$ at a target maximum cell voltage (i.e., $V_{cell,target}$). In one example, $V_{cell,target}$=4.40V. Since $V_{cell,max}$ is being maintained at some desired cell voltage (e.g., as opposed to the voltage across the battery sub-modules), this state is referred to as the constant cell voltage state.

More formally, the charger sets its charging current at index k to be:

$$V_{error} = V_{cell,target} - V_{cell,max} \tag{3}$$

$$I_k = I_{k-1} - k_v - V_{error} \tag{4}$$

where $V_{error}$ is the (e.g., cell-level) voltage error, $V_{cell,target}$ is the target maximum cell voltage (e.g., which may be user specified or obtained from a register), $V_{cell,max}$ is the maximum cell voltage (see metric **310** in FIG. **3**), $I_k$ is the charging current (e.g., output by the charger) at index k, $I_{k-1}$ is the charging current (e.g., output by the charger) at index k-1, and kv is a control constant (e.g., kv=50 A/V). Generally speaking, the charger voltage is a function of $V_{cell,max}$ since $V_{cell,target}$ and kv are constant or fixed values.

If, while in state **502**, a timeout is reached (e.g., the charging time exceeds $t_{max}$, which in one example is 18000 seconds) or the charging current output by the charger drops to a current level at which charging is considered complete (e.g., $I = I_{charge-complete}$ where in one example, $I_{charge-complete}$=0.05 A). The latter check may be to stop charging when the charging current slows to a trickle. The charging process then goes into completed charging state (**504**) where the charger stops charging the battery system (i.e., outputs a charging current of 0 A).

Returning briefly to FIG. **1**, for context, constant current state **500** and constant cell voltage state **502** may coincide with step **106** in FIG. **1**, where the metrics described above are used to set the charger (output) current (see state **500**) or the charger (output) voltage (see state **502**) during charging at step **106** in FIG. **1**. The following figure describes this example more formally and/or generally.

Alternatively, when in state **502**, the charger can return to state **500** if $V_{cell,max}$ reaches $V_{CV-CC}$. In this example, $V_{CV-CC}$ is strictly lower than $V_{CV-CP}$. This establishes hysteresis between state **500** and state **502** so that the charger does not rapidly oscillating between the two states. It is noted that $V_{cell,max}$ is typically expected to increase so a state

**9**

change from state **502** back to state **500** is atypical (e.g., assuming everything is functioning normally).

FIG. **6** is a flowchart illustrating an embodiment of a process to set a charge-related setting using the plurality of metrics. In some embodiments, the process of FIG. **6** is used during step **106** in FIG. **1**. In some embodiments, the process is performed by charger **200** in FIG. **2**.

At **600**, a minimum sub-module current is obtained, wherein the minimum sub-module current is determined by selecting a minimum from a plurality of sub-module currents in the plurality of metrics. For example, in FIG. **3**, sub-module currents are reported for each of the battery sub-modules (see column **312**). Minimum sub-module current **314** is obtained by selecting the minimum value from the metrics in column **312**.

At **602**, a charging current is set based at least in part on the minimum sub-module current, wherein the charging current is used to charge the selected battery sub-modules. In the example of FIG. **5**, the system would be in state **500** where the charging current (e.g., $I_k$ at index or time k) is based on $I_{SM,min}$ (see Equations 1 and 2 above). In FIG. **2**, this amount or level of charging current would be output by charger **200**.

At **604**, a global maximum cell voltage is obtained, wherein the global maximum cell voltage is determined by selecting a maximum from a plurality of maximum cell voltages in the plurality of metrics. $V_{cell,max}$ (**310**) in FIG. **3** shows one example of a global maximum where $V_{cell,max}$ (**310**) is obtained by selecting the maximum from $V_{cell,max,i}$ from column **304**.

