1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   AGonzalez@mofo.com
2  MICHAEL A. JACOBS (CA SBN 111664)
   MJacobs@mofo.com
3  SHAELYN K. DAWSON (CA SBN 288278)
   ShaelynDawson@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  BITA RAHEBI (CA SBN 209351)
   BRahebi@mofo.com
8  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
9  Los Angeles, California 90017-3543
   Telephone: 213.892.5200
10 Facsimile: 213.892.5454

11 Attorneys for Defendant
   ARCHER AVIATION INC.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16

17 | WISK AERO LLC,                | Case No.   5:21-cv-02450-NC |
18 |        Plaintiff,              | **STIPULATION FOR EXTENSION OF DEADLINE FOR DEFENDANT ARCHER AVIATION INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF WISK AERO LLC'S COMPLAINT** |
19 |   v.                           | |
20 | ARCHER AVIATION INC.,          | |
21 |        Defendant.              | |
22 |                                | Complaint Filed: April 6, 2021 |

Pursuant to Civil L.R. 6-1(a), Plaintiff Wisk Aero LLC and Defendant Archer Aviation Inc. hereby stipulate and agree that the deadline to file an answer or otherwise respond to the Complaint is hereby extended to **June 1, 2021**.

Dated: April 14, 2021

MORRISON & FOERSTER LLP

By: _/s/ Arturo J. González_
ARTURO J. GONZÁLEZ

Attorneys for Defendant
ARCHER AVIATION INC.

Dated: April 14, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _/s/ Yury Kapgan_
YURY KAPGAN

Attorneys for Plaintiff
WISK AERO LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Arturo J. González, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Yury Kapgan has concurred in this filing.

Dated: April 14, 2021

_/s/ Arturo J. González_
Arturo J. González