QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>ARCHER AVIATION INC.,<br><br>        Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**DECLARATION OF YURY KAPGAN IN SUPPORT OF WISK AERO LLC'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |

I, Yury Kapgan, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for plaintiff Wisk Aero LLC ("Wisk"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters

2. A true and correct copy of Wisk's Disclosure of Asserted Trade Secrets is attached as **Exhibit 1** to this declaration.

3. A true and correct copy of a May 6, 2021, Morgan Stanley report entitled <u>eVTOL/Urban Air Mobility TAM Update: A Slow Take-Off, But Sky's the Limit</u>, which was downloaded at my direction from the Morgan Stanley Research website, is attached as **Exhibit 2** to this declaration.

4. A true and correct copy of a December 15, 2020, article entitled "Urban Air Mobility Market To Be Worth USD 15.54 Billion by 2030," which was downloaded at my direction from globalnewswire.com, is attached as **Exhibit 3** to this declaration.

5. A true and correct copy of Archer Aviation Inc.'s December 9, 2019, Application to Transact Business in Florida, which was downloaded at my direction from the website for the Florida Secretary of State, is attached as **Exhibit 4** to this declaration.

6. A true and correct copy of Brett Adcock's LinkedIn page, which was downloaded at my direction from LinkedIn, is attached as **Exhibit 5** to this declaration.

7. A true and correct copy of Adam Goldstein's biography, which was downloaded at my direction from the website for the Museum of American Finance, is attached as **Exhibit 6** to this declaration.

8. A true and correct copy of Archer Aviation Inc.'s July 2020 Statement of Information, which was downloaded at my direction from the website for the California Secretary of State, is attached as **Exhibit 7** to this declaration. That exhibit lists Archer Aviation Inc.'s principal office as 26989 Beaver Lane, Los Altos Hills, California 94022. I am informed and understand that location is a residential address.

9. A true and correct copy of Archer Aviation Inc.'s April 2021 Statement of Information, which was downloaded at my direction from the website for the California Secretary of State, is attached as **Exhibit 8** to this declaration. That exhibit lists Archer Aviation Inc.'s principal office as 1880 Embarcadero Road, Palo Alto, California 94303. I am informed and understand that location is a commercial address.

10. A true and correct copy of a September 14, 2020, grand jury subpoena issued to Wisk Aero LLC is attached as **Exhibit 9** to this declaration.

11. A true and correct, redacted copy of the production cover letter for Wisk's October 8, 2020, document production, made in response to a grand jury subpoena, is attached as **Exhibit 10** to this declaration.

12. A true and correct, redacted copy of the production cover letter for Wisk's November 18, 2020, document production, made in response to a grand jury subpoena, is attached as **Exhibit 11** to this declaration.

13. A true and correct, redacted copy of the production cover letter for Wisk's December 9, 2020, document production, made in response to a grand jury subpoena, is attached as **Exhibit 12** to this declaration.

14. A true and correct copy of a February 10, 2021, press release issued by Archer Aviation Inc., which was downloaded at my direction from globalnewswire.com, is attached as **Exhibit 13** to this declaration.

15. A true and correct copy of a February 16, 2021, Bazinga Interview Transcript filed with the Securities and Exchange Commission ("SEC"), which was downloaded from SEC's EDGAR platform at my direction, is attached as **Exhibit 14** to this declaration.

16. A true and correct copy of a March 3, 2021, Fox News Interview Transcript filed with the Securities and Exchange Commission ("SEC"), which was downloaded from SEC's EDGAR platform at my direction, is attached as **Exhibit 15** to this declaration.

17. A true and correct copy of an April 21, 2021, article from the Silicon Valley Business Journal entitled "Here's why Archer Aviation's Founders Believe It has the Right Air Taxi Team," is attached as **Exhibit 16** to this declaration.

18. Three true and correct screen shots of Archer Aviation Inc.'s total employee count, which I captured from LinkedIn on May 17, 2021, are attached as **Exhibit 17** to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 19, 2021

By  */s/ Yury Kapgan*
     Yury Kapgan