# Exhibit 1
# to Kapgan
# FILED UNDER SEAL