# Exhibit 5



Join now | Sign in

Brett Adcock



# Brett Adcock

Co-Founder at Archer

Palo Alto, California, United States · 500+ connections

**Sign in to Connect**

Archer

Company Website

## About

Brett Adcock is a technology entrepreneur and co-founder of Archer based in Palo Alto, CA.

Archer is an aerospace company building an all-electric vertical takeoff and landing aircraft focused on improving mobility in cities. The company's mission is to advance the benefits of sustainable air mobility.



Brett Adcock

## Articles by Brett



**Archer Announces Launch of Urban Air Mobility Network Partnerships with Los Angeles and Miami by 2024**

By **Brett Adcock**

March 9, 2021



**Archer to go public at $3.8 billion valuation, United Airlines orders $1 billion worth of eVTOL aircraft**

By **Brett Adcock**

February 10, 2021



**The Sustainable Revolution: Archer Announces OEM Partnership with Fiat Chrysler Automobiles, Ushering in the Age of Urban Air Mobility**

By **Brett Adcock**

January 12, 2021

## Activity



Brett Adcock



A few months back I sat down with Guy Raz to talk about the first 30 years of my career. Take a listen, let me know what you think, and get ready for...

Liked by **Brett Adcock**



Archer is proud to be presenting at Bank of America's Securities Transportation, Airlines & Industrials Conference. Join our co-founders, Adam...

Liked by **Brett Adcock**

Sign in to see all activity

## Experience



**Co-Founder**
Archer
2018 - Present · 3 years
Palo Alto, CA

Archer is an aerospace company building an all-electric vertical takeoff and landing aircraft focused on improving mobility in cities. The company's mission is to advance the benefits of sustainable air mobility. Archer is designing, manufacturing, and operating a fully electric

 

Join now    Sign in

Brett Adcock

Nov 2012 - 2019 · 7 years

New York, NY

Vettery is an online talent marketplace. The Company assists over 20,000 companies across 18 global markets. Vettery was founded in March 2013 by Brett Adcock and Adam Goldstein.

In February 2018, Vettery was acquired by The Adecco Group.



**Hedge Fund Analyst**
Minetta Lane Capital Partners
Nov 2011 - Nov 2012 · 1 year 1 month
New York, NY



**Hedge Fund Analyst**
Cedar Hill Capital Partners
Aug 2009 - Oct 2011 · 2 years 3 months
New York, NY



**Investment Banking Analyst**
Bank of America Merrill Lynch
Jun 2008 - Aug 2009 · 1 year 3 months
New York, NY

Brett Adcock worked in the investment banking team at Bank of America Merrill Lynch focused on mergers & acquisitions, leveraged buyouts, and initial public offers.



Join now | Sign in

Brett Adcock

## Education



**University of Florida**
-
2004 - 2008

## Groups



**Private Equity Networking**
-

---

### View Brett's full profile

- See who you know in common
- Get introduced
- Contact Brett directly

**Sign in to view full profile**

---

 Join now Sign in

Brett Adcock


**Brett Adcock**
Student at Round Rock High School
Austin, Texas Metropolitan Area


**Brett Adcock**
Field Service Technician at Cook Security Group
Rocklin, CA


**Brett Adcock, P.S.**
President of American Land Surveyors, LLC
Lancaster, OH

7 others named Brett Adcock are on LinkedIn

See others named **Brett Adcock**

## Brett's public profile badge

Include this LinkedIn profile on other websites

 **Brett Adcock**
Co-Founder at Archer

 Co-Founder at Archer

View profile



Join now  Sign in

**Brett Adcock**

 © 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines