# Exhibit 7

 

**California Secretary of State**
Electronic Filing

## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | ARCHER AVIATION INC. |
| Entity (File) Number: | C4602276 |
| File Date: | 07/17/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GH07869 |

**Detailed Filing Information**

1. Entity Name: ARCHER AVIATION INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
      26989 Beaver Lane
      Los Altos Hills, California 94022
      United States of America

   b. Mailing Address:
      26989 Beaver Lane
      Los Altos Hills, California 94022
      United States of America

   c. Street Address of Principal Executive Office:
      26989 Beaver Lane
      Los Altos Hills, California 94022
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Brett   Adcock
      26989 Beaver Lane
      Los Altos Hills, California 94022
      United States of America

   b. Secretary:
      Adam   Goldstein
      26989 Beaver Lane
      Los Altos Hills, California 94022
      United States of America

Document ID: GH07869

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer: Adam Goldstein
26989 Beaver Lane
Los Altos Hills, California 94022
United States of America

4. Director: Not Applicable

Number of Vacancies on the Board of Directors: Not Applicable

5. Agent for Service of Process: Brett Adcock
26989 Beaver Lane
Los Altos Hills, California 94022
United States of America

6. Type of Business: Aerospace Engineering

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Brett Adcock

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GH07869