# Exhibit 8

**California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | ARCHER AVIATION INC. |
| Entity (File) Number: | C4602276 |
| File Date: | 04/28/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GS83812 |

**Detailed Filing Information**

1. Entity Name: ARCHER AVIATION INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
      1880 Embarcadero Rd
      Palo Alto, California 94303
      United States of America

   b. Mailing Address:
      1880 Embarcadero Rd
      Palo Alto, California 94303
      United States of America

   c. Street Address of Principal Executive Office:
      1880 Embarcadero Rd
      Palo Alto, California 94303
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Brett Adcock
      1880 Embarcadero Rd
      Palo Alto, California 94303
      United States of America

   b. Secretary:
      N/A  N/A
      1880 Embarcadero Rd
      Palo Alto, California 94303
      United States of America

Document ID: GS83812

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

N/A  N/A
1880 Embarcadero Rd
Palo Alto, California 94303
United States of America

4.  Director:    Not Applicable

Number of Vacancies on the Board of Directors:    Not Applicable

5.  Agent for Service of Process:

Brett  Adcock
1880 Embarcadero Rd
Palo Alto, California 94303
United States of America

6.  Type of Business:    Aviation

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    Brett Adcock

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GS83812