# Exhibit 9
# to Kapgan
# FILED UNDER SEAL