# Exhibit 10

**quinn emanuel** trial lawyers

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL (213) 443-3000 FAX (213) 443-3100
555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065 | TEL (650) 801-5000 FAX (213) 801-5100

WRITER'S DIRECT DIAL NO.
**(213) 443-3222**
**(650) 801-5222**

WRITER'S EMAIL ADDRESS
yurykapgan@quinnemanuel.com

October 8, 2020

<u>VIA ELECTRONIC MAIL</u>

Timothy Mergen
█████████
2479 East Bayshore Road, Suite 255
Palo Alto, CA 94303
█████████

Re:   <u>September 14, 2020, Grand Jury Subpoena Issued to Wisk Aero LLC</u>

Dear Special Agent Mergen,

    We represent Wisk Aero LLC ("Wisk"). In response to the September 14, 2020, grand jury subpoena issued to Wisk, we are hereby beginning a rolling production of documents. We have loaded documents bearing Bates numbers WISK00000001 through WISK00001196 onto the SendFile system, and are now producing those documents.

    Service copies of the documents may be downloaded using the below link:
█████████████████████████████████████████████████████████████

    The production can be accessed using this password:
███████

    The documents in this production are ███████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
█████████████████████████████████████

    The documents in this production should be treated as protected by Rule 6(e) of the Federal Rules of Criminal Procedure. Furthermore, because many of these documents include confidential, proprietary information and/or private, personal identifying information, we request that this letter and the documents marked "HIGHLY CONFIDENTIAL" in this production, both

be treated as confidential and non-public under the Freedom of Information Act ("FOIA"). The documents are subject, at the present time, to FOIA exemptions 4, 6, and 7. *See* 5 U.S.C. § 552(b)(4), (6), (7). The documents are also exempt from mandatory disclosure under New York's Freedom of Information Law, including N.Y. Pub. Off. Law § 87(2)(b), (d), and (e), and the California Public Records Request Act, including Cal. Gov. Code § 6254(c), (f), and (k).

Please inform Wisk of any request made under FOIA, California's Public Records Request Act, New York's Freedom of Information Law, or any other request for copies of the documents in today's production, so that Wisk may object to the request and substantiate grounds for confidential treatment.

The SendFile link displayed above will remain active for seven days. Should you need the link reactivated, please do not hesitate to contact me.

Very truly yours,

*Yury Kapgan*

Yury Kapgan
QUINN EMANUEL URQUHART & SULLIVAN, LLP