QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ARCHER AVIATION INC.,<br><br>    Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**DECLARATION OF GEOFF LONG IN SUPPORT OF WISK AERO LLC'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |

I, Geoff Long, declare as follows:

1. I am the Aircraft Chief Engineer for Wisk Aero LLC ("Wisk"), a company that is developing commercial electric vertical takeoff and landing ("eVTOL") aircraft. I am making this declaration of my own, personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently to the facts averred to herein.

**The History of Wisk and Wisk's eVTOL Development**

2. I have been employed by Wisk since June of 2010. I understand that I was one of the first five employees hired by Wisk. I have worked for Wisk during most of its existence, and I have personal, firsthand knowledge of Wisk's company history and aircraft development efforts.

3. At the time it was founded, Wisk was originally named Levt Inc., which is the name it still used when I joined the company. Wisk was then renamed Zee.Aero Inc. in 2011. In 2016, Zee.Aero merged with its sister company, the Kitty Hawk Corporation, and became known as Kitty Hawk.

4. In June 2019, Kitty Hawk and The Boeing Company formed a joint venture named Cora Aero LLC, which was comprised primarily of the business formerly known as Zee.Aero. In late 2019, Cora Aero was renamed Wisk Aero LLC, which is the name it continues to use to this day. Accordingly, during its ten year history, Wisk has also been known as Levt, Zee.Aero, Kitty Hawk, and Cora.

5. During the first five years of Wisk's existence (from 2010 through 2014, under the names Levt and Zee.Aero), Wisk focused extensively on building "next generation" electric aircraft, capable of carrying passengers. These were battery powered aircraft designed to operate without the need for chemical fuel.

6. During this period of time, Wisk developed and tested several different aircraft designs, including a proof of concept ("POC") aircraft, which relied on rotors installed along the length of the aircraft fuselage. The following pictures of the POC appeared in press reports about Wisk (then known as Zee.Aero):



7. In 2015, relying on the proprietary and confidential data that Wisk developed while building the POC, Wisk developed and began to test an aircraft known as "Grits" which relied on a single, fixed wing, with six booms along the wing and two rotors on each boom; Grits also made use of a V-shaped tail. The two rotors closest to the fuselage would "tilt" from a vertical position to a horizontal position as the aircraft transitioned from a vertical, fan-powered takeoff to wing-borne flight. The following image is a scale-model of the Grits design, as built by Wisk in 2015:



8. Between 2016 and 2018, Wisk continued to iterate on this design, building multiple aircraft that relied on a fixed wing, with twelve rotors arranged along the wing in sets of two, spread across six booms. The following picture shows Wisk's 2016 "Mutt" design that used this configuration:



9. In 2018, Wisk announced the development of an aircraft using this configuration that is named "Cora." The Cora aircraft was the fifth generation of aircraft built by Wisk. The following image depicts the Cora aircraft built by Wisk in 2018:



10. By 2019, Wisk had begun developing its sixth-generation aircraft. While the design of its sixth-generation aircraft is not yet complete, one of Wisk's development efforts has continued to iterate on its prior designs, with a single, fixed wing, with six booms, and twelve rotors. This is reflected in a patent application that Wisk filed with the Patent and Trademark Office, confidentially, in January of 2020. A true and correct copy of that patent application is attached hereto as **Exhibit A**. The following images from that patent application reflect a further iteration by Wisk on the fixed-wing, six-boom, twelve-rotor design:



**Archer's Attempt to Recruit Me**

11. In early December 2019, I was approached by my coworker at Wisk, Thomas Muniz, who had recently announced his intent to leave Wisk and join Archer Aviation Inc. ("Archer"). Mr. Muniz suggested that I speak with Archer's founders, Brett Adcock and Adam Goldstein, to hear about their ideas for an eVTOL company. Prior to that conversation with Mr. Muniz, Mr. Adcock had contacted me over LinkedIn, but I did not respond to him. However, I respected Mr. Muniz's judgment, so upon learning that Messrs. Adcock and Goldstein had convinced him to leave Wisk, I thought it may be worth hearing from them. On December 7,

2019, I responded to Mr. Adcock's message over LinkedIn, and I agreed to meet with him and Mr. Goldstein.

12. On or around December 9, 2019, I met with Messrs. Adcock and Goldstein, and during the meeting they attempted to recruit me to join Archer.

13. I noted that neither Mr. Adcock nor Mr. Goldstein had a background in aircraft design or the eVTOL industry. As a result, I asked several questions about who they intended to work with in order to provide that expertise. After hearing their responses, it was evident to me that they had researched the major companies in the field, and identified important employees working at those companies.

14. During the conversation Mr. Adcock and Mr. Goldstein tried to convince me that Archer would be a better company to work for than Wisk. However, I observed several "red flags" during the conversation. Those red flags included the following.

    a. They mentioned that they had hired Mr. Muniz, and claimed that they were going to hire a chief engineer "imminently," but they could not say who the chief engineer would be.

    b. They claimed to have hired other employees, but could not name any. Moreover, I had heard from Mr. Muniz that several of Archer's "employees" were actually graduate students at the University of Florida, and not experienced aircraft engineers.

    c. I recall that they either could not state where Archer's offices would be located, or may have represented that Archer did not yet have offices or facilities. I also recall Mr. Muniz stating that Archer did not yet have any facilities.

    d. Mr. Adcock and Mr. Goldstein were very vague about Archer's fundraising efforts. It was not clear to me whether Archer had actually raised any money at all by December 2019. During the conversation, Mr. Adcock and Mr. Goldstein did state that they believed Archer would need $200 million to develop an aircraft, and $500 million to $1 billion to get the aircraft certified, but they did not state whether Archer actually had those funds.

   e. Based on comments they made, it was evident to me that Archer had not yet even started developing a viable aircraft design.  Mr. Adcock and Mr. Goldstein stated that Archer was working with a team at the University of Florida that had a subscale aircraft, but they only discussed general ideas regarding how Archer might develop a prototype, which they planned to develop in parallel with an aircraft intended for FAA certification and commercialization.  Based on those comments, it appeared that Archer had not really begun developing a commercial aircraft at all.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  May 17, 2021

By _____
Geoff Long