QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>ARCHER AVIATION INC.,<br><br>          Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**DECLARATION OF CARLIE RUSSELL IN SUPPORT OF WISK AERO LLC'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |

I, Carlie Russell, declare as follows:

1. I am a Senior People Partner in the People Ops department of Wisk Aero LLC ("Wisk"), a company that is developing commercial electric vertical takeoff and landing ("eVTOL") aircraft. I am making this declaration of my own, personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently to the facts averred to herein.

2. My responsibilities as a People Partner in the People Ops department include (a) employee "off boarding" procedures for departing employees, such as exit interviews and ensuring that departing employees are reminded of their contractual obligations to Wisk, and (b) assisting the People Ops Generalist with employee "onboarding" procedures for new hires, including assisting new employees in filling out and understanding Wisk's new employee paperwork, and explaining Wisk company policies to new employees.

**Archer's Recruitment of Wisk Employees**

3. Just before Thanksgiving of 2019, Wisk's Vice President of Engineering, Thomas Muniz, announced that he was leaving Wisk. While Mr. Muniz did not state where he was going to work next, Wisk's People Ops department later learned that he joined Archer Aviation Inc. ("Archer").

4. After Mr. Muniz's departure in December 2019, and through my work in Wisk's People Ops department, I learned that Archer was broadly attempting to recruit multiple Wisk employees. Between January 8, 2020, and January 14, 2020, ten Wisk employees left to join Archer: John Melack, Scott Furman, Andrija Bajovic, Nansi Xue, Alan Chen, Pieter de Pape, Diederik Marius, Jing Xue, Sonja Brajovic, and Alen Ibarra. Other employees who were recruited by Archer near this time period decided to stay at Wisk.

5. Between February 2020 and May of 2021, Archer recruited an additional 6 people from Wisk. Along with Mr. Muniz and the ten employees Archer recruited in January 2020, Archer has now recruited a total of 17 employees away from Wisk.

**Jing Xue's Resignation and Offboarding**

6.     On January 10, 2020, Jing Xue announced that he would be resigning from Wisk, effective immediately.  Mr. Xue had not previously given notice of his resignation, and we were surprised to learn of his decision.  I asked Mr. Xue to send an email officially announcing his resignation to me so that there would be a written record of his decision.  I received Mr. Xue's email later that day, a true and correct copy of which is attached as **Exhibit A** to this declaration.

7.     Also on January 10, 2020, I conducted Mr. Xue's exit interview.  During the exit interview, I reminded Mr. Xue of his obligations to maintain the confidentiality of Wisk's proprietary information, and to return all Wisk documents and information in his possession.  I also asked Mr. Xue to sign a letter confirming that he had returned all Wisk property and information in his possession, and to do so no later than January 12, 2020.  Mr. Xue signed and returned the letter on January 13, 2020.  A true and correct copy of the letter is attached hereto as **Exhibit B**.

8.     On or around April 3, 2020, I learned that Mr. Xue had not returned a USB storage device that may have been used to make copies of Wisk's confidential and proprietary information.  On April 3, 2020, I sent Mr. Xue an email asking him to return the USB device and to explain what had happened.  I requested Xue respond no later than April 10, 2020.

9.     As of April 20, 2020, Mr. Xue had not responded to my April 3 email, so I sent a second email, again asking Mr. Xue to explain what happened to the USB storage device that he did not turn in.

10.    Mr. Xue did not respond to my emails until May 21, 2020.  At that time he stated that he "d[id] not recall what if anything [he] may have copied to a USB drive … but [he] believ[ed] it would have all been related to [his] work somehow."  He went on to explain that he located two USB storage devices in his possession that were the same brand name as the missing USB device.  However, he said that he "believe[d] [he] reformatted both of them in early January … [s]o there is nothing there for [Wisk] to collect."  A true and correct copy of the email chain between Mr. Xue and me is attached hereto as **Exhibit C**.

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct.
3
4 | DATED: May 18, 2021
5 | By *Carlie A. Russell*
6 | Carlie Russell