# Exhibit C



Carlie Russell <carlie.russell@wisk.aero>

## Jing's Resignation

**Jing Xue** <deppx1986@gmail.com>  Thu, May 21, 2020 at 11:48 AM
To: Carlie Russell <carlie.russell@wisk.aero>

Hello Carlie,

I'm sorry for not responding sooner.

To answer your questions, I believe went to the office on December 25 because my entire family are all still in Wuhan, and I was alone and decided to work. I worked very hard for Wisk, including a lot on weekends and holidays, especially during the holidays break, due to trying to solve a critical problem with the motor controller overheating. That was almost five months ago, I do not recall what if anything I may have copied to a USB drive that day, but I believe it would have all been related to my work somehow.

I don't know if I still have the Kingston USB drive you're talking about. I used USB drives for my work all the time, and maybe some were left in my desk at Wisk. I have looked and have found two Kingston USB drives but I don't know whether either one is what you're looking for. I don't recall what if anything was on these USB drives before, so I checked after getting your email and they do not have any user files on them now. I believe I reformatted both of them in early January, before leaving Wisk. So there is nothing there for you to collect--everything had been removed as you instructed me in your email on January 9 and in the letter that you asked me to sign.

I hope you stay safe and healthy.

--Jing

On Mon, Apr 20, 2020 at 7:12 PM Carlie Russell <carlie.russell@wisk.aero> wrote:

> Hi Jing,
>
> It's been more than two weeks since we asked for your help in tracking down a USB device that appears to have been used on December 25, 2019, to remove files from your Wisk-issued laptop. We haven't received any response from you. In light of your silence, we are becoming very concerned that Wisk's intellectual property is at risk here.
>
> Can you please respond to our questions by this Friday, April 24?
>
> Thank you,
>
> -Carlie

On Fri, Apr 3, 2020 at 5:34 PM Carlie Russell <carlie.russell@wisk.aero> wrote:

> Dear Jing,
>
> While we were verifying the information you provided to us during your exit interview, we learned that the laptop issued to you by Wisk has a record of files being written to a Kingston-branded USB storage device on December 25, 2019; and, moreover, that occurred just after several files were selected from Wisk's Google Drive account and downloaded to the laptop's hard drive (suggesting that the files were downloaded from Drive and then copied to the USB). The downloaded files contained schematics and test data for Wisk prototypes, so it is important that we track the files down and ensure that we account for all of them. Unfortunately, it appears that during your exit interview and off-boarding process the USB storage device and the file downloads were not mentioned, so we need to follow up

with you.  Can you provide us with the USB storage device you used on December 25, without modifying it, so that we can be sure to collect any copied files?  In addition, please provide us with an explanation for the December 25, 2019, file downloads and USB usage, so that we can understand what happened.  We would appreciate receiving a response no later than Friday, April 10, 2020.

Regards,

-Carlie

--

Carlie Russell
People Partner
Mobile: 951.533.3529
Wisk | wisk.aero

On Mon, Jan 13, 2020 at 3:19 PM Jing Xue <deppx1986@gmail.com> wrote:
> Hi Carlie,
>
> Thank you very much!
>
> Jing
>
>> On Jan 13, 2020, at 12:53 PM, Carlie Russell <carlie.russell@wisk.aero> wrote:
>>
>> Hi Jing,
>> Thank you again for stopping by today to sign the agreement that we reviewed on Friday.  Attached is a scanned copy for you to retain for your records.  I also attached a copy of your signed Employee Inventions Assignment and Confidentiality Agreement, which is referenced in this agreement.
>>
>> As discussed, you can access your payroll information and tax documents by logging in to www.NamelyPayroll.com using your personal email address.
>>
>> Feel free to contact me if you have any questions about these documents or other items related to your exit.
>>
>> I wish you the best of luck with your future career endeavors.
>>
>> Regards,
>>
>> --
>> Carlie Russell
>> People Partner
>> Mobile: 951.533.3529
>> Wisk | wisk.aero
>>
>> On Mon, Jan 13, 2020 at 9:15 AM Jing Xue <deppx1986@gmail.com> wrote:
>>> Hi Carlie,
>>>
>>> Thank you! Yes see you at 11:30.
>>>
>>> Jing
>>>
>>>> On Jan 13, 2020, at 6:43 AM, Carlie Russell <carlie.russell@wisk.aero> wrote:
>>>>
>>>> Hi Jing,

