1  JOSH KREVITT, SBN 208552
    jkrevitt@gibsondunn.com
2  ORIN SNYDER, SBN 2116424
    osnyder@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
4  New York, NY  10166-0193
   Telephone: 212.351.4000
5  Facsimile:  212.351.4035

6  DEBRA WONG YANG, SBN 123289
    dwongyang@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
8  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
9  Facsimile:  213.229.7520

10 BENJAMIN WAGNER, SBN 163581
    bwagner@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
12 Palo Alto, CA  94304-1211
   Telephone: 650.849.5300
13 Facsimile:  650.849.5333

14  JOSHUA H. LERNER, SBN 220755
    jlerner@gibsondunn.com
15 GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
16 San Francisco, CA 94105-0921
   Telephone: 415.393.8200
17 Facsimile:  415.393.8306

18 Attorneys for Defendant
   ARCHER AVIATION INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>                Plaintiff,<br><br>       v.<br><br>ARCHER AVIATION INC.,<br><br>                Defendant. | CASE NO. 5:21-CV-02450-WHO<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ARCHER AVIATION INC.**<br><br>U.S. District Judge William H. Orrick |

Gibson, Dunn &
Crutcher LLP

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Josh A. Krevitt of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 208552) and admitted to practice in this Court, hereby appears on behalf of Defendant Archer Aviation Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf.  His address, telephone, facsimile, and email are as follows:

>Josh A. Krevitt, SBN 208552
>JKrevitt@gibsondunn.com
>GIBSON, DUNN & CRUTCHER LLP
>200 Park Avenue
>New York, NY  10166-0193
>Telephone:    212.351.2490
>Facsimile:     212.351.4035

DATED:  May 19, 2021                                    GIBSON, DUNN & CRUTCHER LLP

                                                                            By:    */s/ Josh A. Krevitt*
                                                                                        Josh A. Krevitt

                                                                            *Attorneys for Defendant Archer Aviation Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2021, I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ARCHER AVIATION INC.** with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: May 19, 2021                               GIBSON, DUNN & CRUTCHER LLP


By:     */s/ Josh A. Krevitt*
                Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*