QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>ARCHER AVIATION INC.,<br><br>          Defendant. | CASE NO. 5:21-cv-02450<br><br>**CERTIFICATE OF SERVICE OF UNREDACTED PRELIMINARY INJUNCTION PAPERS ON DEFENDANT ARCHER AVIATION INC.'S COUNSEL OF RECORD** |

I, Michael LaFond, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Wisk Aero LLC ("Wisk"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters.

2. On Thursday, April 22, 2021, Counsel for Defendant Archer Aviation Inc. ("Archer"), Arturo Gonzalez, consented to electronic service of documents on behalf of Archer.

3. On Wednesday, May 19, 2021, at approximately 10:40 AM, Wisk completed the filing of its Notice of Motion and Motion for Preliminary Injunction and Expedited Discovery, along with the supporting declarations of Dr. Collins, Dr. Gandhi, Yury Kapgan, Michael Kunkel, Geoff Long, Caryn Nightengale, and Carlie Russell.

4. Also on Wednesday, May 19, 2021, at approximately 6:28 PM, I served Archer's counsel of record with complete redacted and unredacted copies of Wisk's Notice of Motion and Motion for Preliminary Injunction and Expedited Discovery, along with the supporting declarations of Dr. Collins, Dr. Gandhi, Yury Kapgan, Michael Kunkel, Geoff Long, Caryn Nightengale, and Carlie Russell. I accomplished service through electronic means by emailing the documents to the following individuals:

| Arturo J. Gonzalez<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7020<br>Email:<br>agonzalez@mofo.com | Benjamin Wagner<br>Gibson Dunn Crutcher<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>650-849-5395<br>Email:<br>bwagner@gibsondunn.com | Josh A. Krevitt<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>650-849-5300<br>Fax: 650-849-5333 |
|---|---|---|
| | Joshua H. Lerner<br>Gibson Dunn Crutcher LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105-0921<br>415.393.8200<br>Fax: 415.393.8306<br>Email: jlerner@gibsondunn.com | Orin Snyder<br>Gibson Dunn and Crutcher, LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 351-2400<br>Email:<br>osnyder@gibsondunn.com |

The transmission of documents was reported as complete and without error.

1     I declare under penalty of perjury under the laws of the United States of America that the
2 foregoing is true and correct.

3

4
Dated: May 19, 2021
5
                                                  Michael LaFond

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28