JOSH KREVITT, SBN 208552
  jkrevitt@gibsondunn.com
ORIN SNYDER, SBN 2116424
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

DEBRA WONG YANG, SBN 123289
  dwongyang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

BENJAMIN WAGNER, SBN 163581
  bwagner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

JOSHUA H. LERNER, SBN 220755
  jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
ARCHER AVIATION INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARCHER AVIATION INC.,<br><br>　　　　　Defendant. | CASE NO. 5:21-CV-02450-WHO<br><br>**ARCHER AVIATION INC.'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES AND PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>U.S. District Judge William H. Orrick |

**ARCHER AVIATION INC.'S CERTIFICATION OF NON-PARTY INTERESTED ENTITIES AND PERSONS PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Adam Goldstein – Cofounder and co-CEO of Archer Aviation Inc. and managing member of Capri Growth LLC.
- Brett Adcock – Cofounder and co-CEO of Archer Aviation Inc. and managing member of Hight Drive Growth LLC.
- Capri Growth LLC – A beneficial owner of greater than 5% of Archer Aviation Inc.'s capital stock.
- Hight Drive Growth LLC – A beneficial owner of greater than 5% of Archer Aviation Inc.'s capital stock.
- Marc Lore – A principal stockholder in Archer Aviation Inc.

DATED:  May 24, 2021                    GIBSON, DUNN & CRUTCHER LLP

                                        By:     /s/ Josh A. Krevitt
                                                Josh A. Krevitt

                                        *Attorney of Record for Archer Aviation Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, I caused to be electronically filed the foregoing **ARCHER AVIATION INC.'s CERTIFICATION OF NON-PARTY INTERESTED ENTITIES AND PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: May 24, 2021                         GIBSON, DUNN & CRUTCHER LLP


                                            By:    */s/ Josh A. Krevitt*
                                                       Josh A. Krevitt

                                            *Attorney for Defendant Archer Aviation Inc.*