| | |
|---|---|
| JOSH KREVITT, SBN 208552<br>jkrevitt@gibsondunn.com<br>ORIN SNYDER, SBN 2116424<br>osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: 212.351.4000<br>Facsimile:  212.351.4035<br><br>DEBRA WONG YANG, SBN 123289<br>dwongyang@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>Facsimile:  213.229.7520 | BENJAMIN WAGNER, SBN 163581<br>bwagner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone: 650.849.5300<br>Facsimile:  650.849.5333<br><br>JOSHUA H. LERNER, SBN 220755<br>jlerner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105-0921<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306 |

Attorneys for Defendant
ARCHER AVIATION INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARCHER AVIATION INC.,<br><br>　　　　　　Defendant. | CASE NO. 5:21-CV-02450-WHO<br><br>**ARCHER AVIATION INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>U.S. District Judge William H. Orrick |

**ARCHER AVIATION INC.'S CORPORATE DISCLOSURE STATEMENT**

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned hereby states that Archer Aviation Inc. does not have a "parent corporation" and no publicly held corporation owns 10% or more of Archer Aviation Inc.'s stock.

DATED: May 24, 2021                    GIBSON, DUNN & CRUTCHER LLP

                                       By:    */s/ Josh A. Krevitt*
                                              Josh A. Krevitt

                                       *Attorney for Defendant Archer Aviation Inc.*

…

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, I caused to be electronically filed the foregoing **ARCHER AVIATION INC.'s CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: May 24, 2021                              GIBSON, DUNN & CRUTCHER LLP

By: */s/ Josh A. Krevitt*
     Josh A. Krevitt

*Attorney for Defendant Archer Aviation Inc.*