1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Yury Kapgan (Bar No. 218366)
2    yurykapgan@quinnemanuel.com
   Patrick Schmidt (Bar No. 274777)
3    patrickschmidt@quinnemanuel.com
4  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017
5  Telephone:     (213) 443-3000
   Facsimile:     (213) 443-3100
6
7  Michael F. LaFond (Bar No. 303131)
     michaellafond@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
9  Telephone:     (650) 801-5000
   Facsimile:     (650) 801-5100
10
11 Attorneys for Plaintiff Wisk Aero LLC

12

13                **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15                 **SAN FRANCISCO DIVISION**

16

17 WISK AERO LLC,                          CASE NO. 3:21-cv-02450-WHO

18            Plaintiff,                   **DECLARATION OF YURY KAPGAN IN
                                           SUPPORT OF PLAINTIFF WISK AERO
19       vs.                               LLC'S OPPOSITION TO DEFENDANT
                                           ARCHER AVIATION INC.'S MOTION TO
20 ARCHER AVIATION INC.,                   ENLARGE TIME**

21            Defendant.

22

23

24

25

26

27

28

1       I, Yury Kapgan, declare as follows:

2       1.     I am an attorney licensed to practice in the State of California and am admitted to

3 practice before this Court.  I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan,

4 LLP, counsel for plaintiff Wisk Aero LLC ("Wisk").  I have personal knowledge of the matters set

5 forth in this declaration, and if called as a witness I would testify competently to those matters.

6       2.     I am making this declaration pursuant to Northern District of California Civil Local

7 Rule 6-3(b).  Pursuant to that rule, I understand that an opposition to a motion to change time must

8 be "accompanied by a declaration setting forth the basis for opposition."  As more fully stated in

9 Wisk's accompanying motion briefing, the basis for Wisk's Opposition to Defendant Archer

10 Aviation Inc.'s Motion to Enlarge Time is set forth in the section of Wisk's Motion for a

11 Preliminary Injunction and Expedited Discovery that discusses irreparable harm to Wisk if

12 Archer's behavior is not immediately stopped.  *See* Dkt. 16 at 21-22.

13       3.     Attached as **Exhibit A** to this Declaration is a true and correct, highlighted copy of

14 an article downloaded from the Bloomberg News website at my direction.

15       I declare under penalty of perjury under the laws of the United States of America that the

16 foregoing is true and correct.

17 DATED:  May 27, 2021

18                 By  */s/ Yury Kapgan*
                       Yury Kapgan

19

20

21

22

23

24

25

26

27

28