UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARCHER AVIATION INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-02450-WHO<br><br>**ORDER ON MOTION FOR AN EXTENSION OF TIME**<br>Re: Dkt. No. 25 |

Plaintiff filed this trade secret misappropriation and patent infringement case on April 6, 2021, and filed a motion for a preliminary injunction – supported by seven declarations (including two expert declarations), 600 pages of exhibits, and a 75-page trade secret disclosure (Dkt. No. 17-10) – on May 19, 2021, setting a hearing date of July 7, 2021. Plaintiff seeks broad preliminary injunctive relief, including immediate cessation of use of any of the 52 identified "trade secrets" included in plaintiff's 75-page disclosure and production for imaging all electronic devices and storage devices that contain or may have contained and of those identified trade secrets. *See* Dkt. No. 16-38. Plaintiff also seeks expedited and unlimited discovery. *Id*. at ¶ D.

Defendant asks for a 28 day extension on the preliminary injunction deadlines to allow defendant to prepare its response and to take any necessary (but unidentified) depositions to oppose the requested preliminary injunction. Dkt. No. 25. Plaintiff opposes that length of extension, and instead offered a 12 day extension. Dkt. No. 25-1 ¶ 6; Dkt. No. 27. Plaintiff argues that a longer extension is inappropriate given its assertions of irreparable injury; namely, defendant's alleged "head start" on the technology through access to plaintiff's trade secrets and defendant's continued spread and use of those trade secrets given defendant's continued hiring of new employees and anticipated future merger with another entity. Dkt. No. 27 at 3. Plaintiff, in a footnote, asks for essentially unlimited discovery if the 28 day extension is granted. *Id*. at 5 n.2.

1   Defendant's request for an extension is GRANTED in part. Defendant's opposition to the motion for preliminary injunction is due June 23, 2021. Plaintiff's reply is due July 7, 2021. The hearing on the motion for a preliminary injunction is reset for July 21, 2021 at 2:00 p.m.

The parties shall meet and confer regarding their currently unspecified requests for discovery and file by June 3, 2021 a list of the (limited) discovery that the parties agree is necessary to complete the briefing on plaintiff's motion for a preliminary injunction. If the parties cannot agree on additional discovery that one side asserts is necessary, they shall submit their competing proposals through a joint five-page letter by June 4, 2021. If the parties require a reasonable, further extension in the briefing and hearing dates due to the need to secure that discovery, they shall meet and confer and may submit a stipulation with a further proposed extension. The parties should be aware that the first date after July 21 that I can hear the motion is August 11, 2021.

The meet and confer processes **shall be conducted with lead counsel present,** preferably over Zoom (or another platform) but telephonically if not. The parties are cautioned that I expect full cooperation and professional courtesy on these matters. I will not tolerate any gamesmanship or abuse of this process – that conduct imposes undue burdens not only on the litigants but also on the Court and Court staff – and I expect both sides to reach reasonable agreements.

**IT IS SO ORDERED.**

Dated: May 27, 2021

William H. Orrick
United States District Judge