**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Josh A. Krevitt
Direct: +1 212.351.2490
Fax: +1 212.351.6390
JKrevitt@gibsondunn.com

June 4, 2021

<u>VIA ECF</u>

Hon. William H. Orrick
U.S. District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   <u>Wisk Aero LLC vs. Archer Aviation Inc., Case No. 3:21-CV-02450-WHO</u>

Dear Judge Orrick:

The parties write jointly to inform the Court that lead counsel for the parties have been actively conferring, including over Zoom and telephone calls, regarding discovery pursuant to the Court's May 27, 2021 Order. The parties are continuing to confer regarding the limited outstanding issues, with the goal of submitting their agreement, or narrowed disputes, to the Court on Monday.

Respectfully,

GIBSON, DUNN & CRUTCHER LLP

<u>/s/ Josh A. Krevitt</u>
Josh A. Krevitt
*Counsel to Defendant Archer Aviation Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

<u>/s/ Yury Kapgan</u>
Yury Kapgan
*Counsel to Plaintiff Wisk Aero LLC*

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

GIBSON DUNN

Hon. William H. Orrick
June 4, 2021
Page 2

Per Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

               */s/ Josh A. Krevitt*

               Josh A. Krevitt

               GIBSON, DUNN & CRUTCHER LLP