**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Josh A. Krevitt
Direct: +1 212.351.2490
Fax: +1 212.351.6390
JKrevitt@gibsondunn.com

June 7, 2021

VIA ECF

Hon. William H. Orrick
U.S. District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

Re:     Wisk Aero LLC v. Archer Aviation Inc., Case No. 3:21-CV-02450-WHO

Dear Judge Orrick:

The parties write jointly to inform the Court that lead counsel for the parties have continued conferring, by telephone and email, regarding discovery pursuant to the Court's May 27, 2021 Order. The parties have made headway on the limited outstanding issues and will submit any narrowed disputes to the Court on Tuesday, June 8, 2021.

Respectfully,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Josh A. Krevitt*
Josh A. Krevitt
*Counsel to Defendant Archer Aviation Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Yury Kapgan*
Yury Kapgan
*Counsel to Plaintiff Wisk Aero LLC*

GIBSON DUNN

Hon. William H. Orrick
June 7, 2021
Page 2

Per Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

/s/ Josh A. Krevitt

Josh A. Krevitt

GIBSON, DUNN & CRUTCHER LLP