UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ARCHER AVIATION INC.,<br><br>        Defendant. | Case No. 21-cv-02450-WHO<br><br>**ORDER ON DISCOVERY DISPUTE**<br>Re: Dkt. No. 36 |

    I have reviewed the parties' Joint Discovery Dispute Letter filed on June 8, 2021, regarding the discovery that the parties claim is necessary to litigate plaintiff's Motion for a Preliminary Injunction. It is clear that the parties have worked diligently to reach agreement on the expedited discovery each side requires. I appreciate those efforts. On the few remaining disputes submitted for my resolution, I rule as follows.

    <u>Forensic Examination</u>. The parties shall meet and confer and agree on a third-party neutral vendor to inspect Mr. Xue's work laptop to be provided to the third-party neutral by defendant Archer Aviation, Inc. (Archer) according to agreed-upon directions (search terms, parameters, etc.). The third-party neutral shall provide Archer and Xue's separately retained counsel the opportunity to review responsive documents for privilege prior to producing any responsive documents or data to plaintiff Wisk Aero LLC (Wisk). The costs shall be divided equally between Wisk and Archer.

    <u>Document Production</u>. Wisk shall search for and produce (using reasonable search terms and the timeframe between January 10, 2020 and April 6, 2021) the following: unprivileged documents relating to or reflecting Wisk's concerns, if any, about Archer's alleged acquisition, use, or disclosure of Wisk trade secrets. The search is limited to the following custodians: CEO

1  Gary Gysin, CTO Jim Tighe, CFO Caryn Nightengale, and Senior People Partner Carlie Russell.
2  The other two categories of documents sought by Archer do not appear to be necessary to defend
3  against the Preliminary Injunction and will not be allowed on an expedited basis.
4  <u>Depositions</u>.  Absent a stronger showing of necessity relevant to defend against the
5  Preliminary Injunction, Archer's request to depose Wisk's CEO is DENIED.  Wisk's request to
6  require Archer to produce its employee Mr. Xue for deposition is GRANTED.  Whether Mr. Xue
7  asserts his Fifth Amendment rights at that deposition is up to Mr. Xue and his counsel.
8  **IT IS SO ORDERED.**
9  Dated: June 10, 2021



William H. Orrick
United States District Judge

2