UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>ARCHER AVIATION INC.,<br><br>             Defendant. | Case No. 3:21-CV-02450-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S SECOND MOTION TO DISMISS TRADE SECRET CLAIMS** |

1 | The Court, having considered Defendant Archer Aviation Inc.'s Second Motion to Dismiss Plaintiff's Trade Secret Claims (Claims 1 and 2), all associated pleadings, briefing, and exhibits, and any argument of counsel, rules as follows:

For the reasons stated in Archer's Memorandum of Points and Authorities in support of its Motion, **IT IS HEREBY ORDERED** that the First and Second Causes of Action in the First Amended Complaint (Dkt. 45) are **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE