**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   JOSH KREVITT, SBN 208552                WAYNE BARSKY, SBN 116731
    jkrevitt@gibsondunn.com                 wbarsky@gibsondunn.com
2   JOSHUA H. LERNER, SBN 220755            GIBSON, DUNN & CRUTCHER LLP
    jlerner@gibsondunn.com                  2029 Century Park East, Suite 4000
3   GIBSON, DUNN & CRUTCHER LLP             Los Angeles, CA 90067-3026
    1881 Page Mill Road                     Telephone:    310.552.8500
4   Palo Alto, CA 94304-1211                Facsimile:    310.551.8741
    Telephone:    650.849.5300
5   Facsimile:    650.849.5333

6   ORIN SNYDER, admitted pro hac vice
    osnyder@gibsondunn.com
7   DANIEL J. THOMASCH, admitted pro hac vice
    dthomasch@gibsondunn.com
8   GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
9   New York, NY 10166-0193
    Telephone:    212.351.4000
10  Facsimile:    212.351.4035

11  Attorneys for Defendant
    ARCHER AVIATION INC.

12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17   WISK AERO LLC,                          Case No.   3:21-cv-02450-WHO

18              Plaintiff,                    **DECLARATION OF DR.**
                                             **MARILYN J. SMITH IN**
19        v.                                 **SUPPORT OF ARCHER**
                                             **AVIATION INC.'S MOTION TO**
20   ARCHER AVIATION INC.,                   **STRIKE PLAINTIFF'S SECTION**
                                             **2019.210 STATEMENT**
21              Defendant.

22

23

24

25       **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

26

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

I, Marilyn J. Smith, declare as follows:

1. I am making this declaration in support of Archer Aviation Inc.'s ("Archer's") Motion to Strike Plaintiff's Section 2019.210 Statement. I have been engaged by counsel for Archer to provide technical opinions regarding Wisk's asserted trade secrets in this matter.

2. If called to testify as an expert witness, I expect to provide testimony concerning my qualifications and experience, the technical subject matter of Wisk's alleged trade secrets, and my opinions regarding Wisk's identification of its alleged trade secrets. If called as an expert witness, I could and would provide testimony in accordance with this declaration.

3. The analyses and opinions contained in this declaration are based on the information currently available to me. I reserve the right to supplement or amend my opinions should new information become available.

## I.    QUALIFICATIONS AND EXPERIENCE

4. I have a B.S., M.S., and Ph.D. in Aerospace Engineering, which I earned from the Georgia Institute of Technology in 1982, 1985, and 1994, respectively.

5. I am Professor in the Daniel Guggenheim School of Aerospace Engineering at the Georgia Institute of Technology, and I am the director of Georgia Tech's Vertical Lift Research Center of Excellence (VLRCOE), where I lead a seven-university team of experts in competitively-awarded vertical lift research for the U.S. Army, U.S. Navy and NASA.

6. Prior to joining the School of Aerospace Engineering at the Georgia Institute of Technology, I was an engineer engaged in flight test, wind tunnel test, performance/stability and control, and design of both fixed-wing and rotary-wing aircraft for industry, including Lockheed-Georgia (now Lockheed-Martin), McDonnell-Douglas Helicopter (now Boeing-Mesa), and the Georgia Tech research institute.

7. I have partnered with the Georgia Tech Research Institute (GTRI) to successfully win multiple research funding mechanisms for both organizations that total more than $200 million dollars in the field of fixed-wing and rotary-wing air vehicles. I am the director of the Georgia Tech's Computational Nonlinear Computational Aeroelasticity Lab, where I lead an internationally recognized and award-winning research team in the areas of unsteady

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  aerodynamics and computational aeroelasticity using Computational Fluid Dynamics (CFD).  I

2  have just been competitively awarded a $5.37M University Leadership Initiative (ULI) in the area

3  of Urban Air Mobility (UAM) which includes design, maintenance, and operations.

4          8.      I am a member of the NASA FUN3D development team, for which I and my

5  research team have been recognized by NASA in 2017 for contributing to state-of-the-art

6  unstructured algorithm development, in particular for overset, moving frames, required for rotary-

7  wing applications. I am affiliated with the GT Center for Urban and Regional Air Mobility

8  (CURAM) for vehicle-centric research, Institute of Robotics and Intelligent Machines for real-

9  time models of aerodynamics,  and  the Aerospace Systems Design Lab (ASDL) to integrate high

10  performance computing with the design process.

