UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ARCHER AVIATION INC.,<br><br>    Defendant. | CASE NO. 5:21-CV-02450-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SECTION 2019.210 STATEMENT** |

This matter is before the Court on Defendant Archer Aviation Inc.'s motion to strike Plaintiff's Section 2019.210 Statement (Dkt. 16-08).  Upon consideration of the parties' briefs and the relevant authorities cited therein, the Court **GRANTS** Defendant's motion and **STRIKES** Plaintiff's Section 2019.210 Statement (Dkt. 16-08).

**IT IS SO ORDERED.**

Dated:  _____

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE