| | |
|---|---|
| JOSH KREVITT, SBN 208552<br>jkrevitt@gibsondunn.com<br>JOSHUA H. LERNER, SBN 220755<br>jlerner@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone:     650.849.5300<br>Facsimile:      650.849.5333 | WAYNE BARSKY, SBN 116731<br>wbarsky@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA  90067-3026<br>Telephone:     310.552.8500<br>Facsimile:      310.551.8741 |

ORIN SNYDER, *admitted pro hac vice*
osnyder@gibsondunn.com
DANIEL J. THOMASCH, *admitted pro hac vice*
dthomasch@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:     212.351.4000
Facsimile:      212.351.4035

Attorneys for Defendant
ARCHER AVIATION INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ARCHER AVIATION INC.,<br><br>          Defendant. | CASE NO. 3:21-CV-02450-WHO<br><br>**DEFENDANT'S CERTIFICATE OF SERVICE** |

I, the undersigned, declare:

I am a resident of the United States and am employed in the city of Los Angeles, California, over the age of 18 years, and not a party to or interested in the within action. My business address is 333 S Grand Ave., Los Angeles, CA 90071.

On June 16, 2021, I served via secure electronic transmission the following documents to Michael Francis LaFond (michaellafond@quinnemanuel.com), Michael Thomas Zeller (michaelzeller@quinnemanuel.com), Patrick Thomas Schmidt (patrickschmidt@quinnemanuel.com), Steven Geoffrey Madison (stevemadison@quinnemanuel.com), and Yury Kapgan (yurykapgan@quinnemanuel.com) counsel for Wisk Aero LLC:

1. [SEALED] Motion to Strike Plaintiff's Section 2019.210 Statement; and
2. [SEALED] Expert Declaration

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of June 2021 at Los Angeles, California.

By: *Kristina Eckert*
Kristina Eckert