UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC, <br>     Plaintiff, <br> v. <br> ARCHER AVIATION INC., <br>     Defendant. | Case No. 21-cv-02450-WHO <br><br> **ORDER REGARDING DISCOVERY DISPUTE** <br> Re: Dkt. No. 69 |

Currently before the Court is the dispute between third-party Dr. Jing Xue (joined by his employer and the defendant here Archer Aviation, Inc., "Archer") and Plaintiff Wisk Aero LLC ("Wisk").

Dr. Xue and Archer contend that Wisk should be required to produce to Dr. Xue and his criminal defense counsel confidential documents Wisk produced to Archer in this action regarding Wisk's communications with and local, state, and federal law enforcement agencies that pertain to Dr. Xue. Dr. Xue and Archer argue that production of these documents should be required prior to Xue's deposition in this case so that Xue and his criminal defense counsel can make an informed decision as to whether, if so to what extent, Xue should assert his Fifth Amendment privilege at that deposition and so Xue and his criminal defense counsel can examine the potential relevance of those communications to the ongoing federal criminal investigation.

The motion for production is DENIED. With respect to the deposition in this case, Dr. Xue's own knowledge of his conduct and actions are sufficient to allow him and his counsel to make an informed decision as to whether, and if so to what extent, he should invoke his Fifth Amendment rights. Neither side cites any apposite case or rule in support of their position and

based on the record to date, I see no justification that would merit production of these records prior to Dr. Xue's deposition.

**IT IS SO ORDERED.**

Dated: July 5, 2021



William H. Orrick
United States District Judge