JOSH A. KREVITT, SBN 208552
jkrevitt@gibsondunn.com
JOSHUA H. LERNER, SBN 220755
jlerner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

ORIN SNYDER, *admitted pro hac vice*
osnyder@gibsondunn.com
DANIEL J. THOMASCH, *admitted pro hac vice*
dthomasch@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

WAYNE BARSKY, SBN 116731
wbarsky@gibsondunn.com
DIANA M. FEINSTEIN, *admitted pro hac vice*
dfeinstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500
Facsimile: 310.551.8741

Attorneys for Defendant
ARCHER AVIATION INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>            Plaintiff,<br><br>v.<br><br>ARCHER AVIATION INC.,<br><br>            Defendant. | CASE NO. 3:21-CV-02450-WHO<br><br>**DEFENDANT'S OPPOSITION TO SEALING PORTIONS OF DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SECTION 2019.210 STATEMENT**<br><br>Hon. William H. Orrick |

## OPPOSITION TO REQUEST TO SEAL

Defendant Archer Aviation Inc. ("Archer") opposes in part Plaintiff Wisk Aero LLC's ("Wisk") request to seal (Dkt. 89) information discussed in Archer's reply (Dkt. 79, "Reply") in support of Archer's motion to strike Wisk's Section 2019.210 Statement (Dkt. 50). Wisk improperly designated a document as confidential and refused to remove that designation before Archer filed its Reply, forcing Archer to file under seal information from that document that should be publicly available. Namely, Wisk has attempted to shield from the public the completed questionnaire it submitted to the Santa Clara District Attorney in July 2020 alleging trade secret theft. *See* Reply at 2 (citing Dkt. 58-6 (WISK00034022)).

Archer has previously opposed Wisk's attempt to have this document sealed, Dkt. 67 at 1–4, and that sealing motion is currently pending. In its previous opposition, Archer showed that the questionnaire did not constitute "grand jury materials," that Wisk mischaracterized what the government requested be kept confidential, and that Wisk had revealed certain facts about its communications to the Santa Clara District Attorney but nonetheless improperly sought to shield from public disclosure related facts about those communications that it finds inconvenient. Dkt. 67. Here, Wisk has made no new arguments and cited no new authorities in its second attempt to seal the information in question. *Compare* Dkt. 62, ¶ 4 *with* Dkt. 89, ¶¶ 6–7. As a result, for the same reasons stated in Archer's previous opposition (Dkt. 67), Archer requests that the Court decline to seal the portion of the Reply that cites and quotes from the questionnaire Wisk submitted to the Santa Clara District Attorney. Reply at 2:16–20 (citing Dkt. 58-6). Because Wisk has made no showing to overcome the strong presumption of public access to court filings and proceedings, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), and for the reasons more fully set forth in Archer's previous opposition (Dkt. 67), this Court should decline to seal the identified portion of the Reply.

| | |
|---|---|
| | Respectfully submitted, |
| DATED: July 14, 2021 | GIBSON, DUNN & CRUTCHER LLP |
| | By: _/s/ Josh A. Krevitt_ |
| | Josh A. Krevitt |
| | *Attorneys for Defendant Archer Aviation Inc.* |