UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC, <br><br> Plaintiff, <br><br> v. <br><br> ARCHER AVIATION INC., <br><br> Defendant. | Case No. 3:21-cv-02450-WHO <br><br> **ORDER REQUESTING SUR-REPLY** |

The plaintiff's Reply in Support of its Motion for a Preliminary Injunction includes new evidence and arguments. Accordingly, the defendant is permitted to file a sur-reply no later than noon on Monday, June 19, 2021, limited to 15 pages.

**IT IS SO ORDERED.**

Dated: July 15, 2021



William H. Orrick
United States District Judge