QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>ARCHER AVIATION INC.,<br><br>            Defendant. | CASE NO. 5:21-cv-02450-WHO<br><br>**PLAINTIFF WISK AERO LLC'S ADMINISTRATIVE MOTION TO REMOVE AND REPLACE INCORRECTLY FILED DOCUMENTs** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Wisk Aero LLC ("Wisk") is hereby filing this Administrative Motion to Remove Incorrectly Filed Documents as to the Documents filed at Docket Entries 92-16, 93-22, and 93-74.

The documents filed at Docket Entries 92-16, 93-22, and 93-74 are three versions of the same deposition transcript: Docket Entries 92-16 and 93-74 are redacted versions, and Docket Entry 93-22 is an unredacted version that includes highlighting intended to correspond with the redactions. Wisk intended to redact additional portions of the transcript (and to highlight additional portions in the unredacted version), but inadvertently did not redact (or highlight) those additional portions before the documents were filed. Upon learning that the public versions of the transcript were incorrectly redacted, Wisk contacted the ECF Help Desk and requested that those docket entries be locked. Wisk is concurrently filing a correctly redacted version of this same document as Exhibit A to this administrative motion. Wisk will separately file a correctly highlighted, unredacted version under seal.

For the foregoing reasons, Wisk respectfully requests that the Court grant this Administrative Motion to Remove Incorrectly Filed Document, remove the documents currently filed at Docket Entries 92-16 and 93-74, replace those entries with the document filed as Exhibit A to this administrative motion, and replace the document at Docket Entry 93-22 with the correctly highlighted version that Wisk is concurrently filing under seal.

DATED: July 15, 2021                    Respectfully submitted,

                                        QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                        By  /s/ *Yury Kapgan*
                                            Yury Kapgan

                                        Attorneys for Plaintiff Wisk Aero LLC