1

2

3

4                               UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6

7      WISK AERO LLC,                              Case No.  3:21-cv-02450-WHO

                  Plaintiff,
8
                                                  **ORDER ON RENEWED MOTIONS TO
9            v.                                    SEAL**

10     ARCHER AVIATION INC.,                       Re: Dkt. Nos. 178, 179

                  Defendant.
11

12

13           In recently ruling on motions to seal, I ordered plaintiff Wisk Aero LLC to "file a renewed

14     motion to seal that addresses only the trade secrets in the <u>briefs</u> and narrows its redactions as

15     described" in that Order in some detail.  Dkt. No. 162 at 1.  It has now done so.  I have reviewed

16     all of its submissions.  It has significantly narrowed the redactions it seeks in a way that aligns

17     with the guidance I gave.  All of the redactions now meet the compelling-reasons standard, *see*

18     *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016), for the reasons

19     laid out in Section A of Dkt. No. 162—in essence, they are the truly confidential details of

20     putative trade secrets.  And they are now narrowly tailored.  The renewed motions to seal are

21     GRANTED.

22           **IT IS SO ORDERED.**

23     Dated: November 29, 2021

24

25                                                 _____

26                                                 William H. Orrick
                                                   United States District Judge
27

28