**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Kory J Hines
Direct: +1 212.351.2453
Fax: +1 212.817.9553
KHines@gibsondunn.com

December 6, 2021

VIA ECF

Hon. Donna M. Ryu
U.S. District Court for the Northern District of California
Oakland Courthouse, Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:   *Wisk Aero LLC v. Archer Aviation Inc.*: Response to the Order at Docket No. 181

Dear Judge Ryu:

The parties jointly submit this letter to the Court in response to Your Honor's order on December 2, 2021 directing the parties to "jointly indicate in a letter to the court whether any disputes in the Joint Discovery Letter Brief Regarding Electronically Stored Information remain, and if so, which disputes remain." Dkt. 181 (citing Dkt. 167).

The parties have met and conferred extensively and are pleased to report that they are withdrawing Issue #1 ("Search Terms, Custodians, and Caps"). *See* Dkt. 167 at 1–4.

As to Issue #2 (" Privilege Logging"), the parties continue to meet and confer with the goal of resolving or narrowing this dispute. Unless ordered otherwise by the Court, the parties will write to the Court again by Wednesday, December 8 to identify whether any privilege logging dispute remains, and if so, the nature and scope of that dispute. When they do so, they will attach a revised proposed ESI Protocol that reflects the agreements the parties have made with respect to Issue #1 and, if applicable, Issue #2. The parties appreciate the Court's patience.

Respectfully,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Kory J. Hines*
Kory J. Hines
*Counsel to Defendant and Counterclaimant Archer Aviation Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Diane Cafferata*
Diane Cafferata
*Counsel to Plaintiff and Counterclaim Defendant Wisk Aero LLC*

GIBSON DUNN

December 6, 2021
Page 2


Per Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

*/s/ Kory J. Hines*
Kory J. Hines
GIBSON, DUNN & CRUTCHER LLP
