ARTURO J. GONZÁLEZ (CA SBN 121490)
AGonzalez@mofo.com
SHAELYN K. DAWSON (CA SBN 288278)
ShaelynDawson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>ARCHER AVIATION INC.,<br><br>            Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT ARCHER AVIATION INC.**<br><br>U.S. District Judge William H. Orrick |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, pursuant to Civil Local Rule 5-1(c)(2)(C), that Morrison & Foerster LLP ("Morrison") is no longer counsel for Defendant Archer Aviation Inc. ("Archer") because Morrison's representation of Archer formally terminated on June 28, 2021.  Morrison continues to serve as personal counsel to certain Archer employees in connection with this matter, and Gibson, Dunn & Crutcher LLP continues to represent Archer in this matter.

Dated:  December 13, 2021                    MORRISON & FOERSTER LLP

                                            By:     */s/Arturo J. González*
                                                    ARTURO J. GONZÁLEZ