UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ARCHER AVIATION INC.,<br><br>        Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**ORDER REQUESTING SUBMISSION OF TUTORIAL MATERIALS, CHANGING CLAIM CONSTRUCTION HEARING DATE** |

The parties should electronically submit tutorial materials on the technology relevant to the claim construction by February 22, 2022 (there will be no live tutorial). The claim construction hearing set for that date is continued to March 4, 2022, at 2:00 pm.

**IT IS SO ORDERED.**

Dated: January 7, 2022



William H. Orrick
United States District Judge