| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:   (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Joshua H. Lerner, SBN 220755<br>  jlerner@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Orin Snyder, *admitted pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, *admitted pro hac vice*<br>  dthomasch@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Diana M. Feinstein, *admitted pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br>Facsimile: 310.551.8741<br><br>Attorneys for Defendant Archer Aviation Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>ARCHER AVIATION INC.,<br><br>  Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR ARCHER'S RULE 12(C) MOTION.** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-2, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation, Inc. ("Archer") have agreed to the following briefing schedule for Wisk to respond to Archer's Motion for Judgment on the Pleadings Under Rule 12(c) Regarding the '099 and '441 Patents (Dkt. No. 201, "Motion"), and for Archer to file its reply in support of its Motion and request the Court to adopt the following Stipulation:

WHEREAS, Archer filed its Motion on January 19, 2022;

WHEREAS, pursuant to Local Rule 7-3 Wisk's opposition is currently due on February 2, 2022 and Archer's reply is due on February 9, 2022;

WHEREAS, the parties seek to extend the deadline for Wisk to file its opposition to February 8, 2022, and the deadline for Archer to file its reply to February 18, 2022;

WHEREAS, the hearing on Archer's Motion has been rescheduled for March 4, 2022, such that that with the extension briefing on Archer's Motion will be completed two weeks prior to the hearing;

WHEREAS, the parties have not previously sought an extension of the briefing schedule on Archer's Motion and the extension will not impact any other deadlines in this case;

WHEREAS, the parties agree that an extended briefing schedule is prudent in view of the fact that the parties are, in parallel, preparing claim construction briefing and tutorials;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and through counsel for the parties that Wisk and Archer will abide by the following briefing schedule:

1. The deadline for Wisk to file its opposition to Archer's Motion will be February 8, 2022;
2. The deadline for Archer to file its reply in support of its Motion will be February 18, 2022;

WHEREFORE, Wisk and Archer respectfully request that the Court enter this Stipulation as an Order of the Court.

Dated: January 26, 2022

Respectfully submitted,

| | |
|---|---|
| <u>/s/ Patrick Schmidt</u> | <u>/s/ Stuart Rosenberg</u> |
| Yury Kapgan (Bar No. 218366) | Josh A. Krevitt, SBN 208552 |
|   yurykapgan@quinnemanuel.com |   jkrevitt@gibsondunn.com |
| Robert M. Schwartz (Bar No. 117166) | Joshua H. Lerner, SBN 220755 |
|   robertschwartz@quinnemanuel.com |   jlerner@gibsondunn.com |
| Michael T. Zeller (Bar No. 196417) | 1881 Page Mill Road |
|   michaelzeller@quinnemanuel.com | Palo Alto, CA 94304-1211 |
| Diane Cafferata (Bar No. 190081) | Telephone: 650.849.5300 |
|   dianecafferata@quinnemanuel.com | Facsimile: 650.849.5333 |
| Patrick Schmidt (Bar No. 274777) | |
|   patrickschmidt@quinnemanuel.com | Orin Snyder, *admitted pro hac vice* |
| 865 South Figueroa Street, 10th Floor |   osnyder@gibsondunn.com |
| Los Angeles, California 90017 | Daniel J. Thomasch, *admitted pro hac vice* |
| Telephone:    (213) 443-3000 |   dthomasch@gibsondunn.com |
| Facsimile:    (213) 443-3100 | 200 Park Avenue |
| | New York, NY 10166-0193 |
| Michael F. LaFond (Bar No. 303131) | Telephone: 212.351.4000 |
|   michaellafond@quinnemanuel.com | Facsimile: 212.351.4035 |
| 555 Twin Dolphin Drive, 5th Floor | |
| Redwood Shores, California 94065 | Wayne Barsky, SBN 116731 |
| Telephone:    (650) 801-5000 |   wbarsky@gibsondunn.com |
| Facsimile:    (650) 801-5100 | Diana M. Feinstein, *admitted pro hac vice* |
| |   dfeinstein@gibsondunn.com |
| Attorneys for Plaintiff Wisk Aero LLC | 2029 Century Park East, Suite 4000 |
| | Los Angeles, CA 90067-3026 |
| | Telephone: 310.552.8500 |
| | Facsimile: 310.551.8741 |
| | |
| | Attorneys for Defendant Archer Aviation Inc. |

### ATTESTATION OF E-FILED SIGNATURE

I, Patrick Schmidt, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1, I hereby by attest that Stuart Rosenberg has concurred in this filing.

Dated: January 26, 2022                     <u>      /s/ Patrick Schmidt      </u>
                                                                        Patrick Schmidt

**[PROPOSED] ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**. The deadline for Wisk to file its opposition to Archer's Motion will be February 8, 2022. The deadline for Archer to file its reply in support of its Motion will be February 18, 2022.

Dated: _____   _____
UNITED STATES DISTRICT JUDGE