UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARCHER AVIATION INC.,<br><br>　　　　Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**ORDER GRANTING MOTION FOR THE ISSUANCE OF A LETTER ROGATORY**<br><br>Re: Dkt. No. 212 |

Plaintiff Wisk Aero LLC ("Wisk") moves for the issuance of a letter rogatory under the Hague Evidence Convention to take evidence from Electro.Aero Pty Ltd. ("Electro.Aero") in Australia. Dkt. No. 212. For the reasons that follow, its motion is GRANTED.

A letter rogatory (or, sometimes, a "letter of request") "is the request by a domestic court to a foreign court to take evidence from a certain witness." *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 n.1 (2004). Ordinary discovery standards generally apply to requests for evidence taken pursuant to a latter rogatory. *Radware, Ltd. v. A10 Networks, Inc.*, No. C-13-02021, 2014 WL 631537, at *2 (N.D. Cal. Feb. 18, 2014). Accordingly, "[p]arties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense." Fed. R. Civ. P. 26(b). The issuance of a letter rogatory is a matter of discretion, but it should generally be granted unless the opposing parties shows good cause to deny it or the court concludes that it is an abuse of the discovery process. *Radware*, 2014 WL 631537, at *2 (collecting citations).

Defendant Archer Aviation Inc. ("Archer") does not oppose Wisk's motion. I have reviewed its requested discovery and find it sufficiently relevant to Wisk's claims and defenses. In brief, Wisk asserts patent infringement against Archer; Electro.Aero is alleged to provide

Archer with portions of its technology that may be relevant to the infringement analysis. *See* Dkt. No. 212 at 2. According to Wisk, it attempted to get this information from Archer in discovery and from Electro.Aero via domestic subpoena, but Archer claimed that the information was in Electro.Aero's possession and Electro.Aero argued that this Court lacks personal jurisdiction over it. *Id.* at 3. As a result, Wisk seeks to propound requests for production to Electro.Aero and depose its representative (which Archer would also have the opportunity to do) with the assistance of the Australian courts. *See* Dkt. No. 212-1.

Wisk's proposed letter rogatory and its attached exhibits will be issued.

**IT IS SO ORDERED.**

Dated: February 17, 2022

William H. Orrick
United States District Judge