1   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2   Yury Kapgan (Bar No. 218366)
      yurykapgan@quinnemanuel.com
3   Robert M. Schwartz (Bar No. 117166)
      robertschwartz@quinnemanuel.com
4   Michael T. Zeller (Bar No. 196417)
      michaelzeller@quinnemanuel.com
5   Diane Cafferata (Bar No. 190081)
      dianecafferata@quinnemanuel.com
6   Patrick Schmidt (Bar No. 274777)
      patrickschmidt@quinnemanuel.com
7   865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017
8   Telephone:    (213) 443-3000
    Facsimile:    (213) 443-3100
9
    Michael F. LaFond (Bar No. 303131)
10    michaellafond@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
11  Redwood Shores, California 94065
    Telephone:    (650) 801-5000
12  Facsimile:    (650) 801-5100

13  Attorneys for Plaintiff Wisk Aero LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>             Plaintiff,<br><br>     vs.<br><br>ARCHER AVIATION INC.,<br><br>             Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL BY WISK AERO LLC** |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    **PLEASE TAKE NOTICE** that pursuant to the Court's directive issued on January 7, 2021, Dkt. No. 197, Wisk Aero LLC has submitted to the Court its Technology Tutorial by FTP link with counsel for Archer Aviation copied.

Dated:  February 22, 2022

                                        Respectfully submitted,


                                        */s/ Patrick Schmidt*
                                        Yury Kapgan (Bar No. 218366)
                                          yurykapgan@quinnemanuel.com
                                        Robert M. Schwartz (Bar No. 117166)
                                          robertschwartz@quinnemanuel.com
                                        Michael T. Zeller (Bar No. 196417)
                                          michaelzeller@quinnemanuel.com
                                        Diane Cafferata (Bar No. 190081)
                                          dianecafferata@quinnemanuel.com
                                        Patrick Schmidt (Bar No. 274777)
                                          patrickschmidt@quinnemanuel.com
                                        865 South Figueroa Street, 10th Floor
                                        Los Angeles, California 90017
                                        Telephone:     (213) 443-3000
                                        Facsimile:     (213) 443-3100

                                        Michael F. LaFond (Bar No. 303131)
                                          michaellafond@quinnemanuel.com
                                        555 Twin Dolphin Drive, 5th Floor
                                        Redwood Shores, California 94065
                                        Telephone:     (650) 801-5000
                                        Facsimile:     (650) 801-5100

                                        Attorneys for Plaintiff Wisk Aero LLC