GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
  jkrevitt@gibsondunn.com
Joshua H. Lerner, SBN 220755
  jlerner@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Orin Snyder, *admitted pro hac vice*
  osnyder@gibsondunn.com
Daniel J. Thomasch, *admitted pro hac vice*
  dthomasch@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Wayne Barsky, SBN 116731
  wbarsky@gibsondunn.com
Diana M. Feinstein, *admitted pro hac vice*
  dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500
Facsimile: 310.551.8741

Attorneys for Defendant
Archer Aviation Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARCHER AVIATION INC.,<br><br>　　　　　Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL BY ARCHER AVIATION INC.** |

Gibson, Dunn &
Crutcher LLP

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that pursuant to the Court's directive issued on January 7, 2021, Dkt.

3 No. 197, Archer Aviation Inc. has submitted to the Court its Technology Tutorial by a file transfer link

4 with counsel for Wisk Aero LLC copied.

6    DATED: February 22, 2022                        GIBSON, DUNN & CRUTCHER LLP

8                                                    By:      /s/ Stuart M. Rosenberg
                                                             Stuart M. Rosenberg

                                                     *Attorneys for Defendant Archer Aviation Inc.*

1
NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL BY ARCHER AVIATION INC.
CASE NO. 3:21-CV-02450-WHO