# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Josh A. Krevitt
Direct: +1 212.351.2490
Fax: +1 212.351.6390
JKrevitt@gibsondunn.com

March 3, 2022

VIA CM/ECF

Hon. Donna M. Ryu, Magistrate Judge
Ronald V. Dellums Federal Building, Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re: *Wisk Aero LLC v. Archer Aviation Inc.*, Case No. 3:21-ccv-02450-WHO (DMR)

Judge Ryu:

For the reasons set forth below, I write on behalf of Archer Aviation Inc. ("Archer") to correct the record in connection with Archer's prior opposition to Plaintiff Wisk Aero LLC's ("Wisk") request for forensic examinations of four Archer-issued work devices, and to withdraw Archer's opposition to that request.

In the joint letter brief of December 23, 2021, Archer stated the following: "Unlike the personal devices of these employees, there is no evidence—*none*—that any confidential Wisk documents made their way onto Archer's systems, including the Archer devices of which Wisk seeks forensic examination." Dkt. 194 at 3. That statement was true at the time as to "Archer's systems," and remains true as to "Archer's systems," but Archer discovered in the past few days that there was an oversight in its review of the image taken of a laptop computer that Archer issued to Scott Furman—one of the employees whose Archer-issued devices Wisk is seeking to forensically inspect. The image indicates that Wisk-related materials are in fact located on that device; as noted below, those documents have now been produced to Wisk.[1]

On February 28 and March 3, 2022, Archer supplemented its production of documents to Wisk with documents it identified from Mr. Furman's personal accounts related to Wisk that were captured in the forensic image Archer took of Mr. Furman's Archer-issued laptop (Archer has determined that it produced other such documents to Wisk in September 2021). On March 3, 2022, Archer provided an amended interrogatory response to Wisk reflecting this information.

In light of these developments, Archer is withdrawing its objection to the third-party forensic inspection of Mr. Furman's Archer-issued laptop. To be transparent, and to corroborate Archer's understanding that its oversight was limited to Mr. Furman's laptop, Archer also is withdrawing its objection to the third-party forensic inspection of the devices issued by Archer

---

[1] The documents at issue are emails that date back to Mr. Furman's tenure at Wisk. After accepting a position at Archer, Mr. Furman installed the Mozilla Thunderbird email application on his Archer-issued laptop to enable him to access his personal email account. He also accessed the Apple iCloud on that computer. As a result, copies of materials from Mr. Furman's personal accounts automatically saved to his Archer-issued laptop.

GIBSON DUNN

Hon. Donna M. Ryu, Magistrate Judge
March 3, 2022
Page 2

to Tom Muniz, Johnny Melack, and Diederik Marius.  Archer will coordinate with Wisk regarding an appropriate protocol for those inspections.

Respectfully,

*/s/ Josh A. Krevitt*

Josh A. Krevitt