QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ARCHER AVIATION INC.,<br><br>　　　　　Defendant. | CASE NO. 3:21-cv-2450<br><br>**NOTICE OF APPEARANCE OF NIMA HEFAZI FOR WISK AERO LLC** |

1  Plaintiff Wisk Aero LLC files this Notice of Appearance and hereby notifies the Court and
2 all parties of record that Nima Hefazi of Quinn Emanuel Urquhart & Sullivan, LLP, 865 S.
3 Figueroa St., 10th Floor, Los Angeles, California 90017, is appearing as counsel for Wisk Aero
4 LLC in the above-referenced matter.

DATED: March 3, 2022              Respectfully submitted,

                                  QUINN EMANUEL URQUHART &
                                  SULLIVAN, LLP


                                  By /s/  *Nima Hefazi*
                                     Nima Hefazi
                                     Attorney for Plaintiff Wisk Aero LLC