quinn emanuel trial lawyers | los angeles

865 S. Figueroa St., 10th Floor, Los Angeles, California 90017 | TEL (213) 443-3000 FAX (213) 443-3100

March 4, 2022

VIA CM/ECF

Hon. Donna M. Ryu, Magistrate Judge
Ronald V. Dellums Federal Building,
Courtroom 4 – 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re: *Wisk Aero LLC v. Archer Aviation Inc.*, Case No. 3:21-ccv-02450-WHO (DMR)

Judge Ryu:

Wisk writes in response to the letter filed by Archer on March 3, 2022 (Dkt. 224). In that letter, Archer agreed to forensic examinations of four devices, but did not expressly agree to the full scope of forensic examinations requested by Wisk in the joint discovery letter brief filed at Dkt. 194.

Last evening, Wisk asked Archer to clarify whether it was withdrawing its objection as to just the four devices, or whether it was withdrawing its objection to the full scope of Wisk's requests for inspection, as set forth in the Joint Letter Brief. Dkt. 194. Wisk told Archer that absent confirmation, it would have to assume there is still a live dispute regarding the Joint Letter Brief, and would inform the Court accordingly.

Archer has not responded to Wisk's request for clarification, and so for the avoidance of doubt, Wisk respectfully informs the Court that it believes there is still a live dispute relating to Dkt. 194 that requires the Court's resolution, as scheduled for hearing on March 10.

Respectfully,

/s/ *Patrick Schmidt*

Patrick Schmidt