# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| | | |
|---|---|---|
| **Date:**  March 4, 2022 | **Time:**  1 hr., 36 mins. 1:57 p.m. to 3:33 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.:** 21-cv-02450-WHO | **Case Name:** Wisk Aero LLC v. Archer Aviation Inc. | |

**Attorneys for Plaintiff:**     Nima Hefazi, Patrick T. Schmidt, and Yury Kapgan

**Attorneys for Defendant:**    Frank P. Cote, Jaysen S. Chung, Stuart M. Rosenburg, and Wayne M. Barsky,

**Deputy Clerk:** Jean Davis                          **Court Reporter:** Electronically Recorded

### PROCEEDINGS

Claim Construction and motion for judgment on the pleadings hearing conducted via videoconference. The Court tentative.  Argument of counsel heard.  The matter is taken under submission; and a written order will issue.