United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WISK AERO LLC,

               Plaintiff,

     v.

ARCHER AVIATION INC.,

               Defendant.

Case No. 21-cv-02450-WHO (DMR)

**ORDER DENYING UNILATERAL
DISCOVERY LETTERS WITHOUT
PREJUDICE**

Re: Dkt. Nos. 235, 241

      The court has reviewed Defendant Archer Aviation Inc.'s unilateral discovery letter brief regarding Plaintiff Wisk Aero LLC's responses to four interrogatories and Plaintiff's unilateral discovery letter in response. [Docket Nos. 235, 241.] As the parties' dispute is not ripe for decision and further meet and confer is necessary, both discovery letter briefs are denied without prejudice. The parties shall immediately meet and confer in accordance with the court's Standing Order. If disputes remain after meeting and conferring, the parties shall submit a joint letter addressing any outstanding disputes.

      **IT IS SO ORDERED.**

Dated: March 16, 2022



Donna M. Ryu
United States Magistrate Judge