QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ARCHER AVIATION INC.,<br><br>　　　　　Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**[PROPOSED] ORDER GRANTING ISSUANCE OF SUBPOENA UNDER 28 U.S.C. § 1783 AND ALTERNATIVE SERVICE**   \*\*\*AS MODIFIED\*\*\* |

1  On March 10, 2022, Wisk Aero LLC ("Wisk") moved this Court for issuance of, under the
2  Walsh Act, a deposition subpoena and a document subpoena to Frank Stephenson, a key third-
3  party witness in this action. Wisk further moved this Court for leave to effectuate alternative
4  service of the subpoenas via mail and e-mail.

5  Having considered the request, and GOOD CAUSE appearing therefor,

6  **IT IS HEREBY ORDERED THAT**

7  Wisk's request for issuance of ~~Letters Rogatory~~ subpoenas for the purpose of obtaining evidence and
8  testimony from Frank Stephenson is GRANTED. Further, Wisk's request for leave to effectuate
9  alternative service of the subpoenas via mail and e-mail is GRANTED.

10  This order is without prejudice to Stephenson moving to quash the subpoenas.

11  **IT IS SO ORDERED.**

13  DATED: March 16, 2022

By _____
~~The Honorable William H. Orrick~~
~~United States District Court Judge~~
Donna M. Ryu
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Donna M. Ryu]