UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wisk Aero LLC<br><br>Plaintiff(s),<br><br>v.<br><br>Archer Aviation Inc.<br><br>Defendant(s). | Case No: 3:21-cv-02450<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Robert Scott Roe, an active member in good standing of the bar of N.Y. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Archer Aviation Inc. in the above-entitled action. My local co-counsel in this case is Joshua Lerner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 200 Park Avenue<br>New York, NY 10166 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 351-4000 | (415) 393-8254 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| SRoe@gibsondunn.com | jlerner@gibsondunn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4480224.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/18/22

Robert Scott Roe
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robert Scott Roe is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 21, 2022

GRANTED
Judge William H. Orrick

UNITED STATES MAGISTRATE JUDGE