QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>          Plaintiff,<br><br>   vs.<br><br>ARCHER AVIATION INC.,<br><br>          Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**DECLARATION OF MICHAEL F. LAFOND FILED PURSUANT TO LOCAL RULE 79-5, IN SUPPORT OF ARCHER'S MARCH 16, 2022, ADMINISTRATIVE MOTION TO SEAL** |

I, Michael F. LaFond, declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice before this Court. I am an associate with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff Wisk Aero LLC ("Wisk"). I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters.

2. I am making this declaration in support of Defendant Archer Aviation Inc.'s ("Archer's") Administrative Motion to Consider Whether Plaintiff Wisk Aero LLC's Material Should Be Sealed (the "Sealing Motion"), filed at Docket Entry 245 on the Court's Electronic Docket.

3. I have reviewed the standing orders of the Honorable William Orrick and the Honorable Donna Ryu, including the provisions of those orders that address motions to seal. I have also reviewed the order entered by the Court on September 30, 2021, setting forth specific sealing instructions to be used for the duration of this case.

4. On March 10, 2022, I participated in a Zoom videoconference with Kory Hines and Laura Corbin of Gibson, Dunn & Crutcher, LLP, counsel of record for Archer in the above-captioned action. The parties discussed whether Wisk would seek to seal any of the material in Exhibit 1, which was filed at Docket Entry 245-2 on the Court's Electronic Docket. Archer indicated that it would not oppose Wisk's sealing request.

5. I have reviewed the redacted and unredacted copies of Exhibit 1 that Archer filed with the Sealing Motion.

6. Based on the foregoing, Wisk requests that the following information be filed under seal:

| Document | Portions to Be Filed Under Seal | Reason |
|---|---|---|
| Exhibit 1 to Archer's March 16, 2022, Letter Brief (Dkt. 245-2) | The passages highlighted in yellow that appear at 13:8; 13:9-10; 13:17-18; 13:20-27; 14:5; 14:11-15; 14:19-20; 14:23-28; 15:12; 15:14-20; 15:21; 15:22-23; 15:26-16:2; 17:27; 17:28-18:1; 18:11-12; 18:16; 18:17-18; 18:25; 18:26-27; 19:4-14; 19:21; 19:26; 19:27-28; 20:10-11; 20:15; 20:16-17; 20:27-28; 21:4; 21:5-6; 21:17; 21:22; 21:23-24; 22:12-13; 22:13; 23:6-7; 23:12-17; 23:22; 24:4-9; 24:22-28; 25:2; 25:18; 25:24-27; and 26:21-24. | These passages describe the details of one or more of Wisk's trade secrets, and the Court has previously ordered the same information to be sealed. *See* Dkt. 162 at 2 ("Wisk's motions are granted to the extent they describe the confidential details of the trade secrets encapsulated in its Section 2019.210 Disclosure. That disclosure itself may be maintained under seal in its entirety.") |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 23, 2022

By _____
Michael F. LaFond