GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
  jkrevitt@gibsondunn.com
Joshua H. Lerner, SBN 220755
  jlerner@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Orin Snyder, admitted *pro hac vice*
  osnyder@gibsondunn.com
Daniel J. Thomasch, admitted *pro hac vice*
  dthomasch@gibsondunn.com
Paul Torchia, admitted *pro hac vice*
  ptorchia@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Wayne Barsky, SBN 116731
  wbarsky@gibsondunn.com
Michael H. Dore, SBN 227442
  mdore@gibsondunn.com
Diana M. Feinstein, admitted *pro hac vice*
  dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA  90067-3026
Telephone: 310.552.8500
Facsimile: 310.551.8741

Attorneys for Defendant and Counterclaimant Archer Aviation Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>ARCHER AVIATION INC.,<br><br>                    Defendant. | CASE NO. 3:21-CV-02450-WHO (DMR)<br><br>**ARCHER AVIATION INC.'S SUPPLEMENTAL CERTIFICATION OF NON-PARTY INTERESTED ENTITIES AND PERSONS**<br><br>Hon. William H. Orrick |

Defendant Archer Aviation Inc. submits this Supplemental Certification of Non-Party Interested Entities or Persons pursuant to Civil Local Rule 3-15(a)(2). The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to them proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Adam Goldstein – Cofounder and CEO of Archer Aviation Inc. and a beneficial owner of greater than 5% of Archer Aviation Inc.'s common stock.
- Brett Adcock – Cofounder of Archer Aviation Inc. and a beneficial owner of greater than 5% of Archer Aviation Inc.'s common stock.
- Marc Lore – A beneficial owner of greater than 5% of Archer Aviation Inc.'s common stock.
- Atlas Crest Investment LLC – A beneficial owner of greater than 5% of Archer Aviation Inc.'s common stock.
- ARK Investment Management LLC – A beneficial owner of greater than 5% of Archer Aviation Inc.'s common stock.
- Capital International Investors – A beneficial owner of greater than 5% of Archer Aviation Inc.'s common stock.

DATED:  May 2, 2022                    GIBSON, DUNN & CRUTCHER LLP

                                        By:    */s/ Josh A. Krevitt*
                                                Josh A. Krevitt
                                        *Attorney of Record for Archer Aviation Inc.*