GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
 jkrevitt@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Orin Snyder, admitted *pro hac vice*
 osnyder@gibsondunn.com
Daniel J. Thomasch, admitted *pro hac vice*
 dthomasch@gibsondunn.com
Paul Torchia, admitted *pro hac vice*
 ptorchia@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Wayne Barsky, SBN 116731
 wbarsky@gibsondunn.com
Michael H. Dore, SBN 227442
 mdore@gibsondunn.com
Diana M. Feinstein, *admitted pro hac vice*
 dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500
Facsimile: 310.551.8741

Attorneys for Defendant
ARCHER AVIATION INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC, | CASE NO. 3:21-cv-02450-WHO |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF JOSHUA H. LERNER AS COUNSEL FOR ARCHER AVIATION INC.** |
| v. | |
| ARCHER AVIATION INC., | |
| Defendant. | U.S. District Judge William H. Orrick |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Joshua H. Lerner of Gibson, Dunn & Crutcher LLP, will no longer serve as attorney of record for Defendant Archer Aviation Inc. in this matter. Counsel of record for Defendant Archer Aviation Inc. otherwise remains the same.

DATED: May 5, 2022                                                    GIBSON, DUNN & CRUTCHER LLP

                                                               By:    */s/ Joshua H. Lerner*
                                                                             Joshua H. Lerner

*Attorneys for Defendant Archer Aviation Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I caused to be electronically filed the foregoing **NOTICE OF WITHDRAWAL OF JOSHUA H. LERNER AS COUNSEL FOR ARCHER AVIATION INC.** with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: May 5, 2022							GIBSON, DUNN & CRUTCHER LLP


							By:   *Joshua H. Lerner*
							         Joshua H. Lerner

							*Attorneys for Defendant Archer Aviation Inc.*