1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARCHER AVIATION INC.,<br><br>　　　　　　Defendant. | CASE NO. 3:21-CV-02450-WHO<br><br>**[PROPOSED] ORDER GRANTING SEALING REQUEST** |

Before the Court is Wisk Aero LLC's Administrative Motion to Consider Whether Archer's Material Should Be Sealed (Dkt. 262) and Archer's Civil Local Rule 79-5(f)(3) declaration in support thereof. Hines Decl. Having considered the papers, the Court finds good cause or compelling reasons to seal the documents, or portions thereof, and orders as follows:

| Document | Portions to Be Sealed | Basis for Sealing | Result |
|---|---|---|---|
| Ex. D to the Decl. of Jake Todd (Dkt. 260-5) | Entire document | Information designated highly confidential by Archer and a third party, MAGicALL, Inc., and subject to a pending motion to seal. | |
| Ex. 2 to Decl. of Diederik Marius (Dkt. 260-18 at p. 37) | Green highlighted portion | Information designated highly confidential by Archer and subject to a pending motion to seal. | |

**IT IS SO ORDERED.**

DATED: _____

                                           Hon. William H. Orrick
                                           United States District Judge