| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:    (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Orin Snyder, admitted *pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br>Facsimile: 310.551.8741<br><br>Attorneys for Defendant Archer Aviation Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>ARCHER AVIATION INC.,<br><br>                Defendant. | CASE NO. 3:21-CV-02450-WHO<br><br>**STIPULATION RE DATE OF MEDIATION AND ORDER**<br><br>Honorable Judge William H. Orrick |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and collectively with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, the Parties have agreed to participate in private mediation and have selected Antonio Piazza (the "Mediator") to mediate their dispute (Dkts. 139, 242);

**WHEREAS**, the Court previously ordered that the deadline for "mediation set for July 1, 2022 may be continued up to one month to suit the schedule of the mediator and parties" (Dkt. 257);

**WHEREAS**, due to scheduling conflicts, the Parties and the Mediator intend to hold an in-person mediation session on August 9, 2022, if the Court so permits;

**WHEREAS**, the Parties do not believe this extension will have an adverse impact on the case schedule more broadly (*see* Civil L.R. 6-2(a)(3));

**NOW THEREFORE**, the Parties, through their undersigned counsel, stipulate and respectfully request that the Court enter an Order establishing the following:

The deadline for the Parties to attend private mediation is extended through August 2022.

**IT IS SO STIPULATED.**

DATED:  June 1, 2022                GIBSON, DUNN & CRUTCHER LLP

                                    By:  _____/s/ Josh A. Krevitt_____
                                              Josh A. Krevitt

                                    *Attorneys for Defendant Archer Aviation Inc.*


                                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                    By:  _____/s/ Yury Kapgan_____
                                              Yury Kapgan

                                    *Attorneys for Plaintiff Wisk Aero LLC*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: ____June 6_____, 2022

_____
Honorable William H. Orrick
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Josh A. Krevitt, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 1, 2022                     GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ Josh A. Krevitt_____
             Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*