**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

<span style="color:red">REDACTED DOCUMENT SOUGHT TO BE SEALED</span>

Hon. Donna M. Ryu, Magistrate Judge (N.D. Cal.)

Re:   *Wisk Aero LLC v. Archer Aviation Inc.*, Case No. 3:21-cv-02450-WHO (DMR)

Dear Judge Ryu:

Plaintiff Wisk Aero LLC (Wisk) and Defendant Archer Aviation Inc. (Archer) respectfully submit this joint letter brief regarding Archer's challenge to Wisk's clawback of a document. The parties met and conferred via Zoom on April 18, May 20, and June 29, 2022. Fact discovery closes August 24, 2022; expert discovery closes November 2, 2022; dispositive motions will be heard by January 11, 2023; and the pretrial conference and trial are set for March 13 and April 17, 2023, respectively.

[redacted]

1



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

DATED: July 5, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Diane Cafferata*
Yury Kapgan
Robert M. Schwartz
Michael T. Zeller
Diane Cafferata
Patrick Schmidt
Michael LaFond
*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON, DUNN & CRUTCHER LLP

By */s/ Daniel J. Thomasch*
Josh A. Krevitt
Daniel J. Thomasch
Wayne Barsky
Paul Torchia
Michael H. Dore
Diana M. Feinstein
*Attorneys for Defendant Archer Aviation Inc.*

6

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Per Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

                                                */s/ Josh A. Krevitt*
                                                  Josh A. Krevitt