Highly Confidential – Attorney Eyes Only
  REDACTED DOCUMENT SOUGHT TO BE SEALED

Hon. Donna M. Ryu, Magistrate Judge (N.D. Cal.)

Re:    *Wisk Aero LLC v. Archer Aviation Inc.*, Case No. 3:21-cv-02450-WHO (DMR)

Dear Judge Ryu:

Plaintiff Wisk Aero LLC and Defendant Archer Aviation Inc. respectfully submit this joint letter brief on Archer's challenge to Wisk's clawback of two documents on privilege grounds.  The parties met and conferred via Zoom on May 20 and June 29, 2022.  Fact discovery closes August 24, 2022; expert discovery closes November 2, 2022; dispositive motions will be heard by January 11, 2023; and the pretrial conference and trial are set for March 13 and April 17, 2023, respectively.

Highly Confidential – Attorney Eyes Only

Highly Confidential – Attorney Eyes Only



Highly Confidential – Attorney Eyes Only



Highly Confidential – Attorney Eyes Only



Highly Confidential – Attorney Eyes Only

DATED: July 5, 2022                            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Diane Cafferata*
Yury Kapgan
Robert M. Schwartz
Michael T. Zeller
Diane Cafferata
Patrick Schmidt
Michael LaFond
*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON, DUNN & CRUTCHER LLP

By */s/ Daniel J. Thomasch*
Josh A. Krevitt
Daniel J. Thomasch
Wayne Barsky
Paul Torchia
Michael H. Dore
Diana M. Feinstein
*Attorneys for Defendant Archer Aviation Inc.*

Highly Confidential – Attorney Eyes Only

Per Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

*/s/ Josh A. Krevitt*

Josh A. Krevitt
