1  GIBSON, DUNN & CRUTCHER LLP
   Josh A. Krevitt, SBN 208552
2    jkrevitt@gibsondunn.com
   1881 Page Mill Road
3  Palo Alto, CA  94304-1211
   Telephone: 650.849.5300
4
   Orin Snyder, admitted *pro hac vice*
5    osnyder@gibsondunn.com
   Daniel J. Thomasch, admitted *pro hac vice*
6    dthomasch@gibsondunn.com
   Paul Torchia, admitted *pro hac vice*
7    ptorchia@gibsondunn.com
   200 Park Avenue
8  New York, NY  10166-0193
   Telephone: 212.351.4000
9
   Wayne Barsky, SBN 116731
10   wbarsky@gibsondunn.com
   Michael H. Dore, SBN 227442
11   mdore@gibsondunn.com
   Diana M. Feinstein, admitted *pro hac vice*
12   dfeinstein@gibsondunn.com
   2029 Century Park East, Suite 4000
13 Los Angeles, CA  90067-3026
   Telephone: 310.552.8500
14
   Attorneys for Defendant and Counterclaimant
15 Archer Aviation Inc.

16                    **UNITED STATES DISTRICT COURT**

17                   **NORTHERN DISTRICT OF CALIFORNIA**

18                         **SAN FRANCISCO DIVISION**

19 | WISK AERO LLC, | CASE NO. 3:21-CV-02450-WHO |
20 | Plaintiff, | **DEFENDANT ARCHER AVIATION INC.'S MOTION TO CONSIDER WHETHER PLAINTIFF WISK AERO LLC'S MATERIAL SHOULD BE SEALED** |
21 | v. | |
22 | ARCHER AVIATION INC., | Hon. William H. Orrick |
23 | Defendant. | |

Pursuant to Civil Local Rule 79-5(f), Defendant Archer Aviation Inc. ("Archer") has filed under seal the following documents, which were designated highly confidential by Plaintiff Wisk Aero LLC ("Wisk"):

| Document | Exhibit No. | Portions to Be Filed Under Seal | Designating Party | Basis for Provisional Sealing |
|---|---|---|---|---|
| Joint Letter Brief re Wisk's Clawback of a June 2021 Funding Request | Ex. 1 | Entire Document | Wisk | Designated as highly confidential by Wisk. |
| Joint Letter Brief re Wisk's Clawback of a November 2020 Board Deck | Ex. 2 | Entire Document | Wisk | Designated as highly confidential by Wisk. |

Archer's counsel has reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal, Judge Ryu's Standing Order (¶ 11), Civil Local Rule 79-5, and the Court's prior Order on Motions to Seal (Dkt. 162). Hines Decl. ¶¶ 2–5. Prior to this filing, the parties met and conferred via Zoom on June 29, 2022. *Id.* ¶ 6. Without conceding that any of the material in question meets the sealing standard, Archer will not oppose any request by Wisk to seal its assertedly highly confidential material in Exhibits 1 and 2.

Respectfully submitted,

DATED: July 5, 2022

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ Josh A. Krevitt_____
        Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*