| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:     (213) 443-3000<br>Facsimile:      (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:     (650) 801-5000<br>Facsimile:      (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Orin Snyder, admitted *pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br>Facsimile: 310.551.8741<br><br>Attorneys for Defendant Archer Aviation Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>                    Plaintiff,<br><br>         v.<br><br>ARCHER AVIATION INC.,<br><br>                    Defendant. | CASE NO. 3:21-CV-02450-WHO (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER RE FILING OF JOINT LETTER BRIEF**<br><br>Honorable Judge Donna M. Ryu |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and collectively with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on Friday, July 1, 2022, the Court denied, without prejudice, a joint letter brief (Dkt. 278) in which Archer sought to modify the protective order to give certain Archer employees access to documents designated as Highly Confidential – Attorneys' Eyes Only, and ordered the Parties to meet and confer and, if a dispute remained, to re-file by July 6, 2022 a new joint letter brief addressing certain issues identified by the Court (Dkt. 279);

**WHEREAS**, the Parties exchanged their respective draft portions of a new joint letter brief and met and conferred via Zoom on July 6, 2022, but were unable to resolve the dispute;

**WHEREAS**, despite their mutual efforts, there remained additional disputes between the Parties to try to resolve through continued meet and confers, and thus, the Parties were unable to re-file a new joint letter brief on July 6, 2022;

**WHEREAS**, the Parties continued to exchange email correspondence and drafts of the new joint letter brief on July 7 and 8, 2022, during which they narrowed and clarified their respective positions pursuant to the Court's direction in its July 1 Order;

**WHEREAS**, the Parties held another Zoom meet and confer on July 8, 2022, where the remaining disputes between the Parties were discussed;

**WHEREAS**, during the July 8, 2022 meet and confer, the Parties agreed to submit this Stipulation asking the Court to enlarge by two days the time set by the Court in its July 1 Order (Dkt. 279) for the Parties to file their new joint letter brief regarding modification of the protective order, and to accept the new joint letter brief attached as **Exhibit A**;

**WHEREAS**, there are no previous "time modifications" relevant to this issue (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, the Parties do not believe this extension will have an adverse impact on the case schedule more broadly (*see* Civil L.R. 6-2(a)(3));

**WHEREAS**, this stipulation is supported by the Declaration of R. Scott Roe, attached as **Exhibit B**, as required by Civil Local Rule 6-2(a);

**NOW THEREFORE**, the Parties, through their undersigned counsel, stipulate and respectfully request that the Court enlarge by two days the time set in its July 1 Order (Dkt. 279) for the Parties to file their new joint letter brief regarding modification of the protective order, and to accept as timely their joint letter brief attached as **Exhibit A**.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  July 8, 2022                    GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Daniel J. Thomasch
          Daniel J. Thomasch

*Attorneys for Defendant Archer Aviation Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Diane Cafferata
          Diane Cafferata

*Attorneys for Plaintiff Wisk Aero LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

 DATED: _____, 2022

_____
Honorable Donna M. Ryu
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Josh A. Krevitt, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 8, 2022                GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ Josh A. Krevitt_____
　　　　　Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*