UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>ARCHER AVIATION INC.,<br><br>           Defendant. | Case No. 21-cv-02450-WHO (DMR)<br><br>**ORDER ON JOINT DISCOVERY LETTER RE: DEPOSITION LIMITS**<br><br>Re: Dkt. No. 280 |

Having reviewed the parties' dispute over the number of deposition hours in this case, (Docket No. 280), the court rules as follows. Each side shall have a total of 110 hours of deposition time. This is in addition to the 40 hours already used by Wisk Aero in the preliminary injunction phase, which gives Plaintiff a total of 150 hours. This amount is proportional to the needs of the case (which has been narrowed since its filing) and can also be completed by the August 24, 2022 discovery deadline. The parties are expected to take all reasonable measures (including multiple tracking and weekend scheduling if needed) to make sure that depositions are completed by the deadline.

The court takes the opportunity to remark that this is the type of dispute that reasonable counsel should have been able to work out among themselves. This is particularly troubling given the large number of discovery disputes for which the parties have sought court intervention in this case.

**IT IS SO ORDERED.**

Dated: July 11, 2022



Donna M. Ryu
United States Magistrate Judge