UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARCHER AVIATION INC.,<br><br>　　　　Defendant. | Case No. 21-cv-02450-WHO (DMR)<br><br>**ORDER RE: JOINT DISCOVERY LETTERS AND ADMINISTRATIVE MOTION REGARDING DEFENDANT'S CHALLENGES TO PLAINTIFF'S CLAWBACKS**<br><br>Re: Dkt. Nos. 281, 282, 284, 286 |

The court has reviewed the parties' submissions in which Defendant Archer Aviation Inc. challenges Plaintiff Wisk Aero LLC's clawback of three documents based on the attorney-client privilege (Docket Nos. 281, 282), Plaintiff asserts that Defendant misused material which it claims is protected by the attorney-client privilege (Docket No. 284), and Defendant moves for an order requiring Plaintiff to lodge documents for in camera review (Docket No. 286).

Given Defendant's challenge to Plaintiff's assertion of the attorney-client privilege and claim of waiver of the privilege as to one of the documents, the court would benefit from briefing on the dispute, along with evidentiary support. Accordingly, Defendant is granted leave to file a duly noticed motion to compel regarding Plaintiff's clawback of the three documents. The motion may not exceed ten pages. Plaintiff's opposition may not exceed ten pages and shall be filed in accordance with the timing set forth in Local Rule 7-3. Any reply may not exceed five pages and shall be filed in accordance with the timing set forth in Local Rule 7-3. The parties' briefing must address which law of privilege applies[1] and the parties must also provide evidentiary support for their positions in the form of declarations sworn under penalty of perjury. The parties may not

---

[1] Defendant asserts in one of the joint letters that the federal law of privilege applies. [Docket No. 281 at 1, n.2.] Plaintiff does not respond to this point but cites both federal common law and California law regarding privilege. *See id.* at 4-5.

incorporate by reference any prior submissions or use footnotes.  Docket Nos. 281, 282, 284, and 286 are each denied without prejudice.

**IT IS SO ORDERED.**

Dated: July 13, 2022



_____
Judge Donna M. Ryu
United States Magistrate Judge

2