UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 7/14/2022 | **Time:** 1:37-2:48 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:21-cv-02450-WHO | **Case Name:** Wisk Aero LLC v. Archer Aviation Inc. | |

**For Plaintiff:**
Patrick Schmidt
Yury Kapgan

**For Defendant:**
Diana Feinstein

**For Third Party Dr. Jing Xue:**
David Callaway
Grant Fondo
Nicole Chessari

**For Third Parties Thomas Muniz, Johnny Melack and Diederik Marius:**
Shaelyn Dawson

**Deputy Clerk:** Ivy Lerma Garcia          **Recorded in Zoom:** 1:37-2:48

### PROCEEDINGS HELD BY ZOOM VIDEO CONFERENCE

1. Joint Discovery Letter Brief filed by Plaintiff Wisk Aero LLC and Third Parties Thomas Muniz, Johnny Melack, and Diederik Marius [Docket No. 263]

   Plaintiff's motion to compel forensic examination of personal devices owned by Muniz, Melack, and Marius: At the hearing, the court analyzed the evidence submitted by both sides in support of their positions. For the reasons stated on the record, the court concludes that Plaintiff has not met a "heightened showing of good cause" to examine the personal devices belonging to any of the third parties. *See Lee v. Stonebridge Life Ins. Co.*, No. 11-cv-43 RS (JSC), 2013 WL 3889209, at *2 (N.D. Cal. Jul. 30, 2013). Accordingly, Plaintiff's motion is denied.

2. Joint Discovery Letter Brief filed by Plaintiff Wisk Aero LLC and Third Party Jing Xue [Docket No. 273]

   Plaintiff's motion to compel forensic examination and red flag reports for Xue's electronic devices: For the reasons stated on the record, Plaintiff has met a "heightened showing of good cause" to examine Xue's personal devices. *See Lee*, 2013 WL 3889209, at *2. The parties shall immediately meet and confer regarding a two-step protocol for

the examination of the devices by a third-party neutral pursuant to which the neutral will initially identify which devices contain potentially relevant files and information, and then perform a forensic inspection on only those devices that may have been used to store Wisk information.  Counsel for Xue shall have the initial opportunity to review the reports for private or privileged information before they are  provided to Wisk's counsel.  The parties shall agree on a two-step examination protocol by no later than 7/21/2022.

**Order to be prepared by:**
( )	Plaintiff		( )	Defendant		( )	Court

cc: Chambers