| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:    (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Orin Snyder, admitted *pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br>Facsimile: 310.551.8741<br><br>Attorneys for Defendant Archer Aviation Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>       Plaintiff,<br><br>    vs.<br><br>ARCHER AVIATION INC.,<br><br>       Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>[Declaration of Yury Kapgan filed concurrently] |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, the Parties have engaged in extensive discovery, producing over a million pages of documents, serving dozens of subpoenas, and conferring regularly to attempt to resolve disputes;

**WHEREAS**, the Parties intend to take and defend a substantial number of depositions;

**WHEREAS**, on July 13, 2022, the Court conducted a third Case Management Conference, at which it noted that it would "be hard to get all of those depositions in" under the current schedule, and indicated its willingness to adjust the current scheduling order to begin trial at a date after the currently scheduled April 17, 2023 trial date (July 13, 2022 Hrg. Tr. at 9:10–15; 10:14–17);

**WHEREAS**, the Court issued a scheduling order following the July 2022 Case Management Conference (Dkt. 299);

**WHEREAS**, the Parties have worked cooperatively and in good faith to negotiate a proposed revised schedule and deposition protocols that are mutually satisfactory;

**WHEREAS**, the only previous time modifications relevant to this issue are contained in the scheduling orders issued by the Court (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, the Parties believe that the requested extension comports with this Court's case availability as indicated during the July 2022 Case Management Conference (*see* Civil L.R. 6-2(a)(3));

**WHEREAS**, this stipulation is supported by the Declaration of Yury Kapgan, as required by Civil Local Rule 6-2(a);

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the Court's approval, the Court modify the pre-trial and trial schedule as set forth in the table below. The Parties agree that, should the Court adopt the schedule below (or any case schedule setting the trial after July 17, 2023), each party shall be entitled to take up to 130 further hours of deposition testimony, and that each party may use as much of that time for testimony under Federal Rule of Civil Procedure 30(b)(6) as reasonably necessary.

| # | Event | Current Date | Proposed New Date |
|---|---|---|---|
| 1 | Archer Narrows Patent Prior Art References to 40 | July 26, 2022 | July 26, 2022 |
| 2 | Fact Discovery to be Completed, Except Deposition Discovery (and any Supplementation of Discovery Responses Pursuant to Fed. R. Civ. P. 26(e)) | August 24, 2022 | August 24, 2022 |
| 3 | Deposition Discovery to be Completed | August 24, 2022 | October 24, 2022 |
| 4 | Case Management Conference | October 25, 2022 at 2 p.m. | October 25, 2022 at 2 p.m. |
| 5 | Wisk Narrows Trade Secrets to 10 and its Patent Claims to 8 | September 1, 2022 | November 1, 2022 |
| 6 | Archer Narrows Patent Prior Art References to 20 | September 8, 2022 | November 8, 2022 |
| 7 | Opening Expert Reports Due | September 15, 2022 | November 15, 2022 |
| 8 | Rebuttal Expert Reports Due | October 12, 2022 | December 15, 2022 |
| 9 | Expert Discovery to be Completed | November 2, 2022 | January 13, 2023 |
| 10 | Parties File Motions for Summary Judgment and/or *Daubert* Motions | None set | February 3, 2023 |
| 11 | Parties File Oppositions to Motions for Summary Judgment and/or *Daubert* Motions | None set | March 1, 2023 |
| 12 | Parties File Replies in Support of Motions for Summary Judgment and/or *Daubert* Motions | None set | March 22, 2023 |
| 13 | Hearing on Motions for Summary Judgment and/or *Daubert* Motions | January 11, 2023 | April 12, 2023 |
| 14 | Pretrial Conference | March 13, 2023 at 2 p.m. | June 19, 2023 at 2 p.m. |
| 15 | Trial | April 17, 2023 at 8:30 a.m. | July 17, 2023 at 8:30 a.m. |

If for any reason the Court is unavailable to begin a 15 to 20 day trial on July 17, 2023, the Parties respectfully request that the Court provide guidance regarding its availability, after which the Parties will promptly confer and propose a revised schedule.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 20, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     */s/ Yury Kapgan*
              Yury Kapgan

*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON DUNN & CRUTCHER LLP

By:     */s/ Wayne Barsky*
              Wayne Barsky

*Attorneys for Defendant Archer Aviation Inc.*

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**

Dated: _____, 2022

_____
Honorable William H. Orrick
United States District Judge

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Yury Kapgan, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 20, 2022                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     <u>/s/ Yury Kapgan</u>
                Yury Kapgan

*Attorneys for Plaintiff Wisk Aero LLC*