| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | GIBSON, DUNN & CRUTCHER LLP |
| Yury Kapgan (Bar No. 218366) | Josh A. Krevitt, SBN 208552 |
| yurykapgan@quinnemanuel.com | jkrevitt@gibsondunn.com |
| Robert M. Schwartz (Bar No. 117166) | Stuart Rosenberg, SBN 239926 |
| robertschwartz@quinnemanuel.com | srosenberg@gibsondunn.com |
| Michael T. Zeller (Bar No. 196417) | 1881 Page Mill Road |
| michaelzeller@quinnemanuel.com | Palo Alto, CA 94304-1211 |
| Diane Cafferata (Bar No. 190081) | Telephone: 650.849.5300 |
| dianecafferata@quinnemanuel.com | Facsimile: 650.849.5333 |
| Patrick Schmidt (Bar No. 274777) | |
| patrickschmidt@quinnemanuel.com | Orin Snyder, admitted *pro hac vice* |
| 865 South Figueroa Street, 10th Floor | osnyder@gibsondunn.com |
| Los Angeles, California 90017 | Daniel J. Thomasch, admitted *pro hac vice* |
| Telephone: (213) 443-3000 | dthomasch@gibsondunn.com |
| Facsimile: (213) 443-3100 | Paul Torchia, admitted *pro hac vice* |
| | ptorchia@gibsondunn.com |
| Michael F. LaFond (Bar No. 303131) | 200 Park Avenue |
| michaellafond@quinnemanuel.com | New York, NY 10166-0193 |
| 555 Twin Dolphin Drive, 5th Floor | Telephone: 212.351.4000 |
| Redwood Shores, California 94065 | Facsimile: 212.351.4035 |
| Telephone: (650) 801-5000 | |
| Facsimile: (650) 801-5100 | Wayne Barsky, SBN 116731 |
| | wbarsky@gibsondunn.com |
| Attorneys for Plaintiff Wisk Aero LLC | Michael Dore, SBN 227442 |
| | mdore@gibsondunn.com |
| | Diana M. Feinstein, admitted *pro hac vice* |
| | dfeinstein@gibsondunn.com |
| | 2029 Century Park East, Suite 4000 |
| | Los Angeles, CA 90067-3026 |
| | Telephone: 310.552.8500 |
| | Facsimile: 310.551.8741 |
| | |
| | Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC, | Case No. 3:21-cv-02450-WHO |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |
| vs. | |
| ARCHER AVIATION INC., | [Declaration of Yury Kapgan filed concurrently] |
| Defendant. | |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, following the July 13, 2022 Case Management Conference, at which the Court indicated its willingness to adjust the current scheduling order to begin trial at a date after the currently scheduled April 17, 2023 trial date (July 13, 2022 Hrg. Tr. at 9:10–15; 10:14–17), the Parties submitted a Joint Stipulation to Modify Case Schedule proposing a revised schedule setting trial for July 17, 2023 (Dkt. 301);

**WHEREAS**, the Court subsequently informed the Parties that it was not available to begin trial on July 17, 2023, but indicated its availability to begin trial on August 14, 2023;

**WHEREAS**, the Parties have worked cooperatively and in good faith to negotiate a proposed schedule culminating in trial beginning on August 14, 2023;

**WHEREAS**, the only previous time modifications relevant to this issue are contained in the scheduling orders issued by the Court (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, the requested case schedule comports with this Court's availability (*see* Civil L.R. 6-2(a)(3));

**WHEREAS**, this stipulation is supported by the Declaration of Yury Kapgan, as required by Civil Local Rule 6-2(a);

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the Court's approval, the Court modify the pre-trial and trial schedule as set forth in the table below. The Parties agree that each party shall be entitled to take up to 130 further hours of deposition testimony, and that each party may use as much of that time for testimony under Federal Rule of Civil Procedure 30(b)(6) as reasonably necessary.

| # | Event | Current Date | Proposed Date |
|---|-------|--------------|---------------|
| 1 | Archer Narrows Patent Prior Art References to 40 | July 26, 2022 | Tuesday, July 26, 2022 |
| 2 | Fact Discovery to be Completed, Except Deposition Discovery (and any Supplementation of Discovery Responses Pursuant to Fed. R. Civ. P. 26(e)) | August 24, 2022 | Wednesday, August 31, 2022 |

| # | Event | Current Date | Proposed Date |
|---|-------|--------------|---------------|
| 3 | Case Management Conference | October 25, 2022 at 2 p.m. | Tuesday, October 25, 2022 at 2 p.m. |
| 4 | Deposition Discovery to be Completed | August 24, 2022 | Monday, November 7, 2022 |
| 5 | Wisk Narrows Trade Secrets to 10 and its Patent Claims to 8 | September 1, 2022 | Tuesday, November 15, 2022 |
| 6 | Archer Narrows Patent Prior Art References to 20 | September 8, 2022 | Tuesday, November 22, 2022 |
| 7 | Opening Expert Reports Due | September 15, 2022 | Wednesday, December 7, 2022 |
| 8 | Rebuttal Expert Reports Due | October 12, 2022 | Friday, January 6, 2023 |
| 9 | Expert Discovery to be Completed | November 2, 2022 | Wednesday, January 25, 2023 |
| 10 | Parties File Motions for Summary Judgment and/or *Daubert* Motions | None set | Monday, February 13, 2023 |
| 11 | Parties File Oppositions to Motions for Summary Judgment and/or *Daubert* Motions | None set | Monday, March 13, 2023 |
| 12 | Parties File Replies in Support of Motions for Summary Judgment and/or *Daubert* Motions | None set | Monday, April 3, 2023 |
| 13 | Hearing on Motions for Summary Judgment and/or *Daubert* Motions | January 11, 2023 | Wednesday, April 26, 2023 at 2 p.m. |
| 14 | Pretrial Conference | March 13, 2023 at 2 p.m. | Monday, June 26, 2023 at 2:00 p.m. |
| 15 | Trial | April 17, 2023 at 8:30 a.m. | Monday, August 14, 2023 at 8:30 a.m. |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 22, 2022    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:   */s/ Yury Kapgan*
                Yury Kapgan

*Attorneys for Plaintiff Wisk Aero LLC*


GIBSON DUNN & CRUTCHER LLP


By:   */s/ Wayne Barsky*
                Wayne Barsky

*Attorneys for Defendant Archer Aviation Inc.*

1  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**

3  Dated: July 22, 2022

_____
Honorable William H. Orrick
United States District Judge

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Yury Kapgan, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 22, 2022      QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Yury Kapgan*
            Yury Kapgan
      *Attorneys for Plaintiff Wisk Aero LLC*