UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ARCHER AVIATION INC.,<br><br>    Defendant. | Case No.  3:21-cv-02450-WHO<br><br>**ORDER REQUIRING RESPONSIVE BRIEF**<br><br>Dkt. No. 304 |

The third parties involved in the discovery dispute shall file a brief of no more than five pages in response to plaintiff's objections to Judge Ryu's order (Dkt. No. 304) no later than August 11, 2022.  *See* Civ. L.R. 72-2(d).  At that point, Wisk's objections to the nondispositive pretrial order will be taken under submission.

**IT IS SO ORDERED.**

Dated: July 28, 2022



William H. Orrick
United States District Judge