QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
 yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
 michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
 dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
 patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARCHER AVIATION INC.,<br><br>　　　　Defendant. | Case No. 3:21-cv-2450-WHO<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER LINDSAY FOR WISK AERO LLC** |

1  Plaintiff Wisk Aero LLC files this Notice of Appearance and hereby notifies the Court and
2  all parties of record that Christopher Lindsay of Quinn Emanuel Urquhart & Sullivan, LLP, 865 S.
3  Figueroa St., 10th Floor, Los Angeles, California 90017, is appearing as counsel for Wisk Aero
4  LLC in the above-referenced matter.

Dated: August 31, 2022   Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By /s/ *Christopher Lindsay*
   Christopher Lindsay
   Attorney for Plaintiff Wisk Aero LLC