UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARCHER AVIATION INC.,<br><br>　　　　Defendant. | CASE NO. 5:21-cv-02450-WHO<br><br>**[PROPOSED] ORDER GRANTING RENEWED MOTION TO SEAL FILED PURSUANT TO THE COURT'S ORDER OF OCTOBER 6, 2021** |

Before the Court is the Administrative Motion To File Under Seal Exhibits To Joint Discovery Letter Brief filed by Plaintiff Wisk Aero LLC ("Wisk"). After reviewing the moving papers, the supporting declarations, and the documents sought to be sealed (or portions thereof), the Court ORDERS as follows.

| Document | Portions to Be Filed Under Seal | Designating Party | RESULT |
|---|---|---|---|
| Exhibit C to the Declaration of Jacob Todd | Entire document | Wisk | grant |
| Exhibit D to the Declaration of Jacob Todd | Entire document | Wisk, Archer | grant |
| Exhibit E to the Declaration of Jacob Todd | Entire document | Wisk | grant |
| Exhibit F to the Declaration of Jacob Todd | Entire document | Wisk | grant |

| Document | Portions to Be Filed Under Seal | Designating Party | RESULT |
|---|---|---|---|
| Exhibit G to the Declaration of Jacob Todd | Entire document | Wisk | grant |
| Exhibit H to the Declaration of Jacob Todd | Entire document | Wisk | grant |
| Exhibit I to the Declaration of Jacob Todd | Entire document | Wisk | grant |
| Declaration of Diederik Marius | Highlighted portions | Wisk, Archer | grant |
| Declaration of John Melack | Highlighted portions | Wisk | grant |
| Declaration of Thomas Muniz | Highlighted portions | Wisk | grant |
| Declaration of Anthony Merlino | All exhibits | Wisk | grant |

**IT IS SO ORDERED.**

DATED: Sept. 8, 2022

By _____
~~The Honorable William H. Orrick~~
~~United States District Court Judge~~
The Honorable Donna M. Ryu
United States Magistrate Judge

