UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ARCHER AVIATION INC.,<br><br>          Defendant. | Case No. 21-cv-02450-WHO (DMR)<br><br>**ORDER RE: SEPT. 9, 2022 DISCOVERY LETTER**<br><br>Re: Dkt. No. 329 |

The court has received the parties' September 9, 2022 joint discovery letter in which Defendant Archer Aviation Inc. moves to compel Defendant Wisk Aero LLC to provide further responses to written discovery. [Docket No. 329.]

The fact discovery cut-off was August 31, 2022. [*See* Docket No. 303.]  Civil Local Rule 37-3 provides that "no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off."  Civ. L.R. 37-3.  The parties filed the instant discovery dispute on September 9, 2022.  It was therefore untimely under Local Rule 37-3.  By no later than September 16, 2022, the parties shall file a joint letter that does not exceed one page (one paragraph per side) in which Defendant explains why the court should not deny the September 9, 2022 joint letter as untimely and Plaintiff provides a response thereto.

**IT IS SO ORDERED.**

Dated: September 13, 2022



Donna M. Ryu
United States Magistrate Judge