1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>ARCHER AVIATION INC.,<br><br>        Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**[PROPOSED] ORDER GRANTING, IN PART, DEFENDANT AVIATION INC.'S MARCH 10, 2022, ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

On September 8, 2022, the Court entered an order granting, in part, Defendant Archer Aviation Inc.'s March 10, 2022, Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.  Dkt. 325.  As explained in the Court's September 8 Order, the Court granted the motion to seal two lines of Exhibit 1 to the Discovery Letter Brief filed at Docket Entry 235; and the Court otherwise denied the motion.

Consistent with the Court's September 8 Oder, the Court hereby ORDERS the following portion of the following document SEALED:

| DOCUMENT | PORTION SEALED |
|---|---|
| Exhibit 1 to the March 10, 2022, Discovery Letter Brief filed by Defendant Archer Aviation Inc., as filed at Docket Entry 235-1 | The sentence highlighted in yellow that appears at 5:1-2 |

Defendant Archer Aviation Inc.'s March 10, 2022, Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is DENIED in all other respects.

**IT IS SO ORDERED.**


DATED:_____          _____
                                                                                         Honorable Donna M. Ryu
                                                                                         United States Magistrate Judge