UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>ARCHER AVIATION INC.,<br><br>  Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**[PROPOSED] ORDER GRANTING, IN PART, DEFENDANT AVIATION INC.'S JULY 5, 2022, ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

On September 8, 2022, the Court entered an order granting, in part, Defendant Archer Aviation Inc.'s July 5, 2022, Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Dkt. 283. Consistent with the Court's September 8 Order, the Court hereby ORDERS the following portion of the following document SEALED:

| DOCUMENT | PORTION SEALED |
|---|---|
| The unredacted exhibit filed at Docket Entry 290-1 | Highlighted portions appearing on pages 2, 3, 4, 5, and 6. |
| The unredacted exhibit filed at Docket Entry 290-3 | Highlighted portions appearing on pages 2, 3, 4, 5, and 6. |

**IT IS SO ORDERED.**

DATED:_____    _____
                                          Honorable Donna M. Ryu
                                          United States Magistrate Judge