UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC, <br>         Plaintiff, <br> v. <br> ARCHER AVIATION INC., <br>         Defendant. | Case No. 21-cv-02450-WHO (DMR) <br><br> **ORDER RE: DEADLINE TO FILE MOTIONS TO COMPEL** <br> Re: Dkt. No. 49 |

The parties filed a joint discovery letter on September 9, 2022 in which Archer moves to compel Wisk Aero to provide further responses to written discovery. [Docket No. 329.]

On September 13, 2022, this court ordered the parties to set forth their positions on why the motion should not be denied as untimely in light of the August 31, 2022 fact discovery cut-off. [Docket No. 330.] *See* Civ. L.R. 37-3 (providing that "no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off.") The parties' response acknowledges the August 31, 2022 "written discovery" deadline. However, they note that the Hon. William H. Orrick extended the deadline for non-expert depositions to November 7, 2022. The parties explain that in light of this extension, they have "a shared understanding that under Civil Local Rule 37-3 motions to compel any fact discovery are permitted until one week after the close of the deposition discovery period on November 7." [Docket No. 339.] They "jointly request that they be permitted to file discovery motions regarding any aspect of fact discovery through November 14, 2022." *Id.*

Having consulted with Judge Orrick, the request to extend the written discovery motion deadline to November 14, 2022 is denied. Any motion pertaining to written discovery was due by September 7, 2022.

Notwithstanding the foregoing, if either side contends that adjudication of a particular

written discovery dispute is critical to the trial of this case (i.e., the issue is so central that the moving party will attempt to file a motion in limine if not permitted to file it as a discovery dispute), it may seek leave to do so by filing a joint letter that does not exceed one page with the parties' respective positions on whether the dispute meets this high standard. The September 9, 2022 joint letter is denied without prejudice.

**IT IS SO ORDERED.**

Dated: October 3, 2022



Donna M. Ryu
United States Magistrate Judge