UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** September 28, 2022 | **Time:** 23 minutes 2:54 p.m. to 3:17 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 21-cv-02450-WHO | **Case Name:** Wisk Aero LLC v. Archer Aviation Inc. | |

**Attorneys for Plaintiff:**    Patrick T. Schmidt and Yury Kapgan
**Attorneys for Defendant:**   Josh A. Krevitt and Stuart M. Rosenberg

**Deputy Clerk:** Jean Davis                **Court Reporter:** Joan Columbini

PROCEEDINGS

Hearing on motion for leave to serve amended infringement contentions conducted via videoconference. Argument of counsel heard. Motion taken under submission; written order to follow.