| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | GIBSON, DUNN & CRUTCHER LLP |
| Yury Kapgan (Bar No. 218366) | Josh A. Krevitt, SBN 208552 |
|   yurykapgan@quinnemanuel.com |   jkrevitt@gibsondunn.com |
| Robert M. Schwartz (Bar No. 117166) | Stuart Rosenberg, SBN 239926 |
|   robertschwartz@quinnemanuel.com |   srosenberg@gibsondunn.com |
| Michael T. Zeller (Bar No. 196417) | 1881 Page Mill Road |
|   michaelzeller@quinnemanuel.com | Palo Alto, CA 94304-1211 |
| Diane Cafferata (Bar No. 190081) | Telephone: 650.849.5300 |
|   dianecafferata@quinnemanuel.com | |
| Patrick Schmidt (Bar No. 274777) | Orin Snyder, admitted *pro hac vice* |
|   patrickschmidt@quinnemanuel.com |   osnyder@gibsondunn.com |
| 865 South Figueroa Street, 10th Floor | Daniel J. Thomasch, admitted *pro hac vice* |
| Los Angeles, California 90017 |   dthomasch@gibsondunn.com |
| Telephone: (213) 443-3000 | Paul Torchia, admitted *pro hac vice* |
| Facsimile: (213) 443-3100 |   ptorchia@gibsondunn.com |
| | 200 Park Avenue |
| Michael F. LaFond (Bar No. 303131) | New York, NY 10166-0193 |
|   michaellafond@quinnemanuel.com | Telephone: 212.351.4000 |
| 555 Twin Dolphin Drive, 5th Floor | |
| Redwood Shores, California 94065 | Wayne Barsky, SBN 116731 |
| Telephone: (650) 801-5000 |   wbarsky@gibsondunn.com |
| Facsimile: (650) 801-5100 | Michael Dore, SBN 227442 |
| |   mdore@gibsondunn.com |
| Attorneys for Plaintiff Wisk Aero LLC | Diana M. Feinstein, admitted *pro hac vice* |
| |   dfeinstein@gibsondunn.com |
| | 2029 Century Park East, Suite 4000 |
| | Los Angeles, CA 90067-3026 |
| | Telephone: 310.552.8500 |
| | |
| | Attorneys for Defendant Archer Aviation Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC, | CASE NO. 3:21-CV-02450-WHO (DMR) |
|                 Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE FOURTH JOINT CASE MANAGEMENT STATEMENT** |
|     v. | |
| ARCHER AVIATION INC., | Honorable Judge William H. Orrick |
|                 Defendant. | |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE
FOURTH JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:21-CV-02450-WHO (DMR)

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and collectively with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, the Parties are due to file their Fourth Joint Case Management Statement ("CMC Statement") on October 18, 2022, in advance of a Case Management Conference with the Court on October 25, 2022;

**WHEREAS**, the Parties have exchanged several drafts of the CMC Statement, and met and conferred via Zoom multiple times, over the last several business days;

**WHEREAS**, despite their mutual efforts, the Parties require one additional day to finish and file the CMC Statement;

**WHEREAS**, there are no previous "time modifications" relevant to this issue (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, the Parties do not believe this extension will have an adverse impact on the case schedule more broadly (*see* Civil L.R. 6-2(a)(3));

**NOW THEREFORE**, the Parties, through their undersigned counsel, stipulate and respectfully request that the Court extend the deadline for the Parties to file the CMC Statement to Wednesday, October 19, 2022.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  October 18, 2022            GIBSON, DUNN & CRUTCHER LLP

By:     */s/ Josh A. Krevitt*
              Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     */s/ Yury Kapgan*
              Yury Kapgan

*Attorneys for Plaintiff Wisk Aero LLC*

Gibson, Dunn & Crutcher LLP

1
STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE
FOURTH JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:21-CV-02450-WHO (DMR)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2022

                                                                     _____
                                                                      Honorable William H. Orrick
                                                                      United States District Judge

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE
FOURTH JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:21-CV-02450-WHO (DMR)

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Josh A. Krevitt, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 18, 2022                      GIBSON, DUNN & CRUTCHER LLP

By: _____*/s/ Josh A. Krevitt*_____
           Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE
FOURTH JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:21-CV-02450-WHO (DMR)