QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
  jkrevitt@gibsondunn.com
Stuart Rosenberg, SBN 239926
  srosenberg@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

Orin Snyder, admitted *pro hac vice*
  osnyder@gibsondunn.com
Daniel J. Thomasch, admitted *pro hac vice*
  dthomasch@gibsondunn.com
Paul Torchia, admitted *pro hac vice*
  ptorchia@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Wayne Barsky, SBN 116731
  wbarsky@gibsondunn.com
Michael Dore, SBN 227442
  mdore@gibsondunn.com
Diana M. Feinstein, admitted *pro hac vice*
  dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500

Attorneys for Defendant Archer Aviation Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>ARCHER AVIATION INC.,<br><br>                    Defendant. | CASE NO. 3:21-CV-02450-WHO (DMR)<br><br>**STIPULATION AND ORDER RE DEADLINE TO FILE FOURTH JOINT CASE MANAGEMENT STATEMENT**<br><br>Honorable Judge William H. Orrick |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE
FOURTH JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:21-CV-02450-WHO (DMR)

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and collectively with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, the Parties are due to file their Fourth Joint Case Management Statement ("CMC Statement") on October 18, 2022, in advance of a Case Management Conference with the Court on October 25, 2022;

**WHEREAS**, the Parties have exchanged several drafts of the CMC Statement, and met and conferred via Zoom multiple times, over the last several business days;

**WHEREAS**, despite their mutual efforts, the Parties require one additional day to finish and file the CMC Statement;

**WHEREAS**, there are no previous "time modifications" relevant to this issue (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, the Parties do not believe this extension will have an adverse impact on the case schedule more broadly (*see* Civil L.R. 6-2(a)(3));

**NOW THEREFORE**, the Parties, through their undersigned counsel, stipulate and respectfully request that the Court extend the deadline for the Parties to file the CMC Statement to Wednesday, October 19, 2022.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: October 18, 2022        GIBSON, DUNN & CRUTCHER LLP

By: _____*/s/ Josh A. Krevitt*_____
                Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____*/s/ Yury Kapgan*_____
                Yury Kapgan

*Attorneys for Plaintiff Wisk Aero LLC*

Gibson, Dunn & Crutcher LLP

1

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE
FOURTH JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:21-CV-02450-WHO (DMR)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 20, 2022

_____
Honorable William H. Orrick
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE
FOURTH JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:21-CV-02450-WHO (DMR)

Gibson, Dunn &
Crutcher LLP

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Josh A. Krevitt, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  October 18, 2022                     GIBSON, DUNN & CRUTCHER LLP

By:  _____*/s/ Josh A. Krevitt*_____
              Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*

3
STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE
FOURTH JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:21-CV-02450-WHO (DMR)

Gibson, Dunn & Crutcher LLP