| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:    (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Orin Snyder, admitted *pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br>Facsimile: 310.551.8741<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARCHER AVIATION INC.,<br><br>    Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION AND [~~PROPOSED~~]<br>ORDER TO MODIFY CASE SCHEDULE**<br><br>[Declaration of Yury Kapgan filed concurrently] |

Case No. 3:21-cv-02450-WHO
JOINT STIPULATION TO MODIFY CASE SCHEDULE

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, the Parties have each taken numerous depositions and are working together to schedule the balance of each side's desired depositions;

**WHEREAS**, although the Parties expect to complete most fact depositions by the current deadline of November 7, 2022, they recognize that there are substantial scheduling problems—including with third parties—that make complete compliance with the existing deadline extremely difficult;

**WHEREAS**, the Parties have conferred about these issues and have worked cooperatively and in good faith to negotiate a proposed revised schedule that is mutually satisfactory;

**WHEREAS**, the proposed revised schedule does not impact any scheduled hearings, the final pre-trial conference, or the trial;

**WHEREAS**, the only previous time modifications relevant to this issue are contained in the scheduling orders issued by the Court (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, the Parties believe that the proposed revised schedule will not impact the Court at all, because it does not impact any scheduled hearings, the final pre-trial conference, or the trial, and believe that it will permit them to complete the remaining depositions in a timely manner (*see* Civil L.R. 6-2(a)(3));

**WHEREAS**, this stipulation is supported by the Declaration of Yury Kapgan, as required by Civil Local Rule 6-2(a);

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the Court's approval, the Court modify the pre-trial and trial schedule as set forth in the table below.

| # | Event | Current Date | Proposed New Date |
|---|---|---|---|
| 1 | Case Management Conference | Tuesday, October 25, 2022 at 2 p.m. | Tuesday, October 25, 2022 at 2 p.m. |
| 2 | Deposition Discovery to be Completed | Monday, November 7, 2022 | Monday, November 21, 2022 |
| 3 | Last Day to File Discovery Motions Related to Depositions (L.R. 37-3) | Monday, November 14, 2022 | Monday, November 28, 2022 |

| # | Event | Current Date | Proposed New Date |
|---|---|---|---|
| 4 | Wisk Narrows Trade Secrets to 10 and its Patent Claims to 8 | Tuesday, November 15, 2022 | Wednesday, November 23, 2022 |
| 5 | Archer Narrows Patent Prior Art References to 20 | Tuesday, November 22, 2022 | Wednesday, November 30, 2022 |
| 6 | Opening Expert Reports Due | Wednesday, December 7, 2022 | Wednesday, December 14, 2022 |
| 7 | Rebuttal Expert Reports Due | Friday, January 6, 2023 | Friday, January 13, 2023 |
| 8 | Expert Discovery to be Completed | Wednesday, January 25, 2023 | Tuesday, January 31, 2023 |
| 9 | Last Day to File Discovery Motions Related to Expert Discovery (L.R. 37-3) | Wednesday, February 1, 2023 | Tuesday, February 7, 2023 |
| 10 | Parties File Motions for Summary Judgment and/or *Daubert* Motions | Monday, February 13, 2023 | Friday, February 17, 2023 |
| 11 | Parties File Oppositions to Motions for Summary Judgment and/or *Daubert* Motions | Monday, March 13, 2023 | Monday, March 13, 2023 |
| 12 | Parties File Replies in Support of Motions for Summary Judgment and/or *Daubert* Motions | Monday, April 3, 2023 | Monday, April 3, 2023 |
| 13 | Hearing on Motions for Summary Judgment and/or *Daubert* Motions | Wednesday, April 26, 2023 at 2 p.m. | Wednesday, April 26, 2023 at 2 p.m. |
| 14 | Pretrial Conference | Monday, June 26, 2023 at 2:00 p.m. | Monday, June 26, 2023 at 2:00 p.m. |
| 15 | Trial | Monday, August 14, 2023 at 8:30 a.m. | Monday, August 14, 2023 at 8:30 a.m. |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 21, 2022    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:   */s/ Yury Kapgan*
Yury Kapgan
*Attorneys for Plaintiff Wisk Aero LLC*


GIBSON DUNN & CRUTCHER LLP


By:   */s/ Wayne Barsky*
Wayne Barsky
*Attorneys for Defendant Archer Aviation Inc.*

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**

Dated:  October 21, 2022

_____
Honorable William H. Orrick
United States District Judge

Attestation Pursuant to Civil Local Rule 5-1(h)(3)

I, Yury Kapgan, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 21, 2022    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    */s/ Yury Kapgan*
        Yury Kapgan

*Attorneys for Plaintiff Wisk Aero LLC*