UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ARCHER AVIATION INC.,<br><br>          Defendant. | Case No. 21-cv-02450-WHO<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Civil Local Rule 72-1, this matter is referred

    [ ]    for random assignment to a United States Magistrate Judge

    [x]    to United States Magistrate Judge Virginia DeMarchi

to conduct a settlement conference by March 31, 2023, or as soon thereafter as is convenient for Judge DeMarchi.

The parties will be advised of the date, time and place of the next appearance by notice from Judge DeMarchi.

**IT IS SO ORDERED.**

Dated: November 14, 2022

_____
WILLIAM H. ORRICK
United States District Judge

*Rev. 10-18*