Hon. Donna M. Ryu, Magistrate Judge (N.D. Cal.)

Re:     *Wisk Aero LLC v. Archer Aviation Inc.*, Case No. 3:21-cv-02450-WHO (DMR)

Dear Judge Ryu:

Pursuant to the Court's October 3, 2022 Order (Dkt. 347), Wisk Aero LLC and Archer Aviation Inc. respectfully submit this joint letter brief regarding Wisk's request for leave to file a motion to compel.

**Wisk's Statement.**  Wisk respectfully seeks leave to move to compel Archer to produce all source code related to Archer's motor controller for its production aircraft, the *Midnight*.  This code is critical to Wisk's case because it relates directly to Archer's use of Wisk Trade Secret Nos. 17 (motor control algorithms) and 19 (motor controller algorithm with power regeneration protection) in developing its in-house motor controller for the *Midnight* aircraft.  Archer refuses to produce it.  Absent leave to move to compel, Wisk will seek an adverse inference that the withheld source code proves Archer's use of Wisk's trade secrets in connection with the *Midnight* aircraft, or at a minimum, Wisk will seek to preclude Archer from arguing that the motor controller technology for the *Midnight* aircraft differs in any material way from the technology used in Archer's "demonstrator" aircraft, the *Maker*.  Hence, this issue meets the Court's standard for leave.

Current Archer (and former Wisk) engineer Diederik Marius confirmed that this source code exists in Archer's repository.  Marius Dep. at 409:6-9 (there "have been a few commits" to repository); 415:2-3 ("We have a few algorithms in and there is – in repository right now").  The source code is directly responsive to Wisk RFP Nos. 49 and 156.  Archer agreed during a September 30 meet and confer to produce it.  But Archer reneged after the Judge Ryu's Order of October 3, which enforced the September 7 discovery motion deadline.  In light of Archer's reversal, Wisk respectfully requests leave to move to compel production of this critical evidence.

**Archer's Statement.**  The source code Wisk requested contains no information about Wisk's alleged trade secrets that Wisk does not already have through other sources, including ample design reviews and other technical documents produced by Archer that describe the planned operation of Archer's motor controllers.  *See, e.g.*, Archer-NDCA-01870386.  Wisk does not need broad access to Archer's motor controller source code to learn that Archer has not misappropriated Wisk's alleged secrets.  The requested source code did not even exist when Wisk first served the relevant RFPs, and the code is still in the earliest stages of development.  In fact, Wisk recently elicited testimony from Archer's Chief Engineer that "there are no existing algorithms yet for" locking and stowing propellers—the part of the motor controller that is actually relevant to Wisk's trade secrets—for Archer's *Midnight* aircraft.  Bower Dep. Tr. at 24:1–2.  Moreover, Archer has already explained in interrogatory responses and meet-and-confer sessions that it hired a team of engineers (none of whom formerly worked at Wisk) to develop its motor controllers for *Midnight*.  Finally, Wisk misstates the record regarding the parties' September 30 meet and confer:  Archer agreed to consider Wisk's proposal and examine what source code exists.  Archer determined that it did not have any source code relevant to the issues in this case and that Wisk was not entitled to yet another production of source code—Wisk has already spent 300 hours, over more than 40 days, reviewing Archer's source code.  Wisk cannot meet its burden of showing that this discovery is "critical to the trial of this case" based solely on its own intention to make a doomed motion to seek an adverse inference based on Archer's refusal to produce irrelevant material.

DATED: November 16, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Yury Kapgan*
Yury Kapgan
Robert M. Schwartz
Michael T. Zeller
Diane Cafferata
Patrick Schmidt
Michael LaFond
*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON, DUNN & CRUTCHER LLP

By /s/ *Josh A. Krevitt*
Josh A. Krevitt
Daniel J. Thomasch
Wayne Barsky
Paul Torchia
Michael H. Dore
Diana M. Feinstein
*Attorneys for Defendant Archer Aviation Inc.*

Per Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

_____<br>*/s/ Yury Kapgan*