Hon. Donna M. Ryu, Magistrate Judge (N.D. Cal.)

Re:     *Wisk Aero LLC v. Archer Aviation Inc.*, Case No. 3:21-cv-02450-WHO (DMR)

Dear Judge Ryu:

Pursuant to the Court's October 3, 2022 Order (Dkt. 347), Plaintiff Wisk Aero LLC and Defendant Archer Aviation Inc. respectfully submit this joint letter brief regarding their dispute over the sufficiency of Archer's production in response to Wisk RFP Nos. 384, 385, and 386.

**Wisk's Statement.**  Wisk seeks leave to move to compel Archer to produce Ke (Cocoa) Zhang's lab notebooks.  Ms. Zhang (a former Wisk engineer) is responsible for "battery cell engineering," "cell selection" and "cell testing and analysis." Zhang Dep. at 7:16-20.  Her work for Archer is central to Wisk's claims of misappropriation of Trade Secret Nos. 30 and 31.  During her September 21 deposition, in response to questions about the timing, use, and location of any lab notebooks, Ms. Zhang testified she maintains a "main" "lab notebook," representing a formal record of her cell development at Archer, and "other notebooks" at her "work desk at Archer," containing, *e.g.* "calculations." *Id.* at 229:6-230:8.  Despite being directly responsive to numerous RFPs (e.g., No. 384 seeks "all documents … relating to comparisons, evaluations, or analysis of … battery cells") to which Archer agreed to produce responsive documents, and despite producing its notebooks for other employees and, oddly, Ms. Zhang's *electronic* notes, *id*. at 180:5-182:8, Archer inexplicably failed to produce any of Ms. Zhang's notebooks.  Wisk did not, and could not, know of this failure until Ms. Zhang's deposition.

After her deposition, Wisk raised this issue on September 23, but Archer did not respond.  Wisk contacted Archer again on October 3.  On October 7, Archer responded and refused to produce the notebooks.  The notebooks are material evidence relevant to Wisk's claims of misappropriation, and within the scope of discovery Archer agreed it would produce.  Absent leave, Wisk would have to seek an adverse inference that the withheld notebooks prove that Ms. Zhang used Wisk's trade secrets in connection with the cell design, modeling, and testing for Archer's aircraft.

**Archer's Statement.**  Document discovery in this case ended on August 31, 2022, and the deadline for Wisk to move to seek production of additional documents was September 7, 2022.  Archer has already produced over 107,000 documents and thousands of lines of source code, and dozens of depositions have already taken place.  Wisk RFP Nos. 384, 385, and 386 request documents relating to "testing, evaluation, or analysis" of battery cells, cell reliability or failure rate, and cell charging capabilities.  Archer responded to these RFPs on June 27, 2022, conducted a reasonable and diligent search for responsive documents, and produced them to Wisk.  But Wisk persists in manufacturing issues.

Wisk makes no effort to explain why the notebooks it seeks are relevant, much less "critical to the trial of this case." Dkt. 347 at 2.  Wisk did not ask Ms. Zhang a single question about the contents of the notebooks.  Zhang Dep. Tr. at 229:5–230:8.  It is unclear why Wisk now contends such notebooks would be critical to the trial of this case, much less support a future Wisk motion for an adverse inference.  A burdensome review of handwritten notebooks at this stage of the case is unwarranted when Wisk apparently did not believe their contents warranted one question at Ms. Zhang's deposition.

1

DATED: November 16, 2022	QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Yury Kapgan*
Yury Kapgan
Robert M. Schwartz
Michael T. Zeller
Diane Cafferata
Patrick Schmidt
Michael LaFond
*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON, DUNN & CRUTCHER LLP

By /s/ *Josh A. Krevitt*
Josh A. Krevitt
Daniel J. Thomasch
Wayne Barsky
Paul Torchia
Michael H. Dore
Diana M. Feinstein
*Attorneys for Defendant Archer Aviation Inc.*

Per Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

                                                                       */s/ Yury Kapgan*