| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>　yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>　robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>　michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>　dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>　patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:　(213) 443-3000<br>Facsimile:　(213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>　michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:　(650) 801-5000<br>Facsimile:　(650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>　jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>　srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Orin Snyder, admitted *pro hac vice*<br>　osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>　dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>　ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Wayne Barsky, SBN 116731<br>　wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>　mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>　dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br>Facsimile: 310.551.8741<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARCHER AVIATION INC.,<br><br>　　　　Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION TO TAKE CERTAIN DEPOSITIONS OUT OF TIME** |

Pursuant to Federal Rule of Civil Procedure 29(a) and Civil Local Rule 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, pursuant to the Court's Order dated October 21, 2022 (Dkt. 359), the deadline to complete deposition discovery in this case is November 21, 2022.

**WHEREAS**, Federal Rule of Civil Procedure 29(a) allows parties to stipulate that a deposition may be taken "at any time" and "be used in the same way as any other deposition."

**WHEREAS**, the Parties have each taken numerous depositions, and have worked cooperatively and in good faith to schedule depositions at times that are amenable to the parties, the parties' counsel, the witnesses, and where necessary, the witnesses' independent counsel.

**WHEREAS**, despite the best efforts of both parties, due to scheduling constraints, three depositions could not be scheduled on or before November 21, 2022.

**WHEREAS**, the parties, the parties' counsel, the witnesses, and where necessary, the witnesses' independent counsel, have all agreed that three depositions will be taken on November 22, 2022. All arrangements, including scheduling court reporters, have been made for these three depositions to take place on November 22, 2022. The three specific depositions are listed below:

    i. Continuing deposition of Geoff Bower, employee of Defendant Archer and 30(b)(6) designee on certain topics.

    ii. Deposition of Nansi Xue, employee of Defendant Archer.

    iii. Deposition of third party ICR, LLC.

**WHEREAS**, taking these depositions on November 22, 2022—one day after the deadline for deposition discovery—will not affect any other deadline and does not require any adjustment of the Court's scheduling orders.

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that pursuant Federal Rule of Civil Procedure 29(a), the three depositions listed above will be taken on November 22, 2022, and may be used in the same way as any other deposition.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 21, 2022        QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                By:    */s/ Yury Kapgan*_____
                                            Yury Kapgan
                                *Attorneys for Plaintiff Wisk Aero LLC*

                                GIBSON DUNN & CRUTCHER LLP

                                By:    */s/ Wayne Barsky*_____
                                            Wayne Barsky
                                *Attorneys for Defendant Archer Aviation Inc.*

Attestation Pursuant to Civil Local Rule 5-1(h)(3)

I, Yury Kapgan, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 21, 2022         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     /s/ Yury Kapgan
                Yury Kapgan
        *Attorneys for Plaintiff Wisk Aero LLC*