QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
  jkrevitt@gibsondunn.com
Stuart Rosenberg, SBN 239926
  srosenberg@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

Orin Snyder, admitted *pro hac vice*
  osnyder@gibsondunn.com
Daniel J. Thomasch, admitted *pro hac vice*
  dthomasch@gibsondunn.com
Paul Torchia, admitted *pro hac vice*
  ptorchia@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Wayne Barsky, SBN 116731
  wbarsky@gibsondunn.com
Michael Dore, SBN 227442
  mdore@gibsondunn.com
Diana M. Feinstein, admitted *pro hac vice*
  dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500

Attorneys for Defendant Archer Aviation Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

WISK AERO LLC,

        Plaintiff,

    vs.

ARCHER AVIATION INC.,

        Defendant.

Case No. 3:21-cv-02450-WHO

**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**

[Declaration of Wayne Barsky filed concurrently]

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on October 21, 2022, the Court issued a scheduling order (Dkt. 359) granting the Parties additional time to complete fact depositions;

**WHEREAS**, the Parties have worked cooperatively and in good faith to complete hundreds of hours of depositions and have now agreed on a proposed revised schedule for certain dates that accounts for the upcoming holiday season without, however, modifying the dates previously set for the pretrial conference and trial;

**WHEREAS**, the only previous time modifications relevant to this issue are contained in the scheduling orders issued by the Court (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, this stipulation is supported by the Declaration of Wayne Barsky, as required by Civil Local Rule 6-2(a);

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the Court's approval, the Court modify the case schedule as set forth in the table below.

| # | Event | Current Date | Proposed New Date |
|---|-------|-------------|-------------------|
| 1 | Archer Narrows Patent Prior Art References to 20 | Wednesday, November 30, 2022 | *No change* |
| 2 | Opening Expert Reports Due | Wednesday, December 14, 2022 | Wednesday, December 21, 2022 |
| 3 | Rebuttal Expert Reports Due | Friday, January 13, 2023 | Friday, January 20, 2023 |
| 4 | Expert Discovery to be Completed | Tuesday, January 31, 2023 | Tuesday, February 7, 2023 |
| 5 | Last Day to File Discovery Motions Related to Expert Discovery (Civil L.R. 37-3) | Tuesday, February 7, 2023 | Tuesday, February 14, 2023 |
| 6 | Parties File Motions for Summary Judgment and/or *Daubert* Motions | Friday, February 17, 2023 | Friday, February 24, 2023 |
| 7 | Parties File Oppositions to Motions for Summary Judgment and/or *Daubert* Motions | Monday, March 13, 2023 | Monday, March 20, 2023 |
| 8 | Parties File Replies in Support of Motions for Summary Judgment and/or *Daubert* Motions | Monday, April 3, 2023 | Monday, April 10, 2023 |

| # | Event | Current Date | Proposed New Date |
|---|-------|--------------|-------------------|
| 9 | Hearing on Motions for Summary Judgment and/or *Daubert* Motions | Wednesday, April 26, 2023 at 2:00 p.m. | Wednesday, May 3, 2023 at 2:00 p.m. |
| 10 | Pretrial Conference | Monday, June 26, 2023 at 2:00 p.m. | *No change* |
| 11 | Trial | Monday, August 14, 2023 at 8:30 a.m. | *No change* |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  November 30, 2022        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:        _____/s/ Yury Kapgan_____
                        Yury Kapgan

                    *Attorneys for Plaintiff Wisk Aero LLC*


GIBSON DUNN & CRUTCHER LLP


By:        _____/s/ Wayne Barsky_____
                        Wayne Barsky

                *Attorneys for Defendant Archer Aviation Inc.*


**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**


Dated:  _____, 2022



                                _____

                                Honorable William H. Orrick
                                United States District Judge

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Wayne Barsky, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  November 30, 2022          GIBSON, DUNN & CRUTCHER LLP


                         By:               */s/ Wayne Barsky*
                                         Wayne Barsky
                            *Attorneys for Defendant Archer Aviation Inc.*