| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:    (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br><br>Orin Snyder, admitted *pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARCHER AVIATION INC.,<br><br>    Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION AND ORDER TO MODIFY CASE SCHEDULE**<br><br>[Declaration of Wayne Barsky filed concurrently] |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on October 21, 2022, the Court issued a scheduling order (Dkt. 359) granting the Parties additional time to complete fact depositions;

**WHEREAS**, the Parties have worked cooperatively and in good faith to complete hundreds of hours of depositions and have now agreed on a proposed revised schedule for certain dates that accounts for the upcoming holiday season without, however, modifying the dates previously set for the pretrial conference and trial;

**WHEREAS**, the only previous time modifications relevant to this issue are contained in the scheduling orders issued by the Court (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, this stipulation is supported by the Declaration of Wayne Barsky, as required by Civil Local Rule 6-2(a);

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the Court's approval, the Court modify the case schedule as set forth in the table below.

| # | Event | Current Date | Proposed New Date |
|---|---|---|---|
| 1 | Archer Narrows Patent Prior Art References to 20 | Wednesday, November 30, 2022 | *No change* |
| 2 | Opening Expert Reports Due | Wednesday, December 14, 2022 | Wednesday, December 21, 2022 |
| 3 | Rebuttal Expert Reports Due | Friday, January 13, 2023 | Friday, January 20, 2023 |
| 4 | Expert Discovery to be Completed | Tuesday, January 31, 2023 | Tuesday, February 7, 2023 |
| 5 | Last Day to File Discovery Motions Related to Expert Discovery (Civil L.R. 37-3) | Tuesday, February 7, 2023 | Tuesday, February 14, 2023 |
| 6 | Parties File Motions for Summary Judgment and/or *Daubert* Motions | Friday, February 17, 2023 | Friday, February 24, 2023 |
| 7 | Parties File Oppositions to Motions for Summary Judgment and/or *Daubert* Motions | Monday, March 13, 2023 | Monday, March 20, 2023 |
| 8 | Parties File Replies in Support of Motions for Summary Judgment and/or *Daubert* Motions | Monday, April 3, 2023 | Monday, April 10, 2023 |

| # | Event | Current Date | Proposed New Date |
|---|-------|--------------|-------------------|
| 9 | Hearing on Motions for Summary Judgment and/or *Daubert* Motions | Wednesday, April 26, 2023 at 2:00 p.m. | Wednesday, May 3, 2023 at 2:00 p.m. |
| 10 | Pretrial Conference | Monday, June 26, 2023 at 2:00 p.m. | *No change* |
| 11 | Trial | Monday, August 14, 2023 at 8:30 a.m. | *No change* |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  November 30, 2022        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:    /s/ Yury Kapgan
              Yury Kapgan

*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON DUNN & CRUTCHER LLP

By:    /s/ Wayne Barsky
              Wayne Barsky

*Attorneys for Defendant Archer Aviation Inc.*

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**

Dated:   December 1  , 2022

[signature]

Honorable William H. Orrick
United States District Judge

Attestation Pursuant to Civil Local Rule 5-1(h)(3)

I, Wayne Barsky, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 30, 2022           GIBSON, DUNN & CRUTCHER LLP

                                   By:      */s/ Wayne Barsky*
                                              Wayne Barsky
                                   *Attorneys for Defendant Archer Aviation Inc.*