1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

WISK AERO LLC,

Case No. 21-cv-02450-WHO (DMR)

8

Plaintiff,

9

v.

**ORDER ON JOINT DISCOVERY LETTER RE: THE BOEING COMPANY'S PRIVILEGE LOG**

10

ARCHER AVIATION INC.,

Re: Dkt. No. 377

11

Defendant.

12          The court reviewed the joint discovery letter filed by Defendant Archer Aviation Inc. and

13    third party The Boeing Company ("Boeing") regarding Boeing's privilege log.  [Docket No. 377.]

14    Although Archer and Boeing agreed that Boeing could produce a "categorical privilege log," they

15    apparently had different ideas about what means.  Boeing's log is grossly insufficient on its face

16    and does not comply with the court's Notice of Reference and Order re: Discovery Procedures

17    (Docket No. 129).  Archer and Boeing shall immediately meet and confer about Boeing's privilege

18    log, including what information a "categorical privilege log" should contain to enable Archer to

19    assess whether Boeing's assertions of privilege are justified.  Following the meet and confer

20    process, Boeing shall produce a revised privilege log.  If Archer wants to file a motion to compel

21    regarding Boeing's assertions of privilege, Archer must seek leave in accordance with the court's

22    October 3, 2022 Order.  [*See* Docket No. 347.]

23
24          **IT IS SO ORDERED.**

25    Dated: December 12, 2022



26
27                                                              Donna M. Ryu
                                                        United States Magistrate Judge

28