QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>ARCHER AVIATION INC.,<br><br>  Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER TO SEAL ARCHER MATERIAL REGARDING WISK'S MOTION FOR SANCTIONS** |

Pursuant to L.R. 79-5(f), Plaintiff Wisk Aero LLC ("Wisk") has filed under seal the following documents, designated in whole or in part "Confidential" or "Highly Confidential—Attorneys' Eyes Only" by Defendant Archer Aviation Inc. ("Archer") under the operative protective order entered in this case. Archer, as the Designating Party, will file a statement or declaration supporting the sealing of these exhibits within seven days of the filing of this motion.

| Document | Portions to Be Filed Under Seal | Designating Party | Reason |
|---|---|---|---|
| Exhibit 1 to the Declaration of Brian Mack – Excerpted Transcript of the Deposition of Scott Furman | Highlighted portions (in [GREEN]) | Archer | The highlighted portions in [GREEN] disclose testimony that Archer has designated as Confidential or Highly Confidential—Attorney's Eyes Only. |

Wisk's counsel has reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal, Judge Ryu's Standing Order (¶ 11), Civil Local Rule 79-5, and the Court's Order on motions to seal (Dkt. 159). Mack Decl. ¶ 3.

Wisk has met and conferred with Archer regarding this motion on December 15, 2022. Without conceding that any of the material in question meets the sealing standard, Wisk will not oppose any request by Archer to seal the materials in the table above.

Additionally, Archer and counsel for Scott Furman has asked Wisk to redact the following information without filing an unredacted version under seal because this information is irrelevant personally identifiable information, such as personal email and home addresses. Wisk does not oppose this request and has filed only versions of the below exhibits with the indicated redactions.

| Document | Portions to Be Filed Under Seal | Designating Party | Reason |
|---|---|---|---|
| Exhibit 1 to the Declaration of Brian Mack – Excerpted Transcript of the Deposition of Scott Furman | Redactions at: 191:14 211:13 218:15 220:11 226:19 226:22 246:2 247:6 | Archer and Scott Furman | Mr. Furman's personal email address. |
| Exhibit 5 to the Declaration of Brian Mack | Redactions on page 1. | Archer and Scott Furman | Mr. Furman's home address, and the amount of his last paycheck. |

| Document | Portions to Be Filed Under Seal | Designating Party | Reason |
|---|---|---|---|
| Exhibit 6 to the Declaration of Brian Mack | Redactions on page 10. | Archer and Scott Furman | Mr. Furman's personal email address. |
| Exhibit 7 to the Declaration of Brian Mack | Redactions on page 1, 2, 3, 5, 6, 8, and 10. | Archer and Scott Furman | Mr. Furman's personal email address. |
| Exhibit 9 to the Declaration of Brian Mack – Excerpted Transcript of the Deposition of Adam Goldstein | Redaction at: 5:16 | Archer | Mr. Goldstein's home address. |

DATED:  December 16, 2022            Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Brian Mack*
   Yury Kapgan
   Robert M. Schwartz
   Michael T. Zeller
   Diane Cafferata
   Patrick Schmidt
   Michael LaFond
   Brian Mack

Attorneys for Plaintiff Wisk Aero LLC