# EXHIBIT 2



## Scott Furman · 3rd

Engineer at Archer Aviation

Menlo Park, California, United States · Contact info

500+ connections

[Message]  [More]

Archer

### Activity
636 followers

[+ Follow]

Scott Furman commented on a post · 2mo

Congrats on the new role!

 177

21 comments

Show all activity →

### Experience

**Chief Avionics Architect**
Archer · Full-time
Jan 2020 - Present · 2 yrs 7 mos

Archer is an aerospace company building an all-electric vertical takeoff and landing aircraft focused on improving mobility in cities. The company's mission is to advance the benefits of sustainable air mobility. Archer is designing, manufacturing, and operating a fully electric aircraft that can carry four passengers for 60 miles at speeds of up to 150 mph while producing minimal noise. Archer's team is based in the San Francisco Bay Area.

 **Chief Avionics Architect**
Wisk · Full-time
Jul 2019 - Jan 2020 · 7 mos
San Francisco Bay Area

Spin-out from Kitty Hawk



Δ EXHIBIT 1
Wit. SCOTT FURMAN
Date 7/21/22
Quyen M. Do, CSR No. 12447

 **Kitty Hawk**
7 yrs 5 mos

- **Chief Avionics Architect**
  Apr 2015 - Jul 2019 · 4 yrs 4 mos
  San Francisco Bay Area

- **Manager, Software and Automation**
  Feb 2014 - Apr 2015 · 1 yr 3 mos

- **Engineer**
  Mar 2012 - Feb 2014 · 2 yrs
  San Francisco Bay Area

 **MTS**
OnLive
Jun 2007 - Mar 2012 · 4 yrs 10 mos

 **Engineer**
Rearden Labs
2007 - 2008 · 1 yr

Show all 12 experiences →

## Education

 **Massachusetts Institute of Technology**
1986 - 1990

## Skills

### Software Engineering

 Endorsed by Jim Roskind who is highly skilled at this

 Endorsed by 3 colleagues at Wisk

 36 endorsements

### Embedded Systems

 Endorsed by 2 colleagues at Wisk

 29 endorsements

### Software Development

 Endorsed by Jim Roskind who is highly skilled at this

Endorsed by 3 colleagues at Wisk

29 endorsements... 22 endorsements

Show all 24 skills →