# EXHIBIT 10

## HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
  jkrevitt@gibsondunn.com
Orin Snyder, admitted *pro hac vice*
  osnyder@gibsondunn.com
Daniel J. Thomasch, admitted *pro hac vice*
  dthomasch@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Wayne Barsky, SBN 116731
  wbarsky@gibsondunn.com
Michael H. Dore, SBN 227442
  mdore@gibsondunn.com
Diana M. Feinstein, admitted *pro hac vice*
  dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA  90067-3026
Telephone: 310.552.8500
Facsimile: 310.551.8741

Attorneys for Defendant and Counterclaimant
Archer Aviation Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC, | Case No. 3:21-cv-02450-WHO |
| Plaintiff, | **DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)** |
| v. | |
| ARCHER AVIATION INC., | |
| Defendant. | |

Gibson, Dunn & Crutcher LLP

## SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify with specificity any and all Documents within your possession, custody, or control that were created by Wisk, its employees, or agents.

**RESPONSE TO INTERROGATORY NO. 1 (7/15/2021):**

Archer hereby restates and incorporates the General Objections and Objections to Instructions and Definitions above as though fully set forth herein.  Archer objects to this Interrogatory to the extent it seeks to have Archer identify any publicly available documents created by Wisk or its employees or agents.  Archer further objects to this Interrogatory as premature because Plaintiff has not identified with reasonable particularity the alleged trade secrets that it claims Archer has misappropriated, as required by Section 2019.210, and therefore is not permitted to commence any discovery relating to its trade secret misappropriation claims and any other claims that are factually dependent on Plaintiff's misappropriation allegations.  If the Court ultimately determines that Plaintiff has identified its alleged trade secrets with reasonable particularity, and the Court enters an acceptable protective order in this action, Archer will revise its response to this Interrogatory as appropriate.

**FIRST AMENDED RESPONSE TO INTERROGATORY NO. 1 (9/20/2021):**

Archer hereby restates and incorporates the General Objections and Objections to Instructions and Definitions above as though fully set forth herein.  Archer objects to this Interrogatory to the extent it seeks to have Archer identify any publicly available documents created by Wisk or its employees or agents.  Archer further objects to this Interrogatory as vague and ambiguous to the extent it does not define Wisk's employees or agents.

Subject to, and without waiver of, the foregoing objections or the General Objections and Objections to Instructions and Definitions stated above and reserving its right to supplement its response, Archer responds as follows based upon the information known to it as of the date this response:  Based on the extensive search of Archer's systems detailed in the Declaration of Brett D. Harrison in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction and Expedited Discovery (Dkt. 58-24) (the "Harrison Declaration"), Archer has the following Documents

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

within its possession, custody or control that it believes were created by Wisk, its employees, or agents.

- Drawing of a coffee maker part on Wisk schematic paper by Alan Chen
- Cora Employee Invention Assignment and Confidential Agreement executed by Thomas Muniz
- Cora Employee Invention Assignment and Confidential Agreement executed by Sheldon Wong
- November 5, 2020 letter from Greg Bibbes to Nathan Alloy, copying Brett Adcock and Adam Goldstein, and attaching Cora Employee Invention Assignment and Confidential Agreement executed by Nathan Alloy
- Employment verification letters for Jing Xue in connection with H1B1 VISA, dated January 21, 2016, May 12, 2018, August 14, 2018, December 21, 2018, November 15, 2019, and January 30, 2020
- Letters (or portions thereof) requesting extension of Jing Xue's H1B1 VISA, dated May 12, 2018 and undated
- Payroll stubs from Namelypayroll.com for Jing Xue as an employee of KittyHawk for the periods 12/16/2018 – 12/31/2018 and 12/17/2019 – 12/31/2019, compiled as part of H1B1 VISA materials
- 2019 W-2 tax and wage statement and 1095-C forms from Cora Aero LLC and KittyHawk for Pieter Depape
- Wisk's publicly disclosed consumer research "Autonomous UAM: Taking Mobility to New Heights," dated March 2021
- Letters from Quinn Emanuel to Archer and/or Morrison Foerster, dated January 8, 2020, February 26, 2020, and April 2, 2020
- Complaint filed in *Wisk Aero LLC v. Archer Aviation* on April 6, 2021, along with attachments

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

**SECOND AMENDED RESPONSE TO INTERROGATORY NO. 1 (12/17/2021):**

Subject to, and without waiver of, the specific objections set forth in Archer's Amended Response to Interrogatory No. 1 stated above and reserving its right to supplement its response, Archer responds as follows based upon the information known to it as of the date this response: Based on the extensive search of Archer's systems detailed in the Declaration of Brett D. Harrison in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction and Expedited Discovery (Dkt. 58-24) (the "Harrison Declaration") as well as a reasonable and diligent search of Archer's files undertaken by Archer's outside counsel, Archer has the following Documents within its possession, custody or control that it believes were created by Wisk, its employees, or agents.

- Drawing of a coffee maker part on Wisk schematic paper by Alan Chen
- Cora Employee Invention Assignment and Confidential Agreement executed by Thomas Muniz
- Cora Employee Invention Assignment and Confidential Agreement executed by Sheldon Wong
- November 5, 2020 letter from Greg Bibbes to Nathan Alloy, copying Brett Adcock and Adam Goldstein, and attaching Cora Employee Invention Assignment and Confidential Agreement executed by Nathan Alloy
- Employment verification letters for Jing Xue in connection with H1B1 VISA, dated January 21, 2016, May 12, 2018, August 14, 2018, December 21, 2018, November 15, 2019, and January 30, 2020
- Letters (or portions thereof) requesting extension of Jing Xue's H1B1 VISA, dated May 12, 2018 and undated
- Payroll stubs from Namelypayroll.com for Jing Xue as an employee of KittyHawk for the periods 12/16/2018 – 12/31/2018 and 12/17/2019 – 12/31/2019, compiled as part of H1B1 VISA materials
- 2019 W-2 tax and wage statement and 1095-C forms from Cora Aero LLC and KittyHawk for Pieter Depape

Gibson, Dunn & Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

- Wisk's publicly disclosed consumer research "Autonomous UAM: Taking Mobility to New Heights," dated March 2021

- Letters from Quinn Emanuel to Archer and/or Morrison Foerster, dated January 8, 2020, February 26, 2020, and April 2, 2020

- Complaint filed in *Wisk Aero LLC v. Archer Aviation* on April 6, 2021, along with attachments

**THIRD AMENDED RESPONSE TO INTERROGATORY NO. 1 (3/3/2022):**

Subject to, and without waiver of, the specific objections set forth in Archer's Amended Response to Interrogatory No. 1 stated above and reserving its right to supplement its response, Archer responds as follows based upon the information known to it as of the date this response: Based on the extensive search of Archer's systems detailed in the Declaration of Brett D. Harrison in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction and Expedited Discovery (Dkt. 58-24) (the "Harrison Declaration") as well as a reasonable and diligent search of Archer's files undertaken by Archer's outside counsel, Archer has the following Documents within its possession, custody or control that it believes were created by Wisk, its employees, or agents.

