# EXHIBIT 15

| | |
|---|---|
| **From:** | Dore, Michael H. <MDore@gibsondunn.com> |
| **Sent:** | Wednesday, October 5, 2022 4:15 PM |
| **To:** | Brian Mack; Gonzalez, Arturo J. |
| **Cc:** | Brady Huynh; Barsky, Wayne; Sim, Charlie; Hines, Kory; QE-Wisk v Archer; Thomasch, Daniel J. |
| **Subject:** | RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.) |

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

Brian,
We've provided what we said we would produce; Archer's production included all of the documents from the zip file and the metadata from those produced documents provides the file path location information where the zip was saved.

**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Brian Mack <brianmack@quinnemanuel.com>
**Sent:** Tuesday, October 4, 2022 2:08 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>; QE-Wisk v Archer <qewiskvarcher@quinnemanuel.com>; Thomasch, Daniel J. <DThomasch@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[WARNING: External Email]**

Michael, will Archer also be producing the zip file itself (or at least the metadata for the zip file)? See my email correspondence of September 6, below.

Best,
Brian

**Brian E. Mack** | quinn emanuel trial lawyers | 415-875-6423 Direct | brianmack@quinnemanuel.com

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Wednesday, September 21, 2022 9:54 PM
**To:** Brian Mack <brianmack@quinnemanuel.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>; QE-Wisk v Archer

<qewiskvarcher@quinnemanuel.com>; Thomasch, Daniel J. <DThomasch@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

Brian,
Please see the attached.  We are processing the zip file documents and will be providing them and a supplement to our response to Wisk's Interrogatory No. 1 in the next few days (when we can fill in the two blanks in Archer's section of the letter brief).

**Michael Dore**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Dore, Michael H.
**Sent:** Wednesday, September 14, 2022 10:03 PM
**To:** 'Brian Mack' <brianmack@quinnemanuel.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>; QE-Wisk v Archer <qewiskvarcher@quinnemanuel.com>; Thomasch, Daniel J. <DThomasch@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

Brian,
We are still working on our portion of the letter brief and another day or two.  We will send it to you Friday.

**Michael Dore**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Brian Mack <brianmack@quinnemanuel.com>
**Sent:** Friday, September 9, 2022 3:26 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>; QE-Wisk v Archer <qewiskvarcher@quinnemanuel.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[WARNING: External Email]**

Great, thank you Michael.

**Brian E. Mack** | quinn emanuel trial lawyers | 415-875-6423 Direct | brianmack@quinnemanuel.com

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Friday, September 9, 2022 3:23 PM
**To:** Brian Mack <brianmack@quinnemanuel.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

Brian,
We are preparing our portion of the letter brief and will be sending that to you by next Wednesday.

**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Brian Mack <brianmack@quinnemanuel.com>
**Sent:** Tuesday, September 6, 2022 1:53 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[WARNING: External Email]**

Michael,

One clarification below: as we discussed on the meet and confer, we will also need the original metadata associated with the zip file as well as the metadata for the files contained within the zip file. It is unclear from your email below whether the "contents" of the zip includes this information. If you are unwilling to provide this metadata along with the zip file, please add this topic to your half of the joint letter brief.

Best,
Brian

**Brian E. Mack** | quinn emanuel trial lawyers | 415-875-6423 Direct | brianmack@quinnemanuel.com

---

**From:** Brian Mack
**Sent:** Tuesday, September 6, 2022 11:01 AM

**To:** Dore, Michael H. <MDore@gibsondunn.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

Michael,

Thank you for confirming that Archer will supplement its response to Wisk's interrogatory No. 7.

With respect to your proposed compromise:
(1) We appreciate that Archer is willing to produce the full contents of the zip file, and we agree that personal information should be redacted on any documents unrelated to Wisk. Once produced, please identify the zip file by bates range.
(2) While we agree that production of Archer's litigation hold notice per our request will not result in any broader privilege waiver beyond the produced documents, Wisk does not agree to a mutual exchange of litigation hold notices (i.e., Wisk does not agree to produce its litigation hold notice). Archer's reasons are not persuasive—Archer's inquiries about documents and its requests for admissions do not put Wisk's litigation hold notices at issue and do not necessitate their production.
(3) We maintain that details as to the zip file are responsive to Wisk's Interrogatory No. 1 ("Identify with specificity any and all Documents within your possession, custody, or control that were created by Wisk, its employees, or agents."), and that Archer's response to this Interrogatory therefore requires supplementation.

Because of these disagreements, Wisk understands that we are at an impasse. Please prepare your half of the letter brief and send us a combined draft by Friday. Attached is our revised half of the letter brief.

Thanks,
Brian

**Brian E. Mack** | quinn emanuel trial lawyers | 415-875-6423 Direct | brianmack@quinnemanuel.com

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Friday, September 2, 2022 11:40 AM
**To:** Brian Mack <brianmack@quinnemanuel.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

Brian,
This confirms Archer will supplement its response to Wisk's Interrogatory No. 7 in compliance with FRCP 26(e).

To reach a compromise to resolve this dispute and avoid the need for motion practice, Archer is willing to:
(1) Produce the full contents of the zip folder, except to redact any personal information on any documents unrelated to Wisk (e.g., credit card numbers, addresses, etc.).
(2) Agree to a mutual exchange of the parties' litigation hold notices, with the mutual agreement that such production would not result in any broader waiver beyond the produced documents.

