UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ARCHER AVIATION INC.,<br><br>  Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 385 |

Plaintiff Wisk Aero, LLC filed a Motion for Sanctions, Dkt. No. 384, and the parties filed a stipulation to adjust the briefing schedule for that motion, Dkt. No. 385. Their stipulation is GRANTED and the hearing shall be moved to February 22, 2022, at 2:00 p.m. The amended briefing schedule is as follows:

1. Archer Files Opposition to Wisk's Motion on Monday, January 23, 2023.
2. Wisk Files Reply to Archer's Opposition on Monday, February 6, 2023.
3. Hearing on Wisk's Motion Wednesday, February 22, 2023.

**IT IS SO ORDERED.**

Dated: December 21, 2022

William H. Orrick
United States District Judge