**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC, | CASE NO. 3:21-CV-02450-WHO |
| Plaintiff, | **[PROPOSED] ORDER REGARDING ARCHER'S DECLARATION IN SUPPORT OF WISK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER TO SEAL ARCHER MATERIAL REGARDING WISK'S MOTION FOR SANCTIONS** |
| v. | |
| ARCHER AVIATION INC., | |
| Defendant. | |

1  Before the Court is Archer's declaration, pursuant to Civil Local Rules 7-11 and 79-5(f)(3), to
2  seal portions of the following document, which Wisk filed under provisional seal, in part, pursuant to
3  Civil Local Rule 79-5(f).  *See* Dkt. 383 (Wisk's administrative motion).  Having considered the papers,
4  the Court **ORDERS** as follows:

| Document | Portions to Be Sealed | Basis for Sealing |
|---|---|---|
| Exhibit 1 to Wisk's Motion for Sanctions (S. Furman Dep. Tr. Excerpts) (Dkt. 384-3) | Portions highlighted in GREEN | |

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. William H. Orrick
United States District Judge