| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>　yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>　robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>　michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>　dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>　patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:　(213) 443-3000<br>Facsimile:　(213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>　michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:　(650) 801-5000<br>Facsimile:　(650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>　jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>　srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br><br>Orin Snyder, admitted *pro hac vice*<br>　osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>　dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>　ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br><br>Wayne Barsky, SBN 116731<br>　wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>　mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>　dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARCHER AVIATION INC.,<br><br>　　　　Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>[Declaration of Josh A. Krevitt filed concurrently] |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on December 1, 2022, the Court issued an order (Dkt. 379) modifying the case schedule to allow the Parties additional time to serve opening expert reports and to account for the holiday season without, however, modifying the dates set for the pretrial conference and trial;

**WHEREAS**, in light of the number and volume of opening expert reports served by the Parties, the Parties agree that a modest extension of time (five days) to serve rebuttal expert reports is necessary and can be granted without modifying the dates currently set for the pretrial conference and trial;

**WHEREAS**, the only previous time modifications relevant to this issue are contained in the scheduling orders issued by the Court (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, this stipulation is supported by the Declaration of Josh A. Krevitt, as required by Civil Local Rule 6-2(a);

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the Court's approval, the Court modify the case schedule as set forth in the table below.

| # | Event | Current Date | Proposed New Date |
|---|---|---|---|
| 1 | Rebuttal Expert Reports Due | Friday, January 20, 2023 | Wednesday, January 25, 2023 |
| 2 | Expert Discovery to be Completed | Tuesday, February 7, 2023 | Friday, February 10, 2023 |
| 3 | Last Day to File Discovery Motions Related to Expert Discovery (Civil L.R. 37-3) | Tuesday, February 14, 2023 | Friday, February 17, 2023 |
| 4 | Parties File Motions for Summary Judgment and/or *Daubert* Motions | Friday, February 24, 2023 | *No change* |
| 5 | Parties File Oppositions to Motions for Summary Judgment and/or *Daubert* Motions | Monday, March 20, 2023 | *No change* |
| 6 | Parties File Replies in Support of Motions for Summary Judgment and/or *Daubert* Motions | Monday, April 10, 2023 | *No change* |

| # | Event | Current Date | Proposed New Date |
|---|-------|--------------|-------------------|
| 7 | Hearing on Motions for Summary Judgment and/or *Daubert* Motions | Wednesday, May 3, 2023 at 2:00 p.m. | *No change* |
| 8 | Pretrial Conference | Monday, June 26, 2023 at 2:00 p.m. | *No change* |
| 9 | Trial | Monday, August 14, 2023 at 8:30 a.m. | *No change* |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  January 6, 2023         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By:     _____/s/ Patrick Schmidt_____
                    Patrick Schmidt

*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON DUNN & CRUTCHER LLP


By:     _____/s/ Josh A. Krevitt_____
                    Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**

 Dated:  _____, 2023

_____

Honorable William H. Orrick
United States District Judge

Attestation Pursuant to Civil Local Rule 5-1(h)(3)

I, Josh A. Krevitt, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 6, 2023          GIBSON, DUNN & CRUTCHER LLP

By:      /s/ Josh A. Krevitt
     Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*