1  JOSHUA M. WESNESKI, *admitted pro hac vice*
   jwesneski@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Ave., NW
3  Washington, DC 20036
   Telephone:   202.887.3598
4  Facsimile:   202.831.6022

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC, | Case No. 3:21-cv-02450-WHO |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | Action Filed: April 6, 2021 |
| ARCHER AVIATION INC., | Honorable Judge William H. Orrick |
| Defendant. | |

Pursuant to Local Rule 5-1(c)(2)(C), Joshua M. Wesneski provides notice of his withdrawal as counsel for Defendant Archer Aviation Inc. Archer Aviation Inc. will continue to be represented by the attorneys of the law firm of Gibson, Dunn & Crutcher LLP.

Respectfully submitted,

DATED: January 20, 2023

By: */s/ Joshua M. Wesneski*
Joshua M. Wesneski