QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
  jkrevitt@gibsondunn.com
Stuart Rosenberg, SBN 239926
  srosenberg@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

Orin Snyder, admitted *pro hac vice*
  osnyder@gibsondunn.com
Daniel J. Thomasch, admitted *pro hac vice*
  dthomasch@gibsondunn.com
Paul Torchia, admitted *pro hac vice*
  ptorchia@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Wayne Barsky, SBN 116731
  wbarsky@gibsondunn.com
Michael Dore, SBN 227442
  mdore@gibsondunn.com
Diana M. Feinstein, admitted *pro hac vice*
  dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500

Attorneys for Defendant Archer Aviation Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC, | Case No. 3:21-cv-02450-WHO |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE** |
| vs. | [Declaration of Josh A. Krevitt filed concurrently] |
| ARCHER AVIATION INC., | |
| Defendant. | |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on January 9, 2023, the Court entered an order modifying the case schedule to allow the Parties additional time to serve rebuttal expert reports "in light of the number and volume of opening expert reports served by the Parties" (Dkt. 389);

**WHEREAS**, the schedule modification ordered by the Court on January 9, 2023 did not modify the dates set for the briefing of summary judgment and *Daubert* motions, the pretrial conference, or the trial (*id.*);

**WHEREAS**, despite diligent efforts, Archer requires an additional, modest extension of time (two days) to serve rebuttal reports, and the Parties agree further to corresponding extensions of subsequent deadlines, but without moving the dates currently set for the pretrial conference and trial;

**WHEREAS**, the requested extension is sought in part due to delays in conducting expert discovery caused by recent and ongoing health issues experienced by multiple Archer experts and multiple, critical members of Archer's counsel team as well as the need for additional time for expert depositions in light of the experts' limited availability;

**WHEREAS**, the impact of the requested schedule modification on the Court is reflected in the table below (*see* Civil L.R. 6-2(a)(3));

**WHEREAS**, the previous schedule modifications are contained in the Court's scheduling orders, with the most recent schedule modifications available at Docket Nos. 303, 359, 379, and 389 (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, this stipulation is supported by the Declaration of Josh A. Krevitt, as required by Civil Local Rule 6-2(a);

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the Court's approval, the Court modify the case schedule as set forth in the table below.

| # | Event | Current Date | Proposed New Date |
|---|-------|--------------|-------------------|
| 1 | Rebuttal Expert Reports Due | Wednesday, January 25, 2023 | Friday, January 27, 2023 |

| # | Event | Current Date | Proposed New Date |
|---|-------|--------------|-------------------|
| 2 | Expert Discovery to be Completed | Friday, February 10, 2023 | Monday, February 20, 2023 |
| 3 | Parties File Motions for Summary Judgment and/or *Daubert* Motions | Friday, February 24, 2023 | Friday, March 10, 2023 |
| 4 | Parties File Oppositions to Motions for Summary Judgment and/or *Daubert* Motions | Monday, March 20, 2023 | Friday, March 31, 2023 |
| 5 | Parties File Replies in Support of Motions for Summary Judgment and/or *Daubert* Motions | Monday, April 10, 2023 | Friday, April 14, 2023 |
| 6 | Hearing on Motions for Summary Judgment and/or *Daubert* Motions | Wednesday, May 3, 2023 at 2:00 p.m. | Wednesday, May 10, 2023 at 2:00 p.m.[1] |
| 7 | Pretrial Conference | Monday, June 26, 2023 at 2:00 p.m. | Monday, June 26, 2023 at 2:00 p.m. |
| 8 | Trial | Monday, August 14, 2023 at 8:30 a.m. | Monday, August 14, 2023 at 8:30 a.m. |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  January 20, 2023                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  _____*/s/ Patrick Schmidt*_____
                                    Patrick Schmidt

*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON DUNN & CRUTCHER LLP

By:  _____*/s/ Josh A. Krevitt*_____
                                    Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*

---

[1]  Should the Court wish to set a different date for the hearing on motions for summary judgment and/or *Daubert* motions, Wisk's counsel notes that it is unavailable on May 17 and May 24, 2023.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable William H. Orrick
United States District Judge

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Josh A. Krevitt, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  January 20, 2023                 GIBSON, DUNN & CRUTCHER LLP


By:   _____*/s/ Josh A. Krevitt*_____
                                                     Josh A. Krevitt

                                                     *Attorneys for Defendant Archer Aviation Inc.*