| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:    (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br><br>Orin Snyder, admitted *pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>ARCHER AVIATION INC.,<br><br>            Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE SCHEDULE**<br><br>[Declaration of Josh A. Krevitt filed concurrently] |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on January 9, 2023, the Court entered an order modifying the case schedule to allow the Parties additional time to serve rebuttal expert reports "in light of the number and volume of opening expert reports served by the Parties" (Dkt. 389);

**WHEREAS**, the schedule modification ordered by the Court on January 9, 2023 did not modify the dates set for the briefing of summary judgment and *Daubert* motions, the pretrial conference, or the trial (*id.*);

**WHEREAS**, despite diligent efforts, Archer requires an additional, modest extension of time (two days) to serve rebuttal reports, and the Parties agree further to corresponding extensions of subsequent deadlines, but without moving the dates currently set for the pretrial conference and trial;

**WHEREAS**, the requested extension is sought in part due to delays in conducting expert discovery caused by recent and ongoing health issues experienced by multiple Archer experts and multiple, critical members of Archer's counsel team as well as the need for additional time for expert depositions in light of the experts' limited availability;

**WHEREAS**, the impact of the requested schedule modification on the Court is reflected in the table below (*see* Civil L.R. 6-2(a)(3));

**WHEREAS**, the previous schedule modifications are contained in the Court's scheduling orders, with the most recent schedule modifications available at Docket Nos. 303, 359, 379, and 389 (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, this stipulation is supported by the Declaration of Josh A. Krevitt, as required by Civil Local Rule 6-2(a);

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the Court's approval, the Court modify the case schedule as set forth in the table below.

| # | Event | Current Date | Proposed New Date |
|---|-------|--------------|-------------------|
| 1 | Rebuttal Expert Reports Due | Wednesday, January 25, 2023 | Friday, January 27, 2023 |

| # | Event | Current Date | Proposed New Date |
|---|-------|--------------|-------------------|
| 2 | Expert Discovery to be Completed | Friday, February 10, 2023 | Monday, February 20, 2023 |
| 3 | Parties File Motions for Summary Judgment and/or *Daubert* Motions | Friday, February 24, 2023 | Friday, March 10, 2023 |
| 4 | Parties File Oppositions to Motions for Summary Judgment and/or *Daubert* Motions | Monday, March 20, 2023 | Friday, March 31, 2023 |
| 5 | Parties File Replies in Support of Motions for Summary Judgment and/or *Daubert* Motions | Monday, April 10, 2023 | Friday, April 14, 2023 |
| 6 | Hearing on Motions for Summary Judgment and/or *Daubert* Motions | Wednesday, May 3, 2023 at 2:00 p.m. | Wednesday, May 10, 2023 at 2:00 p.m.[1] |
| 7 | Pretrial Conference | Monday, June 26, 2023 at 2:00 p.m. | Monday, June 26, 2023 at 2:00 p.m. |
| 8 | Trial | Monday, August 14, 2023 at 8:30 a.m. | Monday, August 14, 2023 at 8:30 a.m. |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 20, 2023    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    */s/ Patrick Schmidt*
　　　　　Patrick Schmidt

*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON DUNN & CRUTCHER LLP

By:    */s/ Josh A. Krevitt*
　　　　　Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*

---

[1] Should the Court wish to set a different date for the hearing on motions for summary judgment and/or *Daubert* motions, Wisk's counsel notes that it is unavailable on May 17 and May 24, 2023.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**

Dated:  January 20, 2023

_____
Honorable William H. Orrick
United States District Judge

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Josh A. Krevitt, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 20, 2023              GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Josh A. Krevitt*
Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*