UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARCHER AVIATION INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-02450-WHO (DMR)<br><br>**ORDER RE: JANUARY 24, 2023 JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 396 |

The court has reviewed the parties' January 24, 2023 joint discovery letter in which Plaintiff Wisk Aero LLC moves to compel production of documents related to a report by Defendant Archer Aviation Inc.'s forensic expert and seeks supplementation of previous discovery responses related to the report. [Docket No. 396.] The letter is confusing, but it appears that there are three documents at issue: the forensic expert's report and two documents that refer to information in the report. Defendant appears to be withholding at least two of the disputed documents on the basis of the attorney-client privilege, although Plaintiff also refers to the work product doctrine in its portion of the letter. *Id*. at 1. Plaintiff disputes the application of the attorney-client privilege and work product doctrine and asserts several waiver arguments. *Id*. at 1-2.

Given the subject of the dispute and the issues raised in the joint letter, the court would benefit from briefing Plaintiff's motion to compel, along with evidentiary support. Accordingly, Plaintiff is granted leave to file a regularly noticed motion to compel regarding the withheld documents. The motion may not exceed ten pages. Plaintiff must submit the relevant parts of Defendant's privilege log with its motion, and the motion must address each challenged document and the claimed bases for withholding and/or waiver on a document-by-document basis.

Defendant's opposition may not exceed ten pages and shall be filed in accordance with the

timing set forth in Local Rule 7-3, and must also proceed document by document. Any reply may not exceed five pages and shall be filed in accordance with the timing set forth in Local Rule 7-3. The parties must provide evidentiary support for their positions in the form of declarations sworn under penalty of perjury. For example, to the extent that negotiations and/or a merger between Defendant and a company named Atlas Crest (and the timing of the same) are relevant to Defendant's privilege or work product claims, the parties must submit evidence supporting their factual contentions and authority regarding the legal significance of such events.

The parties may not incorporate by reference any prior submissions or use footnotes. Docket No. 396 is denied without prejudice.

**IT IS SO ORDERED.**

Dated: January 31, 2023



Donna M. Ryu
United States Magistrate Judge