UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>ARCHER AVIATION INC.,<br><br>              Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**ORDER REQUIRING RESPONSE TO MOTION TO MODIFY CASE SCHEDULE**<br><br>Re: Dkt. No. 401 |

Defendant Archer Aviation filed a Motion to Modify the Case Schedule and requested that Plaintiff Wisk Aero respond by February 9, 2023. [Dkt. No. 401]. Wisk is hereby ORDERED to file a response to the motion by Friday, February 10, 2023, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: February 8, 2023



William H. Orrick
United States District Judge