UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ARCHER AVIATION INC.,<br><br>  Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**ORDER MODIFYING DISCOVERY DEADLINES**<br><br>Re: Dkt. Nos. 401, 403, 404 |

Defendant Archer Aviation moves to modify the case schedule due to scheduling difficulties regarding expert reports and depositions. [Dkt. Nos. 401, 403]. In addition to moving the deadline for expert discovery, Archer seeks to push back the schedule for the Motions for Summary Judgment and/or *Daubert* motions and also the trial date by about two months. *Id.* Plaintiff Wisk Aero agrees to a one-week extension for the expert reports and depositions but asserts that other extensions are unnecessary and that it will be prejudiced by delays to the summary judgment and trial dates. [Dkt. No. 404].

I have previously emphasized the need for an expedited trial schedule given the nature of the issues in this case and Wisk again establishes it would be prejudiced by further delay. Accordingly, I will GRANT the request to extend the discovery deadlines but DENY the request to change the other deadlines. The modified schedule is as follows:

- Expert discovery to be completed: **February 27, 2023 (revised)**
- Deadline for Motions for Summary Judgment and/or *Daubert*:[1] **March 10, 2023**

---

[1] Wisk notes that Archer plans to seek to leave to file a summary judgment motion of one hundred pages. The parties are advised that I do not plan to review a motion of that length. *See* Civ. Loc. R. 7-2(b).

- **(unchanged)**
- Oppositions for MSJs and/or *Daubert*: **March 31, 2023 (unchanged)**
- Replies for MSJs and/or *Daubert*: **April 14, 2023 (unchanged)**
- Hearing on MSJs and/or *Daubert*: **May 10, 2023 (unchanged)**
- Pretrial Conference: **June 26, 2023 (unchanged)**
- Trial: **August 14, 2023 (unchanged)**

**IT IS SO ORDERED.**

Dated: February 13, 2023



William H. Orrick
United States District Judge