1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>ARCHER AVIATION INC.,<br><br>              Defendant. | CASE NO. 3:21-CV-02450-WHO<br><br>[PROPOSED] ORDER GRANTING ARCHER'S MOTION FOR LEAVE TO FILE SUR-REPLY EXPERT DECLARATION |

Before the Court is Defendant Archer Aviation Inc.'s Motion for Leave to File a Sur-Reply Expert Declaration in opposition to Plaintiff Wisk Aero LLC's Motion for Sanctions for Spoliation of Evidence. Having considered the papers, the Motion for Leave to File a Sur-Reply Expert Declaration is **GRANTED**. Archer shall file the expert declaration by 12:00 p.m. on Wednesday, February 15, 2023.

**IT IS SO ORDERED.**

DATED: February 14, 2023

Hon. William H. Orrick
United States District Judge