QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
 yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
 michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
 dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
 patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>ARCHER AVIATION INC.,<br><br>        Defendant. | CASE NO. 3:21-cv-2450-WHO<br><br>**NOTICE OF APPEARANCE OF MOON HEE LEE FOR WISK AERO LLC** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 Plaintiff Wisk Aero LLC files this Notice of Appearance and hereby notifies the Court and all parties of record that Moon Hee Lee of Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017, is appearing as counsel for Wisk Aero LLC in the above-referenced matter.

DATED: February 14, 2023   Respectfully submitted,

          QUINN EMANUEL URQUHART &
          SULLIVAN, LLP


         By */s/   Moon Hee Lee*
          Moon Hee Lee
          Attorney for Plaintiff Wisk Aero LLC