UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>ARCHER AVIATION INC.,<br><br>           Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**ORDER RE: PAGE LIMITS FOR MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 411 |

The parties filed a joint letter regarding page limits for the summary judgment motion defendant Archer Aviation Inc. intends to file. [Dkt. No. 411]. Archer seeks to modify the default page limits set by the Local Rules and plaintiff Wisk Aero LLC opposes. *See id.*

Given the specifics of this case, I find there is good cause to depart from the default page limits for these motions, though not to the extent sought by Archer. The page limits for the motion are set as follows: 45 pages for one omnibus motion for summary judgment; 45 pages for the opposition brief; and 20 pages for the reply brief.

**IT IS SO ORDERED.**

Dated: February 15, 2023

William H. Orrick
United States District Judge