QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| WISK AERO LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>ARCHER AVIATION INC.,<br><br>       Defendant. | CASE NO. 5:21-cv-02450-WHO<br><br>**PLAINTIFF WISK AERO LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT ARCHER AVIATION INC.'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rule 79-5(f), Plaintiff Wisk Aero LLC ("Wisk") submits this motion to determine whether the following documents, which are designated in whole, or in part, Confidential or Highly Confidential – Attorneys' Eyes Only, by Defendant Archer Aviation Inc. ("Archer") should be filed under seal:

| Document | Portions to Be Filed Under Seal | Designating Party | Reason |
|----------|--------------------------------|-------------------|--------|
| Wisk's Motion to Compel | Highlighted portions | Archer | Highlighted portions quote from, describe, or reference documents that Archer has designated Attorneys' Eyes Only. |
| Exhibit 1 to Declaration of Michael LaFond (Archer-NDCA-01761127) | Entire document | Archer | Archer has designated this document Attorneys' Eyes Only. |
| Exhibit 2 to Declaration of Michael LaFond (Archer-NDCA-01778024) | Pages 7-32 (Bates-stamped Archer-NDCA-01778029 – Archer-NDCA-01778054) | Archer | Archer has designated this document Attorneys' Eyes Only. |

Prior to this filing, the parties met and conferred on February 16, 2022, and followed up via email correspondence. Without conceding that any of the material in question meets the sealing standard, Wisk will not oppose any request by Archer to seal the materials in the table above.

DATED:  February 16, 2023                    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   /s/ Patrick Schmidt
    Yury Kapgan
    Robert M. Schwartz
    Michael T. Zeller
    Diane Cafferata
    Patrick Schmidt
    Michael LaFond

Attorneys for Plaintiff Wisk Aero LLC