# EXHIBIT 2

PRIVILEGED & CONFIDENTIAL

**BOARD OF DIRECTORS**
**OF**
**ATLAS CREST INVESTMENT CORP.**

**Minutes of Meeting on May 27, 2021**

Meeting: Board Meeting
Date: May 27, 2021
Time: 4:00 p.m. EST
Location: Video Conference
Board Members:
    Ken Moelis
    Michael Spellacy
    Emanuel Pearlman
    David Fox
    Eileen Murray
    Todd Lemkin
Others in Attendance:
   Taylor Rettig (COO)
   Christopher Callesano (CFO)
   Tiffany Lundquist (GC & Secretary)
   Jon Davis (Kirkland & Ellis LLP)
   Sandra Goldstein (Kirkland & Ellis LLP)
   Stefan Atkinson (Kirkland & Ellis LLP)
   Shachar Nir (Kirkland & Ellis LLP)

1. **Call to Order; Quorum; Review the Agenda**
Michael Spellacy (Chief Executive Officer) called the meeting to order at 4:00 p.m. EST. Tiffany Lundquist (Company Secretary) confirmed that all of the members of the Board of Directors (the "Board") of Atlas Crest Investment Corp. (the "Company") were present. Mr. Spellacy reviewed the agenda with the Board.

2. **S-4 Update**
Ms. Lundquist and representatives of Kirkland began by providing an update on the status of

**Redacted – Privilege**

Highly Confidential - Attorneys' Eyes Only    Archer-NDCA-01778024

> # Redacted – Privilege

3. **220 Demand Letter**
Ms. Lundquist provided an overview of [Redacted – Privilege]

> # Redacted – Privilege

The meeting was adjourned at 5:00 p.m. EST.

By: _____
Tiffany Lundquist
Company Secretary

**Executive Session**

The independent directors met in Executive Session without the management directors and without management after the conclusion of the Board meeting. Kirkland and Tiffany Lundquist were in attendance.

2

Highly Confidential - Attorneys' Eyes Only                                                                 Archer-NDCA-01778025

<u>*PRIVILEGED & CONFIDENTIAL*</u>

**BOARD OF DIRECTORS
OF
ATLAS CREST INVESTMENT CORP.**

<u>**Minutes of Meeting on June 2, 2021**</u>

Meeting: Board Meeting
Date: June 2, 2021
Time: 6:00 pm EST
Location: Video Conference
Board Members:
     Ken Moelis
     Michael Spellacy
     Emanuel Pearlman
     David Fox
     Eileen Murray
     Todd Lemkin
Others in Attendance:
   Taylor Rettig (COO)
   Christopher Callesano (CFO)
   Tiffany Lundquist (GC & Secretary)
   Jon Davis (Kirkland & Ellis LLP)
   Edward Lee (Kirkland & Ellis LLP)
   Stefan Atkinson (Kirkland & Ellis LLP)
   Brandon Brown (Kirkland & Ellis LLP)
   Peter C. Fritz (Kirkland & Ellis LLP)
   Jared Dermont (MD, Moelis & Company)
   Alan Aberg (ED, Moelis & Company)
   Augusto Sasso (MD, Moelis & Company)
   Greg Williams (Richards, Layton & Finger, PA)
   Brett Harrison (FTI Consulting)
   Michael Dore (Gibson, Dunn & Crutcher LLP)
   Wayne Barsky (Gibson, Dunn & Crutcher LLP)
   Josh Krevitt (Gibson, Dunn & Crutcher LLP)
   Eric Vandervelde (Gibson, Dunn & Crutcher LLP)
   Emma Strong (Gibson, Dunn & Crutcher LLP)

1. **Call to Order; Quorum; Review the Agenda**
Michael Spellacy (Chief Executive Officer) called the meeting to order at 6:00 pm EST. Tiffany Lundquist (Company Secretary) confirmed that all of the members of the Board of Directors (the "<u>Board</u>") of Atlas Crest Investment Corp. (the "<u>Company</u>") were present. Mr. Spellacy reviewed the agenda with the Board.

2. **FTI/Gibson Investigation**

Highly Confidential - Attorneys' Eyes Only                                                                    Archer-NDCA-01778026

<u>PRIVILEGED & CONFIDENTIAL</u>

The representatives of FTI Consulting ("<u>FTI</u>") and Gibson, Dunn & Crutcher LLP ("<u>Gibson Dunn</u>") then joined the meeting. With reference to materials previously provided to the Board, representatives of Gibson Dunn provided an overview Redacted – Privilege

**Redacted – Privilege**

3. <u>Gibson Litigation Update</u>
Representatives of Gibson Dunn then provided an update on Redacted – Privilege

**Redacted – Privilege**

4. <u>Kirkland Litigation/Transaction Update</u>
With reference to the materials previously provided to the Board, representatives of Kirkland & Ellis LLP ("<u>Kirkland</u>") then provided perspectives regarding Redacted – Privilege

**Redacted – Privilege**

4

PRIVILEGED & CONFIDENTIAL

> # Redacted – Privilege

The meeting was adjourned at approximately 9:30 pm EST.

By: _____
Tiffany Lundquist
Company Secretary

5

Highly Confidential - Attorneys' Eyes Only                                Archer-NDCA-01778028

Pages 7-32 (Bates-stamped Archer-NDCA-01778029 – Archer-NDCA-01778054)
filed under seal