# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** February 22, 2023 | **Time:** 58 minutes<br>2:09 p.m. to 3:07 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 21-cv-02450-WHO | **Case Name:** Wisk Aero LLC v. Archer Aviation Inc. | |

**Attorneys for Plaintiff:**  Brian E. Mack
**Attorneys for Defendant:**  Josh A. Krevitt, Wayne Barsky, and Diana M. Feinstein

**Deputy Clerk:** Jean Davis                **Court Reporter:** Marla Knox

# PROCEEDINGS

Hearing on motion for sanctions conducted via videoconference. The Court presents tentative. Argument of counsel heard. The motion is taken under submission; written order to follow.