| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:   (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br><br>Orin Snyder, admitted *pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br><br>Attorneys for Defendant Archer Aviation Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>          Plaintiff,<br><br>    vs.<br><br>ARCHER AVIATION INC.,<br><br>          Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ADJOURN BRIEFING DEADLINES AND REQUEST TO SET A NEW SCHEDULE** |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on February 13, 2023, the Court extended the deadline for the Parties to complete expert discovery from February 20, 2023 to February 27, 2023 (Dkt. 406);

**WHEREAS**, the Parties scheduled the deposition of Wisk expert E. Randolph Collins, Jr., Ph.D. for March 6, 2023 pursuant to an agreement between the Parties to take certain depositions, including Dr. Collins' deposition, out of time (Fed. R. Civ. P. 29(a));

**WHEREAS**, Dr. Collins has submitted a 411-page expert report on the technical aspects of three of Wisk's trade secrets (Nos. 12, 17, and 44), as well as two of Wisk's patents (the '033 and '833 patents);

**WHEREAS**, on March 2, 2023, Wisk contacted Archer to advise that Dr. Collins' deposition needed to be postponed to a later, not-then-determined date because his mother had recently entered end-of-life hospice care, and the Parties further met and conferred on this issue the next day;

**WHEREAS**, the Parties subsequently adjourned the March 6, 2023 deposition of Dr. Collins, recognizing that such a deposition could not take place prior to the current March 10, 2023 deadline for *Daubert* and summary judgment motions;

**WHEREAS**, the Parties therefore now agree and stipulate that the March 10, 2023 deadline should be adjourned accordingly;

**WHEREAS**, Dr. Collins has now advised that, after a short bereavement period, he is available to sit for a deposition in Los Angeles, California on Tuesday, March 14, 2023;

**WHEREAS**, besides Dr. Collins, Archer's final expert (Dr. Locke) is scheduled to be deposed pursuant to agreement by the parties on Thursday, March 9, meaning that Dr. Collins' expected deposition on March 14 will complete expert discovery;

**WHEREAS**, the Parties do not want to materially lessen the time available to the Court between the completion of the Parties' briefing of *Daubert* and summary judgment motions and the Hearing on those motions, but in light of scheduling conflicts facing Wisk's counsel (*see* footnote

1, *infra*), it was not possible to propose a May 17 or May 24 Hearing date, the Parties jointly request that the Court specially set a date for the Hearing currently scheduled for May 10, 2023, as proposed below; the Parties are also both available on the currently scheduled May 10 date should the Court wish to maintain that date;

**WHEREAS**, the previous schedule modifications are contained in the Court's scheduling orders, with the most recent schedule modifications available at Docket Nos. 303, 359, 379, 389, and 406 (*see* Civil L.R. 6-2(a)(2));

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the Court's approval:

- The March 10, 2023 deadline for *Daubert* and summary judgment motions is adjourned;
- The parties agree to schedule the deposition of Dr. Collins for Tuesday, March 14, 2023 in Los Angeles, California.

**THE PARTIES FURTHER JOINTLY REQUEST THAT THE COURT SET A NEW SCHEDULE AS SET FORTH BELOW:**

| Event | Original Date | Proposed Date |
|---|---|---|
| Expert Discovery Complete: | March 6, 2023 | March 14, 2023 |
| Deadline for Motions for Summary Judgment and/or Daubert: | March 10, 2023 | March 19, 2023 |
| Oppositions for MSJs and/or Daubert: | March 31, 2023 | April 6, 2023 |
| Replies for MSJs and/or Daubert: | April 14, 2023 | April 20, 2023 |
| Hearing on MSJs and/or Daubert: | May 10, 2023 | May 12, 2023[1] *(requested special setting)* |
| Pretrial Conference: | June 26, 2023 | *Unchanged* |
| Trial | August 14, 2023 | *Unchanged* |

---

[1] The Parties are also both available on the currently scheduled May 10 date should the Court wish to maintain that date. Wisk notes again that if the Court elects to modify the scheduling order, Wisk's counsel is unavailable for a summary judgment hearing on either May 17 or May 24. *See* ECF 392 at 2 n.1 (the stipulation that the Court adopted as the current scheduling order stating the same unavailability). Therefore, Wisk respectfully requests that this Court not re-schedule the hearing on those dates.

Respectfully submitted,

Dated: March 8, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    */s/ Patrick Schmidt*
        Patrick Schmidt

*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON DUNN & CRUTCHER LLP

By:    */s/ Josh A. Krevitt*
        Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. William H. Orrick III
District Judge

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Josh A. Krevitt, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 8, 2023                    GIBSON, DUNN & CRUTCHER LLP

By:      */s/ Josh A. Krevitt*
                Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*