| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:   (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br><br>Orin Snyder, admitted *pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>ARCHER AVIATION INC.,<br><br>         Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GOVERNING SEALING PROCEDURES** |

Plaintiff Wisk Aero LLC and Defendant Archer Aviation Inc. submit the following Stipulation and [Proposed] Order Governing Sealing Procedures.

**WHEREAS**, on March 19, 2023, the parties intend to file their respective motions for summary judgment and *Daubert* motions (Dkt. 430);

**WHEREAS**, this is primarily a trade secret and patent case involving advanced and highly sensitive technologies and engineering work;

**WHEREAS**, given the nature of the case, the parties anticipate filing voluminous discovery in connection with their motions, much of which is designated Confidential or Highly Confidential – Attorneys' Eyes Only pursuant to the Stipulated Protective Order (Dkt. 161);

**WHEREAS**, the parties have met and conferred in good faith in connection with many prior sealing motions in this matter pursuant to the Court's September 30, 2021 order (Dkt. 159) implementing special sealing procedures in this case, and as a result have avoided any sealing dispute since that order;

**WHEREAS**, parties in other matters pending in this District have, with Court approval, stipulated to modifications of the sealing procedures set forth in the Civil Local Rules to minimize the burdens imposed by sealing requests on the parties and the Court. *See, e.g.*, Stipulated Order Modifying Sealing Procedures Relating to Plaintiffs' Motion for Sanctions, *In re Google Play Store Antitrust Litig.*, No. 20-CV-5671-JD (May 27, 2022) (Dkt. 264) (adopting procedure for omnibus sealing motion to follow completion of briefing on underlying motion); Stipulation and Order Modifying Sealing Procedures, *In re Apple iPhone Antitrust Litig.*, No. 11-CV-6714-YGR (Sept. 26, 2022) (Dkt. 664) (adopting procedure for omnibus sealing motion to follow completion of briefing on underlying class certification motion and associated filings);

**WHEREAS**, the parties wish to conserve the resources of the Court and the parties, and thus seek to avoid the need to brief multiple sealing motions with respect to the forthcoming *Daubert* and summary judgment motions;

**WHEREAS**, the parties further believe it will be most efficient to handle all sealing issues in omnibus sealing motions filed shortly after the briefing on the forthcoming motions concludes;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL:**

1. If a party files a document for which it, the other party, or a third party intends to request sealing, the party may publicly file the document in redacted or slip-sheet form and contemporaneously file an unredacted copy of the same document provisionally under seal on the ECF docket attached to a one-page interim sealing motion indicating that the reasons for sealing will be discussed in a forthcoming omnibus sealing motion.

2. Each party and any affected third party shall, on or before May 11, 2023 (*i.e.*, 14 days after the filing of the *Daubert* and summary judgment reply briefs (*see* Dkt. 430)), file an omnibus sealing motion providing support for all sealing requests made as to any document sought to be sealed that was filed in connection with the *Daubert* and summary judgment motions and, if necessary, publicly refile any document that, upon further review, warrants more narrowly tailored redactions than initially applied. Each party's omnibus sealing motion shall not exceed five pages, exclusive of any tables used to identify, on a document-by-document basis, the material sought to be sealed.

**IT IS SO STIPULATED**, through Counsel of Record.

Respectfully submitted,

Dated: March 17, 2023  QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Patrick Schmidt*
　　　　Patrick Schmidt

*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON DUNN & CRUTCHER LLP

By:   */s/ Diana M. Feinstein*
　　　　Diana M. Feinstein

*Attorneys for Defendant Archer Aviation Inc.*

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 17, 2023

_____
Hon. William H. Orrick III
District Judge

1                     <u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

2       I, Josh A. Krevitt, attest that concurrence in the filing of this document has been obtained

3 from the other signatories. I declare under penalty of perjury under the laws of the United States

4 of America that the foregoing is true and correct.

6 Dated: March 17, 2023            GIBSON, DUNN & CRUTCHER LLP

8                                By:      <u>*/s/ Diana M. Feinstein*</u>
                                                Diana M. Feinstein

9                               *Attorneys for Defendant Archer Aviation Inc.*