# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 3/23/2023 | **Time:** 1:11-1:39 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 3:21-cv-02450-WHO | **Case Name:** Wisk Aero LLC v. Archer Aviation Inc. | |

**For Plaintiff:**
Diane Cafferata

**For Defendant:**
Michael Dore
Diana Feinstein

**Deputy Clerk:** Ivy Lerma Garcia       **Recorded in Zoom:** 1:11-1:39

## PROCEEDINGS HELD BY ZOOM VIDEOCONFERENCE

1. Plaintiff's Motion to Compel [Docket No. 415] held

    By 3/28/2023, the parties shall file a joint notice advising the court whether they have reached an agreement regarding the results of Harrison/FTI's analysis of the former Wisk employees' personal devices. After the hearing, the court realized that the parties' dispute regarding the 5/27/2021 and 6/2/2021 Board meeting minutes are connected with any potential agreement regarding Harrison/FTI's analysis of personal devices. Accordingly, the court will not rule on Archer's claim of attorney-client privilege and work product protection with respect to the Board meeting minutes unless and until the parties notify the court that they are unable to reach an agreement. Nonetheless, by 3/24/2023, Archer shall lodge for in camera review the 5/27/2021 and 6/2/2021 Board meeting minutes with the portions pertaining to FTI's investigation unredacted for in camera review (those labeled "S-4 Update" and "FTI/Gibson Investigation"), as previously ordered at the hearing.

**Order to be prepared by:**
(  )   Plaintiff            (  )    Defendant            (  )    Court

cc: Chambers