| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:   (213) 443-3000<br>Facsimile:   (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:   (650) 801-5000<br>Facsimile:   (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br><br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br><br>Attorneys for Defendant Archer Aviation Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>      Plaintiff,<br><br>   vs.<br><br>ARCHER AVIATION INC.,<br><br>      Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT REPORT REGARDING THE PARTIES' ATTEMPT TO RESOLVE WISK'S MOTION TO COMPEL (ECF 415)** |

During the March 23, 2023 hearing on Plaintiff Wisk Aero LLC's motion to compel (ECF 415), the Court requested that the parties provide an update on their attempt to informally resolve the issues raised in Wisk's motion by March 28. The parties report that they are attempting to reach a resolution and require more time to do so. The parties will provide a further report by Friday, March 31.

Respectfully submitted,

Dated: March 28, 2023         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:      */s/ Yury Kapgan*
                Yury Kapgan
         *Attorneys for Plaintiff Wisk Aero LLC*

GIBSON DUNN & CRUTCHER LLP

By:      */s/ Josh A. Krevitt*
                Josh A. Krevitt
         *Attorneys for Defendant Archer Aviation Inc.*

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Yury Kapgan, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 28, 2023　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP

　　　　　　　　　　　　　　　　　By:　　　*/s/ Yury Kapgan*
　　　　　　　　　　　　　　　　　　　　　　Yury Kapgan

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Wisk Aero LLC*