| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:    (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br>Facsimile: 310.551.8741<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>ARCHER AVIATION INC.,<br><br>          Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Declaration of Yury Kapgan filed concurrently] |

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and
2 Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through
3 their undersigned counsel, hereby stipulate and agree as follows:

4  **WHEREAS**, during the October 25, 2022 case management conference in this case, the
5 Court set a further case management conference for April 4, 2023 "as a placeholder," and said to
6 inform the Court if the parties did not think it was necessary (Oct. 25, 2022 Hr'g Tr. at 8:18–24);

7  **WHEREAS**, the parties have conferred and agree that a case management conference is not
8 necessary on April 4;

9  **WHEREAS**, the only previous time modifications relevant to this issue are contained in the
10 scheduling orders issued by the Court (*see* Civil L.R. 6-2(a)(2));

11  **WHEREAS**, the Parties believe that the proposed continuance will not materially impact
12 the Court because the only impact to a scheduled hearing is the continuance of an existing case
13 management conference to another date that this Court regularly holds case management
14 conferences (*see* Civil L.R. 6-2(a)(3));

15  **WHEREAS**, this stipulation is supported by the Declaration of Yury Kapgan, as required
16 by Civil Local Rule 6-2(a);

17  **IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the
18 Court's approval, the Court continue the April 4, 2023 case management conference in this matter
19 to May 2, 2023. The parties agree to inform the Court in advance of that case management
20 conference whether they believe it should proceed or be taken off calendar.

21  **IT IS SO STIPULATED.**

22  Respectfully submitted,

23 Dated: April 3, 2022   QUINN EMANUEL URQUHART & SULLIVAN, LLP

25  By: ___*/s/ Yury Kapgan*___
26  Yury Kapgan
  *Attorneys for Plaintiff Wisk Aero LLC*

GIBSON DUNN & CRUTCHER LLP

By:   */s/ Wayne Barsky*
          Wayne Barsky

*Attorneys for Defendant Archer Aviation Inc.*

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**

Dated: April 3, 2023

Honorable William H. Orrick
United States District Judge

Attestation Pursuant to Civil Local Rule 5-1(h)(3)

I, Yury Kapgan, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 3, 2023            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:     */s/ Yury Kapgan*
                Yury Kapgan
        *Attorneys for Plaintiff Wisk Aero LLC*