| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:     (213) 443-3000<br>Facsimile:     (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:     (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br><br>Orin Snyder, admitted *pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARCHER AVIATION INC.,<br><br>    Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>[Declaration of Brian E. Mack filed concurrently] |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on April 5, 2023, Wisk filed a Notice of Motion and Motion for Adverse Inferences to be Drawn from Jing Xue's Invocation of the Fifth Amendment (the "Motion");

**WHEREAS**, under Civil Local Rules 7-3(a) and 7-3(c), Archer's opposition to the Motion is due April 19, 2023, and Wisk's reply thereto is due April 26, 2023;

**WHEREAS**, Wisk noticed the Motion for a hearing before the Honorable William H. Orrick on May 24, 2023 at 2:00 p.m.;

**WHEREAS**, there have been no previous modifications to the briefing schedule for the Motion (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, on March 24, 2023, the parties met and conferred via Zoom regarding an appropriate briefing schedule and reached an agreement on such a schedule via email on March 30, 2023;

**WHEREAS**, the parties agree that the modification to the briefing schedule for the Motion proposed in the table below will allow sufficient time to brief the matters in dispute while accounting for the deadlines for oppositions to and replies in support of the pending motions for summary judgment and *Daubert* motions;

**WHEREAS**, the parties further agree that the briefing schedule proposed below will not affect any other case deadlines or hearings under the current schedule;

**WHEREAS**, this stipulation is supported by the Declaration of Brian E. Mack, as required by Civil Local Rule 6-2(a);

**IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the Court's approval, the Court modify the briefing schedule for Wisk's Motion as set forth in the table below.

| # | Event | Current Date | Proposed New Date |
|---|---|---|---|
| 1 | Archer Files Opposition to Wisk's Motion | Wednesday, April 19, 2023 | Wednesday, April 26, 2023 |
| 2 | Wisk Files Reply to Archer's Opposition | Wednesday, April 26, 2023 | Wednesday, May 10, 2023 |
| 3 | Hearing on Wisk's Motion | Wednesday, May 24, 2023 | *No change* |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 5, 2023       QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:       */s/ Brian E. Mack*
                Brian E. Mack

*Attorneys for Plaintiff Wisk Aero LLC*

GIBSON DUNN & CRUTCHER LLP

By:       */s/ Diana M. Feinstein (by permission)*
                Diana M. Feinstein

*Attorneys for Defendant Archer Aviation Inc.*

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**

Dated: April 6, 2023

_____
Honorable William H. Orrick
United States District Judge

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Brian Mack, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 5, 2023              QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:       */s/ Brian E. Mack*
                Brian E. Mack

*Attorneys for Plaintiff Wisk Aero LLC*