1  DAVID R. CALLAWAY (SBN 121782)
   *DCallaway@glennagre.com*
2  **GLENN AGRE BERGMAN & FUENTES**
   44 Montgomery Street, Suite 2410
3  San Francisco, CA 94104
   Tel.: +1 415 599 0880
4
   Attorney for Non-Party:
5  JING XUE

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 Wisk Aero LLC,                       | Case No. 3:21-cv-02450-WHO

                   Plaintiff,           | **NOTICE OF CHANGE OF FIRM AND**
13                                      | **BUSINESS ADDRESS OF DAVID R.**
        v.                              | **CALLAWAY**
14
   Archer Aviation Inc.,
15
                   Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Third-party witness JING XUE ("Dr. Xue") files this Notice of Change of Firm and Business
2 | Address, and hereby notifies the Court that David R. Callaway, of the law firm of Glenn Agre
3 | Bergman & Fuentes, is located at:

>DAVID R. CALLAWAY (SBN 121782)
>DCallaway@glennagre.com
>GLENN AGRE BERGMAN & FUENTES
>44 Montgomery Street, Suite 2410
>San Francisco, CA 94104
>Tel.: +1 415 599 0880

Going forward, all pleadings, discovery, correspondence and other material intended for Mr. Callaway should be served on him at the physical and/or email addresses shown above.

Respectfully submitted,

Dated: April 20, 2023

By: /s/
DAVID R. CALLAWAY (SBN 121782)
*DCallaway@glennagre.com*
**GLENN AGRE BERGMAN & FUENTES**

---

NOTICE OF CHANGE OF FIRM AND BUSINESS ADDRESS
OF DAVID R. CALLAWAY                                           Case No. 3:21-cv-02450-WHO

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **April 20, 2023**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **April 20, 2023**.

/s/
DAVID R. CALLAWAY