UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WISK AERO LLC,

        Plaintiff,

    v.

ARCHER AVIATION INC.,

        Defendant.

Case No.  3:21-cv-02450-WHO

**ORDER TO SUBMIT UNREDACTED BRIEF**

Re: Dkt. Nos. 495, 499

    Wisk filed the redacted and unsealed version of its Opposition to Archer's Motion to Exclude the Expert Testimony of Patrick Kennedy, Dkt. No. 495, but apparently did not file an unredacted version under seal with its other unredacted exhibits, Dkt. No. 499.  Wisk is ORDERED to file the unredacted version of this brief by Tuesday, April 25, 2023, at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: April 23, 2023

William H. Orrick
United States District Judge