| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:    (213) 443-3000<br>Facsimile:     (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:    (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br>Facsimile: 310.551.8741<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>                Plaintiff,<br><br>        vs.<br><br>ARCHER AVIATION INC.,<br><br>                Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR** |

1  Pursuant to Civil Local Rule 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer
2  Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned
3  counsel, hereby stipulate and agree as follows:

4  **WHEREAS**, during the October 25, 2022 case management conference in this case, the
5  Court set a further case management conference for April 4, 2023 "as a placeholder," and said to
6  inform the Court if the parties did not think it was necessary (Oct. 25, 2022 Hr'g Tr. at 8:18–24);

7  **WHEREAS**, the parties subsequently stipulated to, and the Court ordered, a continuance of
8  the April 4 case management conference to May 2;

9  **WHEREAS**, the parties' stipulation stated that they would "inform the Court in advance of"
10  the May 2 case management conference "whether they believe it should proceed or be taken off
11  calendar";

12  **WHEREAS**, the parties have conferred and agree that a case management conference is not
13  necessary on May 2;

14  **IT IS HEREBY STIPULATED**, by and between Wisk and Archer, that subject to the
15  Court's approval, the Court take the May 2, 2023 case management conference in this matter off
16  calendar.

17  **IT IS SO STIPULATED.**

18  Respectfully submitted,

19  Dated: April 24, 2023     QUINN EMANUEL URQUHART & SULLIVAN, LLP

21  By:   /s/ Yury Kapgan
                Yury Kapgan
22         *Attorneys for Plaintiff Wisk Aero LLC*

24  GIBSON DUNN & CRUTCHER LLP

26  By:   /s/ Wayne Barsky
                Wayne Barsky
27         *Attorneys for Defendant Archer Aviation Inc.*

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING TO EXIST, IT IS SO ORDERED.**

Dated:  April 24, 2023

                                    Honorable William H. Orrick
                                    United States District Judge

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Yury Kapgan, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 24, 2023            QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:    <u>/s/ Yury Kapgan</u>
                  Yury Kapgan
       *Attorneys for Plaintiff Wisk Aero LLC*