# EXHIBIT 29

```
 1   GIBSON, DUNN & CRUTCHER LLP
     Josh A. Krevitt, SBN 208552
 2     jkrevitt@gibsondunn.com
     Stuart M. Rosenberg, SBN 239926
 3     srosenberg@gibsondunn.com
     1881 Page Mill Road
 4   Palo Alto, CA  94304-1211
     Telephone: 650.849.5300
 5
     Daniel J. Thomasch, admitted pro hac vice
 6     dthomasch@gibsondunn.com
     Paul Torchia, admitted pro hac vice
 7     ptorchia@gibsondunn.com
     200 Park Avenue
 8   New York, NY  10166-0193
     Telephone: 212.351.4000
 9
     Wayne Barsky, SBN 116731
10     wbarsky@gibsondunn.com
     Michael H. Dore, SBN 227442
11     mdore@gibsondunn.com
     Diana M. Feinstein, admitted pro hac vice
12     dfeinstein@gibsondunn.com
     2029 Century Park East, Suite 4000
13   Los Angeles, CA  90067-3026
     Telephone: 310.552.8500
14
     Attorneys for Defendant and Counterclaimant
15   Archer Aviation Inc.
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC, | CASE NO. 3:21-CV-02450-WHO |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | **EXHIBIT 29: XUE, JING - M80789 INTERNET ACTIVITY_HIGHLIGHTS REDACTED.XLSX** |
| ARCHER AVIATION INC., | |
| Defendant. | |

**MANUAL FILING NOTIFICATION**

Archer submits this Manual Filing Notification under Civil Local Rule 5-1(e) and pursuant to the instructions on this District's webpage. *See* https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/preparing-my-filing/when-paper-documents-are-required/. On April 27, 2023, Archer will deliver to the Court a thumb drive containing the file identified below, which is an Archer file that contains information that Archer has designated as highly confidential pursuant to the Protective Order in this case.

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than e-filing system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____ _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

_X_ Other (description): Native Excel spreadsheet unable to convert to readable PDF

Filename: "Xue, Jing - M80789 Internet Activity_highlights REDACTED.xlsx"

Respectfully submitted,

DATED: April 26, 2023          GIBSON, DUNN & CRUTCHER LLP

By:          */s/ Josh A. Krevitt*
                    Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*