# EXHIBIT 30
# Filed Under Seal

## Documents Jing Xue Downloaded From Wisk's Google Drive Between December 25 and 26, 2019 and Listed in Wisk's Motion for Adverse Inferences

| File Name | Produced by Wisk | Relevant TS(s) Per Wisk's Motion | Identified in Wisk Expert Report for Misappropriation | Last Access Date[1] | Retained Since Starting at Archer |
|---|---|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇▇ | Unclear[2] | 29, 39 | No | No evidence of access | No |
| ▇▇▇▇▇▇▇▇▇▇▇▇▇ | Unclear | 29, 39 | No | No evidence of access | No |
| ▇▇▇▇▇▇▇▇▇ | No | 29, 39 | No | No evidence of access | No |
| ▇▇▇▇▇▇ | Unclear | 29, 39 | No | No evidence of access | No |
| ▇▇▇▇ | Unclear | 29, 39 | No | No evidence of access | No |
| ▇▇▇▇▇▇▇▇▇ | Unclear | 29, 39 | No | No evidence of access | No |
| ▇▇▇▇▇▇▇▇▇ | No | 29, 39 | No | No evidence of access | No |
| ▇▇ | Unclear | 29, 39 | No | No evidence of access | No |
| ▇▇▇▇▇ | Unclear | 29, 39 | No | No evidence of access | No |
| ▇▇▇▇▇▇ | Unclear | 29, 39 | No | No evidence of access | No |
| ▇▇▇▇▇▇▇ | Unclear | 29, 39 | No | No evidence of access | No |
| ▇▇▇▇▇▇▇▇▇▇▇ | Unclear | 29, 30, 31, 39 | No | No evidence of access | No |
| ▇▇▇▇▇▇▇ | Yes | 29, 39 | No | No evidence of access | No |

---

[1] Last access dates (or confirmation of no evidence of access) and evidence of retention are sourced from Exhibit M to the Expert Report of Andrew Crain, Wisk's forensic expert.  Dkt. 456-13.
[2] Some documents produced by Wisk have similar file names to downloaded documents listed in Wisk's motion, but are not exact file name matches.  For example, some documents have file names which would otherwise correspond to the file name cited in Wisk's motion, but are then followed by a random series of letters and numbers.  Archer cannot know for certain whether such documents are the exact documents Wisk means to reference.

| File Name | Produced by Wisk | Relevant TS(s) Per Wisk's Motion | Identified in Wisk Expert Report for Misappropriation | Last Access Date[1] | Retained Since Starting at Archer |
|---|---|---|---|---|---|
| ██████████████████ | Unclear | 42, 43[3] | No | 1/12/2020 | No |
| ████████████ | Yes | 42, 43 | No | No evidence of access | No |
| ██████ | Yes | 42, 43 | No | 1/12/2020 | No |
| ████████████████████ | Unclear | 42, 43 | No | No evidence of access | No |
| ██████████████ | Unclear | 42, 43 | No | No evidence of access | No |
| ██████ | Unclear | 42, 43 | No | No evidence of access | No |
| ████████████████ | Unclear | 42, 43 | No | No evidence of access | No |
| ██████████████████ | Unclear | 42, 43 | No | No evidence of access | No |
| ██████████████████ | Unclear | 42, 43 | No | 1/12/2020 | No |
| ████████████ | Yes | 42, 43 | No | 1/12/2020 | No |
| ██████████ | Unclear | 42, 43 | No | No evidence of access | No |
| ██████████████ | Yes | 42, 43 | No | No evidence of access | No |
| ██████████████ | Yes | 42, 43 | No | No evidence of access | No |
| ████████████ | Yes | 17 | No | No evidence of access | No |
| ██████████████ | Yes | 17 | No | No evidence of access | No |
| ██████████████ | Yes | 17 | No | 1/11/2020 | No |

[3] Wisk dropped from the case ██████████████████████████████████████████ (Trade Secrets 42 and 43). Dkt. 257.
[4] We understand that the file name listed in Wisk's Motion, "██████████████," includes a typographical error, and the letter "l" in this file name should be the number "1."

| File Name | Produced by Wisk | Relevant TS(s) Per Wisk's Motion | Identified in Wisk Expert Report for Misappropriation | Last Access Date[1] | Retained Since Starting at Archer |
|---|---|---|---|---|---|
| ▮▮▮ | Yes | 17 | No | 1/12/2020 | No |
| ▮▮▮ | Yes | 17 | No | No evidence of access | No |
| ▮▮▮ | No | 17 | No | No evidence of access | No |
| ▮▮▮ | Yes | 17 | No | No evidence of access | No |
| ▮▮▮ | Yes | 17 | No | No evidence of access | No |
| ▮▮▮ | Yes | 17 | No | No evidence of access | No |
| ▮▮▮ | Yes | 17 | No | No evidence of access | No |
| ▮▮▮ | Yes | 17 | No | No evidence of access | No |
| ▮▮▮ | Yes | 1, 3 | No | No evidence of access | No |
| ▮▮▮ | Yes | 1, 3 | Yes | 1/12/2020 | No |
| ▮▮▮ | Yes | 15 | No | 1/11/2020 1/12/2020 | No |
| ▮▮▮ | Unclear | 29, 39 | Yes | No evidence of access | No |
| ▮▮▮ | Unclear | 29, 39 | No | No evidence of access | No |
| ▮▮▮ | Unclear | 29, 30, 31, 39 | No | No evidence of access | No |
| ▮▮▮ | Unclear | 29, 39 | Yes | No evidence of access | No |
| ▮▮▮ | Unclear | 29, 39 | No | No evidence of access | No |
| ▮▮▮ | No | 29, 39 | Yes | 1/12/2020 | No |
| ▮▮▮ | No | 29, 39 | Yes | 1/12/2020 | No |

| File Name | Produced by Wisk | Relevant TS(s) Per Wisk's Motion | Identified in Wisk Expert Report for Misappropriation | Last Access Date[1] | Retained Since Starting at Archer |
|---|---|---|---|---|---|
| ███ | No | 29, 39 | Yes | 1/12/2020 | No |
| ███ | No | 29, 39 | Yes | 1/12/2020 | No |
| ███ | Unclear | 30, 31 | No | No evidence of access | No |
| ███ | Yes | 30, 31 | No | No evidence of access | No |
| ███ | No | 30, 31 | No | No evidence of access | No |
| ███ | Unclear | 30, 31 | No | No evidence of access | No |
| ███ | Unclear | 30, 31 | Yes | No evidence of access | No |
| ███ | Yes | 17 | No | 1/12/2020 | No |
| ███ | Yes | 44 | Yes | No evidence of access | No |