# EXHIBIT 31

Confidential - Attorneys' Eyes Only

Page 1

1      UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3        SAN FRANCISCO DIVISION

4  WISK AERO, LLC,

5             Plaintiff,
   vs.                          NO:  3:21-cv-02450-WHO
6
   ARCHER AVIATION, INC.,
7
             Defendant.
8  _____/

9

10

11

12     ** CONFIDENTIAL - ATTORNEYS' EYES ONLY **

13     VIDEOTAPED DEPOSITION OF ADAM GOLDSTEIN

14          Friday, November 18, 2022

15          Volume I - Pages 1 to 312

16

17

18

19

20

21

22

23  Reported By:

24  LINDA VACCAREZZA, RPR, CLR, CRP, CSR. NO. 10201

25  JOB NO. 219800

1  asking a question that would invade the privilege.
2  And I'm saying I'll allow Mr. Goldstein to answer
3  the question if you will agree that it's not going
4  to -- you won't assert it to be a waiver.
5          MR. KAPGAN:  Yeah.  It's not a waiver.
6          MR. BARSKY:  Thank you.  You may answer
7  the question.
8          THE WITNESS:  Over the past week, I've had
9  my company's earnings, and over the past three
10 days, I've had my company's what we call open
11 housed which was three events that took place,
12 flight test and large programming and then a
13 product unveiling, followed the following day by
14 another set of flight tests.
15          And so I have not had a chance to review
16 with my counsel the recent Jing deposition, but I
17 did hear that it did take place.  But I have not
18 had a chance to debrief on it yet.
19 BY MR. KAPGAN:
20    Q.   You've been a busy guy this week?
21    A.   I have.  You can see it online on YouTube.
22    Q.   Do you have an understanding that Archer
23 asked Mr. Xue not to assert the Fifth Amendment for
24 purposes of his deposition this week?
25          MR. BARSKY:  You can answer that question.

1            THE WITNESS:  Yes.  I understand that
2    Archer asked Mr. Xue to tell the truth at all
3    times.
4    BY MR. KAPGAN:
5        Q.   And not to assert the Fifth Amendment?
6        A.   I believe we asked Mr. Xue to show up and
7    tell the truth.  I think that's how it was phrased
8    but I don't recall the exact wording.
9        Q.   Who was it that communicated that to
10   Mr. Xue?
11       A.   My head of people, Tasha Perkins, sent him
12   an e-mail saying that.
13       Q.   Was that sent at the direction of counsel
14   or in consultation with counsel?
15       A.   I don't know.  I was--as I saw that
16   e-mail, it came in the middle of my unveil, in the
17   middle of my open house programming.
18       Q.   Do you have any understanding as to why
19   Ms. Perkins sent that e-mail to Mr. Xue?
20       A.   I understand that he was going to be
21   deposed and we want Jing, given the circumstances,
22   we want him to tell the truth.  And so that was
23   understanding of what was sent but I've not spoken
24   with Tasha about it.
25       Q.   Given your understanding that Mr. Xue is

1            C E R T I F I C A T E

2  STATE OF CALIFORNIA     )

3  COUNTY OF SAN FRANCISCO )

4

5  I, LINDA VACCAREZZA, a Certified Shorthand

6  Reporter for the State of California, do

7  hereby certify that ADAM GOLDSTEIN, the

8  witness whose deposition is hereinbefore set

9  forth, was duly sworn by me and that such

10 deposition is a true record of the testimony

11 given by such witness.

12 I further certify that I am not related to

13 any of the parties to this action by blood or

14 marriage; and that I am in no way interested

15 in the outcome of this matter.

16

17 IN WITNESS WHEREOF, I have hereunto set my

18 hand this 22nd day of November 2022.

19

20

21   LINDA VACCAREZZA, CSR. NO. 10201

22

23

24

25

# ERRATA SHEET

Name of Case: *Wisk Aero LLC v. Archer Aviation, Inc.*, No. 3:21-CV-2450-WHO
Name of Witness:  Adam Goldstein
Date of Deposition: November 18, 2022

I wish to make the following changes, for the following reasons:

| PAGE | LINE | | |
|---|---|---|---|
| 11 | 18 | CHANGE: "it sent over" to "I had sent over" | |
| | | REASON: transcription error | |
| 11 | 24 | CHANGE: "there" to "they" | |
| | | REASON: transcription error | |
| 13 | 22 | DELETE: "12-tilt-6" | |
| | | REASON: transcription error | |
| 16 | 25 | CHANGE: "tech" to "type" | |
| | | REASON: transcription error | |
| 17 | 2 | DELETE: "," | |
| | | REASON: transcription error | |
| 18 | 12 – 14 | CHANGE: "We were validating our model and validating flight controls and validating prop system" to "We were validating our configuration, we were validating our aero model, we were validating our flight controls, and validating our tilt propeller system" | |
| | | REASON: transcription error | |
| 22 | 23 | CHANGE: "Is" to "It's" | |
| | | REASON: transcription error | |
| 39 | 11 | CHANGE: "Pria" to "Priya" | |
| | | REASON: spelling error | |
| 64 | 19 | CHANGE: "be. Met" to "be met," | |
| | | REASON: transcription error | |
| 103 | 12 | CHANGE: "as" to "at" | |
| | | REASON: transcription error | |
| 106 | 13 | CHANGE: "t" to "it a" | |
| | | REASON: transcription error | |
| 107 | 3 – 4 | CHANGE: "We want we want to" to "We want to" | |
| | | REASON: transcription error | |
| 134 | 4 | CHANGE: "I. Would have" to "I would have" | |
| | | REASON: transcription error | |
| 153 | 3 – 5 | CHANGE: "several of us contributed lots of design meetings" to "several of us contributed to lots of design meetings" | |
| | | REASON: transcription error | |
| 193 | 24 – 25 | CHANGE: "on the bottom tabs to events" to "on the bottom tabs, too – events" | |
| | | REASON: transcription error | |
| 194 | 5 | CHANGE: "Start-up moving fast" to "We were a start-up moving fast" | |
| | | REASON: transcription error | |

# ERRATA SHEET

| | | |
|---|---|---|
| 212 | 10 – | CHANGE: "open housed" to "open house" |
| | 11 | REASON: transcription error |
| 261 | 1 | CHANGE: "Debra Diaz" to "Deborah Diaz" |
| | | REASON: spelling error |

*Adam Goldstein*
_____
Adam Goldstein

This 13th day of January, 2023

2