GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
  jkrevitt@gibsondunn.com
Stuart M. Rosenberg, SBN 239926
  srosenberg@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300

Daniel J. Thomasch, admitted *pro hac vice*
  dthomasch@gibsondunn.com
Paul Torchia, admitted *pro hac vice*
  ptorchia@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000

Wayne Barsky, SBN 116731
  wbarsky@gibsondunn.com
Michael H. Dore, SBN 227442
  mdore@gibsondunn.com
Diana M. Feinstein, admitted *pro hac vice*
  dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA  90067-3026
Telephone: 310.552.8500

Attorneys for Defendant and Counterclaimant
Archer Aviation Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC, <br><br>             Plaintiff, <br><br>   v. <br><br> ARCHER AVIATION INC., <br><br>             Defendant. | CASE NO. 3:21-CV-02450-WHO (DMR) <br><br> **DEFENDANT ARCHER AVIATION INC.'S MOTION TO CONSIDER WHETHER PLAINTIFF WISK AERO LLC'S AND NON-PARTY JING XUE'S MATERIAL SHOULD BE SEALED** <br><br> Hearing Date:     May 24, 2023 <br> Hearing Time:     2:00 p.m. <br> Hearing Location: Courtroom 2 <br> Honorable Judge William H. Orrick |

Pursuant to Civil Local Rule 79-5(f), Archer Aviation Inc. ("Archer") has filed the documents identified in the table below under complete or partial seal because they contain information that was either (1) designated confidential or highly confidential by Wisk Aero LLC ("Wisk") or Dr. Jing Xue or (2) derived from sources Wisk has designated confidential or highly confidential. Wisk and Dr. Xue, as the Designating Parties, may file a statement or declaration requesting the sealing of this material within seven days of the filing of this Motion.

| Document | Portions to Be Filed Under Seal | Designating Party | Basis for Provisional Sealing |
|---|---|---|---|
| Archer's Opposition to Wisk's Motion for Adverse Inferences to be Drawn from Jing Xue's Invocation of the Fifth Amendment ("Opposition") | Portions highlighted in GREEN | Wisk | Information Designated as Highly Confidential – Attorney's Eyes' Only by Wisk |
| Declaration of Diana Feinstein in Support of the Opposition ("Feinstein Decl.") Ex. 1 (Wisk's Response to Interrogatory 11) | Portions highlighted in GREEN | Wisk | Information Designated as Highly Confidential – Attorney's Eyes' Only by Wisk |
| Feinstein Decl. Ex. 5 (Expert Rebuttal Report of Brett Harrison) | Portions highlighted in GREEN | Wisk | Information Designated as Highly Confidential – Attorney's Eyes' Only by Wisk |
| Feinstein Decl. Ex. 6 (Dropbox Returned Files List) | Entire Document | Wisk | Information Designated as Highly Confidential – Attorney's Eyes' Only by Wisk |
| Feinstein Decl. Ex. 10 (Jing Xue (11/16/2022) Deposition Transcript) | Portions highlighted in GREEN | Wisk | Information Designated as Highly Confidential – Attorney's Eyes' Only by Wisk |
| Feinstein Decl. Ex. 25 (Farhan Gandhi Deposition Transcript) | Entire Document | Wisk | Information Designated as Highly Confidential – Attorney's Eyes' Only by Wisk |
| Feinstein Decl. Ex. 29 (Lighthouse Internet Activity Report) | Entire Document | Jing Xue | Information Designated as Highly Confidential – Attorney's Eyes' Only by Jing Xue |

| Document | Portions to Be Filed Under Seal | Designating Party | Basis for Provisional Sealing |
|---|---|---|---|
| Feinstein Decl. Ex. 30 (Documents Jing Xue Downloaded from Wisk's Google Drive Between December 26 and 26, 2019 and Listed in Wisk's Motion for Adverse Inferences) | Portions highlighted in GREEN | Wisk | Information Designated as Highly Confidential – Attorney's Eyes' Only by Wisk |

Archer's counsel has reviewed and complied with Judge Orrick's Standing Order on Administrative Motions to File Under Seal, Judge Ryu's Standing Order (¶ 11), Civil Local Rule 79-5, and the Court's prior Order on Motions to Seal (Dkt. 162). Prior to this filing, on April 26, 2023 Archer met and conferred with Wisk regarding this Motion. Hines Decl. ¶ 7. Without conceding that any of the material in question meets the sealing standard, Archer will not oppose any request by Wisk or Dr. Xue to seal the assertedly confidential material identified in the table above.

Respectfully submitted,

DATED: April 26, 2023           GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Josh A. Krevitt*
     Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*