1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Yury Kapgan (Bar No. 218366)
2    yurykapgan@quinnemanuel.com
   Robert M. Schwartz (Bar No. 117166)
3    robertschwartz@quinnemanuel.com
4  Diane Cafferata (Bar No. 190081)
     dianecafferata@quinnemanuel.com
5  Patrick Schmidt (Bar No. 274777)
     patrickschmidt@quinnemanuel.com
6  865 South Figueroa Street, 10th Floor
7  Los Angeles, California 90017
   Telephone:    (213) 443-3000
8  Facsimile:    (213) 443-3100

9  Michael F. LaFond (Bar No. 303131)
10   michaellafond@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
11 Redwood Shores, California 94065
   Telephone:    (650) 801-5000
12 Facsimile:    (650) 801-5100

13 Attorneys for Plaintiff Wisk Aero LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC, | Case No. 3:21-cv-02450-WHO |
| Plaintiff, | **WISK AERO LLC'S ADMINISTRATIVE MOTION TO TEMPORARILY FILE UNDER SEAL ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY** |
| vs. | |
| ARCHER AVIATION INC., | |
| Defendant. | |

Pursuant to Civil Local Rules 7-11 and 79-5, and the Court's recent order regarding sealing (ECF 434), Wisk Aero LLC ("Wisk") hereby submits this Administrative Motion to Temporarily File Under Seal its Administrative Motion for Leave to File Sur-Reply, and certain of the exhibits to the same. These documents contain information designated confidential by Wisk, Archer Aviation Inc., or third parties. The reasons for sealing will be discussed in a forthcoming omnibus sealing motion. *See id*.

Dated: May 5, 2023

Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By  /s/ *Yury Kapgan*
Yury Kapgan
*Attorneys for Plaintiff Wisk Aero LLC*