QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
 yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
 dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
 patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiff Wisk Aero LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>ARCHER AVIATION INC.,<br><br>            Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**WISK'S NOTICE OF LODGING OF PUBLICLY FILED VERSION OF WISK'S MOTION AND MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF TODD MILBOURN** |

Pursuant to this Court's March 17, 2023 order regarding the process for the parties to seek to seal aspects of their filings in support of and in opposition to their motions for summary judgment and *Daubert* motions, ECF 434, Wisk has attached less-redacted (or unredacted) versions of the documents identified below.

| Filing | Exhibit to This Notice |
|---|---|
| Wisk's Motion to Exclude the Opinions and Testimony of Todd Milbourn (ECF 453) | A |

Dated: May 11, 2023

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Yury Kapgan
         Yury Kapgan
         Robert M. Schwartz
         Diane Cafferata
         Patrick Schmidt
         Michael F. LaFond

*Attorneys for Plaintiff Wisk Aero LLC*