1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Yury Kapgan (Bar No. 218366)
2    yurykapgan@quinnemanuel.com
   Robert M. Schwartz (Bar No. 117166)
3    robertschwartz@quinnemanuel.com
   Diane Cafferata (Bar No. 190081)
4    dianecafferata@quinnemanuel.com
   Patrick Schmidt (Bar No. 274777)
5    patrickschmidt@quinnemanuel.com
6  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017
7  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
8

9  Michael F. LaFond (Bar No. 303131)
     michaellafond@quinnemanuel.com
10 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
11 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
12

13 *Attorneys for Plaintiff Wisk Aero LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| WISK AERO LLC, | Case No. 3:21-cv-02450-WHO |
|---|---|
| Plaintiff, | **WISK'S NOTICE OF LODGING OF PUBLICLY FILED VERSION OF WISK'S *DAUBERT* MOTION TO EXCLUDE THE OPINION AND TESTIMONY OF HEATH HOFMANN** |
| vs. | |
| ARCHER AVIATION INC., | |
| Defendant. | |

Pursuant to this Court's March 17, 2023 order regarding the process for the parties to seek to seal aspects of their filings in support of and in opposition to their motions for summary judgment and *Daubert* motions, ECF 434, Wisk has attached less-redacted (or unredacted) versions of the documents identified below.

| Filing | Exhibit to This Notice |
|---|---|
| Wisk's *Daubert* Motion to Exclude the Opinion and Testimony of Heath Hofmann (ECF 439) | A |
| Schmidt Decl. Ex. B (ECF 439-3) | B |
| Reply in Support of Wisk's *Daubert* Motion to Exclude the Opinion and Testimony of Heath Hofmann (ECF 508) | C |
| Schmidt Decl. Ex. K (ECF 508-6) | D |
| Schmidt Decl. Ex. L (ECF 508-7) | E |

Dated: May 11, 2023

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Yury Kapgan*
Yury Kapgan
Robert M. Schwartz
Diane Cafferata
Patrick Schmidt
Michael F. LaFond

*Attorneys for Plaintiff Wisk Aero LLC*