QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
 yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
 dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
 patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiff Wisk Aero LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>ARCHER AVIATION INC.,<br><br>  Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**WISK'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO ARCHER'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. PATRICK KENNEDY** |

Earlier today, Archer issued a press release "announc[ing] it has now completed the final assembly of its first Midnight aircraft" and that "Archer will now take this aircraft through a series of ground tests leading up to its planned first flight this summer." The press release is attached as Exhibit A, and is properly the subject of judicial notice. *In re Netflix, Inc. Sec. Litig.*, 2005 WL 3096209, at *1 (N.D. Cal. Nov. 18, 2005) (taking judicial notice of press releases issued by a party to the litigation). The status of Archer's production aircraft is relevant to the summary judgment and *Daubert* motions pending before the Court.

Dated: May 11, 2023

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   /s/ Yury Kapgan
Yury Kapgan
Robert M. Schwartz
Diane Cafferata
Patrick Schmidt
Michael F. LaFond

*Attorneys for Plaintiff Wisk Aero LLC*