| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com |
| 3 | Stuart M. Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com |
| 4 | 1881 Page Mill Road<br>Palo Alto, CA  94304-1211 |
| 5 | Telephone: 650.849.5300 |
| 6 | Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com |
| 7 | Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com |
| 8 | 200 Park Avenue<br>New York, NY  10166-0193 |
| 9 | Telephone: 212.351.4000 |
| 10 | Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com |
| 11 | Michael H. Dore, SBN 227442<br>  mdore@gibsondunn.com |
| 12 | Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com |
| 13 | 2029 Century Park East, Suite 4000<br>Los Angeles, CA  90067-3026 |
| 14 | Telephone: 310.552.8500 |
| 15 | Attorneys for Defendant and Counterclaimant<br>Archer Aviation Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC, | CASE NO. 3:21-CV-02450-WHO (DMR) |
| Plaintiff, | **ARCHER'S OPPOSITION TO WISK'S REQUEST FOR JUDICIAL NOTICE** |
| v. | Hon. William H. Orrick |
| ARCHER AVIATION INC., | |
| Defendant. | |

Archer hereby responds to Wisk's request for judicial notice (Dkt. 558). Wisk's request is misleading and should be denied on that basis. Wisk implies *incorrectly* that Archer's press release of today was an announcement that the Midnight *production* aircraft has been completed. *See* Dkt. 558 at 1 (quoting the press release's discussion of "the first Midnight aircraft" and then arguing that "[t]he status of Archer's production aircraft is relevant to the summary judgment and *Daubert* motions pending before the Court").

In fact, the aircraft that Archer announced today has been completed is the Midnight zero *prototype* aircraft, *not the Midnight production aircraft.* The distinction between these two different aircraft was addressed in the declaration of Dr. Bower, submitted with Archer's Motion for Summary Judgment. *See* Dkt. 455-2. Today's press release makes this same distinction, although it uses different terminology. The press release refers to the Midnight zero prototype aircraft as "the first Midnight aircraft," announcing that Archer "has now completed the final assembly" of that prototype aircraft. Dkt. 588-1 at 2. Then, in the third paragraph—which Wisk does not quote in its request for judicial notice—the press release addresses the Midnight production aircraft, which the press release refers to as the "conforming Midnight aircraft" in reference to "conform[ance]" with FAA requirements. The press release explains that the Midnight production aircraft is *not* complete. *See id.* at 3 ("Component manufacturing is already underway for Archer's conforming Midnight aircraft. Archer is targeting the completion of final assembly of its initial conforming Midnight aircraft in Q4 2023 and to begin piloted flight test operations in early 2024.").

The distinction between the Midnight zero prototype aircraft (non-conforming Midnight) and the Midnight production aircraft (conforming Midnight) is also shown in today's Archer Shareholder Letter filed with the Securities and Exchange Commission, which shows the status of the two aircraft side-by-side under the heading "Tracking Our Progress," noting that the production aircraft that will be submitted for FAA certification (conforming Midnight) is *not complete* and that Archer has a "Target: completion of initial aircraft in Q4 2023." *See* Archer Q1 2023 Shareholder Letter, *available at* https://tinyurl.com/ynaazr4f, at 3 (last visited May 11, 2023).

Wisk's request for judicial notice should therefore be denied.

Respectfully submitted,

DATED: May 11, 2023                                  GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Josh A. Krevitt
                Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*