GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
  jkrevitt@gibsondunn.com
Stuart M. Rosenberg, SBN 239926
  srosenberg@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300

Daniel J. Thomasch, admitted *pro hac vice*
  dthomasch@gibsondunn.com
Paul Torchia, admitted *pro hac vice*
  ptorchia@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000

Wayne Barsky, SBN 116731
  wbarsky@gibsondunn.com
Michael H. Dore, SBN 227442
  mdore@gibsondunn.com
Diana M. Feinstein, admitted *pro hac vice*
  dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA  90067-3026
Telephone: 310.552.8500

Attorneys for Defendant and Counterclaimant
Archer Aviation Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC, | CASE NO. 3:21-CV-02450-WHO |
| Plaintiff, | **ARCHER'S NOTICE OF FILING OF PUBLIC VERSIONS OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL IN CONNECTION WITH SUMMARY JUDGMENT OR *DAUBERT* BRIEFING** |
| v. | |
| ARCHER AVIATION INC., | |
| Defendant. | Hon. William H. Orrick |

Gibson, Dunn & Crutcher LLP

ARCHER'S NOTICE OF FILING OF PUBLIC VERSIONS OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL
IN CONNECTION WITH SUMMARY JUDGMENT OR *DAUBERT* BRIEFING
CASE NO. 3:21-CV-02450-WHO

Pursuant to this Court's March 17, 2023 order regarding the process for the parties to seek to seal aspects of their filings in support of and in opposition to their motions for summary judgment and *Daubert* motions, Dkt. 434, Archer has attached less-redacted (or fully unredacted) versions of the documents identified below.

| Prior Docket No. | Description | Exhibit to This Notice |
|---|---|---|
| 443 | Archer's Motion to Exclude Testimony of Wisk's Technical Experts | 1 |
| 443-05 | Tech. Expert Mot. Ex. 4 | 2 |
| 443-06 | Tech. Expert Mot. Ex. 5 | 3 |
| 443-08 | Tech. Expert Mot. Ex. 7 | 4 |
| 443-11 | Tech. Expert Mot. Ex. 10 | 5 |
| 445 | Archer's Motion to Exclude Testimony of Frank Paskiewicz | 6 |
| 445-02 | Paskiewicz Ex. 1 | 7 |
| 445-03 | Paskiewicz Ex. 2 | 8 |
| 445-05 | Paskiewicz Ex. 4 | 9 |
| 447 | Archer's Motion to Exclude Testimony of Patrick Kennedy | 10 |
| 447-03 | Kennedy Mot. Ex. 2 | 11 |
| 447-04 | Kennedy Mot. Ex. 3 | 12 |
| 447-06 | Kennedy Mot. Ex. 5 | 13 |
| 456-01 | Bower Declaration in Support of Archer's Motion for Summary Judgment | 14 |
| 456-08 | Archer MSJ Ex. 6 | 15 |
| 456-14 | Archer MSJ Ex. 12 | 16 |
| 456-17 | Archer MSJ Ex. 15 | 17 |
| 456-18 | Archer MSJ Ex. 16 | 18 |
| 456-21 | Archer MSJ Ex. 19 | 19 |
| 456-27 | Archer MSJ Ex. 25 | 20 |
| 456-29 | Archer MSJ Ex. 27 | 21 |
| 456-33 | Archer MSJ Ex. 31 | 22 |
| 456-34 | Archer MSJ Ex. 32 | 23 |
| 456-37 | Archer MSJ Ex. 35 | 24 |
| 456-42 | Archer MSJ Ex. 40 | 25 |
| 456-44 | Archer MSJ Ex. 42 | 26 |
| 456-48 | Archer MSJ Ex. 46 | 27 |
| 456-54 | Archer MSJ Ex. 52 | 28 |
| 456-59 | Archer MSJ Ex. 57 | 29 |
| 474 | Archer's Motion for Summary Judgment – Corrected Version (Apr. 4, 2023) | 30 |
| 487 | Archer's Opposition to Wisk's Motion to Exclude Testimony of Heath Hofmann | 31 |
| 487-03 | Hofmann Opp. Ex. 2 | 32 |
| 487-07 | Hofmann Opp. Ex. 6 | 33 |

1
ARCHER'S NOTICE OF FILING OF PUBLIC VERSIONS OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL IN CONNECTION WITH SUMMARY JUDGMENT OR *DAUBERT* BRIEFING
CASE NO. 3:21-CV-02450-WHO

