QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
  yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
  dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Michael F. LaFond (Bar No. 303131)
  michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiff Wisk Aero LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>              Plaintiff,<br><br>      vs.<br><br>ARCHER AVIATION INC.,<br><br>              Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**WISK'S NOTICE OF LODGING OF PUBLICLY FILED VERSION OF EXHIBIT TO WISK'S OPPOSITION TO ARCHER'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to this Court's March 17, 2023 order regarding the process for the parties to seek to seal aspects of their filings in support of and in opposition to their motions for summary judgment and *Daubert* motions, ECF 434, Wisk has attached a less-redacted version of the document identified below.

| Filing | Exhibit to This Notice |
|---|---|
| (ECF 498-77) Ex. 76 - Archer-NDCA-00002372 | 76 |

Dated: May 12, 2023                         Respectfully submitted,

                                            QUINN EMANUEL URQUHART &
                                               SULLIVAN, LLP

                                            By:   /s/ Patrick Schmidt
                                                Patrick Schmidt
                                                Yury Kapgan
                                                Robert M. Schwartz
                                                Diane Cafferata
                                                Michael F. LaFond

                                            *Attorneys for Plaintiff Wisk Aero LLC*