UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** May 12, 2023 | **Time:** 2 hours, 20 minutes 10:02 a.m. to 12:30 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 21-cv-02450-WHO | **Case Name:** Wisk Aero LLC v. Archer Aviation Inc. | |

**Attorneys for Plaintiff:** Brian E. Mack, Jordan B. Kaericher, Nima Hefazi, Patrick T. Schmidt, Robert M. Schwartz, Robin L. McGrath, Steven G. Madison, and Yury Kapgan

**Attorneys for Defendant:** Daniel J. Thomasch, Laura Corbin, Michael H. Dore, Paul Torchia Stuart M. Rosenberg, and Wayne M. Barsky

**Deputy Clerk:** Jean Davis          **Court Reporter:** Belle Ball

PROCEEDINGS

Hearing on dispositive and *Daubert* motions conducted via videoconference. Tentative opinions have been provided to counsel in advance of the hearing.

Pretrial Conference rescheduled for **July 17, 2023 at 2:00 p.m.** The time of the conference may be adjusted closer to the date if there are no trial proceedings being conducted in the morning hours of that date. Judicial notice is taken of the recently filed press release.

Argument of counsel heard in public hearing.

At 11:30 a.m. A sealed proceeding is begun on the Zoom Meeting format limited to arguing counsel and corporate representatives. Transcripts of the sealed portion of the hearing may be provided to the attendees only upon proper arrangements with the court reporter.

The motion hearing set for May 24, 2023 is vacated. A written order will issue prior to pretrial conference to allow counsel to narrow and refine the issues to be presented at any trial of this matter.