| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:     (213) 443-3000<br>Facsimile:      (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:     (650) 801-5000<br>Facsimile:      (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br><br>Orin Snyder, admitted *pro hac vice*<br>  osnyder@gibsondunn.com<br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>ARCHER AVIATION INC.,<br><br>         Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEADLINE FOR FILING OF JOINT CHART REGARDING SEALING REQUESTS** |

Plaintiff Wisk Aero LLC and Defendant Archer Aviation Inc. submit the following Stipulation and [Proposed] Order.

**WHEREAS**, on June 8, 2023, the Court ordered the parties "to meet and confer to prepare a joint chart" relating to the pending sealing motions that accompanied the parties' filing of summary judgment and *Daubert* motions (Dkt. 578 at 3);

**WHEREAS**, the Court ordered the parties to file the joint chart "within 20 days of the date of this Order," *i.e.*, by June 28, 2023 (*id.* at 4);

**WHEREAS**, in its June 8, 2023 order, the Court observed that "parsing through each piece of information sought to be sealed is and identifying only the truly crucial information that must in a party's view be sealed is time intensive and expensive" (*id.* at 3);

**WHEREAS**, the parties have met and conferred in good faith and are collaborating to further parse the under-seal information in the various filings to identify only the truly crucial information for inclusion in the joint chart;

**WHEREAS**, to date, the parties have not identified any sealing disputes through this process;

**WHEREAS**, the parties are also coordinating with relevant third parties whose discovery material was filed under seal in connection with the parties' summary judgment and *Daubert* filings to aid them in limiting their sealing requests to only the truly crucial information;

**WHEREAS**, the parties are also devoting significant resources to preparing and exchanging trial materials (*e.g.*, deposition transcript designations, exhibit lists, etc.) pursuant to the deadlines set forth in the Court's Civil Pretrial Order (Dkt. 571);

**WHEREAS**, in light of the volume of confidential information filed with the summary judgment and *Daubert* filings, the need to further coordinate with third parties, and the need to simultaneously continue preparing and exchanging trial materials, the parties respectfully request that the Court extend the deadline for the filing of the joint sealing chart from June 28, 2023 to July 7, 2023.

-1-   Case No. 3:21-cv-02450-WHO
STIPULATION AND [~~PROPOSED~~] ORDER

1  **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO**
2  **THE COURT'S APPROVAL:**
3  The deadline by which the parties must file the joint chart described by the Court in its
4  June 8, 2023 order is extended from June 28, 2023 to July 7, 2023.

6  **IT IS SO STIPULATED**, through Counsel of Record.

8                                      Respectfully submitted,
9  Dated: June 21, 2023            QUINN EMANUEL URQUHART & SULLIVAN, LLP

11                                By:            */s/ Yury Kapgan*
                                                             Yury Kapgan
12                                   *Attorneys for Plaintiff Wisk Aero LLC*
13                                   GIBSON DUNN & CRUTCHER LLP

15                                By:            */s/ Diana M. Feinstein*
                                                             Diana M. Feinstein
16                                   *Attorneys for Defendant Archer Aviation Inc.*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  Dated: June 23, 2023

4

5  _____

6  Hon. William H. Orrick III
   District Judge

<u>Attestation Pursuant to Civil Local Rule 5-1(h)(3)</u>

I, Diana M. Feinstein, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 21, 2023          GIBSON, DUNN & CRUTCHER LLP

By:    */s/ Diana M. Feinstein*
         Diana M. Feinstein

*Attorneys for Defendant Archer Aviation Inc.*