UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>ARCHER AVIATION INC.,<br><br>             Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**ORDER REQUIRING RESPONSE FROM DEFENDANT ARCHER**<br><br>Re: Dkt. No. 589 |

Plaintiff Wisk Aero filed an objection and motion for relief from Judge Ryu's order denying a discovery letter brief. [Dkt. Nos. 581, 589]. Defendant Archer Aviation is ORDERED to file a response to Wisk's objection, consisting of no more than five pages, by 5:00 p.m. Thursday, July 6, 2023. A decision will follow.

**IT IS SO ORDERED.**

Dated: June 30, 2023



William H. Orrick
United States District Judge