UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>ARCHER AVIATION INC.,<br><br>              Defendant. | Case No. 21-cv-02450-WHO (DMR)<br><br>**ORDER TO SUBMIT DOCUMENTS FOR IN CAMERA REVIEW**<br><br>Re: Dkt. No. 596 |

The parties filed a joint discovery letter in which Defendant Archer Aviation Inc. requests relief related to Plaintiff Wisk Aero LLC's assertion of the attorney work product doctrine over documents withheld by Wisk's public relations firm and Wisk's recent clawback of nine such documents. [Docket No. 596 (Jt. Letter).] The court previously held that the parties could seek leave to file discovery disputes after the September 7, 2022 deadline by submitting a one-page joint letter stating their position on whether the particular dispute "is critical to the trial of this case (i.e., the issue is so central that the moving party will attempt to file a motion in limine if not permitted to file it as a discovery dispute)." [Docket No. 347.] Archer requests relief on the ground that the nine documents "and presumably all other withheld [PR firm] documents are 'critical to the trial'" of its defamation counterclaim. Jt. Letter. To help the court assess this claim, Wisk shall lodge the nine clawed-back documents for the court's in camera review by no later than 1:00 p.m. on July 11, 2023.

**IT IS SO ORDERED.**

Dated: July 10, 2023



_____
Donna M. Ryu
Chief Magistrate Judge