QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
 yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Diane Cafferata (Bar No. 190081)
 dianecafferata@quinnemanuel.com
Patrick Schmidt (Bar No. 274777)
 patrickschmidt@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiff Wisk Aero LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>ARCHER AVIATION INC.,<br><br>          Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**WISK'S NOTICE OF LODGING OF DOCUMENTS UNDER SEAL PURSUANT TO ORDER FOR IN CAMERA REVIEW**<br><br>Re: Dkt. No's 596, 598. |

1   Plaintiff Wisk Aero LLC ("Wisk") hereby provides notice that it has lodged documents
2   under seal for *in camera* review by delivering to the Clerk to the Honorable Donna M. Ryu,
3   Chief Magistrate Judge, a sealed envelope containing complete, unredacted copies of the nine
4   documents referred to in the Court's July 10, 2023 order (Dkt. 598), and a privilege log
5   concerning the same documents, which Wisk has served on Defendant Archer Aviation, Inc.

Dated: July 11, 2023                Respectfully submitted,

                                    QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                    By:   */s/ Yury Kapgan*
                                        Yury Kapgan
                                        Robert M. Schwartz
                                        Diane Cafferata
                                        Patrick Schmidt
                                        Michael F. LaFond

                                    *Attorneys for Plaintiff Wisk Aero LLC*