GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
  jkrevitt@gibsondunn.com
Stuart Rosenberg, SBN 239926
  srosenberg@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Daniel J. Thomasch, admitted *pro hac vice*
  dthomasch@gibsondunn.com
Paul Torchia, admitted *pro hac vice*
  ptorchia@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Wayne Barsky, SBN 116731
  wbarsky@gibsondunn.com
Michael Dore, SBN 227442
  mdore@gibsondunn.com
Diana M. Feinstein, admitted *pro hac vice*
  dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500
Facsimile: 310.551.8741

Attorneys for Defendant Archer Aviation Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WISK AERO LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>ARCHER AVIATION INC.,<br><br>        Defendant. | Case No. 3:21-cv-02450-WHO<br><br>**ARCHER AVIATION INC.'S NOTICE PURSUANT TO 35 U.S.C. § 282**<br><br>Hon. William H. Orrick |

Pursuant to 35 U.S.C. § 282(c), Defendant Archer Aviation Inc. ("Archer") provides notice (the "Section 282 Notice") to Plaintiff Wisk Aero LLC ("Wisk") of patents, publications, other prior art, and witnesses upon which Archer may rely to establish the invalidity and the state of the art as to U.S. Patent Nos. 10,364,036 ("the '036 Patent"), 9,764,833 ("the '833 Patent"), and 10,110,033 ("the '033 Patent") (collectively, the "Asserted Patents").

Archer has already provided the requisite notice through the pleadings and documents filed or served over the course of this litigation, including but not limited to its answer to the complaint, initial disclosures, invalidity contentions, expert reports, discovery responses, fact and expert depositions, trial exhibit lists, trial witness lists, and all documents cited or relied upon therein (collectively, the "Prior Notice"). These pleadings and documents comprising the Prior Notice include the information that Section 282 requires with respect to the patents, publications, other prior art, and witnesses upon which Archer intends to rely to establish the invalidity and the state of the art as to the asserted claims of the Asserted Patents. Archer therefore incorporates by reference that Prior Notice into this Section 282 Notice as if fully set forth herein. For the same reason, Archer incorporates by reference into this Section 282 Notice all prior art cited or otherwise contained in the prosecution records of the applications that issued as the Asserted Patents, as well as any related applications that were filed in the United States or world. Archer additionally reserves the right to rely on any testimony or admissions of the named inventors of the Asserted Patents or any experts engaged (past or present) by Wisk regarding the state of the art as to the asserted claims of the Asserted Patents.

In addition, Archer identifies the following patents, publications, other prior art, and trial witnesses who may testify in connection with Archer's contentions as to invalidity of the Asserted Patents.

## I. PATENTS, PATENT APPLICATIONS, AND OTHER PRIOR ART

### A. Patents, Patent Publications, and Patent Applications

| Country | Patent / Publication / Application No. | Date Filed / Published / Issued | Name of Patentee / Applicant |
|---|---|---|---|
| United States | U.S. Patent App. Pub. No. 2016/0134160 | Nov. 7, 2014 / May 12, 2016 | Schultz |

