| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Yury Kapgan (Bar No. 218366)<br>  yurykapgan@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>  robertschwartz@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>  michaelzeller@quinnemanuel.com<br>Diane Cafferata (Bar No. 190081)<br>  dianecafferata@quinnemanuel.com<br>Patrick Schmidt (Bar No. 274777)<br>  patrickschmidt@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:    (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>Michael F. LaFond (Bar No. 303131)<br>  michaellafond@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone:    (650) 801-5000<br>Facsimile:    (650) 801-5100<br><br>Attorneys for Plaintiff Wisk Aero LLC | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt, SBN 208552<br>  jkrevitt@gibsondunn.com<br>Stuart Rosenberg, SBN 239926<br>  srosenberg@gibsondunn.com<br>310 University Ave.<br>Palo Alto, CA  94301-1744<br>Telephone: 650.849.5300<br><br>Daniel J. Thomasch, admitted *pro hac vice*<br>  dthomasch@gibsondunn.com<br>Paul Torchia, admitted *pro hac vice*<br>  ptorchia@gibsondunn.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br><br>Wayne Barsky, SBN 116731<br>  wbarsky@gibsondunn.com<br>Michael Dore, SBN 227442<br>  mdore@gibsondunn.com<br>Diana M. Feinstein, admitted *pro hac vice*<br>  dfeinstein@gibsondunn.com<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Telephone: 310.552.8500<br><br>Attorneys for Defendant Archer Aviation Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WISK AERO LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>ARCHER AVIATION INC.,<br><br>           Defendant. | CASE NO. 3:21-CV-02450-WHO (DMR)<br><br>**JOINT MOTION AND [~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>Honorable Judge William H. Orrick |

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 41(a)(2), Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and together with Wisk, the "Parties"), by and through their undersigned counsel, hereby move to dismiss all claims and counterclaims in this action as follows:

- Wisk's First, Second, Third, Fourth, Fifth, Sixth, Seventh, and Eighth Causes of Action in its operative Second Amended Complaint (Dkt. 148, ¶¶ 137–251) WITH PREJUDICE;
- Archer's First, Second, Third, and Fourth Counterclaims in its operative Second Amended Counterclaims (Dkt. 153-4, ¶¶ 65–98) WITH PREJUDICE; and
- Archer's Fifth, Sixth, Seventh, Eighth, Ninth, and Tenth Counterclaims in its operative Second Amended Counterclaims (Dkt. 153-4, ¶¶ 99–146) WITHOUT PREJUDICE.

The Parties also hereby move for the Court to retain jurisdiction for the purposes of enforcing the terms of the Parties' confidential settlement agreement. The Parties shall bear their own costs, expenses, and attorneys' fees.

Respectfully submitted,

DATED: August 18, 2023          GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Josh A. Krevitt*
           Josh A. Krevitt

*Attorneys for Defendant Archer Aviation Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Yury Kapgan*
           Yury Kapgan

*Attorneys for Plaintiff Wisk Aero LLC*

1  The above stipulation is GRANTED and this case is DISMISSED.  The remaining pending

2  motions at Dkt. Nos. 447, 449, 477, 591, 592, 608, 616, and 617, are VACATED.

3  **IT IS SO ORDERED.**

4  DATED:  August 21, 2023

_____
Honorable William H. Orrick
United States District Judge