QUINN EMANUEL URQUHART & SULLIVAN, LLP
Yury Kapgan (Bar No. 218366)
 yurykapgan@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Michael F. LaFond (Bar No. 303131)
 michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Attorneys for Plaintiff Wisk Aero LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ARCHER AVIATION INC.,<br><br>　　　　　Defendant. | CASE NO. 3:21-cv-02450-WHO<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER TO SEAL ARCHER MATERIAL FILED IN CONNECTION WITH WISK AERO LLC'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

Now before the Court is Plaintiff Wisk Aero LLC's ("Wisk's") Administrative Motion to Consider Whether to Seal Archer Material Filed in Connection with Wisk's Motion to Enforce the parties' Settlement Agreement (the "Motion"). Having considered the briefing, exhibits, and declarations filed in support of, and in opposition to, the Motion, as well as arguments presented on the Motion, and good cause having been found, the Court hereby GRANTS the Motion, and orders the following material SEALED.

| Document | Portions to Be Filed Under Seal | Designating Party | Ruling |
|---|---|---|---|
| Wisk's Motion to Enforce Settlement Agreement, including the Notice of Motion and Supporting Brief. | Portions highlighted in yellow. | Archer | GRANTED |
| Declaration of Greg Bibbes (the "Bibbes Decl.") filed in support of Wisk's Motion to Enforce Settlement Agreement. | Portions highlighted in yellow. | Archer | GRANTED |
| [Proposed] Order Granting Wisk's Motion to Enforce Settlement Agreement. | Portions highlighted in yellow. | Archer | GRANTED |
| Exhibit 1 to the Bibbes Decl. | Portions redacted in the publicly filed version of Exhibit 1. | Archer | GRANTED |
| Exhibit 2 to the Bibbes Decl. | Portions redacted in the publicly filed version of Exhibit 2. | Archer | GRANTED |
| Exhibit 3 to the Bibbes Decl. | The entire document | Archer | GRANTED |
| Exhibit 4 to the Bibbes Decl. | The entire document | Archer | GRANTED |
| Exhibit 5 to the Bibbes Decl. | The portion highlighted in yellow. | Archer | GRANTED |
| Exhibit 6 to the Bibbes Decl. | The entire document | Archer | GRANTED |

| Document | Portions to Be Filed Under Seal | Designating Party | Ruling |
|---|---|---|---|
| Exhibit 7 to the Bibbes Decl. | The entire document | Archer | GRANTED |
| Exhibit 8 to the Bibbes Decl. | The entire document | Archer | GRANTED |
| Exhibit 9 to the Bibbes Decl. | The entire document | Archer | GRANTED |
| Exhibit 10 to the Bibbes Decl. | The entire document | Archer | GRANTED |

It is so ordered.

Dated: _____, 2024

_____
The Honorable William H. Orrick
United States District Court Judge