LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
ZACHARY A. KALINOWSKI (CSB No. 346968)
zkalinowski@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

JOSH A. KREVITT (CSB No. 208552)
jkrevitt@gibsondunn.com
1881 Page Mill Road
GIBSON, DUNN & CRUTCHER LLP
Palo Alto, CA 94304-1211
Telephone: 650.849.5300

DIANA M. FEINSTEIN (CSB No. 302626)
dfeinstein@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500

Attorneys for Defendant
ARCHER AVIATION INC.

YURY KAPGAN (CSB No. 218366)
yurykapgan@quinnemanuel.com
ROBERT M. SCHWARTZ
(CSB No. 117166)
robertschwartz@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone   213.443.3000
Facsimile:   213.443.3100

MICHAEL F. LAFOND
(CSB No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone:   650.801.5000
Facsimile:   650.801.5100

Attorneys for Plaintiff WISK AERO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>                Plaintiff,<br><br>       v.<br><br>ARCHER AVIATION INC.,<br><br>                Defendant. | Case No.: 3:21-cv-02450-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ENTERING AGREED BRIEFING SCHEDULE FOR WISK'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Honorable Judge William H. Orrick |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Wisk Aero LLC ("Wisk") and Defendant Archer Aviation Inc. ("Archer," and collectively with Wisk, the "Parties"), by and through their undersigned counsel hereby stipulate and agree as follows:

**WHEREAS**, on August 18, 2023 the parties filed a stipulation and proposed order dismissing the action after the parties agreed to settle the matter (*see* Dkt. 645);

**WHEREAS**, on August 21, 2023 the Court dismissed the case pursuant to that stipulation and "retain[ed] jurisdiction for the purposes of enforcing the terms of the Parties' confidential settlement agreement" (*see* Dkt. 647);

**WHEREAS**, on June 7, 2024, Wisk filed the Motion to Enforce Settlement Agreement and noticed the hearing for that Motion on July 17, 2024 (*see* Dkt. 648);

**WHEREAS**, in light of Archer's vacation and leave schedules, the Parties respectfully request additional time to fully brief and argue the issues presented in Wisk's Motion to Enforce Settlement Agreement;

**WHEREAS**, there are no previous "time modifications" relevant to this issue (*see* Civil L.R. 6-2(a)(2));

**WHEREAS**, the Parties do not believe this extension will have an adverse impact on the case schedule more broadly (*see* Civil L.R. 6-2(a)(3));

**NOW THEREFORE**, the Parties, through their undersigned counsel, stipulate and respectfully request that the Court approve the following briefing schedule with respect to Wisk's Motion to Enforce Settlement Agreement:

| | |
|---|---|
| Archer's Response: | July 10, 2024 |
| Wisk's Reply: | July 31, 2024 |
| Oral Argument: | August 14, 2024, or at the Court's convenience. |

| | | |
|---|---|---|
| Dated: June 18, 2024 | | Respectfully submitted, |

By: */s/ Todd R. Gregorian*
Todd R. Gregorian

Attorneys for Defendant
ARCHER AVIATION INC.

By: */s/ Diana M. Feinstein*
Diana M. Feinstein

Attorneys for Defendant
ARCHER AVIATION INC.

By: */s/ Yury Kapgan*
Yury Kapgan

Attorneys for Plaintiff
WISK AERO LLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 19, 2024



The Honorable William H. Orrick
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Todd Gregorian, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 18, 2024

FENWICK & WEST

By: */s/ Todd R. Gregorian*
Todd R. Gregorian

Attorneys for Defendant
ARCHER AVIATION INC.