LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendant
ARCHER AVIATION INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WISK AERO LLC,<br><br>                   Plaintiff,<br><br>     v.<br><br>ARCHER AVIATION INC.,<br><br>                   Defendant. | Case No.: 3:21-cv-02450-WHO<br><br>**CERTIFICATE OF SERVICE**<br><br>Honorable Judge William H. Orrick |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I electronically served a copy of the sealed documents filed at Docket No. 678 on the following counsel for Plaintiff Wisk Aero LLC:

yurykapgan@quinnemanuel.com; michaellafond@quinnemanuel.com; and robertschwartz@quinnemanuel.com.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Dated: November 1, 2024

_____
Christina Ortega