UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WISK AERO LLC,<br><br>        Plaintiff,<br><br>       v.<br><br>ARCHER AVIATION INC.,<br><br>        Defendant. | Case No. 21-cv-02450-WHO<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL RECONSIDERATION**<br><br>Re: Dkt. No. 674, 675, 678 |

After review of plaintiff's motion seeking leave to file a motion for partial reconsideration of the Court's September 16, 2024 Order Enforcing the Settlement ("Order"), and defendant's response, the motion is DENIED. Plaintiff has not shown, as required, a material difference in fact or law from that which was presented to the Court before entry of the Order, the emergence of new material facts or a change of law occurring after the time the Order was issued, or a manifest failure by the Court to consider material facts or dispositive legal arguments that were presented to the Court before the Order was issued.

The parties' motions to file under seal (Dkt. Nos. 675 & 678) are GRANTED for compelling justifications shown.

**IT IS SO ORDERED.**

Dated: November 5, 2024

William H. Orrick
United States District Judge