At **606**, it is determined if the global maximum cell voltage ($V_{cell,max}$) exceeds a voltage threshold ($V_{CC-CV}$). As described above, this is an indication that the cells in the sub-modules are approaching levels where they could become damaged due to overcharging and a different charging strategy is now called for (e.g., a constant cell voltage charging mode).

If so, at **608**, the charging current is set based at least in part on the global maximum cell voltage. For example, in FIG. **5**, this corresponds to switching to constant cell voltage state **502** from constant current state **500**; Equations 3 and 4 describe how the charging current is determined (at least for that example).

If the global maximum cell voltage ($V_{cell,max}$) does not exceed the voltage threshold ($V_{CC-CV}$) at **606**, the charging current continues to be set based at least in part on the minimum sub-module current at step **602**.

Returning briefly to FIG. **4**, in that example, a battery sub-module is disconnected from the common power bus (and thus preventing charging of that battery sub-module) if that battery sub-module was too hot or too cold. The following figures show some examples of components and/ or techniques to heat or cool (e.g., selected) battery sub-modules so that they can be charged.

FIG. **7** is a diagram illustrating an embodiment of heating coils in a battery system. For clarity, some components which are not related to heating are not shown here (e.g., the diodes in each of the battery sub-modules are not shown, nor is the common power bus). In this example, the battery system (**700**) includes a plurality of battery sub-modules (**702**a and **702**b), each of which includes a battery management system (**704**a and **704**b) which (among other things) reports the temperature of the corresponding battery sub-module. The temperatures are passed to the charger (**706**) via the charger interface (**708**).

If the temperature of a battery sub-module is too low, the charger will not charge that battery sub-module (e.g., as

**10**

described above). Any battery sub-modules which are too cold for charging may be heated by turning on the corresponding heating coil (**710**a and **710**b). The heating coils in this example are independently controllable so that (if desired) only certain heating coils are turned on. Charger **706** decides which heating coils to turn on (if any) and so instructs the charger interface **708** which in turn turns on the specified heating coils (if any). Similarly, the temperatures of the battery sub-modules are monitored by the battery management systems and a heating coil can be turned off when its corresponding battery sub-module is sufficiently warm.

In some embodiments, there is an external heating or cooling source. The following figure shows an example where the charger includes a heating and cooling system which enables hot or cold air to be blown across the battery sub-modules.

FIG. **8** is a diagram illustrating an embodiment of a charger with a heating and cooling system, including fans. In this example, the charger (**800**) includes a heating and cooling system (**802**). The charger has a hose (**804**) which is coupled to a port (**806**) in the battery system (**808**) which in turn is connected to air ducts (**816**) with outlets at the battery sub-modules (**810**a and **810**b). This allows hot or cold air from the heating and cooling system (which has at least one fan) to blow over the battery sub-modules. If the battery sub-modules are too hot, then cold air can be blown over them. If the battery sub-modules are too cold, then hot air can be blown over them. As described above, the temperature of each battery sub-module is continuously or periodically monitored by the battery management systems (**812**a and **812**b) which upload their temperatures to the charger (**800**) via the charger interface (**814**). When a battery sub-module's temperature reaches an acceptable temperature range, the hot or cold air piped to that battery sub-module is stopped.

For simplicity, only a single hose (**804**), port (**806**), and duct (**810**) are shown in this example. In some embodiments, there are multiple hoses, ports, and/or ducts so that each battery sub-module can, independent of the other battery sub-modules, have hot air, cold air, or no air blown over it.

The following figures describe these examples more formally and/or generally in flowcharts.

FIG. **9** is a flowchart illustrating an embodiment of a process to turn on an internal heating element as needed. FIG. **9** is similar to FIG. **4** and for convenience the same reference numbers are used to show related steps. In some embodiments, the process of FIG. **9** is used at step **102** in FIG. **2**.

At **400**, it is determined whether a temperature, associated with a battery sub-module (BSM) being evaluated, is within a temperature range.