Thank you for confirming. Yes, 11:30am today, January 13, works for me. Please come to the lobby of 2700 Broderick Way and sign in at reception.

Thank you,
-Carlie

On Sun, Jan 12, 2020 at 10:46 PM Jing Xue <deppx1986@gmail.com> wrote:
> Hi Carlie,
>
> Dropbox has been used. As instructed, all items have been returned and/or removed from your personal devices and accounts. Shall we meet at HQ maybe 11:30am tomorrow for the signature?
>
> Thank you!
>
> Jing
>
>
> On Fri, Jan 10, 2020 at 4:44 PM Carlie Russell <carlie.russell@wisk.aero> wrote:
>> Hi Jing,
>> Thank you again for your time today to discuss your decision to leave Wisk. As discussed in your exit interview today, you have an obligation to Wisk Aero LLC (the "Company") to return all company property in your possession and maintain your relationship of confidence and trust with respect to any information or materials of a confidential or secret nature that may have been discovered or disclosed to you throughout your employment with the Company. Please confirm to me in writing by the end of the day Sunday, January 12, 2020 that all items have been returned and/or removed from your personal devices and accounts.
>>
>> A dropbox folder will be sent to you from our IT team and we ask that any digital proprietary information that has not been returned be uploaded to that folder and then destroyed on any personal devices/accounts. If any physical proprietary information needs to be returned to the company in person (i.e., drives, manuals, books, etc.), please let me know and we can coordinate the return of those items. For your reference, attached is a digital copy of the Employee Inventions Assignment and Confidentiality Agreement that you signed during our transition from Kittyhawk Corporation to our former name of Cora Aero LLC. Also attached is a digital copy of the Terms of Resignation Agreement that you did not sign today because of line 4, as some proprietary information remains on your personal laptop. I ask that you stop by our office on Monday to sign this document once all proprietary information has been returned to the company.
>>
>> Please reply to this email today that you understand your obligation to the Company and will confirm in writing that all items have been returned to the Company and/or removed from your personal devices and accounts.
>>
>> Thank you
>> --
>> Carlie Russell
>> People Partner
>> Mobile: 951.533.3529
>> Wisk | wisk.aero
>>
>> On Fri, Jan 10, 2020 at 3:29 PM Jing Xue <jing.xue@wisk.aero> wrote:
>>> Hi Carlie,
>>>
>>> I've decided to leave Wisk Aero LLC today.
>>>
>>> Best,
>>>
>>> Jing

> > > > --
> > > > Carlie Russell
> > > > People Partner
> > > > Mobile: 951.533.3529
> > > > Wisk | wisk.aero
> > >
> > >
> > > --
> > > Jing Xue
> > >
> > > --
> > > Carlie Russell
> > > People Partner
> > > Mobile: 951.533.3529
> > > Wisk | wisk.aero
> >
> >
> > --
> > Carlie Russell
> > People Partner
> > Mobile: 951.533.3529
> > Wisk | wisk.aero
> > <Jing Xue Inventions Assignment 2019.pdf>
> > <Jing Xue Terms of Resignation Signed Jan 2020.pdf>
>
> --
> Carlie Russell
> People Partner
> Mobile: 951.533.3529
> Wisk | wisk.aero

--
Carlie Russell
People Partner
Mobile: 951.533.3529
Wisk | wisk.aero

--
Jing Xue