11          9.      My teaching includes twenty years of teaching aeroelasticity, structural dynamics,

12  and unsteady aerodynamics that are directly engaged with rotary and fixed wing applications, that

13  now include UAM. I also teach rotorcraft aeromechanics, and I am engaged in the curriculum

14  development of Vertical Lift Education in GT's Aerospace School. I have been active in the GT

15  rotorcraft student design, which includes the Vertical Flight Society (formerly American

16  Helicopter Society, International) competitions, as a subject matter expert advisor and reviewer,

17  leading two of the recent team entries to second-place finishes in the competition.

18          10.     I am the author or co-author of more than 200 technical publications, and my

19  research products are in active use by the US Government and other organizations, including the

20  Drone Racing League. I am and have been active internationally on  NATO AVT Panels

21  investigating nonlinear gusts behaviors on UAVs and collaboration of experimental/

22  computational aerodynamics.

23          11.     I have been an active member of the Vertical Flight Society (VFS), and I am

24  serving a two-year term as the Technical Director of the Society, the highest technical position,

25  which includes membership in the Board of Directors.  I have also been active as the Deputy

26  Technical Director for Aeromechanics, Director for the Southern Region, Forum Technical

27  Deputy Chair and Chair in 2013 and 2014, respectively.  I have also served in multiple leadership

28  positions for the Aerodynamics Technical Committee, including Chair.  I have been twice-elected

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

as the Academic representative for the Board of Directors of the Vertical Lift Consortium (VLC). I have or previously have held multiple associate editor positions for top journals in the field. I have been a guest expert in aviation for National Geographic, PBS, and NPR, as well as local television and numerous publications.

12.     I am a Fellow of the American Institute of Aeronautics and Astronautics (AIAA) and the Royal Aeronautical Society (FRAeS), as well as a Technical Fellow of the Vertical Flight Society.

13.     Additional details can be found in my curriculum vitae, which is attached to this declaration as Exhibit A.

## II.     DOCUMENTS CONSIDERED FOR THIS DECLARATION

14.     In support of this declaration, I considered the following materials:

- Wisk's Disclosure of Trade Secrets ("Statement"), dated May 19, 2021, including the documents cited therein

- The Declaration of Dr. Farhan Gandhi, dated May 18, 2021 ("Gandhi Decl."), including its exhibits

- The Declaration of E. Randolph Collins, Jr., dated May 18, 2021 ("Collins Decl."), including its exhibits

- The exhibits and materials cited in this declaration, including:
  - U.S. Patent No. 3,089,666
  - U.S. Patent No. 8,829,742
  - U.S. Patent No. 9,705,438
  - U.S. Patent No. 9,764,833
  - U.S. Patent No. 9,783,288
  - U.S. Patent No. 9,160,264
  - U.S. Patent No. 10,110,033
  - U.S. Patent No. 10,144,507
  - U.S. Patent No. 10,608,505
  - U.S. Patent No. 10,649,468

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

- NASA's FUN3D, including selected Internet pages and manual
- NASA's OVERFLOW, including selected Internet pages
- USA/FAA Federal Aviation Regulations (FAR) 25 (14 C.F.R. 25)
- USA/FAA Federal Aviation Regulations (FAR) 25 (14 C.F.R. 29)
- Korean Patent 102179828B1, including its Google Patents English translation
- Flighthouse Engineering: Archer Configuration Trade
- Silva, C., et al., *VTOL Urban Air Mobility Concept Vehicles for Technology Development* (AIAA-2018-3847)
- NASA, *X-57 Battery System Survives Flight-Condition, Thermal Runaway Testing* (Dec. 13, 2017)
- Bills, A., et al., *Universal Battery Performance and Degradation Model for Electric Aircraft*, ChemRxiv (Aug. 7, 2020)
- De, S., et al., *Low Inductance Axial Flux BLDC Motor Drive for More Electric Aircraft*, Honeywell Int'l and IEEE (2010)
- Kahe, G., *Triple-Triple Redundant Reliable Onboard Computer Based on Multicore Microcontrollers*, INT'L J. OF RELIABILITY, RISK AND SAFETY: THEORY AND APPLICATION, v.1, No. 1, 2018
- *eVTOL.com, Vertical Aerospace's Time Williams on the VA-1X* (August 28, 2020)
- Reuters.com, *Vertical Aerospace to go public in $2.2 billion SPAC deal* (June 11, 2021).
- Wisk, A Year Gone By. 365 Days of Endless Traffic (Dec. 27, 2018)
- *MAGicALL's Integrated Motor/Motor Controller MAGiDRIVE™* webpage
- *MAGicALL* Blog webpage, available at https://www.magicall.biz/archer-to-unveil-maker/
- YouTube video posted by Aerospace Testing Int'l Magazine, *Vertical Aerospace reveals production version of its passenger eVTOL the VA-1X*