- Employment verification letter for Jing Xue in connection with H1B1 VISA, dated November 9, 2015

- Letter confirming termination of Thomas Muniz's Wisk employment, dated December 5, 2019

- Wisk employment termination agreement with Nathan Alloy, dated November 5, 2020

- 2020 W-2 tax and wage statement and 1095-C forms from Wisk Aero LLC and KittyHawk for Nathan Alloy

- 2019 W-2 tax and wage statement form from Cora Aero LLC for Natraj Ninjuri, compiled as part of contemplated H1B1 VISA materials

- Payroll stubs from Namelypayroll.com for Natraj Ninjury as an employee of Cora Aero LLC for periods in March 2021, compiled as part of contemplated H1B1 VISA materials

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

- Cora Employee Invention Assignment and Confidential Agreement executed by Pieter Depape
- A screenshot of Wisk's Cora aircraft from a publicly available video
- Publicly available video of Kitty Hawk's Heaviside aircraft
- LinkedIn Post by Wisk regarding CFO Caryn Nightengale
- Wisk's April 6, 2021 blog posting and May 19, 2021 update to same, both titled "Why We're Taking Legal Action Against Archer Aviation"
- Wisk's April 6, 2021 press release titled, "Wisk Aero Sues Archer Aviation for Theft of Trade Secrets and Patent Infringement"
- Cora LLC Code of Conduct executed by Cocoa Zhang on June 26, 2019
- Cora Employee Handbook 2019
- Cora Employee Invention Assignment and Confidential Agreement executed by Cocoa Zheng
- Draft VISA application from KittyHawk for Cocoa Zhang
- Battery Engineer Job Description from KittyHawk/Cora Aero, as part of VISA application for Cocoa Zhang, dated September 6, 2019
- Employment verification letter for Cocoa Zheng in connection with H1B1 VISA, dated February 6, 2019, April 6, 2019, August 30, 2019, September 3, 2019, November 18, 2010, and November 3, 2020
- 2018, 2019, and 2020 W-2 tax and wage statement and 1095-C forms from KittyHawk, Cora Aero LLC and/or Wisk Aero LLC for Cocoa Zheng
- Invoices to Denise Parsonage from Fragomen in connection with VISA application for Cocoa Zhang
- Letter from Kitty Hawk to Cocoa Zheng regarding compensation, dated June 25, 2019
- Leave of absence request form completed by Cocoa Zheng
- Letter from Cora to Cocoa Zheng offering full time employment, dated June 25, 2019
- Letters from Wisk to Cocoa Zheng reflecting bonus and change of compensation, dated March 11, 2021

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

- Payroll stubs from Namelypayroll.com for Cocoa Zheng as an employee of KittyHawk, Cora Aero LLC, and Wisk Aero LLC for the periods October 2018 through April 2021

- Resignation letter from Cocoa Zheng to Collin Oakley, dated April 26, 2021

- Wisk employment termination letter for Cocoa Zheng, dated April 26, 2021

- Receipt submitted to Wisk Aero for reimbursement for cost of International Battery Seminar from Cocoa Zheng

- Emails and calendar alerts from the personal email account of Scott Furman that appear to have been sent or received in connection with his work for Wisk or its predecessors[1]

- Photographs of plane wiring from the personal iCloud account of Scott Furman[2]

- Screenshots of folder system on Sheldon Wong's desktop at Zee.Aero

All of the above referenced documents and photographs have been produced by Archer to Wisk as of the date of this supplemental interrogatory response.

**FOURTH AMENDED RESPONSE TO INTERROGATORY NO. 1 (7/18/2022):**

Subject to, and without waiver of, the specific objections set forth in Archer's Amended Response to Interrogatory No. 1 stated above and reserving its right to supplement its response, Archer responds as follows based upon the information known to it as of the date of this response: Based on the extensive search of Archer's systems detailed in the Declaration of Brett D. Harrison in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction and Expedited Discovery (Dkt. 58-24) (the "Harrison Declaration"), as well as a reasonable and diligent search of Archer's files undertaken by Archer's outside counsel, Archer has the following Documents within its possession, custody or control that it believes were created by Wisk, its employees, or agents.

---

[1] After accepting a position at Archer, Mr. Furman installed the Mozilla Thunderbird email application on his Archer issued laptop to enable him to access his personal email account. He also accessed the Apple iCloud on that computer. As a result, copies of materials from Mr. Furman's personal accounts automatically saved to his Archer issued laptop.

[2] These photographs were previously produced to Wisk by Mr. Furman's personal counsel.

Gibson, Dunn & Crutcher LLP

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

- 1095-C Form and W-2 tax statement from Wisk Aero LLC for Nathan Alloy for the year 2020;
- Publicly available photograph of Cora;
- Wisk LinkedIn posting regarding Caryn Nightengale ("Meet Wisk CFO Caryn Nightengale T'02");
- Wisk Blog Post titled "Our Journey to Everyday Flight: A History of Firsts", dated September 27, 2021;
- Fall 2015 food menu for Zee.Aero;
- Photographs of planes, Wisk employees, and plane equipment from the personal iCloud account of Scott Furman that appear to have been taken during his employment at Wisk;[3]
- Text message exchange between Scott Furman and an individual at the number +5105893665, dated October 26, 2015, that appears to relate to work at Zee.Aero.

The Bates numbers of the documents identified in Archer's First Amended Response to Interrogatory No. 1, dated September 20, 2021, are reflected in Appendix A. The Bates numbers of the documents identified in Archer's Second Amended Response to Interrogatory No. 1, dated December 17, 2021, are reflected in Appendix B. The Bates numbers of the documents identified in Archer's Third Amended Response to Interrogatory No. 1, dated March 3, 2022, are reflected in Appendix C. The Bates-numbers of the documents identified in Archer's Fourth Amended response to Interrogatory No. 1, dated July 18, 2022, are reflected in Appendix D.

**FIFTH AMENDED RESPONSE TO INTERROGATORY NO. 1 (9/26/2022):**

Subject to, and without waiver of, the specific objections set forth in Archer's Amended Response to Interrogatory No. 1 stated above and reserving its right to supplement its response, Archer responds as follows based upon the information known to it as of the date of this response: Based on the extensive search of Archer's systems detailed in the Declaration of Brett D. Harrison in

---

[3] After accepting a position at Archer, Mr. Furman installed the Mozilla Thunderbird email application on his Archer-issued laptop to enable him to access his personal email account. He also accessed the Apple iCloud on that computer. As a result, copies of materials from Mr. Furman's personal accounts automatically saved to his Archer-issued laptop.

13

Gibson, Dunn & Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

1  Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction and Expedited

2  Discovery (Dkt. 58-24) (the "Harrison Declaration"), as well as a reasonable and diligent search of

3  Archer's files undertaken by Archer's outside counsel, Archer has the following Documents within

4  its possession, custody or control that it believes were created by Wisk, its employees, or agents.

5  • Emails from the personal email account of Scott Furman that appear to have been sent

6  or received in connection with his work for Wisk or its predecessors and that are

7  located in a zip file on the Archer-issued laptop used by Mr. Furman.[4]

8  The Bates numbers of the documents identified in Archer's  First Amended Response to

9  Interrogatory No. 1, dated September 20, 2021, are reflected in Appendix A.  The Bates numbers of

10  the documents identified in Archer's Second Amended Response to Interrogatory No. 1, dated

11  December 17, 2021, are reflected in Appendix B.  The Bates numbers of the documents identified in

12  Archer's  Third Amended Response to Interrogatory No. 1, dated March 3, 2022, are reflected in

13  Appendix C.  The Bates-numbers of the documents identified in Archer's Fourth Amended response

14  to Interrogatory No. 1, dated July 18, 2022, are reflected in Appendix D.  The Bates-numbers of the

15  documents identified in Archer's Fifth Amended response to Interrogatory No. 1, dated September

16  26, 2022, are reflected in Appendix E.