To clarify, we do not believe there is additional responsive, non-privileged information concerning Mr. Furman that is called for by the terms and applicable definitions of Wisk's Interrogatory Nos. 1 and 6. We also believe Wisk's refusal to

4

respond to Archer's inquiries about documents missing from Wisk's production and its refusal to respond to Archer's requests for admission that Wisk does not possess those documents alone make Wisk's litigation hold notices relevant and necessitate their production. Archer is not prepared to enter into a compromise that would require a production of Archer's litigation holds other than on a reciprocal basis.

Please let us know your position as to our proposed compromise and if you intend to revise your letter brief to address it before we take the time to prepare a response to a letter brief that Wisk already knows it will change.

**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Brian Mack <brianmack@quinnemanuel.com>
**Sent:** Wednesday, August 31, 2022 1:17 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[WARNING: External Email]**

Michael,

Thanks for the meet and confer today. We can confirm that if Archer agrees to produce its litigation hold notices, we will not argue that the production of those notices results in a broader subject matter waiver. As discussed on today's call, please let us know by Monday, September 5 whether Archer will agree to: (1) produce its litigation hold notices, (2) produce the zip file Mr. Furman saved to the desktop of his Archer-issued laptop before deleting email from his Fastmail account, and (3) supplement its production and discovery responses as outlined in our July 26 letter and Wisk's-half of the joint letter brief we sent over on Friday. Alternatively, please provide your half of the joint letter brief by next Monday.

Best,
Brian

**Brian E. Mack** | quinn emanuel trial lawyers | 415-875-6423 Direct | brianmack@quinnemanuel.com

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Monday, August 29, 2022 10:34 AM
**To:** Brian Mack <brianmack@quinnemanuel.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

5

We are available to meet and confer tomorrow (Tuesday) at 8am PT.

**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Brian Mack <brianmack@quinnemanuel.com>
**Sent:** Friday, August 26, 2022 6:38 PM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[WARNING: External Email]**

Thanks Michael.   Since these issues have been outstanding for some time (since Mr. Furman's deposition), we have prepared our half of a joint letter brief to the Court.   Please send us Archer's half of the letter brief, and let us know when you can meet and confer on Monday or Tuesday.

Best,
Brian

**Brian E. Mack** | **quinn emanuel** trial lawyers | **415-875-6423 Direct** | **brianmack@quinnemanuel.com**

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Thursday, August 25, 2022 9:23 PM
**To:** Brian Mack <brianmack@quinnemanuel.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

Brian,
I am not available tomorrow but we will circle back with proposed days/times to see what works for you and MoFo.  Thanks.

**Michael Dore**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

**From:** Brian Mack <brianmack@quinnemanuel.com>
**Sent:** Thursday, August 25, 2022 11:39 AM
**To:** Dore, Michael H. <MDore@gibsondunn.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brady Huynh <bradyhuynh@quinnemanuel.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[WARNING: External Email]**

Michael,

Are you available to meet an confer on the issues described in our July 26 letter sometime today or tomorrow?  We are pretty open.

Best,
Brian

**Brian E. Mack** | quinn emanuel trial lawyers | 415-875-6423 Direct | brianmack@quinnemanuel.com

---

**From:** Dore, Michael H. <MDore@gibsondunn.com>
**Sent:** Monday, August 8, 2022 3:03 PM
**To:** Brady Huynh <bradyhuynh@quinnemanuel.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brian Mack <brianmack@quinnemanuel.com>; QE-Wisk v Archer <qewiskvarcher@quinnemanuel.com>; Thomasch, Daniel J. <DThomasch@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>; Taylor, Duncan <DTaylor@gibsondunn.com>; Dawson, Shaelyn K. <ShaelynDawson@mofo.com>; Visitacion, Daisy Belle <DVisitacion@mofo.com>; Barsky, Wayne <wbarsky@gibsondunn.com>; Sim, Charlie <CSim@gibsondunn.com>; Eckert, Kristina <KEckert@gibsondunn.com>; Satanove, Doran J. <DSatanove@gibsondunn.com>
**Subject:** RE: Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[EXTERNAL EMAIL from mdore@gibsondunn.com]**

Counsel,
We disagree with your assertions in the attached letter related to Scott Furman.  In response to Wisk's proposal, Archer is contemplating proposing that the parties exchange their respective litigation hold notices, on the understanding that such exchange would not waive any applicable privilege for the disclosing parties.  We will confirm that proposal with you by Wednesday, as we are navigating Summer schedules.


Michael Dore

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7652 • Cell +1 213.258.5517
MDore@gibsondunn.com • www.gibsondunn.com

---

**From:** Brady Huynh <bradyhuynh@quinnemanuel.com>
**Sent:** Wednesday, July 27, 2022 12:01 AM

**To:** Feinstein, Diana M. <DFeinstein@gibsondunn.com>; Gonzalez, Arturo J. <AGonzalez@mofo.com>
**Cc:** Brian Mack <brianmack@quinnemanuel.com>; QE-Wisk v Archer <qewiskvarcher@quinnemanuel.com>; Dore, Michael H. <MDore@gibsondunn.com>; Thomasch, Daniel J. <DThomasch@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>; Taylor, Duncan <DTaylor@gibsondunn.com>; Dawson, Shaelyn K. <ShaelynDawson@mofo.com>; Visitacion, Daisy Belle <DVisitacion@mofo.com>
**Subject:** Wisk Aero LLC v. Archer Aviation Inc., Case 3:21-cv-02450-WHO (N.D. Cal.)

**[WARNING: External Email]**

Counsel,

Please find the attached correspondence from Brian Mack.

Regards,
Brady

**Brady Huynh**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores CA, 94065
Direct
650.801.5000 Main Office Number
650.801.5100 FAX
bradyhuynh@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.


Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.