Gibson, Dunn & Crutcher LLP

| Prior Docket No. | Description | Exhibit to This Notice |
|---|---|---|
| 489 | Archer's Opposition to Wisk's Motion to Exclude Testimony of Marilyn Smith | 34 |
| 489-04 | Smith Opp. Ex. 3 | 35 |
| 493 | Archer's Opposition to Wisk's Motion to Exclude Testimony of Miranda Kane | 36 |
| 493-04 | Kane Opp. Ex. 3 | 37 |
| 493-08 | Kane Opp. Ex. 7 | 38 |
| 493-11 | Kane Opp. Ex. 10 | 39 |
| 497 | Archer's Opposition to Wisk's Motion for Summary Judgment | 40 |
| 497-03 | Opp. to Wisk's MSJ Ex. 2 | 41 |
| 497-17 | Opp. to Wisk's MSJ Ex. 16 | 42 |
| 497-24 | Opp. to Wisk's MSJ Ex. 23 | 43 |
| 497-25 | Opp. to Wisk's MSJ Ex. 24 | 44 |
| 497-27 | Opp. to Wisk's MSJ Ex. 26 | 45 |
| 497-28 | Opp. to Wisk's MSJ Ex. 27 | 46 |
| 497-29 | Opp. to Wisk's MSJ Ex. 28 | 47 |
| 497-33 | Opp. to Wisk's MSJ Ex. 32 | 48 |
| 497-41 | Opp. to Wisk's MSJ Ex. 40 | 49 |
| 497-42 | Opp. to Wisk's MSJ Ex. 41 | 50 |
| 497-46 | Opp. to Wisk's MSJ Ex. 45 | 51 |
| 497-52 | Opp. to Wisk's MSJ Ex. 51 | 52 |
| 497-53 | Opp. to Wisk's MSJ Ex. 52 | 53 |
| 497-64 | Opp. to Wisk's MSJ Ex. 63 | 54 |
| 497-65 | Opp. to Wisk's MSJ Ex. 64 | 55 |
| 497-66 | Opp. to Wisk's MSJ Ex. 65 | 56 |
| 497-67 | Opp. to Wisk's MSJ Ex. 66 | 57 |
| 501 | Archer's Opposition to Wisk's Motion to Exclude Testimony of Todd Milbourn | 58 |
| 501-03 | Milbourn Opp. Ex. 2 | 59 |
| 501-04 | Milbourn Opp. Ex. 3 | 60 |
| 501-07 | Milbourn Opp. Ex. 6 | 61 |
| 501-08 | Milbourn Opp. Ex. 7 | 62 |
| 501-09 | Milbourn Opp. Ex. 8 | 63 |
| 501-11 | Milbourn Opp. Ex. 10 | 64 |
| 501-12 | Milbourn Opp. Ex. 11 | 65 |
| 501-13 | Milbourn Opp. Ex. 12 | 66 |
| 501-14 | Milbourn Opp. Ex. 13 | 67 |
| 501-15 | Milbourn Opp. Ex. 14 | 68 |
| 501-16 | Milbourn Opp. Ex. 15 | 69 |
| 501-31 | Milbourn Opp. Ex. 30 | 70 |
| 501-33 | Milbourn Opp. Ex. 32 | 71 |
| 519 | Archer's Reply in Support of Its Motion to Exclude Testimony of Patrick Kennedy | 72 |

2
ARCHER'S NOTICE OF FILING OF PUBLIC VERSIONS OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL
IN CONNECTION WITH SUMMARY JUDGMENT OR *DAUBERT* BRIEFING
CASE NO. 3:21-CV-02450-WHO

Gibson, Dunn & Crutcher LLP

| Prior Docket No. | Description | Exhibit to This Notice |
|---|---|---|
| 522 | Archer's Reply in Support of Its Motion to Exclude Testimony of Wisk's Technical Experts | 73 |
| 525 | Archer's Reply in Support of Its Motion to Exclude Testimony of Frank Paskiewicz | 74 |
| 525-03 | Paskiewicz Reply Ex. 6 | 75 |
| 528-02 | Archer MSJ Reply Ex. 63 | 76 |
| 528-06 | Archer MSJ Reply Ex. 67 | 77 |
| 544 | Archer's Opposition to Wisk's Motion for Leave to File Sur-Reply in Support of Its Opposition to Archer's Motion to Exclude Testimony of Patrick Kennedy | 78 |

Gibson, Dunn & Crutcher LLP

3

ARCHER'S NOTICE OF FILING OF PUBLIC VERSIONS OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL IN CONNECTION WITH SUMMARY JUDGMENT OR *DAUBERT* BRIEFING
CASE NO. 3:21-CV-02450-WHO

Respectfully submitted,

DATED: May 11, 2023                         GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Diana M. Feinstein*
             Diana M. Feinstein

*Attorneys for Defendant Archer Aviation Inc.*

4
ARCHER'S NOTICE OF FILING OF PUBLIC VERSIONS OF DOCUMENTS PREVIOUSLY FILED UNDER SEAL IN CONNECTION WITH SUMMARY JUDGMENT OR *DAUBERT* BRIEFING
CASE NO. 3:21-CV-02450-WHO

Gibson, Dunn & Crutcher LLP