| Country | Patent / Publication / Application No. | Date Filed / Published / Issued | Name of Patentee / Applicant |
|---|---|---|---|
| | (Archer-NDCA-00180962) | | |
| United States | U.S. Patent App. Pub. No. 2013/0069594 (Archer-NDCA-00180885) | May 30, 2011 / March 21, 2013 | Jung |
| United States | U.S. Patent App. Pub. No. 2017/0133722 (Archer-NDCA-00179829) | Apr. 26, 2016 / May 11, 2017 | Kim |
| United States | U.S. Patent App. Pub. No. 2014/0125284 (Archer-NDCA-00180902) | Oct. 30, 2013 / May 8, 2014 | Qahoug |
| United States | U.S. Patent App. Pub. No. 2010/0136390 (Archer-NDCA-00180780) | Nov. 25, 2009 / June 3, 2010 | Ueda |
| United States | U.S. Patent No. 9,912,004 (Archer-NDCA-00179909) | May 21, 2015 / March 6, 2018 | Turner |
| United States | U.S. Patent No. 10,355,496 (Archer-NDCA-00179715) | July 26, 2018 / July 16, 2019 | Furman |
| United States | U.S. Patent No. 10,914,789 (Archer-NDCA-00180736) | June 28, 2018 / Feb. 9, 2021 | Lemkin |
| EU | European Patent Appl. No. EP3273500 (Archer-NDCA-00179629) | July 21, 2016 / Jan. 24, 2018 | Stojanovic |
| WO | International Patent App. Pub. WO2016/132280 (Archer-NDCA-00179952) | Feb. 16, 2016 / Aug. 25, 2016 | Lewis |
| United States | U.S. Patent No. 3,081,964 (Archer-NDCA-01900187) | Dec. 8, 1958 / March 19, 1963 | Quenzler |
| United States | U.S. Patent App. Pub. No. 2003/0094537 A1 (Archer-NDCA-01900289) | Jul. 25, 2002 / May 22, 2003 | Austen-Brown |
| United States | U.S. Patent No. 6,655,631 (Archer-NDCA-01900381) | Jul. 25, 2002 / Dec. 2, 2003 | Austen-Brown |
| United States | U.S. Patent App. Pub. No. 2013/0020429 A1 (Archer-NDCA-01900347) | July 19, 2012 / Jan. 24, 2013 | Kroo |
| United States | U.S. Patent App. Pub. No. 2012/0261523 A1 (Archer-NDCA-00180812) | Oct. 6, 2011 / Oct. 18, 2012 | Shaw |
| United States | U.S. Patent App. Pub. No. 2017/0225779 | Feb. 10, 2016 / Aug. 10, 2017 | Gamble |
| United States | U.S. Patent App. Pub. No. 2017/0300065 | April 18, 2016 / Oct. 19, 2017 | Douglas |
| United States | U.S. Patent App. Pub. No. 2015/0175260 A1 | Jul. 19, 2013 / Jun. 25, 2015 | Hesselbarth |

| Country | Patent / Publication / Application No. | Date Filed / Published / Issued | Name of Patentee / Applicant |
|---|---|---|---|
| | (Archer-NDCA-01900360) | | |
| United States | U.S. Patent App. Pub. No. 2016/0297520 (Archer-NDCA-01900156) | April 3, 2015 / Oct. 13, 2016 | Sada-Salinas |
| United States | U.S. Patent No. 10,124,890 (Archer-NDCA-01900315) | April 3, 2015 / Nov. 13, 2018 | Sada-Salinas |
| United States | U.S. Patent No. 9,085,355 | Dec. 7, 2012 / July 21, 2015 | DeLorean |
| United States | U.S. Patent No. 10,118,695 (Archer-NDCA-01900269) | March 8, 2016 / Nov. 6, 2018 | Thomassin |
| United States | U.S. Patent No. 8,123,460 (Archer-NDCA-01900406) | July 23, 2008 / Feb. 28, 2012 | Collette |
| United States | U.S. Patent No. 10,138,899 (Archer-NDCA-01900283) | June 13, 2014 / Nov. 27, 2018 | Joubert |
| United States | U.S. Patent No. 8,707,721 (Archer-NDCA-01900447) | Dec. 12, 2007 / April 29, 2014 | Scherer |
| United States | U.S. Patent No. 10,029,785 (Archer-NDCA-01900257) | Feb. 9, 2016 / Jul. 24, 2018 | Niedzballa |
| United States | U.S. Patent No. 9,266,607 (Archer-NDCA-01900419) | July 25, 2013 / Feb. 23, 2016 | Fink |
| United States | U.S. Patent No. 846,830 (Archer-NDCA-01900251) | Feb. 25, 1905 / March 12, 1907 | Dufaux |
| WO | International Patent App. Pub. WO 2002/044024 A1 (Archer-NDCA-01900511) | Nov. 27, 2001 / June 6, 2002 | Hunt |
| United States | U.S. Patent No. 6,367,738 (Archer-NDCA-01900370) | Jan. 31, 2000 / April 9, 2002 | Wadleigh |
| United States | U.S. Patent No. 3,089,666 (Archer-NDCA-01900216) | April 13, 1961 / May 14, 1963 | Quenzler |
| United States | U.S. Patent No. 3,627,234 (Archer-NDCA-01900124) | July 24, 1970 / Dec. 14, 1971 | Dietrich |
| United States | U.S. Patent App. Pub. No. 2013/0092799 (Archer-NDCA-01900132) | Dec. 1, 2011 / April 18, 2013 | Tian |
| United States | U.S. Patent App. Pub. No. 2009/0084890 (Archer-NDCA-01900147) | April 25, 2007 / April 2, 2009 | Reinhardt |
| United States | U.S. Patent No. 4,979,698 (Archer-NDCA-01900200) | July 11, 1989 / Dec. 25, 1990 | Lederman |