If it is determined that the temperature is within the temperature range at step **400**, then at **402** it is determined whether a state of charge (SOC), associated with the battery sub-module (BSM) being evaluated, exceeds a state of charge threshold.

If it is determined that the temperature is outside of the temperature range at step **400**, it is determined at **900** if the temperature is below the temperature range (e.g., the battery sub-module is too cold). If so, an internal heating element that corresponds to the battery sub-module being evaluated is turned on at **902**. For example, if battery sub-module **702**a in FIG. **7** is too cold to be charged safely, then heating coil **710**a is turned on. When the temperature reaches the (acceptable) temperature range, that battery sub-module can be electrically connected to the power bus and charged.

US 10,110,033 B1

11

After turning on the internal heating element at **902** or if the temperature is not below the temperature range at **900**, the battery sub-module being evaluated is excluded from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus at **404**.

If it is determined that the state of charge does not exceed the state of charge threshold at **402**, the battery sub-module being evaluated is included in the selected battery sub-modules to be electrically connected to the common power bus at **406**. As described above, there may be other checks performed and step **406** may not necessarily be performed in some cases.

FIG. **10** is a flowchart illustrating an embodiment of a process to blow hot or cold air as needed. FIG. **10** is similar to FIG. **4** and for convenience the same reference numbers are used to show related steps. In some embodiments, the process of FIG. **10** is used at step **102** in FIG. **2**.

At **400**, it is determined whether a temperature, associated with a battery sub-module (BSM) being evaluated, is within a temperature range.

If it is determined that the temperature is within the temperature range at step **400**, then at **402** it is determined whether a state of charge (SOC), associated with the battery sub-module (BSM) being evaluated, exceeds a state of charge threshold.

If it is determined that the temperature is outside of the temperature range at step **400**, air is blown over the battery sub-module being evaluated, wherein the blown air is heated or cooled depending upon the temperature and is heated or cooled using an external heating or cooling source at **1000**. See, for example, FIG. **8** where the charger has a heating and cooling system with a fan (**802**) and through hose (**804**), port (**806**), and duct (**810**), hot or cold air is blown over the battery sub-modules. In some other embodiments, there are separate or independent hoses, ports, and/or ducts so that each battery sub-module can independently have hot, cold, or no air blown over it.

After blowing air over the battery sub-module being evaluated at **1000**, the battery sub-module being evaluated is excluded from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus at **404**.

If it is determined that the state of charge does not exceed the state of charge threshold at **402**, the battery sub-module being evaluated is included in the selected battery sub-modules to be electrically connected to the common power bus at **406**. As described above, there may be other checks performed and step **406** may not necessarily be performed in some cases.

Returning briefly to FIG. **2**, the battery sub-modules shown here wear out over time. To ensure that a battery sub-module does not fail at a critical time (e.g., during flight), the battery management systems in some embodiments estimate or otherwise monitor one or more health metrics (e.g., related to the health and/or wear on a particular battery sub-module). In some embodiments, to update a battery health metric, the charger has to charge (or, more generally, stimulate) the battery sub-modules in a particular manner so that the battery management systems can measure or otherwise estimate battery health metric(s). The following figures show an example of this.

FIG. **11A** is a diagram illustrating an embodiment where health metrics are updated on a periodic basis. In this example, the axis shows the cycle or index number associated with the charging of a battery sub-module; some cycles are charging-only cycles and other cycles are charge-and-update cycles.

12

At the $i^{th}$ cycle (**1100**), a charge-only process is performed where the battery system is charged but the health metrics (e.g., associated with the battery sub-modules) are not updated. At the next cycle (**1102**), a charge-only process is again performed where the battery system is charged but the health metrics are not updated. During these charge-only cycles (**1100** and **1102**), the charging process described in FIG. **5** and Equations 1-4 is used.