-5-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    (Aug. 26, 2020)

2    **III.    LEGAL PRINCIPLES REGARDING TRADE SECRETS**

3          15.    I have been informed that a "trade secret" means information that:

4          •   Derives independent economic value, actual or potential, from not being

5              generally known to, and not being readily ascertainable through proper means

6              by, another person who can obtain economic value from its disclosure or use;

7              and

8          •   Is the subject of efforts that are reasonable under the circumstances to maintain

9              its secrecy.

10         16.    I have been informed that the law requires Wisk to identify its alleged trade secrets

11   with "reasonable particularity," and I have been further informed that where trade secrets consist

12   of incremental variations on, or advances in the state of the art in a highly specialized technical

13   field, a more exacting level of particularity may be required to distinguish the alleged trade

14   secrets from matters already known to persons skilled in that field.  In my opinion, the eVTOL

15   field is such a field, as it is highly technical, and many of its designs represent incremental

16   variations or advances from the traditional VTOL field and the aviation field at large.

17   **IV.    SUMMARY OF OPINIONS**

18         17.    For the purposes of this declaration, I have been asked to provide an opinion on

19   the issue of whether or not Wisk has identified its alleged trade secrets 1-4, 9, 12, 14-18, 20, 21,

20   29-32, 44 and 46 with reasonable particularity to persons skilled in the eVTOL field.  As more

21   fully explained below, it is my opinion that neither the Statement nor the declarations of Wisk's

22   technical experts, Drs. Gandhi and Collins, identify any of alleged trade secrets 1-4, 9, 12, 14-18,

23   20, 21, 29-32, 44 and 46 with reasonable particularity.

24         18.    Generally speaking, ███████████████████████████████

25   ████████████████████████████████████████████████████████████

26   ████████████████████████████████████████████████████████████

27   ███████████████████████████████    Moreover, the commentary provided for the

28   descriptions do not make clear what constitutes the allegedly trade secret information, as opposed

-6-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   to what constitutes mere background information reflecting what was already publicly known.

2   This is particularly problematic when one considers ███████████████████████

3   ███████████████████████████████████████████████████████████████

4   ████████████████████   I see nothing in the declarations of Drs. Gandhi or Collins suggesting

5   that either of them conducted any kind of search of publicly available information regarding the

6   alleged trade secrets, and I see nothing that suggests the alleged secrets are not ascertainable.

7         19.    For these reasons, and the reasons further detailed below, it is my opinion that

8   alleged trade secrets 1-4, 9, 12, 14-18, 20, 21, 29-32, 44 and 46 have not been identified with

9   reasonable particularity.

10   **V.**     **WISK'S ALLEGED TRADE SECRETS 1-4**

11         20.    In my opinion, Wisk has not identified the subject matter of its alleged trade

12   secrets 1-4 with "reasonable particularity" because Wisk's descriptions fail to identify the alleged

13   trade secrets in a manner that distinguishes them from matters of general or specialized

14   knowledge to persons skilled in the trade, and because Wisk provides no information that

15   suggests the alleged secrets are not ascertainable.

16         21.    ████████████████████████████████████████

17   ████████████████████████████████████████████████████

18   ██████████████████████████████████████████████████

19   ███████████████████████████████████████████████████████

20   ████████████████████████████████████████████

21   ███████████████████████████████████████████████████████

22   ██████████   NASA, *NASA Technology Transfer Program, available at*

23   https://software.nasa.gov/software/LAR-19638-1 (Exhibit B); NASA, *NASA OVERFLOW CFD*

24   *Code*, available at https://overflow.larc.nasa.gov/request-overflow/ (Exhibit C).

25

26

27

28

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1
2
3
4
5
6
7
8
9
10
11



12
13
14
15
16
17
18



19      22.     FUN3D is now on version 13.7, and NASA's website contains versions of the

20  FUN3D Manual going back to version 12.4, which is dated March 24, 2014.  NASA, *FUN3D*

21  *Manual: 12.4, available at* https://fun3d.larc.nasa.gov/papers/FUN3D_Manual-12.4.pdf (cover

22  page attached as Exhibit D).