17  **INTERROGATORY NO. 2:**

18        Identify with specificity all devices, computers, laptops, tablets, cellphones, electronic media,

19  personal email or cloud based storage systems used by Jing Xue to access or connect to Archer's

20  Network and Computers or to conduct business on behalf of Archer, including without limitation any

21  used to send, receive, or store Misappropriated Materials or information derived from

22  Misappropriated Materials, or Communications relating to Misappropriated Materials.

23  **RESPONSE TO INTERROGATORY NO. 2 (7/15/2021):**

24        Archer hereby restates and incorporates the General Objections and Objections to Instructions

25  and Definitions above as though fully set forth herein.  Archer objects to this Interrogatory to the

---

[4]  After accepting a position at Archer, Mr. Furman installed the Mozilla Thunderbird email application on his Archer issued laptop to enable him to access his personal email account.  He also accessed the Apple iCloud on that computer.  As a result, copies of materials from Mr. Furman's personal accounts automatically saved to his Archer issued laptop.

14

Gibson, Dunn & Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

1    Archer's business as an early-stage startup meant for exciting design opportunities.  To the

2    extent the communications concerned Archer's planned configurations for its aircraft design,

3    Ms. Zhang recalls being informed that Archer was contemplating a design with rotors and tilt.

4    **INTERROGATORY NO. 7:**

5    Describe in detail all policies, procedures or other steps taken by Archer to ensure that no

6    trade secret or proprietary information belonging to Wisk came over with the employees Archer hired

7    who previously worked at Wisk, including the complete basis for the assertion in Archer's Answer

8    that "Archer devoted significant resources to hiring legal counsel to implement a robust recruiting

9    and onboarding process to ensure that no trade secret or proprietary information came over with the

10   new employees," the names of any individuals or legal counsel involved in implementing the

11   recruiting and onboarding process and the date of for their first involvement, and what actions, if any,

12   you have taken against any employees for actual or suspected violation of the policies, procedures, or

13   steps.

14   **RESPONSE TO INTERROGATORY NO. 7 (7/15/2021):**

15   Archer hereby restates and incorporates the General Objections and Objections to Instructions

16   and Definitions above as though fully set forth herein.  Archer objects to this Interrogatory as

17   improperly compound.  Archer further objects to this Interrogatory the extent it seeks information

18   protected from discovery by the attorney-client privilege, the work-product doctrine, the common-

19   interest privilege, the joint-defense privilege, mediation privilege, and/or any other applicable

20   privilege, immunity, or protection.  Archer also objects to this Interrogatory as premature because

21   Plaintiff has not identified with reasonable particularity the alleged trade secrets that it claims Archer

22   has misappropriated, as required by Section 2019.210, and therefore is not permitted to commence

23   any discovery relating to its trade secret misappropriation claims and any other claims that are

24   factually dependent on Plaintiff's misappropriation allegations.  If the Court ultimately determines

25   that Plaintiff has identified its alleged trade secrets with reasonable particularity, and the Court enters

26   an acceptable protective order in this action, Archer will revise its response to this Interrogatory as

27   appropriate.

28

Gibson, Dunn &
Crutcher LLP

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

**AMENDED RESPONSE TO INTERROGATORY NO. 7 (9/20/2021):**

Archer hereby restates and incorporates the General Objections and Objections to Instructions and Definitions above as though fully set forth herein.  Archer objects to this Interrogatory as improperly compound.  Archer further objects to this Interrogatory the extent it seeks information protected from discovery by the attorney-client privilege, the work-product doctrine, the common-interest privilege, the joint-defense privilege, mediation privilege, and/or any other applicable privilege, immunity, or protection.

Subject to, and without waiver of, the foregoing objections or the General Objections and Objections to Instructions and Definitions stated above and reserving its right to supplement its response, Archer responds as follows based upon the information known to it as of the date this response:  Archer incorporates by reference paragraphs 44-60 of the Declaration of Brett Adcock in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. 58-13), paragraphs 12-14 in the Declaration of Adam Goldstein in Support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction (Dkt. 58-18), and the Declaration of Michael Aparicio (Dkt. 58-37).  Archer further states that on or around December 23, 2019, David Burtt of Mobility Legal began to advise Archer regarding the new employee onboarding process and documentation to ensure all new hires understood Archer's zero tolerance for bringing or using confidential information from a prior employer.  In addition, Michael Aparicio of the Aparicio Law Firm directly counseled new employees coming to work for Archer on how to ensure they do not bring any previous employers' confidential information to Archer beginning on or about December 31, 2019.  Eugene Illovsky of Boersch & Illovsky LLP also directly counseled new employees coming to work for Archer on how to ensure they do not bring any previous employers' confidential information to Archer beginning on or about March 16, 2020.

Archer has not taken any action against any of its employees for actual or suspected violation of the policies, procedures, or steps it put in place to ensure that no trade secret or proprietary information belonging to prior employers came over with the employees because it does not believe any of its employees have violated such policies, procedures or steps.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7 (7/18/2022):**

Gibson, Dunn &
Crutcher LLP

1    Subject to, and without waiver of, the specific objections set forth in Archer's Amended

2   Response to Interrogatory No. 7 stated above and reserving its right to supplement its response,

3   Archer supplements its response to Interrogatory No. 7 based upon the information known to it as of

4   the date of this response as follows:   Archer incorporates by reference paragraphs 16-17 of the

5   Declaration of Thomas Muniz in Support of Defendant's Opposition to Plaintiff's Motion for

6   Preliminary Injunction (Dkt. 58-22).

7   **SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7 (09/02/2022)**

8    Subject to, and without waiver of, the specific objections set forth in Archer's Amended

9   Response to Interrogatory No. 7 stated above and reserving its right to supplement its response,

10  Archer supplements its response to Interrogatory No. 7 based upon the information known to it as of

11  the date of this response as follows:  Pursuant to Rule 33(d), Archer refers Wisk to the document

12  bates-stamped Archer-NDCA-01823269.

13  **INTERROGATORY NO. 8:**

14    Describe in detail the complete legal and factual basis for Archer's contention in its Answer

15  that Wisk's "trade secrets do not qualify for trade secret protection because they are readily

16  ascertainable by proper means."

17  **RESPONSE TO INTERROGATORY NO. 8 (7/15/2021):**

18    Archer hereby restates and incorporates the General Objections and Objections to Instructions

19  and Definitions above as though fully set forth herein.  Archer objects to this Interrogatory to the

20  extent it improperly calls for a legal response.  Archer further objects to this Interrogatory to the

21  extent it seeks expert discovery prematurely.  Archer also objects to this Interrogatory as premature

22  because Plaintiff has not identified with reasonable particularity the alleged trade secrets that it

23  claims Archer has misappropriated, as required by Section 2019.210, and therefore is not permitted to

24  commence any discovery relating to its trade secret misappropriation claims and any other claims that

25  are factually dependent on Plaintiff's misappropriation allegations.  If the Court ultimately

26  determines that Plaintiff has identified its alleged trade secrets with reasonable particularity, and the

27  Court enters an acceptable protective order in this action, Archer will revise its response to this

28  Interrogatory as appropriate.

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

1

2

3   DATED:  November 21, 2021          GIBSON, DUNN & CRUTCHER LLP

4                                      By:        *s/ Michael H. Dore*

5                                                 Michael H. Dore

6                                      *Attorneys for Defendant and Counterclaimant*
                                       *Archer Aviation Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## APPENDIX A

| BATES NUMBERS |
|---|
| Archer-NDCA-00009264 |
| Archer-NDCA-00009677 |
| Archer-NDCA-00009678 |
| Archer-NDCA-00013493 |
| Archer-NDCA-00043292 |
| Archer-NDCA-00048035 |
| Archer-NDCA-00099777 |
| Archer-NDCA-00118352 |
| Archer-NDCA-00140359 |
| Archer-NDCA-00140361 |
| Archer-NDCA-00140362 |
| Archer-NDCA-00140363 |
| Archer-NDCA-00140364 |
| Archer-NDCA-00140576 |
| Archer-NDCA-00140577 |
| Archer-NDCA-00140578 |
| Archer-NDCA-00140579 |
| Archer-NDCA-00140580 |