B. **Other Prior Art**

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Davide Andrea, Battery Management Systems for Large Lithium-Ion Battery Packs (2010) | Archer-NDCA-00171343 | Archer-NDCA-00171645 |
| SC-225, RTCA.Inc, "Minimum Operation Performance Standards for Rechargeable Lithium Batteries and Battery Systems" (Dec. 19, 2017) (RTC DO-311A) | Archer-NDCA-00317159 | Archer-NDCA-00317252 |
| "X-57 Battery System Survives Flight-Condition, ThermalRunaway Testing" (Dec. 13, 2017) | Archer-NDCA-00004921 | Archer-NDCA-00004923 |
| S. Clarke, et al, "X-57 power and command system design," 2017 IEEE Transportation Electrification Conference and Expo (ITEC), 2017, pp. 393-400, doi: 10.1109/ITEC.2017.7993303 | Archer-NDCA-00171778 | Archer-NDCA-00171785 |
| Faisal Altaf, "Thermal and State-of-Charge of Batteries using Multilevel Converters" | Archer-NDCA-00179464 | Archer-NDCA-00179628 |
| N. Yang et. al, "Study on the Charging Behaviors of Lithium-Ion Batteries by Analysis of Li Distribution in the Electrode Particles," ECS Transactions, Volume 66, Number 9 (2015) | Archer-NDCA-01890087 | Archer-NDCA-01890102 |
| National Standard of the People's Republic of China, "Electric Vehicle Conductive Charging System – Part 1: General Requirements" (Dec. 28, 2015) | Archer-NDCA-00303878 | Archer-NDCA-00303939 |
| BMS Manual, "Strings, Parallel Cells, and Parallel Strings" | Archer-NDCA-00171276 | Archer-NDCA-00171292 |
| C. Hsu, et al., "Increased Energy Delivery for Parallel Battery Packs with No Regulated Bus," IEEE (2012) | Archer-NDCA-01896938 | Archer-NDCA-01896945 |
| J. Weeden, et al, "Making better use of parallel battery strings at solar sites by the inclusion of a simple monitoring module," INTELEC - Twentieth International | Archer-NDCA-00181506 | Archer-NDCA-00181511 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Telecommunications Energy Conference (Cat. No.98CH36263), 1998, pp. 204-209 | | |
| Leishman, G., "Principles of Helicopter Aerodynamics" (Second edition), Cambridge University Press (2006) | Archer-NDCA-01901126 | Archer-NDCA-01901150 |
| Gessow, A., Myers, G.C., "Aerodynamics of the Helicopter," Frederick Ungar Publishing Co., p. 48 (1952) | n/a | n/a |
| Johnson, W., "Rotorcraft Aeromechanics," Cambridge University, p. 124-25 (2013) | n/a | n/a |
| Christie, R., "Cooling of Electric Motors Used for Propulsion on SCEPTOR," NASA Glenn Research Center 2017-219134 (2016) | Archer-NDCA-01899582 | Archer-NDCA-01899597 |
| de Boer, I., "The Cooling of a Pod-Mounted Avionic System," Advisory Group for Aerospace Research & Development (1976) | Archer-NDCA-01899598 | Archer-NDCA-01899604 |
| Dubois, A., "Design of an Electric Propulsion System for SCEPTOR's Outboard Nacelle," 16th AIAA Aviation Technology, Integration, and Operations Conference (2016) | Archer-NDCA-01899605 | Archer-NDCA-01899634 |
| Klein, G. D., "Linear Modeling of Tiltrotor Aircraft," MS Thesis, Naval Postgraduate School (1996) | Archer-NDCA-01899891 | Archer-NDCA-01900112 |
| Price, D., Short, B., "Thermal Design of an Airborne Computer Chassis with Air-Cooled, Cast Pin Fin Coldwalls," J. of Heat Transfer, V. 127, pp. 11-17 (2005) | Archer-NDCA-01899575 | Archer-NDCA-01899581 |
| Mertaugh, L., "ALQ-164 POD/AV-8C Environmental Evaluation Flight Test," Technical Memorandum 81-109 SY, Naval Air Test Center (1981) | Archer-NDCA-01899711 | Archer-NDCA-01899869 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| "Glossary of Rotorcraft and V.T.O.L Terms," The Observers World Aircraft Directory, p. 134 (1961) | Archer-NDCA-01903278 | Archer-NDCA-01903278 |
| Lee, T. E., Leishman, J. G., Ramasamy, M., "Fluid Dynamics of Interacting Blade Tip Vortices with a Ground Plane," Journal of the American Helicopter Society, 55, 22005, pp. 1-18 (2010) | n/a | n/a |
| Renaud, T., O'Brien, D. M., Smith, M. J., and Potsdam, M., "Evaluation of Isolated Fuselage and Rotor-Fuselage Interaction Using CFD," Journal of the American Helicopter Society, Vol. 53, No. 1, pp. 3–17 (2008) | n/a | n/a |
| Smith, M. J., Jacobson, K., Grubb, A., Wachspress, D. A., and Whitehouse, G. R., "Evaluation of Rotor Hover Performance with Differing Blade Tip Shapes Using Carefree Hybrid Methodologies," AIAA 53rd Aerospace Sciences Meeting, AIAA-2015-1713, pp. 1-23 (2015) | n/a | n/a |
| Jain, R., "Hover Predictions for the S-76 Rotor with Tip Shape Variation using CREAT-AV Helios," AIAA 53rd Aerospace Sciences Meeting, AIAA-2015-1244, pp. 1-29 (2015) | n/a | n/a |