This pattern continues until the $(i+N)^{th}$ cycle (**1104**) when the charger charges the battery system and exercises or otherwise stimulates the battery system in a manner that permits or is otherwise conducive to updating the health metrics. In other words, health metrics are updated with a frequency of once every N charging cycles.

Alternatively, instead of updating the health metrics of the various battery sub-modules on a periodic (e.g., fixed) basis, in some embodiments the health metrics are updated when some state or condition is met. For example, if a battery sub-module was recently in a fault condition (e.g., a battery sub-module is suspected to be damaged and its health metric, which presumably was generated before the damage, is therefore out-of-date) or a battery sub-module was just replaced (e.g., so there is no health metric), it may be desirable to perform an update right away instead of waiting for the next periodic update in order to ascertain the cell health.

Returning briefly to FIG. **2**, in some embodiments, the charger (**200**) communicates with the charger interface (**222**) as needed to let the charger interface know if a charge-only cycle is being performed or if a charge-and-update cycle is being performed. Similarly, the charger may communicate with a charger interface if/when needed to indicate when certain stages have been achieved and the battery management systems should perform certain operations (e.g., when to update state of charge, update C0, etc.).

The following figure describes an example of a charge-and-update process which is used during cycle **1104**.

FIG. **11B** is a diagram illustrating an embodiment of a charge-and-update process. In this example, the x-axis corresponds to a time or condition and the y-axis corresponds to charging current (e.g., output by charger **200** in FIG. **2**). In some embodiments, the charge-and-update process shown here is used during charge-and-update cycle **1104** in FIG. **11A**. As described above, such a charge-and-update process may be performed on a periodic basis or when certain conditions are met (e.g., if $V_{cell,max}$ drops below $V_{SOH,init}$).

The process begins at **1150** by outputting a charging current of $1_{1C}$ which is the current output by a (e.g., single) battery sub-module at 1 C. In one example, $I_{1C}$=14.7 A. The charging current is held at this level until $V_{cell,min}$=$V_{C0,low}$ where $V_{cell,min}$ is the global minimum cell voltage (see, e.g., metric **318** in FIG. **3**) and $V_{C0,low}$ is the threshold for the first state of charge (e.g., a percentage) measurement point. For example, $V_{C0,low}$=3.75V.

Once the $V_{C0,low}$ threshold is reached, the process waits for 20 minutes (**1152**), during which time the charging current drops to 0 A and the state of charge is measured for a first time. The 20 minute mark is an arbitrary and/or exemplary time to ascertain a cell's open circuit voltage. The cell's measured circuit voltage has a capacitance-like effect where it continues to fluctuate long after current stimulus has disappeared. In this example, it takes approximately 20 minutes until the cell voltage is considered to be in a relaxed

US 10,110,033 B1

13

14

state such that the cell's measured voltage can be expected to correspond to its open circuit voltage.

Technically, the state of charge is calculated based off of the open circuit voltage, which is the quantity actually being measured here.

Then, the process sets the charging current to $I_{1_C}$ (**1154**). The charging current is held at that level until $V_{cell,min} = V_{C0,high}$ where $V_{C0,low}$ is the threshold for the second state of charge measurement point. For example, $V_{C0,high} = 4.1V$.

Once the $V_{C0,high}$ threshold is reached, the process again waits for 20 minutes (**1156**), during which time the charging current drops to 0 A and the state of charge is measured for a second time.

The process then performs a pulse train (**1158**) which includes 10 pulses. Each pulse has a sequence or pattern where the charging current is held at $I_{1_C}$ for $t_{pulse}$ amount of time **1160**, following by a rest period (**1162**) where the charging current goes to zero for $t_{rest}$ amount of time. In one example, $t_{pulse} = 5$ seconds and $t_{rest} = 60$ seconds. During this time, the two states of charge obtained during waiting periods **1152** and **1156** are used during the pulse train (**1158**) to obtain the cells' internal resistance. As described above, there are a plurality of battery sub-modules and each battery sub-module includes a plurality of cells. If too many cells have a increased internal resistance then the battery sub-module may need to be replaced. In some embodiments, each battery management system updates the C0 metrics for all of the cells in that particular battery sub-module during the pulse train (**1158**). For example, battery management system **220a** in FIG. **2** would update the C0 metrics for all of the cells in the first battery sub-module (**212a**), battery management system **220b** would update the C0 metrics for all of the cells in the $N^{th}$ battery sub-module (**212b**), etc.