23
24
25
26
27
28

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



NASA/TM-2014-218179

FUN3D Manual: 12.4

Robert T. Biedron, Joseph M. Derlaga, Peter A. Gnoffo, Dana P. Hammond,
William T. Jones, Bil Kleb, Elizabeth M. Lee-Rausch, Eric J. Nielsen, Michael A. Park,
Christopher L. Rumsey, James L. Thomas, and William A. Wood
Langley Research Center
Hampton, Virginia 23681

March 2014

23.     OVERFLOW is now on version 2.3, and the NASA website release notes go back to an entry for version 2.2p dated October 8, 2019.  NASA, *NASA OVERFLOW CFD Code*, available at https://overflow.larc.nasa.gov/release-notes-overflow-2-3d/ (release notes attached as Exhibit E).

2.2p 8 October 2019

New features:
o Modified GMP constraint implementation to enable CEN="x,y,z" specification of where the constraint is applied. For example, an Aero6dof Constraint line in the Scenario.xml file,
<Constraint Start="0" Duration="100" Frame="Parent" Center="0,0,0"
Rotate="1,0,1" Translate="1,1,1" />
specifies that the point (0,0,0) in the Parent coordinate system must have
no translation in x, y, or z, and no rotation about the x- or z-axes.
Note that constraints currently can only restrict motion relative to the
inertial frame (i.e., absolute motion), rather than relative to the parent
frame.

24.     ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████ NASA, FUN3D Manual: 13.7 (Nov. 2020), the table of contents of which is attached hereto as Exhibit F.

DECLARATION OF DR. MARILYN J. SMITH IN SUPPORT OF MOTION TO STRIKE
CASE NO. 3:21-CV-02450-WHO

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1   25.  ███████████████████████████████████████

2   ████████████████████████████████████████████████

3   ████████████████████████████████████████████████

4   ████████████████████████████████████████████

5   ██████████████████████████████████████████████

6   ████████████████████████████████████████████████

7   ████████████████████████████████████████████  Wisk

8   certainly does not provide a description that enables someone skilled in this field to distinguish

9   with "reasonable particularity" trade secrets from conclusions that would be reached by persons

10  of skill in the trade ██████████████████████████████

11  █████

12  26.  ██████████████████████████

13  ████████████████████████████████████████████

14  ████████████████████████████████████████████████

15  ██████████████████████████████████████████

16  ████████████████████████████████████████████

17  ██████████████████████████████████████████████

18  ████████████████████████████████████████████████

19  ██████████████████████████████████████████

20  ██████████████████████████████████████████████

21  ████████████████████████████████████████████

22  ███

23  27.  ████████████████████████████████████████████████

24  ████████████████████████████████████████████

25  ████████████████████████████████████████████████

26  ████████████████████████████████████████████████

27  ██████████████████████████████████████████████

28  █████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

28.  ███████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████   Exhibit G at 29 (below; highlight added).



29.  ███████████████████████████████████████████████

███████████████████   Exhibit H (excerpt of https://fun3d.larc.nasa.gov/tutorial-3.html).



30.  ███████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████████

-11-

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  ████████████████████████████████████████████████████████

2  ████████████████████████████████████████████  A publication by NASA

3  authors presented at an international meeting in 2018 specifically cites on page 7 that: "The most

4  distinctive attribute of these [lift+cruise] concepts is that the rotors for lift are separate from those

5  used for propulsion, and the lift rotors are not used (stopped and aligned with flow) during

6  cruising flight. As such, the lift rotors are intended to generate small aerodynamic forces and

7  moments during cruise."   Silva, C., et al., *VTOL Urban Air Mobility Concept Vehicles for*

8  *Technology Development* (AIAA-2018-3847), attached as Exhibit I.  ████████████████

9  ████████████████████████████████████████████  "If two-bladed

10 rotors [for vertical lift] are used, then a simple indexing mechanism allows them to be stopped

11 while aligned with the direction of travel in the airplane mode for only a small drag penalty."  *Id.*



From Fig. 6 of AIAA-2018-3847.

24  31.  ████████████████████████████████████████████

25 ██████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████

27 ██████████████████████████████████████████████████

28 ████████████████████████████████  the '288 Patent explains that "lift fans 108 may be locked in a

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  position as shown in FIG. 1, in which the respective blades of each lift fan (of which there are two

2  per lift fan in this example) are substantially aligned with a forward-aft longitudinal axis of one or

3  both of the aircraft 100 and the booms 106," and it explains that the "lift fan lock mechanism"

4  may "hold a lift fan in a low drag or other stowed position, for example during forward flight."