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

## APPENDIX B

| BATES NUMBERS |
|---|
| Archer-NDCA-00143254 |
| Archer-NDCA-00143257 |
| Archer-NDCA-00171132 |
| Archer-NDCA-00171135 |
| Archer-NDCA-00172647 |
| Archer-NDCA-00172719 |
| Archer-NDCA-00172791 |

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

## APPENDIX C

| BATES NUMBERS | | | |
|---|---|---|---|
| Archer-NDCA-00138459 | Archer-NDCA-00777418 | Archer-NDCA-00777459 | Archer-NDCA-00777527 |
| Archer-NDCA-00138462 | Archer-NDCA-00777419 | Archer-NDCA-00777460 | Archer-NDCA-00777528 |
| Archer-NDCA-00138480 | Archer-NDCA-00777420 | Archer-NDCA-00777461 | Archer-NDCA-00777530 |
| Archer-NDCA-00138481 | Archer-NDCA-00777421 | Archer-NDCA-00777462 | Archer-NDCA-00777532 |
| Archer-NDCA-00138483 | Archer-NDCA-00777422 | Archer-NDCA-00777463 | Archer-NDCA-00777533 |
| Archer-NDCA-00138486 | Archer-NDCA-00777423 | Archer-NDCA-00777464 | Archer-NDCA-00777534 |
| Archer-NDCA-00138489 | Archer-NDCA-00777424 | Archer-NDCA-00777465 | Archer-NDCA-00777535 |
| Archer-NDCA-00138521 | Archer-NDCA-00777425 | Archer-NDCA-00777467 | Archer-NDCA-00777537 |
| Archer-NDCA-00138522 | Archer-NDCA-00777426 | Archer-NDCA-00777468 | Archer-NDCA-00777538 |
| Archer-NDCA-00138524 | Archer-NDCA-00777427 | Archer-NDCA-00777469 | Archer-NDCA-00777539 |
| Archer-NDCA-00138525 | Archer-NDCA-00777428 | Archer-NDCA-00777470 | Archer-NDCA-00777540 |
| Archer-NDCA-00138529 | Archer-NDCA-00777429 | Archer-NDCA-00777471 | Archer-NDCA-00777541 |
| Archer-NDCA-00138536 | Archer-NDCA-00777430 | Archer-NDCA-00777474 | Archer-NDCA-00777542 |
| Archer-NDCA-00138537 | Archer-NDCA-00777431 | Archer-NDCA-00777475 | Archer-NDCA-00777543 |
| Archer-NDCA-00138541 | Archer-NDCA-00777432 | Archer-NDCA-00777476 | Archer-NDCA-00777544 |
| Archer-NDCA-00138545 | Archer-NDCA-00777433 | Archer-NDCA-00777479 | Archer-NDCA-00777546 |
| Archer-NDCA-00200626 | Archer-NDCA-00777434 | Archer-NDCA-00777480 | Archer-NDCA-00777547 |
| Archer-NDCA-00234721 | Archer-NDCA-00777435 | Archer-NDCA-00777482 | Archer-NDCA-00777548 |
| Archer-NDCA-00234724 | Archer-NDCA-00777436 | Archer-NDCA-00777486 | Archer-NDCA-00777549 |
| Archer-NDCA-00234726 | Archer-NDCA-00777437 | Archer-NDCA-00777490 | Archer-NDCA-00777550 |
| Archer-NDCA-00234728 | Archer-NDCA-00777438 | Archer-NDCA-00777492 | Archer-NDCA-00777551 |
| Archer-NDCA-00235105 | Archer-NDCA-00777439 | Archer-NDCA-00777494 | Archer-NDCA-00777552 |
| Archer-NDCA-00235106 | Archer-NDCA-00777440 | Archer-NDCA-00777499 | Archer-NDCA-00907511 |
| Archer-NDCA-00235107 | Archer-NDCA-00777441 | Archer-NDCA-00777500 | Archer-NDCA-00907515 |

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

| | | | |
|---|---|---|---|
| Archer-NDCA-00235108 | Archer-NDCA-00777442 | Archer-NDCA-00777501 | Archer-NDCA-00907525 |
| Archer-NDCA-00238030 | Archer-NDCA-00777443 | Archer-NDCA-00777502 | Archer-NDCA-00907562 |
| Archer-NDCA-00238033 | Archer-NDCA-00777444 | Archer-NDCA-00777503 | Archer-NDCA-00912131 |
| Archer-NDCA-00238034 | Archer-NDCA-00777445 | Archer-NDCA-00777504 | Archer-NDCA-00919281 |
| Archer-NDCA-00336006 | Archer-NDCA-00777446 | Archer-NDCA-00777505 | Archer-NDCA-00919282 |
| Archer-NDCA-00405371 | Archer-NDCA-00777447 | Archer-NDCA-00777506 | Archer-NDCA-00919283 |
| Archer-NDCA-00413682 | Archer-NDCA-00777448 | Archer-NDCA-00777507 | Archer-NDCA-00919284 |
| Archer-NDCA-00413683 | Archer-NDCA-00777449 | Archer-NDCA-00777508 | Archer-NDCA-00919285 |
| Archer-NDCA-00622107 | Archer-NDCA-00777450 | Archer-NDCA-00777509 | Archer-NDCA-00919286 |
| Archer-NDCA-00622108 | Archer-NDCA-00777451 | Archer-NDCA-00777510 | Archer-NDCA-00919287 |
| Archer-NDCA-00622111 | Archer-NDCA-00777452 | Archer-NDCA-00777512 | Archer-NDCA-00920136 |
| Archer-NDCA-00630555 | Archer-NDCA-00777453 | Archer-NDCA-00777519 | Archer-NDCA-00920137 |
| Archer-NDCA-00630561 | Archer-NDCA-00777454 | Archer-NDCA-00777521 | Archer-NDCA-00920180 |
| Archer-NDCA-00685124 | Archer-NDCA-00777455 | Archer-NDCA-00777522 | Archer-NDCA-00920193 |
| Archer-NDCA-00777415 | Archer-NDCA-00777456 | Archer-NDCA-00777523 | Archer-NDCA-00920198 |
| Archer-NDCA-00777416 | Archer-NDCA-00777457 | Archer-NDCA-00777524 | Archer-NDCA-00920200 |
| Archer-NDCA-00777417 | Archer-NDCA-00777458 | Archer-NDCA-00777526 | Archer-NDCA-00920201 |
| Archer-NDCA-00920202 | Archer-NDCA-00920266 | Archer-NDCA-00920312 | Archer-NDCA-00920355 |
| Archer-NDCA-00920206 | Archer-NDCA-00920267 | Archer-NDCA-00920313 | Archer-NDCA-00920356 |
| Archer-NDCA-00920208 | Archer-NDCA-00920268 | Archer-NDCA-00920314 | Archer-NDCA-00920357 |
| Archer-NDCA-00920209 | Archer-NDCA-00920269 | Archer-NDCA-00920315 | Archer-NDCA-00920358 |
| Archer-NDCA-00920210 | Archer-NDCA-00920270 | Archer-NDCA-00920316 | Archer-NDCA-00920359 |
| Archer-NDCA-00920211 | Archer-NDCA-00920271 | Archer-NDCA-00920317 | Archer-NDCA-00920360 |
| Archer-NDCA-00920213 | Archer-NDCA-00920272 | Archer-NDCA-00920319 | Archer-NDCA-00920361 |
| Archer-NDCA-00920214 | Archer-NDCA-00920273 | Archer-NDCA-00920320 | Archer-NDCA-00920362 |
| Archer-NDCA-00920215 | Archer-NDCA-00920274 | Archer-NDCA-00920321 | Archer-NDCA-00920363 |
| Archer-NDCA-00920216 | Archer-NDCA-00920275 | Archer-NDCA-00920322 | Archer-NDCA-00920364 |