## II.   PERSONS TO BE IDENTIFIED UNDER 35 U.S.C. § 282(C)

Archer hereby discloses that it intends to rely on expert testimony from the following witnesses regarding information known prior to the alleged inventions of the patents-in-suit, as disclosed in their expert reports.

| Name | Address |
|---|---|
| Dr. Heath Hofmann | University of Michigan, College of Engineering<br>1301 Beal Avenue<br>Ann Arbor, MI 48109 |

| Name | Address |
|---|---|
| Dr. Marilyn Smith | Georgia Institute of Technology<br>Weber Space Science and Technology Building<br>275 Ferst Dr NW<br>Atlanta, GA 30313 |

Archer further discloses that it may rely on testimony from the following individuals regarding information known prior to the alleged inventions of the patents-in-suit.

| Name | Address |
|---|---|
| Josh Portlock | Electro.Aero Pty Ltd<br>Jandakot Airport<br>Perth, Western Australia |
| Lewis Hom | c/o Quin Emanuel<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Dr # 560<br>Redwood City, CA 94065 |

***

Archer reserves the right to supplement or to modify this Section 282 Notice through and including the time of trial.

DATE: July 14, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Josh A. Krevitt*

GIBSON, DUNN & CRUTCHER LLP
Josh A. Krevitt, SBN 208552
jkrevitt@gibsondunn.com
Stuart M. Rosenberg, SBN 239926
srosenberg@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

Daniel J. Thomasch, admitted *pro hac vice*
dthomasch@gibsondunn.com
Paul Torchia, admitted *pro hac vice*
ptorchia@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Wayne Barsky, SBN 116731
wbarsky@gibsondunn.com
Michael H. Dore, SBN 227442
mdore@gibsondunn.com
Diana M. Feinstein, admitted *pro hac vice*
dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500

*Attorneys for Defendant and Counterclaimant Archer Aviation Inc.*