Once the pulse train has completed and the C0 health metrics have been updated, the process performs constant current, constant cell voltage charging. For example, the charging process described in FIG. **5** and Equations 1-4 is used.

In some embodiments, balancing is only permitted during a constant current, constant cell voltage charging and is not permitted during when the health metrics are being updated (e.g., during periods **1150**-**1158**).

Generally speaking, the charger attempts to output current and/or voltage signals which the battery sub-module(s) would respond to. For example, the battery sub-modules can be modeled as RC circuits and the stimuli provided by the charger attempts to stimulate the battery sub-modules to allow for identification and/or measurement of the parameters (e.g., the resistance(s) and capacitance(s) associated with the RC circuit).

This example is described more formally and/or generally in the flowchart below.

FIG. **12** is a flowchart illustrating an embodiment of a process to charge a battery system using either a charge-only process or a charge-and-update process. In some embodiments, the process of FIG. **12** is used during step **106** of FIG. **1**. In some embodiments, the process is performed by a charger.

At **1200**, it is determined whether to perform a charge-only process or a charge-and-update process. In some embodiments, the charge-and-update process is periodically performed and the decision at **1200** includes determining if a current index or cycle number is associated with the charge-and-update process. See, for example, FIG. **11A**. In some embodiments, the decision at **1200** includes determining if a maximum cell voltage (e.g., $V_{cell,max}$) from the plurality of metrics drops below an update threshold voltage

(e.g., $V_{SOH,min}$). For example, $V_{cell,max}$ is one of the metrics in FIG. **3** (see metric **310**). In some embodiments, the decision at step **1200** takes into account user input (e.g., so that someone can override a slower charging process in favor of a faster charging process if there is a queue of vehicles at the charger waiting to be charged).

If it is decided at step **1200** to perform the charge-only process, then at **1202** the selected battery sub-modules are charged without exercising the selected battery sub-modules in a manner associated with (e.g., conducive to) updating a health metric. The process described in FIG. **5** and Equations 1-4 describe one such example.

If it is decided at step **1200** to perform the charge-and-update process, then at **1204** the selected battery sub-modules are exercised in a manner associated with (e.g., conducive to) updating a health metric and the selected battery sub-modules are charged. See, for example, FIG. **11B**. In some embodiments, the health metric being updated is a cell charge capacity (e.g., C0) and updated charge capacity values are generated for each cell in the battery system.

As described above, in some embodiments step **1202** includes charging the selected battery sub-modules over a first charging period and a second charging period, wherein the durations of the first charging period and the second charging period are based at least in part on a global minimum cell voltage (e.g., $V_{cell,min}$) from the plurality of metrics. More specifically, the first charging period ends when the global minimum cell voltage (e.g., $V_{cell,min}$) reaches a threshold associated with a first state of charge measurement point (e.g., $V_{C0,low}$) and the second charging period ends when the global minimum cell voltage (e.g., $V_{cell,min}$) reaches a threshold associated with a second state of charge measurement point (e.g., $V_{C0,low}$). When those conditions are satisfied, an update state of charge is measured (e.g., twice, once when the first condition is met and again when the second condition is met) and the updated state of charge values are used to obtain an updated C0 value.

Although the foregoing embodiments have been described in some detail for purposes of clarity of understanding, the invention is not limited to the details provided. There are many alternative ways of implementing the invention. The disclosed embodiments are illustrative and not restrictive.