5  '288 Patent at 3:57-62, 4:1-4, Fig. 1 (below); *see also, e.g., id.* at 2:50-64, 9:61–10:7.

6

7

8

9

10

11

12

13

14  32.     As another yet another example, an August 28, 2020 article explains how Vertical

15  Aerospace designed its "rear rotors so they will stow to minimize drag in [forward] flight."

16  *eVTOL.com, Vertical Aerospace's Time Williams on the VA-1X* (August 28, 2020), available at

17  https://evtol.com/q-and-a/vertical-aerospace-tim-williams-va-1x/, attached as Exhibit J. ████

18  ███████████████████████████████████████████████████████████████████████████████████

19  ███████████████████████████████████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████████████  it is my

21  understanding that Archer is purchasing its motors and motor controllers from a third-party

22  (MAGicALL), and, as explained below in connection with alleged trade secrets 17 and 18, those

23  MAGicALL motors and motor controllers have a "position hold" feature for locking and stowing

24  rotors during flight.

25  33.     ██████████████████████████████████████████████████████

26  ████████████████████████████████████████████████████████

27  ██████████████████████████████████████████████████████

28  ████████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1 ████████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ██████████ (see generally, for example, Federal Aviation Administration (FAA) FAR 25

4 airworthiness standards for transport aircraft certification and FAR 29 airworthiness standards for

5 transport helicopter certification).  *See generally,* FAR 25 and FAR 29, available at

6 https://www.ecfr.gov/cgi-bin/text-idx?node=14:1.0.1.3.11#se14.1.25_1117 and

7 https://www.ecfr.gov/cgi-bin/text-idx?node=pt14.1.29&rgn=div5#sp14.1.29.b, respectively; *see,*

8 *e.g.*, FAR 25, § 25.333 (showing "representative maneuvering envelope (V-n diagram)"),

9 attached as Exhibit K. ███████████████████████████████████

10 ████████████████████████████████████████████████████████

11 ██████████ Wisk certainly does not explain how one could distinguish with "reasonable

12 particularity" their alleged trade secrets compared to ███████████████████

13 ██████████████████████████████████████ and it provides no

14 information that suggests the alleged secrets are not ascertainable.

## VI.    WISK'S ALLEGED TRADE SECRETS 9, 12, 14 and 15

16         34.    ████████████████████████████████████

17 ████████████████████████████████████████████████████

18 ████████████████████████████████████ It is my opinion

19 that neither the Statement nor Dr. Collins have identified the subject matter of its alleged trade

20 secrets 9, 12, 14, and 15 with "reasonable particularity" because they fail to identify the alleged

21 trade secrets in a manner that distinguishes them from matters of general or specialized

22 knowledge to persons skilled in the trade, and they provide no information that suggests the

23 alleged secrets are not ascertainable.

24         35.    ████████████████████████████████████

25 ████████████████████████████████████████████████████████

26 █████████████████████ integrated motor and motor controller units that I have been

27 informed that Archer purchases from a third-party supplier, *MAGicALL.  See MAGicALL,*

28 *Integrated Motor │ Controller: MAGiDRIVE™,* available at

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1    https://www.magicall.biz/products/integrated-motor-controller-magidrive/, attached as Exhibit L.

2    ███████████ U.S. Patent No. 10,608,505 ("'505 Patent"), assigned to Wisk, which

3    discloses that motor 110 of Fig. 1 (see below) may be an "axial-flux motor (which may be in-

4    runner)" or "out-runner axial-flux motors, radial-flux motors, and other types of motors," and also

5    discloses that the motor may be one without an iron core.   '505 Patent (attached as Exhibit M) at

6    6:17-25, 9:46-47.



FIG. 1

15    36.   ████████████████████████████████████████

16    ███████████████████████████████████████    *See, e.g.*, Sukumar De, Milan

17    Rajne, Srikant Poosapati, Chintan Patel, & K. Gopakumar, *Low Inductance Axial Flux BLDC*

18    *Motor Drive for More Electric Aircraft*, Honeywell Int'l and IEEE (2010), attached as Exhibit N

19    ("Axial-flux BLDC motors are becoming popular in aero application because of their ability to

20    meet the demand of light weight, high power density, high efficiency and high reliability. Axial-

21    flux BLDC motors in general and ironless axial flux BLDC motors in particular, come with very

22    low inductance.").  Furthermore, it has long been "apparent to those skilled in the art that ironless

23    topologies can lead to significant structural weight savings." *See, e.g.*, U.S. Patent No.