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

| | | | |
|---|---|---|---|
| Archer-NDCA-00920217 | Archer-NDCA-00920276 | Archer-NDCA-00920323 | Archer-NDCA-00920365 |
| Archer-NDCA-00920218 | Archer-NDCA-00920277 | Archer-NDCA-00920324 | Archer-NDCA-00920366 |
| Archer-NDCA-00920219 | Archer-NDCA-00920278 | Archer-NDCA-00920325 | Archer-NDCA-00920367 |
| Archer-NDCA-00920220 | Archer-NDCA-00920279 | Archer-NDCA-00920326 | Archer-NDCA-00920368 |
| Archer-NDCA-00920222 | Archer-NDCA-00920280 | Archer-NDCA-00920327 | Archer-NDCA-00920369 |
| Archer-NDCA-00920223 | Archer-NDCA-00920281 | Archer-NDCA-00920328 | Archer-NDCA-00920370 |
| Archer-NDCA-00920224 | Archer-NDCA-00920282 | Archer-NDCA-00920329 | Archer-NDCA-00920371 |
| Archer-NDCA-00920225 | Archer-NDCA-00920283 | Archer-NDCA-00920330 | Archer-NDCA-00920372 |
| Archer-NDCA-00920226 | Archer-NDCA-00920284 | Archer-NDCA-00920331 | Archer-NDCA-00920373 |
| Archer-NDCA-00920227 | Archer-NDCA-00920285 | Archer-NDCA-00920333 | Archer-NDCA-00920374 |
| Archer-NDCA-00920228 | Archer-NDCA-00920286 | Archer-NDCA-00920334 | Archer-NDCA-00920375 |
| Archer-NDCA-00920229 | Archer-NDCA-00920287 | Archer-NDCA-00920335 | Archer-NDCA-00920377 |
| Archer-NDCA-00920230 | Archer-NDCA-00920288 | Archer-NDCA-00920336 | Archer-NDCA-00920378 |
| Archer-NDCA-00920231 | Archer-NDCA-00920289 | Archer-NDCA-00920337 | Archer-NDCA-00920379 |
| Archer-NDCA-00920232 | Archer-NDCA-00920290 | Archer-NDCA-00920338 | Archer-NDCA-00920381 |
| Archer-NDCA-00920234 | Archer-NDCA-00920291 | Archer-NDCA-00920339 | Archer-NDCA-00920382 |
| Archer-NDCA-00920235 | Archer-NDCA-00920292 | Archer-NDCA-00920340 | Archer-NDCA-00920383 |
| Archer-NDCA-00920250 | Archer-NDCA-00920293 | Archer-NDCA-00920341 | Archer-NDCA-00920384 |
| Archer-NDCA-00920251 | Archer-NDCA-00920294 | Archer-NDCA-00920342 | Archer-NDCA-00920385 |
| Archer-NDCA-00920252 | Archer-NDCA-00920295 | Archer-NDCA-00920343 | Archer-NDCA-00920386 |
| Archer-NDCA-00920253 | Archer-NDCA-00920296 | Archer-NDCA-00920344 | Archer-NDCA-00920387 |
| Archer-NDCA-00920254 | Archer-NDCA-00920297 | Archer-NDCA-00920345 | Archer-NDCA-00920388 |
| Archer-NDCA-00920255 | Archer-NDCA-00920298 | Archer-NDCA-00920346 | Archer-NDCA-00920389 |
| Archer-NDCA-00920256 | Archer-NDCA-00920304 | Archer-NDCA-00920347 | Archer-NDCA-00920391 |
| Archer-NDCA-00920257 | Archer-NDCA-00920305 | Archer-NDCA-00920348 | Archer-NDCA-00920392 |
| Archer-NDCA-00920258 | Archer-NDCA-00920306 | Archer-NDCA-00920349 | Archer-NDCA-00920393 |
| Archer-NDCA-00920259 | Archer-NDCA-00920307 | Archer-NDCA-00920350 | Archer-NDCA-00920395 |

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

| | | | |
|---|---|---|---|
| Archer-NDCA-00920260 | Archer-NDCA-00920308 | Archer-NDCA-00920351 | Archer-NDCA-00920396 |
| Archer-NDCA-00920261 | Archer-NDCA-00920309 | Archer-NDCA-00920352 | Archer-NDCA-00920397 |
| Archer-NDCA-00920262 | Archer-NDCA-00920310 | Archer-NDCA-00920353 | Archer-NDCA-00920398 |
| Archer-NDCA-00920264 | Archer-NDCA-00920311 | Archer-NDCA-00920354 | Archer-NDCA-00920399 |
| Archer-NDCA-00920400 | Archer-NDCA-00920467 | Archer-NDCA-00920536 | Archer-NDCA-00939243 |
| Archer-NDCA-00920401 | Archer-NDCA-00920473 | Archer-NDCA-00920539 | Archer-NDCA-00939261 |
| Archer-NDCA-00920403 | Archer-NDCA-00920474 | Archer-NDCA-00920541 | Archer-NDCA-00939263 |
| Archer-NDCA-00920404 | Archer-NDCA-00920475 | Archer-NDCA-00920543 | Archer-NDCA-00939265 |
| Archer-NDCA-00920405 | Archer-NDCA-00920477 | Archer-NDCA-00920545 | Archer-NDCA-00939266 |
| Archer-NDCA-00920406 | Archer-NDCA-00920479 | Archer-NDCA-00920549 | Archer-NDCA-01139825 |
| Archer-NDCA-00920407 | Archer-NDCA-00920480 | Archer-NDCA-00920550 | Archer-NDCA-01139826 |
| Archer-NDCA-00920408 | Archer-NDCA-00920481 | Archer-NDCA-00920551 | Archer-NDCA-01139829 |
| Archer-NDCA-00920409 | Archer-NDCA-00920482 | Archer-NDCA-00920552 | Archer-NDCA-01139830 |
| Archer-NDCA-00920410 | Archer-NDCA-00920483 | Archer-NDCA-00920553 | Archer-NDCA-01139843 |
| Archer-NDCA-00920411 | Archer-NDCA-00920484 | Archer-NDCA-00920554 | Archer-NDCA-01139844 |
| Archer-NDCA-00920412 | Archer-NDCA-00920485 | Archer-NDCA-00920556 | Archer-NDCA-01139845 |
| Archer-NDCA-00920413 | Archer-NDCA-00920488 | Archer-NDCA-00920557 | Archer-NDCA-01139846 |
| Archer-NDCA-00920415 | Archer-NDCA-00920489 | Archer-NDCA-00920558 | Archer-NDCA-01139847 |
| Archer-NDCA-00920416 | Archer-NDCA-00920491 | Archer-NDCA-00920559 | Archer-NDCA-01139848 |
| Archer-NDCA-00920417 | Archer-NDCA-00920495 | Archer-NDCA-00920560 | Archer-NDCA-01139849 |
| Archer-NDCA-00920418 | Archer-NDCA-00920496 | Archer-NDCA-00920561 | Archer-NDCA-01139850 |
| Archer-NDCA-00920419 | Archer-NDCA-00920499 | Archer-NDCA-00920562 | Archer-NDCA-01139851 |
| Archer-NDCA-00920420 | Archer-NDCA-00920500 | Archer-NDCA-00920563 | Archer-NDCA-01139852 |
| Archer-NDCA-00920421 | Archer-NDCA-00920501 | Archer-NDCA-00920564 | Archer-NDCA-01139855 |
| Archer-NDCA-00920422 | Archer-NDCA-00920503 | Archer-NDCA-00920565 | Archer-NDCA-01139856 |
| Archer-NDCA-00920425 | Archer-NDCA-00920504 | Archer-NDCA-00920566 | Archer-NDCA-01139857 |
| Archer-NDCA-00920426 | Archer-NDCA-00920505 | Archer-NDCA-00920567 | Archer-NDCA-01139858 |