What is claimed is:

1. A system, comprising:
a processor; and
a memory coupled with the processor, wherein the memory is configured to provide the processor with instructions which when executed cause the processor to:
    receive, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;
    select, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus;
    configure the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and
    charge the selected battery sub-modules that are electrically connected to the common power bus, including by:
        obtaining a minimum sub-module current, wherein the minimum sub-module current is determined

US 10,110,033 B1

15

by selecting a minimum from a plurality of sub-module currents in the plurality of metrics;

setting a charging current based at least in part on the minimum sub-module current, wherein the charging current is used to charge the selected battery sub-modules;

obtaining a global maximum cell voltage, wherein the global maximum cell voltage is determined by selecting a maximum from a plurality of maximum cell voltages in the plurality of metrics;

determining whether the global maximum cell voltage exceeds a voltage threshold; and

in the event it is determined that the global maximum cell voltage exceeds the voltage threshold, setting the charging current based at least in part on the global maximum cell voltage.

**2**. The system recited in claim **1**, wherein the instructions for selecting include instructions for:

determining whether a temperature, associated with a battery sub-module being evaluated, is within a temperature range;

in the event it is determined that the temperature is not within the temperature range, excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

determining whether a state of charge, associated with the battery sub-module being evaluated, exceeds a state of charge threshold; and

in the event it is determined that the state of charge does exceed the state of charge threshold, excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus.

**3**. A system, comprising:

a processor; and

a memory coupled with the processor, wherein the memory is configured to provide the processor with instructions which when executed cause the processor to:

receive, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

select, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus, including by:

determining whether a temperature, associated with a battery sub-module being evaluated, is within a temperature range;

in the event it is determined that the temperature is not within the temperature range:

determining whether the temperature is below the temperature range;

in the event it is determined that the temperature is below the temperature range, turning on an internal heating element that corresponds to the battery sub-module being evaluated; and

excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

16

determining whether a state of charge, associated with the battery sub-module being evaluated, exceeds a state of charge threshold; and

in the event it is determined that the state of charge does exceed the state of charge threshold, excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

configure the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charge the selected battery sub-modules that are electrically connected to the common power bus.

**4**. A system, comprising:

a processor; and

a memory coupled with the processor, wherein the memory is configured to provide the processor with instructions which when executed cause the processor to:

receive, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

select, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus, including by:

determining whether a temperature, associated with a battery sub-module being evaluated, is within a temperature range;

in the event it is determined that the temperature is not within the temperature range:

blowing air over the battery sub-module being evaluated, wherein the blown air is heated or cooled depending upon the temperature and is heated or cooled using an external heating or cooling source; and

excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

determining whether a state of charge, associated with the battery sub-module being evaluated, exceeds a state of charge threshold; and

in the event it is determined that the state of charge does exceed the state of charge threshold, excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

configure the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charge the selected battery sub-modules that are electrically connected to the common power bus.

**5**. A system, comprising:

a processor; and

a memory coupled with the processor, wherein the memory is configured to provide the processor with instructions which when executed cause the processor to:

receive, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

17

select, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus;

configure the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charge the selected battery sub-modules that are electrically connected to the common power bus, including by:

determining whether to perform a charge-only process or a charge-and-update process; and

in the event it is determined to perform the charge-only process, charging the selected battery sub-modules without exercising the selected battery sub-modules in a manner associated with updating a health metric; and

in the event it is determined to perform the charge-and-update process, exercising the selected battery sub-modules in a manner associated with updating a health metric and charging the selected battery sub-modules.

**6.** The system recited in claim **5**, wherein the health metric includes a cell charge capacity.

**7.** The system recited in claim **5**, wherein the charge-and-update process is periodically performed and determining whether to perform the charge-only process or the charge-and-update process includes determining if a current index or cycle number is associated with the charge-and-update process.