24    10,144,507 ("'507 Patent"), attached at Exhibit O (published in 2017 and issued in 2018).

25    37.   ███████████████████████████████████████████

26    ██████████████████████████████████████████████████████

27    ██████████████████████████████████████████████████████

28    ████████████████████████████████████████████

DECLARATION OF DR. MARILYN J. SMITH IN SUPPORT OF MOTION TO STRIKE
CASE NO. 3:21-CV-02450-WHO

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  ███████████████████████████████████

2  ███████████████████████████████████████

3  ██████████████████████████████████

4  ███████████████████████████████████

5  ███████████████████████████████████

6  ███████████████████

7       38.  █████████████████████████████████

8  ████████████████████████████████████ the Bell-

9  Boeing V-22 Osprey tiltrotor has been part of the US military since 2007, following extensive

10  development in the prior three decades. Before the V-22 and its civilian counterpart the NASA

11  VX-15, underwing boom-mounted tilt-rotor concepts similar to UAM Lift+Cruise designs can be

12  traced to Patent No. 3,089,666 to Quenzler ("Quenzler"), which issued in 1963 and is titled

13  "Airplane Having Changeable Thrust Direction," discloses fixed wing aircraft with rotors

14  (referred to as "power plants"), "the thrust directions of which … can be changed so as to produce

15  primarily a forward movement of the aircraft, or primarily a vertical thrust upward to facilitate

16  rising of the airplane during takeoff, or controlled descent during landing of the airplane in a

17  confined area."  Quenzler (attached as Exhibit P) at 1:10-18.

18      39.  Exemplary configurations and views from Quenzler can be seen in Figs. 1, 3, and

19  9, copied below, and Fig. 7 shows a closeup of a set of rotors.



-16-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



40.    Similarly, Korean Patent 102179828B1 ("KR '828"), filed on August 24, 2019 and published on November 11, 2020, titled "Control method of VTOL equipped with tilt-prop and lift-prop," discloses ███████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████    *See, e.g.,* KR '828 (attached hereto, along with its English machine translation, as Exhibit Q), Fig. 1-2 (below).

 

41.    And in August 2020, the UK-based company Vertical Aerospace, which is set to go public, unveiled its VA-X4 air taxi design. *See, e.g.*, Aerospace Testing Int'l Magazine, *Vertical Aerospace reveals production version of its passenger eVTOL the VA-1X* (Aug. 26, 2020), *available at* *https://www.youtube.com/watch?v=Mhm4AmR_-cA*; Exhibit R (news article regarding Vertical Aerospace going public).  Similar to the KR '828, Vertical Aerospace's design features ███████████████████████████████████

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



42. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████ Exhibit G (Flighthouse presentation to Archer) at 12 (highlighting added).



43. ████████████████████████████████

████████████████████████████████████████

-18-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████████████

4 ██████████████████████████████████████████

5 ████████████████████████████████████████████████

6 ████████████████████████████████████████████

7 ████████████████████████████████████████████████

8 ████████████████████████████████████████████████

9 ██████████████████████████████████████████████

10 ██████████████████████████████████████████████

11 ████████████████████████████

12  VII.    **WISK'S ALLEGED TRADE SECRETS 16, 20 and 21**

13      44.   ████████████████████████████████████████

14 ███████████████████████████████████████████

15 ████████████████████████████████ It is my opinion that neither the

16 Statement nor Dr. Collins have identified the subject matter of its alleged trade secrets 16, 20, or

17 21 with "reasonable particularity" because they fail to identify the alleged trade secrets in a

18 manner that distinguishes them from matters of general or specialized knowledge to persons

19 skilled in the trade, and they provide no information that suggests the alleged secrets are not

20 ascertainable.

21      45.   ████████████████████████████████████████

22 ████████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ███████████████████████ U.S. Patent No. 9,783,288 ('288 Patent, attached as Exhibit S)

25 at 9:39-44 ("motor controller 802 configured to provide control signals 804 to an inverter 806

26 configured to convert a DC voltage 808 received from a DC voltage power supply, such as a

27 battery, to AC voltages 810 applied to the respective phases of a three phase brushless motor 812,

28 which in turn is configured to drive a lift fan"); U.S. Patent No. 9,764,833 ('833 Patent, attached

-19-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

as Exhibit T) at 10:50-53 ("The battery provides a DC voltage and current that the motor controllers turn into the AC signals that make the motors spin."). ███████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

**VIII.  WISK'S ALLEGED TRADE SECRETS 17 and 18**

46.  ████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

████████████████  It is my opinion that neither the Statement nor Dr. Collins have identified the subject matter of its alleged trade secrets 17 or 18 with "reasonable particularity" because they fail to identify the alleged trade secrets in a manner that distinguishes them from matters of general or specialized knowledge to persons skilled in the trade, and they provide no information that suggests the alleged secrets are not ascertainable.