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

| | | | |
|---|---|---|---|
| Archer-NDCA-00920427 | Archer-NDCA-00920506 | Archer-NDCA-00920568 | Archer-NDCA-01139859 |
| Archer-NDCA-00920428 | Archer-NDCA-00920507 | Archer-NDCA-00920569 | Archer-NDCA-01139860 |
| Archer-NDCA-00920430 | Archer-NDCA-00920508 | Archer-NDCA-00920570 | Archer-NDCA-01139861 |
| Archer-NDCA-00920432 | Archer-NDCA-00920509 | Archer-NDCA-00920571 | Archer-NDCA-01139862 |
| Archer-NDCA-00920433 | Archer-NDCA-00920510 | Archer-NDCA-00920572 | Archer-NDCA-01139863 |
| Archer-NDCA-00920434 | Archer-NDCA-00920511 | Archer-NDCA-00920573 | Archer-NDCA-01139864 |
| Archer-NDCA-00920435 | Archer-NDCA-00920512 | Archer-NDCA-00920574 | Archer-NDCA-01139865 |
| Archer-NDCA-00920437 | Archer-NDCA-00920516 | Archer-NDCA-00920575 | Archer-NDCA-01139866 |
| Archer-NDCA-00920438 | Archer-NDCA-00920517 | Archer-NDCA-00920579 | Archer-NDCA-01139867 |
| Archer-NDCA-00920439 | Archer-NDCA-00920519 | Archer-NDCA-00920582 | Archer-NDCA-01139868 |
| Archer-NDCA-00920440 | Archer-NDCA-00920521 | Archer-NDCA-00920584 | Archer-NDCA-01139869 |
| Archer-NDCA-00920441 | Archer-NDCA-00920524 | Archer-NDCA-00920585 | Archer-NDCA-01139870 |
| Archer-NDCA-00920456 | Archer-NDCA-00920525 | Archer-NDCA-00939184 | Archer-NDCA-01139871 |
| Archer-NDCA-00920459 | Archer-NDCA-00920526 | Archer-NDCA-00939187 | Archer-NDCA-01139872 |
| Archer-NDCA-00920461 | Archer-NDCA-00920528 | Archer-NDCA-00939215 | Archer-NDCA-01139873 |
| Archer-NDCA-00920462 | Archer-NDCA-00920530 | Archer-NDCA-00939225 | Archer-NDCA-01139874 |
| Archer-NDCA-00920463 | Archer-NDCA-00920532 | Archer-NDCA-00939229 | Archer-NDCA-01139875 |
| Archer-NDCA-00920464 | Archer-NDCA-00920534 | Archer-NDCA-00939235 | Archer-NDCA-01139876 |

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

## APPENDIX C (continued)

| BATES NUMBERS | |
|---|---|
| Archer-NDCA-01139877 | Archer-NDCA-01139918 |
| Archer-NDCA-01139878 | Archer-NDCA-01139919 |
| Archer-NDCA-01139879 | Archer-NDCA-01139920 |
| Archer-NDCA-01139880 | Archer-NDCA-01139921 |
| Archer-NDCA-01139881 | Archer-NDCA-01139922 |
| Archer-NDCA-01139882 | Archer-NDCA-01139923 |
| Archer-NDCA-01139883 | Archer-NDCA-01139924 |
| Archer-NDCA-01139884 | Archer-NDCA-01139925 |
| Archer-NDCA-01139885 | Archer-NDCA-01139926 |
| Archer-NDCA-01139886 | Archer-NDCA-01139927 |
| Archer-NDCA-01139887 | Archer-NDCA-01139928 |
| Archer-NDCA-01139888 | Archer-NDCA-01139929 |
| Archer-NDCA-01139889 | Archer-NDCA-01139930 |
| Archer-NDCA-01139890 | Archer-NDCA-01139931 |
| Archer-NDCA-01139891 | Archer-NDCA-01139932 |
| Archer-NDCA-01139892 | Archer-NDCA-01139933 |
| Archer-NDCA-01139893 | Archer-NDCA-01139934 |
| Archer-NDCA-01139894 | Archer-NDCA-01139935 |
| Archer-NDCA-01139895 | Archer-NDCA-01139936 |
| Archer-NDCA-01139896 | Archer-NDCA-01139937 |
| Archer-NDCA-01139897 | Archer-NDCA-01139938 |
| Archer-NDCA-01139898 | Archer-NDCA-01139939 |
| Archer-NDCA-01139899 | Archer-NDCA-01139940 |
| Archer-NDCA-01139900 | Archer-NDCA-01139941 |
| Archer-NDCA-01139901 | Archer-NDCA-01139942 |
| Archer-NDCA-01139902 | Archer-NDCA-01139943 |
| Archer-NDCA-01139903 | Archer-NDCA-01139944 |
| Archer-NDCA-01139904 | Archer-NDCA-01139945 |
| Archer-NDCA-01139905 | Archer-NDCA-01139947 |
| Archer-NDCA-01139906 | Archer-NDCA-01139948 |
| Archer-NDCA-01139907 | Archer-NDCA-01139949 |
| Archer-NDCA-01139908 | Archer-NDCA-01139950 |
| Archer-NDCA-01139909 | Archer-NDCA-01139951 |
| Archer-NDCA-01139910 | Archer-NDCA-01139952 |
| Archer-NDCA-01139911 | Archer-NDCA-01139953 |
| Archer-NDCA-01139912 | Archer-NDCA-01139954 |
| Archer-NDCA-01139913 | Archer-NDCA-01139955 |
| Archer-NDCA-01139914 | Archer-NDCA-01139956 |
| Archer-NDCA-01139915 | Archer-NDCA-01139957 |
| Archer-NDCA-01139916 | Archer-NDCA-01139958 |
| Archer-NDCA-01139917 | Archer-NDCA-01139959 |