**8.** The system recited in claim **5**, wherein determining whether to perform a charge-only process or a charge-and-update process is based at least in part on whether a maximum cell voltage from the plurality of metrics drops below an update threshold voltage.

**9.** The system recited in claim **5**, wherein exercising the selected battery sub-modules in a manner associated with updating a health metric and charging the selected battery sub-modules includes charging the selected battery sub-modules over a first charging period and a second charging period, wherein durations of the first charging period and the second charging period are based at least in part on a global minimum cell voltage from the plurality of metrics.

**10.** A method, comprising:

receiving, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

selecting, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus;

configure the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charging the selected battery sub-modules that are electrically connected to the common power bus, including by:

obtaining a minimum sub-module current, wherein the minimum sub-module current is determined by selecting a minimum from a plurality of sub-module currents in the plurality of metrics;

setting a charging current based at least in part on the minimum sub-module current, wherein the charging current is used to charge the selected battery sub-modules;

obtaining a global maximum cell voltage, wherein the global maximum cell voltage is determined by

18

selecting a maximum from a plurality of maximum cell voltages in the plurality of metrics;

determining whether the global maximum cell voltage exceeds a voltage threshold; and

in the event it is determined that the global maximum cell voltage exceeds the voltage threshold, setting the charging current based at least in part on the global maximum cell voltage.

**11.** The method recited in claim **10**, wherein selecting includes:

determining whether a temperature, associated with a battery sub-module being evaluated, is within a temperature range;

in the event it is determined that the temperature is not within the temperature range, excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

determining whether a state of charge, associated with the battery sub-module being evaluated, exceeds a state of charge threshold; and

in the event it is determined that the state of charge does exceed the state of charge threshold, excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus.

**12.** A method, comprising:

receiving, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

selecting, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus, including by:

determining whether a temperature, associated with a battery sub-module being evaluated, is within a temperature range;

in the event it is determined that the temperature is not within the temperature range:

determining whether the temperature is below the temperature range;

in the event it is determined that the temperature is below the temperature range, turning on an internal heating element that corresponds to the battery sub-module being evaluated; and

excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

determining whether a state of charge, associated with the battery sub-module being evaluated, exceeds a state of charge threshold; and

in the event it is determined that the state of charge does exceed the state of charge threshold, excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

configuring the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charging the selected battery sub-modules that are electrically connected to the common power bus.

**13**. A method, comprising:

receiving, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

selecting, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus, including by:

determining whether a temperature, associated with a battery sub-module being evaluated, is within a temperature range;

in the event it is determined that the temperature is not within the temperature range:

blowing air over the battery sub-module being evaluated, wherein the blown air is heated or cooled depending upon the temperature and is heated or cooled using an external heating or cooling source; and

excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

determining whether a state of charge, associated with the battery sub-module being evaluated, exceeds a state of charge threshold; and

in the event it is determined that the state of charge does exceed the state of charge threshold, excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

configuring the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charging the selected battery sub-modules that are electrically connected to the common power bus.

**14**. A method, comprising:

receiving, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

selecting, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus;

configuring the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charging the selected battery sub-modules that are electrically connected to the common power bus, including by:

determining whether to perform a charge-only process or a charge-and-update process; and

in the event it is determined to perform the charge-only process, charging the selected battery sub-modules without exercising the selected battery sub-modules in a manner associated with updating a health metric; and

in the event it is determined to perform the charge-and-update process, exercising the selected battery sub-modules in a manner associated with updating a health metric and charging the selected battery sub-modules.

**15**. The method recited in claim **14**, wherein the health metric includes a cell charge capacity.

**16**. The method recited in claim **14**, wherein the charge-and-update process is periodically performed and determining whether to perform the charge-only process or the charge-and-update process includes determining if a current index or cycle number is associated with the charge-and-update process.

**17**. The method recited in claim **14**, wherein determining whether to perform a charge-only process or a charge-and-update process is based at least in part on whether a maximum cell voltage from the plurality of metrics drops below an update threshold voltage.