47.  ████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

MAGicALL advertises that its MAGiDRIVE units have a "position hold" feature, and I have been informed that Archer uses this MAGicALL-designed feature to ████████████████

████████████  *See* Exhibit L (MAGicALL webpage; excerpt with added highlight below).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Integrated Motor | Controller: MAGiDRIVE™ - MAGicALL

- DC bus voltages ranging from 24V to 800V (depending on model)
- Communications options including CAN, RS485, PWM, Ethernet, ARINC 429, and more
- Control modes including Torque, Speed, Power, Position Hold, and more
- Hollow shafts for variable pitch mechanisms and pitot tubes
- Integrated temperature, vibration, and health monitoring
- Integrated Electronic Circuit Breaker
- Redundant power supply and communications

48. ████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████ U.S. Patent No. 9,705,438 (attached as Exhibit U) at 15:61-64, 16:26-29 ("controller 104 may keep multi-phase motor 108 running in the forward direction using sensorless field-oriented control"); U.S. Patent No. 8,829,742 (attached as Exhibit V) at 7:39-41 ("the present invention utilizes a sensorless field oriented control (FOC), where the rotor angle is estimated by a sliding mode observer"); U.S. Patent No. 9,160,264 (attached as Exhibit W) at 6:64–7:3 ("a different control strategy, such as a sensorless field oriented control, can be used to achieve better control performance").

49. ████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████ U.S. Patent No. 10,649,468 ('468 Patent), titled "Autonomous Takeoff and Landing With Open Loop Mode Closed Loop Mode." *See, e.g.,* '468 Patent, attached as Exhibit X, at Abstract ("flight is performed in an open loop mode over a first range of altitudes … [and] performed in a closed loop mode over a second range of altitudes").

50. ████████████████████████████████████████

████████████████████████████████████████████████████████████████

-21-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1 ██████████████████████████████████████████████

2 ████████████████████████████████████████████████████

3 ██████████████████████████████████████████████████

4 ████████████████████████████████████████████████

5 ██████████████████████████████████████████████████

6 ██████████████████████████████████████████████████

7 █████████████████████

8    IX.    **WISK'S ALLEGED TRADE SECRETS 29-32**

9          51.    ████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ██████████████████████████████████████████████

12 ███████████████████████████████ It is my opinion that neither the Statement nor Dr.

13 Collins have identified the subject matter of its alleged trade secrets 29-32 with "reasonable

14 particularity" because they fail to identify the alleged trade secrets in a manner that distinguishes

15 them from matters of general or specialized knowledge to persons skilled in the trade, and they

16 provide no information that suggests the alleged secrets are not ascertainable.

17          52.    ████████████████████████████████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ██████████████████████████████████████████████

21 ████████████████████████████████████████████████

22 ██████████████████████████████████████████ In U.S. Patent

23 No. 10,110,033 ('033 Patent), which issued in 2018, Wisk publicly discloses the following:

24        In some embodiments, the battery system is used in an all-electric aircraft.
         … in some embodiments, the battery system includes multiple battery sub-
25        modules which are *connected in parallel to a shared or common power bus*
         which supplies power to the electronics … and lift fans … The *diodes* or
26        switches which are configured at step 104 (e.g., during charging) are the step
         *diodes* or switches which may be changed (e.g., when the aircraft is flying)
27        to electrically disconnect a failing battery sub-module from the *common
         power bus* in order to keep the aircraft airborne and/or prevent further
28        damage to the power system.

1  '033 Patent, attached as Exhibit Y, at 3:4-17.