Gibson, Dunn &
Crutcher LLP

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

## APPENDIX D

| BATES NUMBERS | | | |
|---|---|---|---|
| Archer-NDCA-01140113 | Archer-NDCA-01624996 | Archer-NDCA-01625038 | Archer-NDCA-01625080 |
| Archer-NDCA-01140117 | Archer-NDCA-01624997 | Archer-NDCA-01625039 | Archer-NDCA-01625081 |
| Archer-NDCA-01140119 | Archer-NDCA-01624998 | Archer-NDCA-01625040 | Archer-NDCA-01625082 |
| Archer-NDCA-01140121 | Archer-NDCA-01624999 | Archer-NDCA-01625041 | Archer-NDCA-01625083 |
| Archer-NDCA-01140122 | Archer-NDCA-01625000 | Archer-NDCA-01625042 | Archer-NDCA-01625084 |
| Archer-NDCA-01140124 | Archer-NDCA-01625001 | Archer-NDCA-01625043 | Archer-NDCA-01625085 |
| Archer-NDCA-01140125 | Archer-NDCA-01625002 | Archer-NDCA-01625044 | Archer-NDCA-01625086 |
| Archer-NDCA-01140126 | Archer-NDCA-01625003 | Archer-NDCA-01625045 | Archer-NDCA-01625087 |
| Archer-NDCA-01140127 | Archer-NDCA-01625004 | Archer-NDCA-01625046 | Archer-NDCA-01625088 |
| Archer-NDCA-01140128 | Archer-NDCA-01625005 | Archer-NDCA-01625047 | Archer-NDCA-01625089 |
| Archer-NDCA-01140129 | Archer-NDCA-01625006 | Archer-NDCA-01625048 | Archer-NDCA-01625090 |
| Archer-NDCA-01140130 | Archer-NDCA-01625007 | Archer-NDCA-01625049 | Archer-NDCA-01625091 |
| Archer-NDCA-01572593 | Archer-NDCA-01625008 | Archer-NDCA-01625050 | Archer-NDCA-01625092 |
| Archer-NDCA-01572599 | Archer-NDCA-01625009 | Archer-NDCA-01625051 | Archer-NDCA-01625093 |
| Archer-NDCA-01572615 | Archer-NDCA-01625010 | Archer-NDCA-01625052 | Archer-NDCA-01625094 |
| Archer-NDCA-01619865 | Archer-NDCA-01625011 | Archer-NDCA-01625053 | Archer-NDCA-01625095 |
| Archer-NDCA-01624970 | Archer-NDCA-01625012 | Archer-NDCA-01625054 | Archer-NDCA-01625096 |
| Archer-NDCA-01624971 | Archer-NDCA-01625013 | Archer-NDCA-01625055 | Archer-NDCA-01625097 |
| Archer-NDCA-01624972 | Archer-NDCA-01625014 | Archer-NDCA-01625056 | Archer-NDCA-01625098 |
| Archer-NDCA-01624973 | Archer-NDCA-01625015 | Archer-NDCA-01625057 | Archer-NDCA-01625099 |
| Archer-NDCA-01624974 | Archer-NDCA-01625016 | Archer-NDCA-01625058 | Archer-NDCA-01625100 |
| Archer-NDCA-01624975 | Archer-NDCA-01625017 | Archer-NDCA-01625059 | Archer-NDCA-01625101 |
| Archer-NDCA-01624976 | Archer-NDCA-01625018 | Archer-NDCA-01625060 | Archer-NDCA-01625102 |
| Archer-NDCA-01624977 | Archer-NDCA-01625019 | Archer-NDCA-01625061 | Archer-NDCA-01625103 |
| Archer-NDCA-01624978 | Archer-NDCA-01625020 | Archer-NDCA-01625062 | Archer-NDCA-01625104 |

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

| | | | |
|---|---|---|---|
| Archer-NDCA-01624979 | Archer-NDCA-01625021 | Archer-NDCA-01625063 | Archer-NDCA-01625105 |
| Archer-NDCA-01624980 | Archer-NDCA-01625022 | Archer-NDCA-01625064 | Archer-NDCA-01625106 |
| Archer-NDCA-01624981 | Archer-NDCA-01625023 | Archer-NDCA-01625065 | Archer-NDCA-01625107 |
| Archer-NDCA-01624982 | Archer-NDCA-01625024 | Archer-NDCA-01625066 | Archer-NDCA-01625108 |
| Archer-NDCA-01624983 | Archer-NDCA-01625025 | Archer-NDCA-01625067 | Archer-NDCA-01625109 |
| Archer-NDCA-01624984 | Archer-NDCA-01625026 | Archer-NDCA-01625068 | Archer-NDCA-01625110 |
| Archer-NDCA-01624985 | Archer-NDCA-01625027 | Archer-NDCA-01625069 | Archer-NDCA-01625111 |
| Archer-NDCA-01624986 | Archer-NDCA-01625028 | Archer-NDCA-01625070 | Archer-NDCA-01625112 |
| Archer-NDCA-01624987 | Archer-NDCA-01625029 | Archer-NDCA-01625071 | Archer-NDCA-01625113 |
| Archer-NDCA-01624988 | Archer-NDCA-01625030 | Archer-NDCA-01625072 | Archer-NDCA-01625114 |
| Archer-NDCA-01624989 | Archer-NDCA-01625031 | Archer-NDCA-01625073 | Archer-NDCA-01625115 |
| Archer-NDCA-01624990 | Archer-NDCA-01625032 | Archer-NDCA-01625074 | Archer-NDCA-01625116 |
| Archer-NDCA-01624991 | Archer-NDCA-01625033 | Archer-NDCA-01625075 | Archer-NDCA-01625117 |
| Archer-NDCA-01624992 | Archer-NDCA-01625034 | Archer-NDCA-01625076 | Archer-NDCA-01625118 |
| Archer-NDCA-01624993 | Archer-NDCA-01625035 | Archer-NDCA-01625077 | Archer-NDCA-01625119 |
| Archer-NDCA-01624994 | Archer-NDCA-01625036 | Archer-NDCA-01625078 | Archer-NDCA-01625120 |
| Archer-NDCA-01624995 | Archer-NDCA-01625037 | Archer-NDCA-01625079 | Archer-NDCA-01625121 |
| Archer-NDCA-01625122 | Archer-NDCA-01625164 | Archer-NDCA-01625206 | Archer-NDCA-01625248 |
| Archer-NDCA-01625123 | Archer-NDCA-01625165 | Archer-NDCA-01625207 | Archer-NDCA-01625249 |
| Archer-NDCA-01625124 | Archer-NDCA-01625166 | Archer-NDCA-01625208 | Archer-NDCA-01625250 |
| Archer-NDCA-01625125 | Archer-NDCA-01625167 | Archer-NDCA-01625209 | Archer-NDCA-01625251 |
| Archer-NDCA-01625126 | Archer-NDCA-01625168 | Archer-NDCA-01625210 | Archer-NDCA-01625252 |
| Archer-NDCA-01625127 | Archer-NDCA-01625169 | Archer-NDCA-01625211 | Archer-NDCA-01625253 |
| Archer-NDCA-01625128 | Archer-NDCA-01625170 | Archer-NDCA-01625212 | Archer-NDCA-01625254 |
| Archer-NDCA-01625129 | Archer-NDCA-01625171 | Archer-NDCA-01625213 | Archer-NDCA-01625255 |
| Archer-NDCA-01625130 | Archer-NDCA-01625172 | Archer-NDCA-01625214 | Archer-NDCA-01625256 |
| Archer-NDCA-01625131 | Archer-NDCA-01625173 | Archer-NDCA-01625215 | Archer-NDCA-01625257 |