**18**. The method recited in claim **14**, wherein exercising the selected battery sub-modules in a manner associated with updating a health metric and charging the selected battery sub-modules includes charging the selected battery sub-modules over a first charging period and a second charging period, wherein durations of the first charging period and the second charging period are based at least in part on a global minimum cell voltage from the plurality of metrics.

**19**. A computer program product, the computer program product being embodied in a tangible and non-transitory computer readable storage medium and comprising computer instructions for:

receiving, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

selecting, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus;

configuring the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charging the selected battery sub-modules that are electrically connected to the common power bus, including by:

obtaining a minimum sub-module current, wherein the minimum sub-module current is determined by selecting a minimum from a plurality of sub-module currents in the plurality of metrics;

setting a charging current based at least in part on the minimum sub-module current, wherein the charging current is used to charge the selected battery sub-modules;

obtaining a global maximum cell voltage, wherein the global maximum cell voltage is determined by selecting a maximum from a plurality of maximum cell voltages in the plurality of metrics;

determining whether the global maximum cell voltage exceeds a voltage threshold; and

in the event it is determined that the global maximum cell voltage exceeds the voltage threshold, setting the charging current based at least in part on the global maximum cell voltage.

**20**. A computer program product, the computer program product being embodied in a tangible and non-transitory computer readable storage medium and comprising computer instructions for:

receiving, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

selecting, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus, including by:

determining whether a temperature, associated with a battery sub-module being evaluated, is within a temperature range;

US 10,110,033 B1

21

in the event it is determined that the temperature is not within the temperature range:

determining whether the temperature is below the temperature range;

in the event it is determined that the temperature is below the temperature range, turning on an internal heating element that corresponds to the battery sub-module being evaluated; and

excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

determining whether a state of charge, associated with the battery sub-module being evaluated, exceeds a state of charge threshold; and

in the event it is determined that the state of charge does exceed the state of charge threshold, excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

configuring the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charging the selected battery sub-modules that are electrically connected to the common power bus.

21. A computer program product, the computer program product being embodied in a tangible and non-transitory computer readable storage medium and comprising computer instructions for:

receiving, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

selecting, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus, including by:

determining whether a temperature, associated with a battery sub-module being evaluated, is within a temperature range;

in the event it is determined that the temperature is not within the temperature range:

blowing air over the battery sub-module being evaluated, wherein the blown air is heated or cooled depending upon the temperature and is heated or cooled using an external heating or cooling source; and

22

excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

determining whether a state of charge, associated with the battery sub-module being evaluated, exceeds a state of charge threshold; and

in the event it is determined that the state of charge does exceed the state of charge threshold, excluding the battery sub-module being evaluated from the selected battery sub-modules such that the battery sub-module being evaluated is electrically disconnected from the common power bus;

configuring the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charging the selected battery sub-modules that are electrically connected to the common power bus.

22. A computer program product, the computer program product being embodied in a tangible and non-transitory computer readable storage medium and comprising computer instructions for:

receiving, for each battery sub-module in a plurality of battery sub-modules, a metric in order to obtain a plurality of metrics associated with the plurality of battery sub-modules;

selecting, from the plurality of battery sub-modules, one or more battery sub-modules to electrically connect to a common power bus;

configuring the selected battery sub-modules so that the selected battery sub-modules are electrically connected to the common power bus; and

charging the selected battery sub-modules that are electrically connected to the common power bus, including by:

determining whether to perform a charge-only process or a charge-and-update process; and

in the event it is determined to perform the charge-only process, charging the selected battery sub-modules without exercising the selected battery sub-modules in a manner associated with updating a health metric; and

in the event it is determined to perform the charge-and-update process, exercising the selected battery sub-modules in a manner associated with updating a health metric and charging the selected battery sub-modules.

* * * * *