2  53. ███████████████████████████████

3  ████████████████████████████████████

4  ████████████████████████████████████

5  ███████████████████████████████ Exhibit S

6  ('288 Patent) at 9:39-44 ("DC voltage 808 received from a DC voltage power supply, such as a

7  battery"); Exhibit T ('833 Patent) at 10:50-53 ("The battery provides a DC voltage and current

8  that the motor controllers turn into the AC signals that make the motors spin."); Exhibit Y ('033

9  Patent) at Figs. 2, 7, and 8 (showing BMS coupled to battery submodules), 5:15-23 (BMS may

10  measure temperature, state of charge, and other battery characteristics), 10:8-10 ("temperatures of

11  the battery sub-modules are monitored by the battery management system"). ██████████

12  ████████████████████████████████████

13  █████████████████████████ E. Head, *EPS aims to become 'household name' in*

14  *electric aviation* (eVTOL.com, Dec. 5, 2019), available at https://evtol.com/features/eps-

15  powering-electric-aviation-renaissance/, attached as Exhibit Z ("list of suppliers for the Bell

16  Nexus air taxi includes …. Electric Power Systems (EPS), which is providing the Nexus's energy

17  storage system and battery management technology"); NASA, *X-57 Battery System Survives*

18  *Flight-Condition, Thermal Runaway Testing* (Dec. 13, 2017), attached as Exhibit AA (Electric

19  Power Systems participated in "battery functional test, which examined the battery's capacity,

20  demonstrating the ability of the battery to power the aircraft for the duration of a flight without

21  overheating to unsafe levels").

22  54. ████████████████████████████████

23  ████████████████████████████████████

24  ████████████████████████████████████

25  ██████ A. Bills, S. Sripad, et al., *Universal Battery Performance and Degradation Model for*

26  *Electric Aircraft*, ChemRxiv (Aug. 7, 2020) ("Bills," attached as Exhibit AB).  For example, Bills

27  discloses:

28  we generate an experimental battery performance dataset using cell testing

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

specific to the operating conditions encountered by an eVTOL. The mission profiles follow the same generic format in all cases: (i) Take-off: the cell was discharged at constant power at a high rate for a period, $t_{to}$ (ii) Cruise: the cell was discharged at constant power at a lower rate for a longer duration, $t_{cr}$ and (iii) Landing: the cell was discharged at constant power at the same rate as takeoff for a slightly longer period of time, $t_{la}$, (iv) Rest: the cell was allowed to rest until it cooled to a temperature of less than 27°C, (v) Charging: the cell was charged using a constant current-constant voltage (CC-CV) charging protocol, (vi) Rest: The cell was allowed to rest until cell temperature reached 35°C, then allowed to rest 15 minutes further before beginning the next cycle. Every 50 cycles, the cells underwent a capacity test wherein they were discharged at constant current until their voltage was less than 2.5V. The cells were cycled until they reached less than 2.5V or a temperature of greater than 70°C during a typical discharge cycle. The dataset was carefully curated to represent a diverse set of use-cases to test the generalizability of the developed model.

Bills at 6.

55. ███████████████████████████
███████████████████████████████████████
███████████████████████████████████ Thus, it my opinion that
alleged trade secrets 29-32 have not been identified with reasonable particularity. ████████████
█████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████
██████████████████

## X.   WISK'S ALLEGED TRADE SECRETS 44 and 46

56. ████████████████████████████
███████████████████████████████████████
████ It is my opinion that neither the Statement nor Dr. Collins have identified the subject matter

of its alleged trade secrets 44 or 46 with "reasonable particularity" because they fail to identify

the alleged trade secrets in a manner that distinguishes them from matters of general or

specialized knowledge to persons skilled in the trade, and they provide no information that

suggests the alleged secrets are not ascertainable.

57. ████████████████████████████

-24-

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1

2

3 G. Kahe, *Triple-Triple*

4 *Redundant Reliable Onboard Computer Based on Multicore Microcontrollers*, INT'L J. OF

5 RELIABILITY, RISK AND SAFETY: THEORY AND APPLICATION, v.1, no. 1, 2018 (attached as Exhibit

6 AC) at 19 ("While dual redundant is the simplest redundant form for reliable systems, triple

7 modular redundancy is the most used one. … The redundancy of the onboard computer is in

8 component-level and all modules of the onboard computer, including processing unit, sensors,

9 bus, actuators, and voters are triple redundant"); *see also, id*. at 21-22 (Boeing 777 case study

10 discussing use of triple modular redundancy).

11 "triple-redundant flight computer."  Wisk, A Year Gone By.365

12 Days of Endless Traffic (Dec. 27, 2018), attached as Exhibit AD.

13 58.

14

15

16

17

18

19

20

21

22

23 59.

24

25

26

27

28

-25-

1

2

3

4    I declare under penalty of perjury under the laws of the United States of America that the

5    foregoing is true and correct.

6    DATED: June 16, 2021

7                                                    Marilyn J. Smith, PhD

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DR. MARILYN J. SMITH IN SUPPORT OF MOTION TO STRIKE
CASE NO. 3:21-CV-02450-WHO