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

| | | | |
|---|---|---|---|
| Archer-NDCA-01625132 | Archer-NDCA-01625174 | Archer-NDCA-01625216 | Archer-NDCA-01625258 |
| Archer-NDCA-01625133 | Archer-NDCA-01625175 | Archer-NDCA-01625217 | Archer-NDCA-01625259 |
| Archer-NDCA-01625134 | Archer-NDCA-01625176 | Archer-NDCA-01625218 | Archer-NDCA-01625260 |
| Archer-NDCA-01625135 | Archer-NDCA-01625177 | Archer-NDCA-01625219 | Archer-NDCA-01625261 |
| Archer-NDCA-01625136 | Archer-NDCA-01625178 | Archer-NDCA-01625220 | Archer-NDCA-01625262 |
| Archer-NDCA-01625137 | Archer-NDCA-01625179 | Archer-NDCA-01625221 | Archer-NDCA-01625263 |
| Archer-NDCA-01625138 | Archer-NDCA-01625180 | Archer-NDCA-01625222 | Archer-NDCA-01625264 |
| Archer-NDCA-01625139 | Archer-NDCA-01625181 | Archer-NDCA-01625223 | Archer-NDCA-01625265 |
| Archer-NDCA-01625140 | Archer-NDCA-01625182 | Archer-NDCA-01625224 | Archer-NDCA-01625266 |
| Archer-NDCA-01625141 | Archer-NDCA-01625183 | Archer-NDCA-01625225 | Archer-NDCA-01625267 |
| Archer-NDCA-01625142 | Archer-NDCA-01625184 | Archer-NDCA-01625226 | Archer-NDCA-01625268 |
| Archer-NDCA-01625143 | Archer-NDCA-01625185 | Archer-NDCA-01625227 | Archer-NDCA-01625269 |
| Archer-NDCA-01625144 | Archer-NDCA-01625186 | Archer-NDCA-01625228 | Archer-NDCA-01625270 |
| Archer-NDCA-01625145 | Archer-NDCA-01625187 | Archer-NDCA-01625229 | Archer-NDCA-01625271 |
| Archer-NDCA-01625146 | Archer-NDCA-01625188 | Archer-NDCA-01625230 | Archer-NDCA-01625973 |
| Archer-NDCA-01625147 | Archer-NDCA-01625189 | Archer-NDCA-01625231 | Archer-NDCA-01642175 |
| Archer-NDCA-01625148 | Archer-NDCA-01625190 | Archer-NDCA-01625232 | Archer-NDCA-01642176 |
| Archer-NDCA-01625149 | Archer-NDCA-01625191 | Archer-NDCA-01625233 | Archer-NDCA-01642177 |
| Archer-NDCA-01625150 | Archer-NDCA-01625192 | Archer-NDCA-01625234 | Archer-NDCA-01642178 |
| Archer-NDCA-01625151 | Archer-NDCA-01625193 | Archer-NDCA-01625235 | Archer-NDCA-01642179 |
| Archer-NDCA-01625152 | Archer-NDCA-01625194 | Archer-NDCA-01625236 | Archer-NDCA-01642180 |
| Archer-NDCA-01625153 | Archer-NDCA-01625195 | Archer-NDCA-01625237 | Archer-NDCA-01642181 |
| Archer-NDCA-01625154 | Archer-NDCA-01625196 | Archer-NDCA-01625238 | |
| Archer-NDCA-01625155 | Archer-NDCA-01625197 | Archer-NDCA-01625239 | |
| Archer-NDCA-01625156 | Archer-NDCA-01625198 | Archer-NDCA-01625240 | |
| Archer-NDCA-01625157 | Archer-NDCA-01625199 | Archer-NDCA-01625241 | |
| Archer-NDCA-01625158 | Archer-NDCA-01625200 | Archer-NDCA-01625242 | |

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

| | | | |
|---|---|---|---|
| Archer-NDCA-01625159 | Archer-NDCA-01625201 | Archer-NDCA-01625243 | |
| Archer-NDCA-01625160 | Archer-NDCA-01625202 | Archer-NDCA-01625244 | |
| Archer-NDCA-01625161 | Archer-NDCA-01625203 | Archer-NDCA-01625245 | |
| Archer-NDCA-01625162 | Archer-NDCA-01625204 | Archer-NDCA-01625246 | |
| Archer-NDCA-01625163 | Archer-NDCA-01625205 | Archer-NDCA-01625247 | |

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

## APPENDIX E

| BATES NUMBERS | | | |
|---|---|---|---|
| Archer-NDCA-01882391 | Archer-NDCA-01882432 | Archer-NDCA-01882465 | Archer-NDCA-01882466 |
| Archer-NDCA-01882553 | Archer-NDCA-01882556 | Archer-NDCA-01882559 | Archer-NDCA-01882560 |
| Archer-NDCA-01882561 | Archer-NDCA-01882563 | Archer-NDCA-01882569 | Archer-NDCA-01882657 |
| Archer-NDCA-01882659 | Archer-NDCA-01882695 | Archer-NDCA-01882741 | Archer-NDCA-01882794 |
| Archer-NDCA-01882795 | Archer-NDCA-01882796 | Archer-NDCA-01882798 | Archer-NDCA-01882802 |
| Archer-NDCA-01882803 | Archer-NDCA-01882806 | Archer-NDCA-01882808 | Archer-NDCA-01882809 |
| Archer-NDCA-01882810 | Archer-NDCA-01882811 | Archer-NDCA-01882812 | Archer-NDCA-01882814 |
| Archer-NDCA-01882815 | Archer-NDCA-01882817 | Archer-NDCA-01882818 | Archer-NDCA-01882819 |
| Archer-NDCA-01882820 | Archer-NDCA-01882821 | Archer-NDCA-01882822 | Archer-NDCA-01882823 |
| Archer-NDCA-01882824 | Archer-NDCA-01882825 | Archer-NDCA-01882826 | Archer-NDCA-01882830 |
| Archer-NDCA-01882831 | Archer-NDCA-01882835 | Archer-NDCA-01882836 | Archer-NDCA-01882837 |
| Archer-NDCA-01882838 | Archer-NDCA-01882839 | Archer-NDCA-01882840 | Archer-NDCA-01882841 |
| Archer-NDCA-01882842 | Archer-NDCA-01882843 | Archer-NDCA-01882844 | Archer-NDCA-01882845 |
| Archer-NDCA-01882846 | Archer-NDCA-01882867 | Archer-NDCA-01882868 | Archer-NDCA-01882869 |
| Archer-NDCA-01882870 | Archer-NDCA-01882871 | Archer-NDCA-01882872 | Archer-NDCA-01882873 |
| Archer-NDCA-01882874 | Archer-NDCA-01882875 | Archer-NDCA-01882876 | Archer-NDCA-01882933 |
| Archer-NDCA-01882934 | Archer-NDCA-01882977 | Archer-NDCA-01883107 | Archer-NDCA-01883220 |

Gibson, Dunn &
Crutcher LLP

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

<u>**CERTIFICATE OF SERVICE**</u>

I, Frank P. Coté, declare as follows:

I am employed in the County of Orange, State of California.  I am over the age of eighteen years and am not a party to this action.  My business address is Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Suite 1200, Irvine, CA 92612.

On November 21, 2021, I served the following document:

**DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)**

on the party stated below, by the following means of service:

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan<br>Patrick Schmidt<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>dianecafferata@quinnemanuel.com | Attorneys for Plaintiff Wisk Aero LLC |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Michael F. LaFond<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>michaellafond@quinnemanuel.com | Attorneys for Plaintiff Wisk Aero LLC |

☑     **BY EMAIL:**  I caused a true and correct copy of the document to be electronically served to the email addresses listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 21, 2021.

                                     *_/s/ Frank P. Coté_*
                                       Frank P. Coté

105881685.3

DEFENDANT ARCHER AVIATION INC.'S TENTH SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF WISK AERO LLC'S INTERROGATORIES (SET ONE)
Case No. 3:21-cv-02450-WHO

Gibson, Dunn & Crutcher LLP